DEFENDANT 1:        MARTIN JAVIER ALAMOS-GARCIA
YOB:
ADDRESS:

COMPLAINT FILED?    _____ YES   _X_ NO

        IF YES, PROVIDE MAGISTRATE CASE NUMBER:  _____

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?    ____ YES    ___X___ NO


OFFENSE:            **COUNT 1**:  Title 21, United States Code, Section 846 -  Knowingly and
                    intentionally conspire to distribute and possess with intent to distribute
                    5 kilograms or more of a mixture or substance containing a detectable
                    amount of cocaine a Schedule II controlled substance**.**

                    **COUNT 2**:  Title 21, United States Code, Section 843(b) - Knowingly and
                    intentionally use a communication facility in the commission of a crime.

                    **CRIMINAL FORFEITURE:**  Title 21, United States Code, Section 853,
                    Forfeiture Allegation
LOCATION
OF OFFENSE
(COUNTY/STATE):  Eagle County, Colorado

PENALTY:            **COUNT 1:**  NLT 10 years, NMT life imprisonment, NMT $4,000,000.00
                    fine, or both; NLT 5 years supervised release; $100.00 Special Assessment
                    Fee.

                    **COUNT 2:**  NMT 4 years imprisonment, NMT $250,000.00 fine, or both;
                    NMT 3 years supervised release; $100.00 Special Assessment Fee.

                    **FORFEITURE COUNT:**  Forfeiture

AGENT:              SA Lori Butler
                    Drug Enforcement Administration

AUTHORIZED         Michele R. Korver
BY:                 Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL: 5 days or more

THE GOVERNMENT **will** seek detention in this case
The statutory presumption of detention is applicable to this defendant.

OCDETF CASE:        __✓__ Yes    _____ No