DEFENDANT 2:     NOE ALAMOS-MONTES
YOB:
ADDRESS:
COMPLAINT FILED?   _____ YES   __X__ NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER: _____

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?   _____ YES   __X__ NO

OFFENSE:     **COUNT 1**:  Title 21, United States Code, Section 846 - Knowingly and intentionally conspire to distribute and possess with intent to distribute 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine a Schedule II controlled substance.

**COUNTS 3 and 5**:  Title 21, United States Code, Section 843(b) - Knowingly and intentionally use a communication facility in the commission of a crime.

**CRIMINAL FORFEITURE:**  Title 21, United States Code, Section 853, Forfeiture Allegation

LOCATION OF OFFENSE (COUNTY/STATE): Eagle County, Colorado

PENALTY:     **COUNT 1:**  NLT 10 years, NMT life imprisonment, NMT $4,000,000.00 fine, or both; NLT 5 years supervised release; $100.00 Special Assessment Fee.

**COUNTS 3 and 5:**  NMT 4 years imprisonment, NMT $250,000.00 fine, or both; NMT 3 years supervised release; $100.00 Special Assessment Fee (per count).

**FORFEITURE COUNT:**  Forfeiture

AGENT:     SA Lori Butler
Drug Enforcement Administration

AUTHORIZED BY:     Michele R. Korver
Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL: 5 days or more

THE GOVERNMENT **will** seek detention in this case
The statutory presumption of detention is applicable to this defendant.

OCDETF CASE:     __✓__ Yes   _____ No