DEFENDANT 3:    DIONISIO SALGADO-MEZA
YOB:
ADDRESS:

COMPLAINT FILED?  ____ YES  _X_ NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER: _____

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?  ____ YES  _X_ NO

OFFENSE:   **COUNT 1**: Title 21, United States Code, Section 846 - Knowingly and intentionally conspire to distribute and possess with intent to distribute 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine a Schedule II controlled substance.

**COUNTS 2 - 7**: Title 21, United States Code, Section 843(b) - Knowingly and intentionally use a communication facility in the commission of a crime.

**COUNT 8**: Title 18, United States Code, Section 1956(h) - Money Laundering Conspiracy.

**COUNTS 9, 11 and 13**: Title 18, United States Code, Section 1956(a)(1)(B)(ii) - Money Laundering.

**CRIMINAL FORFEITURE:** Title 21, United States Code, Section 853, Forfeiture Allegation

LOCATION
OF OFFENSE
(COUNTY/STATE):  Eagle County, Colorado

PENALTY:   **COUNT 1:** NLT 10 years, NMT life imprisonment, NMT $4,000,000.00 fine, or both; NLT 5 years supervised release; $100.00 Special Assessment Fee.

**COUNTS 2 - 7:** NMT 4 years imprisonment, NMT $250,000.00 fine, or both; NMT 3 years supervised release; $100.00 Special Assessment Fee (per count).

**COUNT 8:** NMT 20 years imprisonment, NMT $500,000.00 fine, or both; NMT 5 years supervised release; $100.00 Special Assessment Fee.

**COUNTS 9, 11 and 13:** NMT 20 years imprisonment, NMT $500,000.00 fine, or both; NMT 5 years supervised release; $100.00 Special Assessment Fee (per count).

**FORFEITURE COUNT:**  Forfeiture

AGENT:              SA Lori Butler
                    Drug Enforcement Administration

AUTHORIZED          Michele R. Korver
BY:                 Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL: 5 days or more

THE GOVERNMENT **will** seek detention in this case

The statutory presumption of detention is applicable to this defendant.

OCDETF CASE:        ✓   Yes          No

2