<u>DEFENDANT 4</u>:  EFRAIN SALGADO-MEZA

<u>YOB</u>:

<u>ADDRESS</u>:

<u>COMPLAINT FILED</u>?  ____ YES  __X__ NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER: _____

<u>HAS DEFENDANT BEEN ARRESTED ON COMPLAINT</u>?  ____ YES  __X__ NO

<u>OFFENSE</u>:  **COUNTS 15, 17, 20, 22, 23, 26, 28**: Title 31, United States Code, Section 5324(a)(3) - Knowingly structure or assist in structuring a transaction**.**

<u>LOCATION OF OFFENSE</u> (COUNTY/STATE):  Eagle County, Colorado

<u>PENALTY</u>:  **COUNTS 15, 17, 20, 22, 23, 26, 28**: NMT 5 years, NMT $250,000.00 fine, or both; NMT 3 years supervised release; $100.00 Special Assessment Fee (per count).

<u>AGENT</u>:  SA Lori Butler
Drug Enforcement Administration

<u>AUTHORIZED BY</u>:  Michele R. Korver
Assistant U.S. Attorney

<u>ESTIMATED TIME OF TRIAL</u>: 5 days or more

THE GOVERNMENT **will not** seek detention in this case

The statutory presumption of detention is not applicable to this defendant.

OCDETF CASE:  __✓__ Yes  ____ No