DEFENDANT 5: MARIBEL SALGADO,
a/k/a "Clara Sanchez"

YOB:

ADDRESS:

COMPLAINT FILED? _____ YES __X__ NO

IF YES, PROVIDE MAGISTRATE CASE NUMBER: ______________________

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? ____ YES __X__ NO

OFFENSE:

**COUNT 7**: Title 21, United States Code, Section 843(b) - Knowingly and intentionally use a communication facility in the commission of a crime.

**COUNT 8**: Title 18, United States Code, Section 1956(h) - Money Laundering Conspiracy.

**COUNTS 10, 12 and 14**: Title 18, United States Code, Section 1956(a)(1)(B)(ii) - Money Laundering.

**COUNT 29**: Title 18, United States Code, Section 1028A(a)(1) and (c)(11) - Aggravated identity theft.

**CRIMINAL FORFEITURE:** Title 21, United States Code, Section 853, Forfeiture Allegation

LOCATION OF OFFENSE (COUNTY/STATE): Eagle County, Colorado

PENALTY:

**COUNT 7:** NMT 4 years imprisonment, NMT $250,000.00 fine, or both; NMT 3 years supervised release; $100.00 Special Assessment Fee.

**COUNT 8:** NMT 20 years imprisonment, NMT $500,000.00 fine, or both; NMT 5 years supervised release; $100.00 Special Assessment Fee.

**COUNTS 10, 12 and 14:** NMT 20 years imprisonment, NMT $500,000.00 fine, or both; NMT 5 years supervised release; $100.00 Special Assessment Fee (per count).

**COUNT 29**: NMT 2 years imprisonment consecutive, NMT $250,000.00 fine, or both; NMT 1 year supervised release; $100.00 Special Assessment Fee.

**FORFEITURE COUNT:** Forfeiture

AGENT: SA Lori Butler
Drug Enforcement Administration

AUTHORIZED BY: Michele R. Korver
Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL: 5 days or more

THE GOVERNMENT **will** seek detention in this case

The statutory presumption of detention is not applicable to this defendant.

OCDETF CASE: __✓__ Yes _____ No