DEFENDANT 6: MARISELA SALGADO

YOB:

ADDRESS:

COMPLAINT FILED?  _____ YES  __X__ NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER: _____

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? _____ YES  __X__ NO

OFFENSE: **COUNTS 15 -28**: Title 31, United States Code, Section 5324(a)(3) - Knowingly structure or assist in structuring a transaction.

LOCATION OF OFFENSE (COUNTY/STATE): Eagle County, Colorado

PENALTY: **COUNTS 15 - 28**: NMT 5 years imprisonment, NMT $250,000.00 fine, or both; NMT 3 years supervised release; $100.00 Special Assessment Fee (per count).

AGENT: SA Lori Butler
Drug Enforcement Administration

AUTHORIZED BY: Michele R. Korver
Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL: 5 days or more

THE GOVERNMENT **will not** seek detention in this case

The statutory presumption of detention is not applicable to this defendant.

OCDETF CASE: __✓__ Yes  _____ No