IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2010 DEC 14  PM 4: 57
GREGORY C. LANGHAM
CLERK

BY _____ DEP. CLK

Criminal Case No. 10-cr-614 MSK

UNITED STATES OF AMERICA,

   Plaintiff,

v.

1. MARTIN JAVIER ALAMOS-GARCIA,
2. NOE ALAMOS-MONTES,
3. DIONISIO SALGADO-MEZA,
4. EFRAIN SALGADO-MEZA,
5. MARIBEL SALGADO,
   AKA "CLARA SANCHEZ," and
6. MARISELA SALGADO,

   Defendants.

## MOTION TO SEAL

The United States of America, (hereinafter "Government"), by the undersigned Assistant United States Attorneys, and respectfully moves the Court for an Order sealing the Indictment and Arrest Warrants in this matter, as well as this Motion and any Order issued by the Court with regard to this motion, and as grounds therefore submits the following:

1. Said Indictment, Arrest Warrants and this motion have been filed as a part of a continuing investigation.

2. The release of the information in the Indictment and Arrest Warrants in this matter would substantially jeopardize the security and the method of the investigation.

-1-

WHEREFORE, it is respectfully requested that the Indictment and Arrest Warrants in this matter, as well as this motion, be sealed until the arrest of the first defendant in this case.

Dated this __13th__ day of December, 2010.

Respectfully Submitted,

JOHN F. WALSH
United States Attorney

BY: _____
MICHELE R. KORVER
Assistant United States Attorney
United States Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
FAX: (303) 454-0401
E-mail: Michele.Korver@usdoj.gov
Attorney for Government