IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-614 MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MARTIN JAVIER ALAMOS-GARCIA,
2. NOE ALAMOS-MONTES,
3. DIONISIO SALGADO-MEZA,
4. EFRAIN SALGADO-MEZA,
5. MARIBEL SALGADO,
   AKA "CLARA SANCHEZ," and
6. MARISELA SALGADO,

    Defendants.

## ORDER TO SEAL

The Court has for consideration the government's Motion to Seal wherein the government asks this Court to seal the Indictment and Arrest Warrants in this matter, as well as this Motion and any Order issued by the Court with regard to this motion. Upon consideration,

IT IS ORDERED that the government's Motion to Seal, this Order, Indictment, and Arrest Warrants are hereby sealed until the arrest of the first defendant in this case.

IT IS SO ORDERED on this 14 day of December, 2010.

_____
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO