IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No.  10-cr-00614-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     MARTIN JAVIER ALAMOS-GARCIA,
2.     NOE ALAMOS-MONTES,
3.     DIONISIO SALGADO-MEZA,
4.     **EFRAIN SALGADO-MEZA,**
5.     MARIBEL SALGADO,
       AKA "CLARA SANCHEZ," and
6.     MARISELA SALGADO,

        Defendants.

---

### ENTRY OF APPEARANCE AS COURT-APPOINTED COUNSEL
### ON BEHALF OF EFRAIN SALGADO-MEZA

---

      COMES NOW the law office of John S. Tatum, P.C., and its associate, John S. Tatum, Esq., and hereby enters its appearance as court-appointed counsel of record for the above-named Defendant Efrain Salgado-Meza pursuant to court appointment under CJA.

      Respectfully submitted this 20th day of December 2010.

                            Respectfully submitted,

                            JOHN S. TATUM, P.C.

                            s/ John S. Tatum
                            John S. Tatum
                            12351 East Cornell Avenue
                            Aurora, Colorado  80014
                            Telephone: (303) 750-6888
                            Facsimile: (303) 750-8279

CERTIFICATE OF SERVICE

       I hereby certify that on this 20th day of December 2010, a true and correct copy of the foregoing *Entry of Appearance as Court-Appointed Counsel on Behalf of Efrain Salgado-Meza* was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Michele R. Korver, Esq.
Assistant United States Attorney
District of Colorado
1225 17th Street, Suite 700
Denver, CO 80202

                                              s/ Mary Unrein