**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case No. 10-CR-614-MSK

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.    MARTIN JAVIER ALAMOS-GARCIA,
2.    **NOE ALAMOS-MONTES,**
3.    **DIONISIO SALGADO-MEZA,**
4.    **EFRAIN SALGADO-MEZA,**
5.    **CLARA SANCHEZ,**
       **AKA "MARIBEL SALGADO," and**
6.    **MARISELA SALGADO**,

       Defendants.

---

**ORDER GRANTING UNOPPOSED MOTION FOR AN ENDS OF JUSTICE**
**CONTINUANCE AND FINDING EXCLUDABLE TIME ON GROUNDS OF**
**COMPLEXITY PURSUANT TO 18 U.S.C. §3161(h)(7)(A) and (B)(ii)**

---

This matter having come before the Court and for good cause shown, it is

hereby ORDERED AS FOLLOWS:

The Court finds that for the reasons specifically set forth in the Government's

Unopposed Motion the above-referenced case is complex under Title 18, United

States Code, Section 3161(h)(7)(B)(ii), due to the amount of documentary material

and other evidence subject to pretrial disclosure or discovery.

The Court further finds that such a delay contemplated by Section

3161(h)(7)(A) and (B)(ii) to continue the case for approximately 120 days of

excludable speedy trial time, and to set the case for a discovery conference and further proceedings toward the end of the period of excludable time, is necessary because the case is so complex that it is unreasonable to expect adequate preparation pretrial proceedings or for the trial itself, by either the defense or the prosecution, within the normal time limits established by Title 18, United States Code, Section 3161.

The Court finds that the ends of justice served by taking such action outweighs the best interest of the public and the defendant in a speedy trial and the Motion is GRANTED.  Accordingly, the parties shall have 120 days of excluded time from the speedy trial calculation in order to review discovery and determine what if any pretrial motions may be appropriate.

SO ORDERED this _____ day of _____, 2010.


_____
MARCIA S. KRIEGER
UNITED STATES DISTRICT JUDGE
DISTRICT OF COLORADO