IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No.  10-cr-00614-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.    MARTIN JAVIER ALAMOS-GARCIA,
2.    NOE ALAMOS-MONTES,
3.    DIONISIO SALGADO-MEZA,
4.    **EFRAIN SALGADO-MEZA,**
5.    MARIBEL SALGADO,
      AKA "CLARA SANCHEZ," and
6.    MARISELA SALGADO,

       Defendants.

---

### EFRAIN SALGADO-MEZA'S MOTION FOR EXTENSION OF TIME TO FILE MOTIONS

---

      Defendant Efrain Salgado-Meza by counsel the law office of John S. Tatum, P.C., hereby moves for an extension of time to file motions and in support of this request informs the Court as follows:

      1.    On the afternoon of January 10, 2011, undersigned counsel was contacted by Joseph St. Veltri, Esq., advising that Mr. St. Veltri had been privately retained as counsel for Mr. Efrain Salgado-Meza and that it is Mr. Salgado-Meza's request that appointed counsel withdraw.  A Motion to Withdraw is being filed at the request of Mr. Salgado-Meza as communicated by Mr. St. Veltri.

      2.    Pre-Trial Motions (other than Motions to Suppress) are due on January 11, 2011 (Doc. # 54, Setting and Trial Preparation Order).

3.	The Government has filed an Unopposed Motion for an Ends of Justice Continuance and Findings of Excludable Time on Grounds of Complexity pursuant to Title 18, United States Code, Section 3161(h)(7)(A) and (B)(ii) (Doc. # 56). Undersigned Counsel concurs with the Government's request and the grounds set forth therein and incorporates the same herein by reference.

4.	On or about January 10, 2011 defense counsel received correspondence from the Government transmitting thirteen CD's of discovery and advising that additional discovery is forthcoming.  Obviously, counsel is not in position to file motions under these circumstances even if Mr. Salgado-Meza had not retained private counsel. Obviously, Mr. St. Veltri will require a reasonable time to receive and review discovery and prepare motions.

5.	We are authorized to state that Assistant United States Attorney Michelle Korver does not oppose the relief requested herein.  Time has not permitted us to contact the remaining defense counsel, but given that they do not oppose the Government's motion regarding complexity, we presume they would not oppose Mr. Salgado-Meza's request for an extension of time to file motions.

Respectfully submitted this 11th day of January, 2011.

Respectfully submitted,

JOHN S. TATUM, P.C.

s/ John S. Tatum
John S. Tatum
12351 East Cornell Avenue
Aurora, Colorado  80014
Telephone: (303) 750-6888
Facsimile: (303) 750-8279

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of January, 2011, a true and correct copy of the foregoing **EFRAIN SALGADO-MEZA'S MOTION FOR EXTENSION OF TIME TO FILE MOTIONS** was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Michele R. Korver, Esq.
Assistant United States Attorney
District of Colorado
1225 17th Street, Suite 700
Denver, CO 80202

And via e-mail to:

Joseph St. Veltri, Esq.
Via:  saintveltri@msn.com

s/ Mary Unrein