IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No.  10-cr-00614-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.    MARTIN JAVIER ALAMOS-GARCIA,
2.    NOE ALAMOS-MONTES,
3.    DIONISIO SALGADO-MEZA,
**4.    EFRAIN SALGADO-MEZA,**
5.    MARIBEL SALGADO,
       AKA "CLARA SANCHEZ," and
6.    MARISELA SALGADO,

        Defendants.

## MOTION TO WITHDRAW AS COURT-APPOINTED COUNSEL
## ON BEHALF OF EFRAIN SALGADO-MEZA

COMES NOW the law office of John S. Tatum, P.C., and its associate, John S. Tatum, Esq., and hereby moves to withdraw as court-appointed counsel of record for the above-named Defendant Efrain Salgado-Meza and informs the Court as follows:

1.    On the afternoon of January 10, 2011, undersigned counsel was contacted by Joseph St. Veltri, Esq., advising that Mr. St. Veltri had been privately retained as counsel for Mr. Efrain Salgado-Meza and that it is Mr. Salgado-Meza's request that appointed counsel withdraw.

2.    Mr. St. Veltri asked us to further inform the Court that upon the Court's favorable consideration of this Motion to Withdraw, he would file an appropriate Entry of Appearance.

3.     Undersigned Defense Counsel will forthwith tender discovery received to date to Mr. St. Veltri's office so as to not hamper or unduly delay trial preparation.

Respectfully submitted this 11th day of January, 2011.

Respectfully submitted,

JOHN S. TATUM, P.C.

s/ John S. Tatum
John S. Tatum
12351 East Cornell Avenue
Aurora, Colorado  80014
Telephone: (303) 750-6888
Facsimile: (303) 750-8279

CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of January, 2011, a true and correct copy of the foregoing *Motion To Withdraw As Court-Appointed Counsel On Behalf Of Efrain Salgado-Meza* was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Michele R. Korver, Esq.
Assistant United States Attorney
District of Colorado
1225 17th Street, Suite 700
Denver, CO 80202

And via e-mail to:

Joseph St. Veltri, Esq.
Via:  saintveltri@msn.com

s/ Mary Unrein

2