IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 10-cr-00614-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

4.    EFRAIN SALGADO-MEZA,

    Defendant

---

**NOTICE OF ENTRY OF APPEARANCE**

---

    COMES NOW Joseph Saint-Veltri and he herewith enters his appearance on behalf of Defendant Efrain Salgado-Meza in the above captioned matter.

    Respectfully submitted,

    s/ Joseph Saint-Veltri
    Joseph Saint-Veltri
    Attorney for Defendant Efrain Salgado-Meza
    900 Logan Street
    Denver, Colorado 80203
    Telephone: 303.832.6777
    Fax: 303.832.1631
    Email: jsv@saintveltri.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 11th day of January, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

    All counsel of record

                                   s/ Joseph Saint-Veltri
                                   Joseph Saint-Veltri
                                   Attorney for Defendant Efrain Salgado-Meza
                                   900 Logan Street
                                   Denver, Colorado 80203
                                   Telephone: 303.832.6777
                                   Fax: 303.832.1631
                                   Email: jsv@saintveltri.com