IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 10-cr-00614-MSK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.     MARTIN JAVIER ALAMOS-GARCIA,
2.     NOE ALAMOS-MONTES,
3.     DIONISIO SALGADO-MEZA,
4.     **EFRAIN SALGADO-MEZA**,
5.     MARIBEL SALGADO a/k/a "CLARA SANCHEZ", and
6.     MARISELA SALGADO,

      Defendants

---

## NOTICE OF ENTRY OF APPEARANCE

---

      COMES NOW Joseph Saint-Veltri and he herewith enters his appearance on behalf of Defendant Efrain Salgado-Meza in the above captioned matter.

      Respectfully submitted,

      s/ Joseph Saint-Veltri
      Joseph Saint-Veltri
      Attorney for Defendant Efrain Salgado-Meza
      900 Logan Street
      Denver, Colorado 80203
      Telephone: 303.832.6777
      Fax: 303.832.1631
      Email: jsv@saintveltri.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of January, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

All counsel of record

s/ Joseph Saint-Veltri
Joseph Saint-Veltri
Attorney for Defendant Efrain Salgado-Meza
900 Logan Street
Denver, Colorado 80203
Telephone: 303.832.6777
Fax: 303.832.1631
Email: jsv@saintveltri.com