IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 10-cr-00614-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.    MARTIN JAVIER ALAMOS-GARCIA,
2.    NOE ALAMOS-MONTES,
3.    DIONISIO SALGADO-MEZA,
4.    **EFRAIN SALGADO-MEZA,**
5.    MARIBEL SALGADO,
      AKA "CLARA SANCHEZ," and
6.    MARISELA SALGADO,

       Defendants.

---

**ALIAS MOTION TO WITHDRAW AS COURT-APPOINTED COUNSEL
ON BEHALF OF EFRAIN SALGADO-MEZA**

---

COMES NOW the law office of John S. Tatum, P.C., and its associate, John S. Tatum, Esq., and hereby submits our alias motion to withdraw as court-appointed counsel of record for the above-named Defendant Efrain Salgado-Meza and informs the Court as follows:

1.    On or about January 12, 2011 Joseph Saint-Veltri, Esq., filed a Notice of Attorney Appearance as private counsel on behalf of Mr. Salgado-Meza (Doc. #65).

2.    Undersigned Appointed Counsel has tendered discovery received to date to Mr. Saint-Veltri's office so as to not hamper or unduly delay trial preparation.

Respectfully submitted this 13th day of January, 2011.

Respectfully submitted,

JOHN S. TATUM, P.C.


s/ John S. Tatum
John S. Tatum
12351 East Cornell Avenue
Aurora, Colorado  80014
Telephone: (303) 750-6888
Facsimile: (303) 750-8279

CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of January, 2011, a true and correct copy of the foregoing *Alias Motion To Withdraw As Court-Appointed Counsel On Behalf Of Efrain Salgado-Meza* was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Michele R. Korver, Esq.
Assistant United States Attorney
District of Colorado
1225 17th Street, Suite 700
Denver, CO 80202

And

Joseph Saint. Veltri, Esq.
Via:  saintveltri@msn.com


s/John Tatum

2