IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case Number 10-cr-00614- MSK-4

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  MARTIN JAVIER ALAMOS-GARCIA,
2.  NOE ALAMOS-MONTES,
3.  DIONISIO SALGADO-MEZA,
4.  **EFRAIN SALGADO-MEZA**,
5.  MARIBEL SALGADO, AKA "CLARA SANCHEZ," and
6.  MARISELA SALGADO,

      Defendants.

---

### MOTION TO EXCUSE COUNSEL'S APPEARANCE AND ALLOW SUBSTITUTE COUNSEL AT FEBRUARY 11, 2011 HEARING

---

**COMES NOW** Defendant  **EFRAIN SALGADO-MEZA**,  by and through counsel, Joseph Saint-Veltri, and hereby moves this Court for the entry of an Order excusing counsel's appearance at the Februrary 11, 2011 hearing, and allowing Jeralyn Merritt, counsel for co-defendant Marisela Salgado, to appear in his stead on defendant's behalf, and **AS GROUNDS THEREFOR**, states as follows:

    1. A motions hearing is scheduled for Friday, February 11, 2011 at which all non-evidentiary motions are set to be addressed. (D.E. #54).

    2. On December 28, 2010, the Government filed an *Unopposed Motion for an Ends of Justice Continuance and Findings of Excludable Time on Grounds of*

*Complexity pursuant to Title 18, United States Code, Section 3161(h)(7)(A) and (B)(ii).* (D.E. #56.)  Mr. Salgado-Meza has no pending motions.

3.  Undersigned counsel for Mr. Salgado-Meza has  long-standing family travel plans, including   prepaid   air travel and accommodations, that conflict with the February 11, 2011 hearing date.

4. Defendant requests that his counsel's appearance at the hearing be excused, and that Jeralyn Merritt, counsel for co-defendant Marisela Salgado, be allowed to appear on his behalf.  Ms. Merritt has known Defendant and his family for many years and previously provided legal representation to him.  Ms. Merritt will have a copy of counsel's calendar for future settings.

5.  Mr. Salgado-Meza has  filed contemporaneously herewith a separate  motion requesting that his appearance at the February 11, 2011 hearing be excused, in accordance Fed. R. Crim. P. Rule 43(b)(3), which provides that a defendant need not be present when the proceeding involves only a conference or hearing on a question of law.

**WHEREFORE**, the Defendant prays for the relief requested and for such other and further relief as to the Court seems just and proper in the premises.

Respectfully Submitted,

s/ Joseph Saint-Veltri

_____
JOSEPH SAINT-VELTRI, Esq.
900 Logan St
Denver, Colorado 80203
(303) 832-6777 (Phone)
(303) 832-1631(Fax)
Jsv@saintveltri.com
(e-mail)
Attorney for E. Salgado-Meza

**CERTIFICATE OF SERVICE** (CM/ECF)

**I HEREBY CERTIFY** that I have this 4th  day of February , 2011, electronically filed the foregoing pleading with the Clerk of Court using the ECF system which will send notification of such filing to:

Michelle Korver, Assistant U.S. Attorney
e-mail: Michelle.Korver@usdoj.gov

and to the e-mail addresses of all counsel of record in the case.
.

s/ Joseph Saint-Veltri

_____

3