**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy:   Patricia Glover                         Date: February 11, 2011
Court Reporter:     Tracy Weir
Interpreter:        Melinda Gonzales-Hibner

Criminal Action No.  10-cr-00614-MSK

*Parties*:                                              *Counsel Appearing:*

UNITED STATES OF AMERICA,                               Michele Korver

       Plaintiff,

v.


1.  MARTIN JAVIER ALAMOS-GARCIA,
2.  NOE ALAMOS-MONTES,                                  Adam Tucker
3.  DIONISIO SALGADO-MEZA,                              Nathan Chambers
4.  EFRAIN SALGADO-MEZA,                                Jeralyn Merritt
5.  MARIBEL SALGADO,
    AKA "CLARA SANCHEZ" and
6.  MARISELA SALGADO,

       Defendants.

---

**COURTROOM MINUTES**

---

HEARING:   Motions

**10:35 a.m.   Court in session.**

Defendants Almos-Garcia, Salgado-Meza and Salgado are present in custody. All other defendants have been excused from appearing by the Court or are still at large.

Interpreter sworn.

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

The Court addresses the Government's Motion to Declare Case Complex and for Ends of Justice Continuance (**Doc. #56**); defendant Alamos-Montes' Motion to Continue (**Doc. #75**); defendant Salgado-Meza and Alamos-Montes Motions for Extension of Time to File pretrial Motions (**Doc. #61, #74**)

Argument by Ms. Korver and counsel Chambers.  Oral motion by counsel Chambers for a James Proffer.

| | |
|---|---|
| **10:44 a.m.** | **Court in recess** |
| **10:51 a.m.** | **Court in session** |

Counsel concur on James Proffer deadline dates.

The Court made specific oral findings justifying a continuance of the trial, which findings are incorporated herein.

**ORDER:** The ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial. Government's Motion to Declare Case Complex and for Ends of Justice Continuance (**Doc. #56**) is **GRANTED pursuant to the Court's ends of justice findings.**  The trial currently scheduled on **Monday, February 14, 2011 at 1:00 p.m.** is **VACATED** and continued to **October 11, 2011 at 1:00 p.m.** (2 weeks).  All subsequent days of trial will begin at 8:30 a.m. unless counsel are advised otherwise.  Final Pretrial Conference is set on **October 7, 2011 at 4:00 p.m.**, all in Courtroom A901, 901 19th Street, Denver, CO.

**ORDER:** The Government will submit its James Proffer on or before **June 10, 2011;** the defendants will make objections on the form used for the James Proffer no later than **July 11, 2011** and the James Proffer will be filed no later than **July 12, 2011**.

**ORDER:** Defendants Salgado-Meza and Alamos-Montes Motions for Extension of Time to File pretrial Motions and Motions to Suppress (**Doc. #61 and #74**) are **GRANTED.**

**ORDER:** All motions will be filed by **July 29, 2011**.  Government's responses will be filed by **August 12, 2011.**  Motions hearing (non-evidentiary) is set on **September 8, 2011 at 4:00 p.m.**, in Courtroom A901, 901 19th Street, Denver, CO.

Courtroom Minutes
Judge Marcia S. Krieger
Page 3

**ORDER:**   The Government's Rule 16 Disclosures will be made by **March 30, 2011** and the defendants Rule 16 Disclosures will be made by **April 30, 2011.**

**11:01 a.m.**   **Court in recess.**

**Total Time:**   **19 minutes.**
**Hearing concluded.**