Attachment A

---

# CURRICULUM VITAE
## Roger A. Ely

---

## EDUCATION:
**Associate of Arts**, Reedley Community College – 1976
**Bachelor of Arts**, Chemistry, California State University; Fresno – 1979

## EXPERIENCE:
**Student Professional Worker**, Fresno County Sheriff's Department Crime Lab; Fresno, CA; 1976-1979
**Criminalist**, Fresno County Sheriff's Department Crime Lab; Fresno, CA; 1979-1981
**Criminalist**, Washington State Patrol Crime Lab; Kelso, WA; 1981-1987
**Senior Forensic Chemist**, Drug Enforcement Administration, Western Laboratory; San Francisco, CA; 1987 to present

## COURT QUALIFIED AREAS OF EXPERTISE:
Firearms and toolmark examinations
Blood spatter interpretation
Bullet flight path determination
Crime scene reconstruction
Flammable liquid identification
Controlled substance identification (solid dosage)
Clandestine laboratory investigation
Clandestine laboratory site reconstruction
Clandestine laboratory synthesis methods
Clandestine laboratory production (capacity) estimates
Photography and photographic techniques

## PROFESSIONAL AFFILIATIONS:
**California Association of Criminalistics:**
  Regular Member: 1979 – 1990
**Northwest Association of Forensic Scientists:**
  Regular Member: 1982 to present
  Newsletter Editor: 1986 – 1993
  Membership Secretary: 1995 – 1999
**Clandestine Laboratory Investigating Chemists Association:**
  Founding Director: 1989
  Editorial Secretary: 1989 to 2002

# Attachment A

American Society of Testing Materials (ASTM) Subcommittee E 30.01 on
   Criminalistics, Drug Analysis Standards Task Group:
   Former Committee Member
California Precursor Committee:
   Member
National Chemical Initiative:
   Member

## PRESENTATIONS:

**The Examination of Adulterated Cocaine Samples by Infrared Spectroscopy**, presented at the Spring 1982 meeting of the Northwest Association of Forensic Scientists; Seattle, WA

**The Use of Blood Spatter Interpretation in a Suspected Homicide**, presented at the Fall 1982 meeting of the Northwest Association of Forensic Scientists; Portland, OR

**Painting With Light. A Technique to Enhance Night Photography**, presented at the Fall 1985 meeting of the Northwest Association of Forensic Scientists meeting; Seattle, WA

**Lithium-Ammonia Reduction of Ephedrine to Methamphetamine: An Unusual Clandestine Synthesis**, presented at the fall 1988 meeting of the Northwest Association of Forensic Scientists; Portland, OR

**Lithium-Ammonia Reduction of Ephedrine to Methamphetamine: An Unusual Clandestine Synthesis**, presented at the Spring 1989 meeting of the California Association of Criminalists; Sacramento, CA

**The Forensic Examination of Phenyl-2-Propanone Synthesized From Phenylacetic Acid with Acetic Anhydride or Lead Acetate**, presented at the 1989 meeting of the American Academy of Forensic Sciences; Las Vegas, NV

**The Forensic Examination of Phenyl-2-Propanone Synthesized From Phenylacetic Acid with Acetic Anhydride or Lead Acetate**, presented at the Spring 1989 meeting of the Northwest Association of Forensic Scientists; Ashland, OR

**The Forensic Examination of Phenyl-2-Propanone Synthesized From Phenylacetic Acid with Acetic Anhydride or Lead Acetate**, presented at the Spring 1989 meeting of the California Association of Criminalists; Sacramento, CA

**The Use of HPGL Graphics Files in ChemText**, presented at the 1989 Molecular Design CPSS User's meeting in San Francisco, CA

**Chicken Feed Crank. Fact or Fiction?**, presented at the fall 1989 meeting of the Northwest Association of Forensic Scientist; Concord, CA

**Is There Really Methamphetamine in Chicken Feed? A Discussion Of Myths And Recent Ruses Used In Clandestine Drug Labs and Update On 'ICE' Methamphetamine**, presented at the California Department of Justice's Statewide Technical Exchange Program; May 30, 1990; Sacramento, CA

