RE

**U.S. Department of Justice**
**Drug Enforcement Administration**

(DO NOT USE FOR NON-DRUG EVIDENCE)
**REPORT OF DRUG PROPERTY COLLECTED, PURCHASED, OR SEIZED**

| 1. Date Prepared: 05-03-2010 | 2. Case Number: MZ-09-0025 | 3. File Title: SALGADO, Dionisio | | 4. GDEP #: YNC1B |
|---|---|---|---|---|
| 5. Group Number: GSPOD | 6. Program Code: | 7. Date taken into DEA Custody: 05-01-2010 | 8. Where obtained (Country, City, State): USA, SWEETGRASS, MT | |

9. Is this document for informational purposes only? ☒ No ☐ Yes

10. How obtained? ☐ Purchase cost per exhibit: (1)_____; (2)_____; (3)_____.
☒ Seized
☐ Money Flashed
☐ Compliance Sample (Non-Criminal)
☐ Free Sample
☐ Clandestine Laboratory Seizure
☐ Regulatory
☐ Internal Body Carry*
☐ Stockpile Reverse Undercover
☐ Other:_____

*A biohazard warning label must be placed on the heat sealed evidence envelope containing the evidence acquired from an internal body carry.

11. If referral, name of referring agency: | 11a. Case #: | 11b. Seizure #:

12. If seized for forfeiture (pseudoephedrine) and held as evidence or for safekeeping, was a SSF prepared?
☐ If yes, attach SSF and enter Asset ID (formerly CATS ID) # _____
Provide asset (fair market) value at time of seizure _____
☐ If no, explain: _____

| 13. Exhibit # | 14. FDIN # | 15. Alleged Drugs | 16. Describe Marks on Labels (Note: If original container is separate from drug, enter subexhibit # and describe original container fully.) | Approx. Gross Quantity | | |
|---|---|---|---|---|---|---|
| | | | | 17. Seized | 18. Submitted | 19. Retained |
| 1 | 2010 24519 (TP) | C1 - COCAINE HCL | 45 individually wrapped packages in black tape. 1 package white powder separated from 1 package of black tape and other packaging material. | 17,010 G | 17,010 G JP 17.25 kg | 0 G |

20. Is this a bulk drug seizure? ☐ No ☒ Yes (If yes, provide date of 60-day letter: 05-03-2010)
21. Identify: ☒ N/A ☐ Threshold DEA-7 or ☐ Bulk DEA-7

22. ☐ Fingerprint Analysis Requested for exhibit(s): _____

22a. Compare Latent Prints with subject(s):

| Name | FBI and or State ID Number(s) | Date of Birth | Identify type of prints attached | | |
|---|---|---|---|---|---|
| | | | Finger | Palm | None |
| | | | ☐ | ☐ | ☐ |
| | | | ☐ | ☐ | ☐ |
| | | | ☐ | ☐ | ☐ |
| | | | ☐ | ☐ | ☐ |

**23. REMARKS:**
Exhibit 1, described above, was seized on April 30, 2010, by Inspectors at the Sweetgrass Port of Entry in Sweetgrass, Montana. The exhibit was seized from a vehicle driven by Calvin SKIDMORE, a Canadian citizen, attempting to transport the exhibit through the Port of Entry. On April 30, 2010, ICE RAC Bill Rutten took possession of the exhibit at the Port and transported the exhibit to the ICE Office in Great Falls, MT. On May 1, 2010, SA Diane Jenkins obtained the exhibit from ICE SA Tavia Hulme and SA Jenkins transported the exhibit to the BRO for safekeeping until processed and submitted to the WRL on May 3, 2010. Exhibit was sent via FedEx #872104865693

| 24. Type/Print Name of Special Agent/Task Force Officer/Diversion Investigator: Diane M. Jenkins | 25. Type/Print Name of Supervisor: James W. Schrant |
|---|---|
| 24a. Signature and Date: /s/ Diane M. Jenkins 05-03-2010 | 25a. Signature and Date: /s/ James Baker 5/3/10 05-03-2010 |