**Serial Dry Extraction of Illicit Methamphetamine Powders for the Identification of Adulterants and Diluents by Infrared Spectroscopy**, presented at the 2nd Annual Clandestine Laboratory Investigating Chemists Association Technical Training Seminar; September 8-12, 1992; Fort Worth, TX

# Attachment A

**Fatalities Resulting From Clandestine Drug Manufacturing Laboratories**, presented at the 45th Annual meeting of the American Academy of Forensic Sciences; February 15-20, 1993; Boston, MS; and the 3rd Annual CLIC Technical Training Seminar; September 8-11, 1993; Memphis, TN

**The Manufacture of AIDS "Cures" at Clandestine Labs**, presented at the 46th Annual meeting of the American Academy of Forensic Sciences; February 16-19, 1994; San Antonio, TX; and the 4th Annual CLIC Technical Training Seminar; September 7-10, 1994; Vancouver, B.C.

**Analytical Tips and Methodology: Extraction Techniques**, presented at the 4th Annual Clandestine Laboratory Investigating Chemists Association Technical Training Seminar; September 7-10, 1994; Vancouver, B.C.

**Current Trends in Clandestine Laboratories in the United States**, presented at the 12th Joint Meeting of the Australian-New Zealand Forensic Science Society (keynote address); November 21-25, 1994; Auckland, New Zealand

**Introduction To The Internet: Basic Internet Resources For The Forensic Scientist**, presented at the 5th Annual Clandestine Laboratory Investigating Chemists Association; Steamboat Springs, CO (1995); Southwest Association of Forensic Scientists; Fort Worth, TX (1996); Northwest Association of Forensic Scientists; Spokane, WA (1996); California Association of Crime Laboratory Directors; Sacramento, CA (1996)

**Some Analytical Procedures For The Identification Of Amphetamine**, presented to the California Association Criminalists – Drug Study Group; August 15, 1996; Oakland, CA

**Overview of Clandestine Laboratories**, presented to the West-Central Organized Crime Drug Enforcement Task Force (OCDETF) Conference; August 4, 1997; Keystone, CO

**Clan Lab Sample Characterization and Extraction Techniques**, presented at the 7th Annual Clandestine Laboratory Investigating Chemists Association Technical Training Seminar; September 3–6, 1997; San Diego, CA

**Courtroom Presentations**, presented at the 7th Annual Clandestine Laboratory Investigating Chemists Association Technical Training Seminar; September 3–6, 1997; San Diego, CA

**Clandestine Phenethylamine Lab Synthesis and Analysis Training For The New Chemist At The DEA Western Laboratory**, presented at the 7th Annual Clandestine Laboratory Investigating Chemists Association Technical Training Seminar; September 3–6, 1997; San Diego, CA; presented at the Fall 1998 joint meeting of the Northwest Association of Forensic Scientists, Southwest Association of Forensic Scientists, California Association of Toxicologists, and Southwestern Association of Toxicologist, November 6, 1997; Las Vegas, NV; 15th Triennial Meeting of the International Association of Forensic Sciences, August 23, 1999, Los Angeles, CA; Clandestine Laboratory Investigating Chemists Association Technical Training Seminar, September 3–6, 2003, Richmond, VA

# Attachment A

- **Methamphetamine Labs, Syntheses, and Safety. A 10-Year Retrospect**, presented at the 50th American Academy of Forensic Sciences meeting, February 10, 1998, as part of the workshop titled "Methamphetamine: Syntheses, Pharmacology, Analysis and Toxicology", San Francisco, CA; 15th Triennial Meeting of the International Association of Forensic Sciences, August 23, 1999, Los Angeles, CA
- **The Forensic Examination of Benzylpiperazine And Phenylpiperazine Homologs**, presented at the joint Northwest Association of Forensic Scientists and the Alaska Peace Officers Association; April 22, 1999; Anchorage, AK; 9th Annual Clandestine Laboratory Investigating Chemists Association Technical Training Seminar; September 8–11, 1999; Toronto, ON, Canada
- **Phenyl-2-propanone: Synthetic Methods and Analytical Perspectives**, presented at the 12th Annual Clandestine Laboratory Investigating Chemists Association Technical Training Seminar, September 4-7, 2002, New Orleans, LA
- **CLIC Journal Archives on CDROM**, presented at the 12th Annual Clandestine Laboratory Investigating Chemists Association Technical Training Seminar, September 4-7, 2002, New Orleans, LA