**DRUG EVIDENCE CUSTODIAN RECEIPT REPORT (FOR FIELD OFFICE USE ONLY)**

| 26. No. Packages: | 27. Print/Type Name Received From: | 27a. Signature and Date: |
|---|---|---|
| 28. SEAL ☐ Broken ☐ Unbroken | 29. Print/Type Name Received By: | 29a. Signature and Date: |

30. Date Entered Into ENEDS/CERTS:

**LABORATORY EVIDENCE RECEIPT REPORT (FOR LABORATORY USE ONLY)**

| 31. No. Packages: 1 BOX | 32. Print/Type Name Received From: Fed Ex | 32a. Signature and Date: 8721 0486 5693 5/4/10 |
|---|---|---|
| 33. SEAL ☐ Broken ☒ Unbroken | 34. Print/Type Name Received By: TARA POMERANTZ | 34a. Signature and Date: /s/ 5/4/10 |

35. Laboratory #s: (1) 7157504 (2) _____ (3) _____
36. Laboratory Control #s: (1) X00960 (2) _____ (3) _____

DEA Form 7 (10/07) (Previous editions are obsolete)

Page 1 of 1



**U.S. Department of Justice**

**Drug Enforcement Administration**

## LABORATORY REPORT

TO: Denver Field Division
    Colorado Springs Resident Office

CASE NUMBER: MZ-09-0025

FROM: Western Laboratory (SFL7)
      San Francisco, CA

**RESULTS AND CONCLUSIONS:**

| Exh. No. | Lab. No. | Active Drug Ingredient (Established or Common Name) | Gross Weight | Net Weight | Conc. or Purity | Amount of Actual Drug | Reserve Weight |
|---|---|---|---|---|---|---|---|
| 1 | 7157504 | cocaine hydrochloride | 17.20 kg | 12.76 kg (±0.004 kg) | 68.0% (±2.9%) | 8.676 kg (±0.375 kg) | ~~12.65 kg~~ e 12.75 kg @ 12-15-10 |

**Remarks:**

The reported uncertainty values represent expanded uncertainty estimates at the 95% confidence level.

Exhibit 1:   ~~2.650 kg~~ 2.750 e @ 12-15-10 held for destruction pending written notification.
Exhibit 1:   One gram removed from each of 3 (three) containers for special program.
Exhibit 1:   also identified: phenyltetrahydroimidazothiazole

Analyzed By: _____ Date: October 27, 2010
             Roger A. Ely, Senior Forensic Chemist

Approved By: _____ Date: 11/1/2011
             Donald Chinn, Laboratory Director

Form LS-05-010 (February 2009)                                              Page 1 of 1

**DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION**
**FORENSIC CHEMIST WORKSHEET**      Page 1 of 63

| 1. FROM | 2. DATE | 3. SEALS | 4. FILE NO./EXHIBIT NO./LAB NO. |
|---|---|---|---|
| Quince [illegible] | 8-16-10 / 9-17-10 / 10-25-10 | ☒ Intact ☐ Broken ☐ None | MZD90025 / 1 / 7157504 |

**5. DESCRIPTION OF EVIDENCE**

Sealed box w/ black tape-wrapped rectangular pkgs — differ in size:

14 ≈ 8" × 2½" × 1¾"
2 + 25 ≈ 8" × 4" 1¾" × 1⅞"
7 ≈ 4½ × 1¾ × 1¾
---
45

1- ICE EE w/ packaging
1- ICE EE w/ wh w/ white powder

Big ones look like 1 pound
look like ½ pound
look like ¼ pound
(cut from kilo brick while wet?)