## PUBLICATIONS

- **Lithium-Ammonia Reduction of Ephedrine to Methamphetamine: An Unusual Clandestine Synthesis**, Ely, R.A. and McGrath, D.M., *Journal of Forensic Science*, Volume 35, Number 3, May 1990, pp. 720–723.
- **An Investigation of the Extraction of Methamphetamine From Chicken Feed and Other Myths**, Ely, R.A., *Journal of the Forensic Science Society*, Volume 30, November-December 1990, pp. 363–370.
- **Differentiation of Phenyl-2-propanone Synthesized by Phenylacetic Acid with Acetic Anhydride or Lead (II) Acetate**, Allen, A.C., Nakamura, S., Stevenson, M.L., and Ely, R.A., *Journal of Forensic Science*, Volume 37, Number 1, January 1992, pp. 301-322.
- **Current Contents on Diskette. A Computer-Based System for Reviewing Current Scientific Literature**, Ely, R.A., *Microgram*, Volume 24, Number 5, May 1991, pp. 104–110.
- **A Spreadsheet Program For the Determination of Volumes of One and Two Phase Liquids in Round Bottom Reaction Flasks**, Ely, R.A., *Microgram*, Volume 24, Number 7, 1991, pp. 180–185.
- **Serial Dry Extraction of Illicit Methamphetamine Powders for the Identification of Adulterants and Diluents by Infrared Spectroscopy**, *J. Clandestine Laboratory Investigating Chemists Association*, Volume 3, Number 1, 1993, pp. 21–23.
- **"Chemical Threats To Police Officers From Clandestine Drug Labs,"** Chemical Editor, Occupational Health Section, Health Services Directorate, Royal Canadian Mounted Police, ISBN 0-662-24268-8, 1996

# Attachment A

## PEER REVIEW

Serve as a peer reviewer of technical manuscripts including topics on computer programming and applications; drug analyses by FTIR, GC-MS, GC-FTIR and HPLC; and clandestine drug chemistry for:
1. Drug Enforcement Administration's Laboratory System peer review.
2. Drug Enforcement Administration's publication *Microgram*.
3. Journal of the Forensic Science Society.

## AREAS OF INSTRUCTION:

**Crime Scene Photography**, Washington State Patrol Academy (Advanced Accident Investigators School); Lower Columbia College, Longview, WA; Clark College, Vancouver, WA; Vancouver Police Department, Vancouver, WA; Northwest Association of Forensic Scientists, workshop instructor (Portland, OR, 1992; and Spokane, WA, 1996)

**Clandestine Laboratory Investigation**, Fresno County Sheriff's Department, Fresno, CA; Washington State Patrol, Kelso, WA; Drug Enforcement Administration, Western Laboratory, San Francisco, CA; Advanced National Safety Training Course for Clandestine Laboratory Investigators, Melbourne, Australia; International Outlaw Motorcycle Gang Conference (Portland, OR, 1992); Northwest Association of Forensic Scientists, workshop instructor (Ashland, OR, 1995); So. Missouri State College, Joplin, MO; Utah Narcotics Officers Association, Park City, UT (October 1-3, 1997)

**Clandestine Laboratory Synthesis and Analysis**, Fresno County Sheriff's Department, Fresno, CA; Washington State Patrol, Kelso, WA; Drug Enforcement Administration, Western Laboratory, San Francisco, CA; California Criminalistics Institute, Sacramento, CA; California Association of Criminalists – Drug Study Group, Oakland, CA; National Forensic Seminar for Clandestine Laboratory Investigating Chemists, Melbourne, Australia