**6. SUMMARY OF FINDINGS**

Gut: 17.20 Kg
net: 12.76 ± 0.004 Kg      Coc HCl PTHT
~~276~~ G held for destruction pending written
2.650 Kg notification
3G removed for several [illegible]

| 7. EXH. NO. | 8. LAB. NO. | 9. ACTIVE DRUG INGREDIENT | 10. QUANTITATIVE RESULTS | 11. AMT. OF PURE DRUG | 12. RESERVE |
|---|---|---|---|---|---|
| 1 | 7157504 | Coc HCl | 68.0 ± 2.9 % | 8.676 ± 0.375 Kg | ~~12.76 Kg~~ (2.651 G) |

**13. RESERVE EVIDENCE**

① CSP samples in I-chem bottles in new HSEE
② Threshold in 2 boxes sealed
③ Bulk in large HSEE

All 2ndry containers marked (individual pkg wet — black tape)

| 14. FORENSIC CHEMIST'S SIGNATURE | 15. DATE REPORTED | 16. REVIEWED BY (initials) & DATE |
|---|---|---|
| [signature] | 10/27/10 | PER 10/29/10 |

**17. REMARKS**

9CSP.000
9041L005
8122.900

NOV 1 2010

FORM DEA-86 (1-07) Previous editions are obsolete.

Analyst Initials: a   Page 2 of 63

FILE NO. M2090025   EXHIBIT NO. 1   LAB NO. 7157504

Bulk 26d it (BALANCE NO.) GROSS WEIGHT: 17.20 KG  *360ct2010
DATE OPENED: 10-26-10
365358 (BALANCE NO.) NET WEIGHT: opened each pky and placed in new, unmarked 3pk.
see p. 3
12.76 KG ± 0.004 KG

**EVIDENCE SAMPLING PROCEDURES:**
Randomly sample, I.O. 20 items; combine, grind to pass 20 mesh; c$s

**QUALITATIVE:**
CoScN (DF 10.4.10): Blanks: no rxn (x20)   Samples: Blue Flocculent ppt (x20)

GCMS (AUTO   neat - MeCl2 - MSTFA 9:1)
Blank: OK   Samples: cocaine, PTHIT (x20); indication of diltiazem

GC IRD (auto 30/auto STD - BE in MeCl2 - samples x5)
blank: OK   comp (30): PTHIT, coc   (STD): NCSD (no diltiazem)
FTIR (ATR): blank: OK   MeCl2 set e divert: GC HCl MeCl2 set e
NO visible rxsols w/ 9:1

**QUANTITATIVE:**
METHOD #: 7-coc6cl   3ml ISTD
365006 (BALANCE NO.) STANDARD: 205.0 mg/200ml = 1.008 mg/ml
REFERENCE #: 1126: coc HCl 98.5%
DATE PREPARED: 9-20-10 DF
365071 (BALANCE NO.) SAMPLE: 112.6 mg/100ml = 1.126 mg/ml
X̄ = 68.0 ± 2.9 %
wt = 8.676 ± 0.375 KG

See page 3
RESERVE WEIGHT: (BALANCE NO.)

365122
365054 (BALANCE NO.)   SPECIAL PROGRAMS: CSP 3 samples
#9 = 1.05,  } 3 pks   gwt = 80.6,
#16 = 1.03,
#39 = 1.04
3.12g

See page 4
GROSS WEIGHT AFTER ANALYSIS: (BALANCE NO.)
2 boxes of Threshold + covers
Bulk n large HSSEE

DATE SEALED: 10/27/10

FORM DEA-86 (1-07) Reverse

Analyst Initials: _a_   Page 2 of 63

FILE NO. MZ090025   EXHIBIT NO. 1   LAB NO. 7157504

Bulk 2684 (BALANCE NO.)   GROSS WEIGHT: 17.20 KG   #26OCT2010
DATE OPENED: 10-26-10

365358 (BALANCE NO.)   NET WEIGHT: opened each pkg and placed in env, unmarked 2pk.
see pg 3
12.76 KG ± 0.004 KG

**EVIDENCE SAMPLING PROCEDURES:**
Randomly sample, IO 20 items; combine, grind to pass 20 mesh; c&s

**QUALITATIVE:**
CoScN : (DF 10·4·10)   Blanks: no rxn (n20)   Samples: Blue Flocculent ppt (x20)

GCms (Auto   neat · MeCl₂ · MeOH 9:1)
Blank: OK   Samples: cocaine, PTHiT (x20); indication of diltiazem

GC IRd (Auto · AutoSTD · BE in MeCl₂ - samples. 7s)
blank: OK   comp (m): PTHiT, coc   (std): NCSD (no diltiazem)