**Chemical Analysis of Drugs**, Drug Enforcement Administration, Western Laboratory (new chemist training program), San Francisco, CA; California Association of Criminalists – Drug Study Group, Oakland, CA

**Blood Spatter Interpretation**, Lower Columbia College (guest lecturer), Longview, WA; Clark County Sheriff's Department (in-service training), Vancouver, WA

**Basic Drug Identification**, Drug Enforcement Administration, Basic Agent's School, San Francisco, CA

**Field Testing of Drugs**, Drug Enforcement Administration, Basic Agent's School, San Francisco, CA

**The Internet,** Clandestine Laboratory Investigating Chemists Association, Steamboat Springs, CO (1995); Southwest Association of Forensic Scientists, Ft. Worth, TX (1996); Northwest Association of Forensic Scientists, Spokane, WA (1996); California Association of Crime Laboratory Directors, Sacramento, CA (1996)

**Basic Microsoft PowerPoint Techniques**, Northwest Association of Forensic Scientists, Las Vegas, NV (1997)

# Attachment A

## COURSES ATTENDED:

**Forensic Microscopy**, McCrone Institute, January 1981, Santa Ana, CA

**Bitemark Identification and Documentation**, Washington State Training Commission, December 1982, Seattle, WA

**Clandestine Laboratory Safety Certification School**, Drug Enforcement Administration, February 1988, Sacramento, CA

**Interpretation of Mass Spectra**, Hewlett-Packard, April 1988, Paramus, NJ

**HP 5965A (Gas Chromatograph Infrared Detector) User's Training**, Hewlett-Packard, June 1988, Paramus, NJ

**Basic ChemText Users Course**, Molecular Design, Ltd., April 1988, San Leandro, CA

**Gemini NMR Basic Operator's Course**, Varian Instruments, April 1991, Palo Alto, CA

**PC Troubleshooting, Maintenance, and Repair**, American Institute, March 1992, San Francisco, CA

**Microcolumn Separation Techniques: Application To Forensic Sciences**, presented by M.L Lee, Ph.D. and I.M. Lazar, Ph.D., Brigham Young University, at the Fall 1996 Northwest Association of Forensic Scientists seminar, October 1996, Salt Lake City, UT

**Microsoft Access 97 Power Fundamentals Seminar**, Applications Developers Training, Co., February 2–4, 1998, So. San Francisco, CA

**Hewlett-Packard GC Chemstation Data Analysis and Reporting – H2606A**, Hewlett-Packard Co., Wilmington, DE; July 21-23, 1998; Pleasanton, CA

**Microsoft Access 97 Programming Applications Training**, Applications Developers Training, Inc.; February 15–18, 1999; San Francisco, CA

**Advanced Troubleshooting, Maintaining and Upgrading PCs**, CompuMaster; August 10-11, 1999; Concord, CA

**Technical Writing for the Criminalist**, CA Criminalistics Institute; May 13–15, 2003; Sacramento, CA

**Basic Mass Spectra Interpretation**, rMS Workshops, LLC; May 30–June 1; San Francisco, CA

**NMR Quantitation and Identification**, DEA Special Testing Laboratory (SF/C Patrick Hays); June 11–15, 2007; San Francisco, CA

**Practical Capillary Electrophoresis**, CE Technologies (Robert Weinberger, Ph.D.); July 17–18, 2007, San Francisco, CA

**Agilent MS Chemstation Macro Programming**, Agilent (Jeff Hansen); April 30–May 2, 2008, Alpharetta, GA

**Uncertainty of Measurement Training**, DEA Office of Forensic Sciences (Sandra Rodriguez–Cruz), July 14, 2009, San Francisco, CA

**LC–MS Training**, DEA Office of Forensic Sciences (Sandra Rodriguez–Cruz), July 15, 2009, San Francisco, CA

**Continuum Microscope Operations**, ThermoFisher Scientific (Ross Boyle), July 28–31, 2009, Madison, WI

**Instructor Development Course No. 48**, DEA Office of Training (Sharon Firewicz), February 8–16, 2011, DEA Academy – Quantico, VA