FTIR (ATN): blank: OK   uncl ext, direct: coc Hcl, mech ext e
NO visible rxsls w/ 9:1

**QUANTITATIVE:**
METHOD #: 7-coc 6cl   3ml ISTD
365006 (BALANCE NO.)   STANDARD: 205.0 mg/200mL = 1.008 mg/mL
REFERENCE #: 1126: coc Hcl 98.5%
DATE PREPARED: 9·20·10  DF
365071 (BALANCE NO.)   SAMPLE: 112.6 mg/100mL = 1.126 mg/mL
X̄ = 68.0 ± 2.9%
wt = 8.676 ± 0.375 KG

See page 3
(BALANCE NO.) RESERVE WEIGHT:

See page 4
(BALANCE NO.) GROSS WEIGHT AFTER ANALYSIS:
2 boxes of Threshold + covers
Bulk & Large HSCC

365122
365054 (BALANCE NO.)   SPECIAL PROGRAMS: CSP 3 samples
#9 = 1.05,  ⎫ 3 pks  gwt · 80.6,
#16 = 1.03,  ⎬
#39 = 1.04  ⎭
3.12,

DATE SEALED: 10/27/10

FORM DEA-86 (1-07) Reverse



**U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION**
**FORENSIC CHEMIST WORKSHEET (Continuation)**   Page 4 of 6?

1. FORENSIC CHEMIST'S SIGNATURE: [signature] 10/27/10
2. FILE NO./EXHIBIT NO./LAB NO.: MZ090025/1/7157504

Cmts

Threshold in 2 boxes: 1 w/ sampled, 1 large HSEE w/ not sampled, composite (all in HSEE n=4)
2nd w/ large HSEE & rest of Threshold and not covered.

Bulk in large HSEE. = 2759 g  (365004)
= 8812 g  (365005)
Box 1 (.001)
Box 2 (.002)     = 7165 g  (365005-)
                  _____
           Sut Wt = 18736 g



**U.S. Department of Justice**
Drug Enforcement Administration
Western Laboratory, San Francisco, CA

**TO:**  Michele R. Korver
Assistant U.S. Attorney

**FROM:**  Roger A. Ely
Senior Forensic Chemist

**APPROVED:**  Donald Chinn
Laboratory Director

**SUBJECT:**  Rule 16(a)(1)(G) Summary of Testimony in
DEA Case No. MZ–09–0025

**DATE:**  March 25, 2011

The following summary of testimony is provided as required by Federal Rule of Criminal Procedure 16(a)(1)(G):

1. My name is Roger A. Ely

2. I am employed by the Department of Justice, Drug Enforcement Administration (DEA), in the capacity of Senior Forensic Chemist and was so employed when I conducted the examinations and analyses described below. My qualifications to interpret the results described below, and to express an opinion as to the identity of the exhibit(s) described below, are based on my knowledge, skill, experience, training and education. My experience, education and training are described in detail in Attachment A.

3. I have examined and analyzed the substance contained in the exhibit which were submitted for analysis in the above referenced case.

4. The opinions described below are based on the following chemical, physical, and instrumental analyses, the results generated by those analyses, and my interpretation of those results.

5. In my opinion the substance referred to herein as DEA Exhibit #1 has been identified as follows:

    a. Active drug ingredient: cocaine hydrochloride
    b. Diluent: phenyltetrahydroimidazothiazole
    c. Quantitative result: 68.0 (± 2.9%), by weight
    d. Net weight of powder: 12.76 (± 0.004) kilograms
    e. Weight of cocaine hydrochloride (actual): 8.676 (± 0.375) kilograms

---

The above opinion is based on the following physical, chemical, and instrumental analyses:

   i. Color screening test: cobalt thiocyanate (2% aq.)
   ii. Infrared spectroscopy
   iii. Capillary gas chromatography with mass selective detection (GC–MSD)
   iv. Capillary gas chromatography with vapor phase infrared detection (GC–IRD)
   v. Capillary gas chromatography with flame ionization detection (GC–FID), internal standard method for quantitative analyses.