IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-614-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.    MARTIN JAVIER ALAMOS-GARCIA,
2.    NOE ALAMOS-MONTES,
3.    DIONISIO SALGADO-MEZA,
4.    EFRAIN SALGADO-MEZA,
5.    MARIBEL SALGADO,
      AKA "CLARA SANCHEZ," and
6.    MARISELA SALGADO,

        Defendants.

## UNITED STATES BILL OF PARTICULARS

COMES NOW the United States of America, by and through United States Attorney John F. Walsh, and Assistant United States Attorney Michele R. Korver, and hereby files the following Bill of Particulars:

1.    In the Forfeiture Allegation on Page 26 through 27 of the Indictment returned on December 14, 2010, the United States announced that:

      a. Pursuant to Title 21, United States Code, Section 853, it would seek forfeiture of all property constituting or derived from proceeds obtained, directly or indirectly, from the commission of the offenses alleged in Counts One through Seven of the Indictment, and any and all property used or intended to be used in any manner or part to commit and facilitate said violations; and

      b. Pursuant to Title 18, United States Code, Section 982, it would seek forfeiture of all property, real or personal, involved in the commission of the offenses alleged in Counts Eight through Fourteen of the Indictment, or all property traceable to such property.

    2. Accordingly, the United States gives notice that as a result of the violations of Title 21, United States Code, Sections 846, 841(a)(1), 841 (b)(1)(A)(ii)(II), 843, and Title 18, United States Code, Sections 1956(a)(1)(B)(i), and 1956 (a)(1)(B)(ii) as alleged in Counts One through Fourteen of the Indictment, and by this reference fully incorporated herein, which are punishable by imprisonment of more than one year, the United States also seeks forfeiture of the defendants' interest in the following:

      a. 375 Red Fox Drive, Gypsum, Colorado, more fully described as:

LOT 107, COTTON RANCH PLANNED UNIT DEVELOPMENT TIMBERWOLF FILING (FILING 3), ACCORDING TO THE FINAL PLAT RECORDED SEPTEMBER 18, 1996 IN BOOK 705 AT PAGE 680, COUNTY OF EAGLE, STATE OF COLORADO.

      b. 231 Brown Bear, Gypsum, Colorado, more fully described as:

LOT 16, THE COTTON RANCH FILING 1, FINAL PLAT, ACCORDING TO THE PLAT RECORDED OCTOBER 27, 1995 IN BOOK 679 AT PAGE 439, COUNTY OF EAGLE, STATE OF COLORADO.

      c. 241 Brown Bear, Gypsum, Colorado, more fully described as:

LOT 17, THE COTTON RANCH FILING 1, FINAL PLAT, ACCORDING TO THE PLAT RECORDED OCTOBER 27, 1995 IN BOOK 679 AT PAGE 439, COUNTY OF EAGLE, STATE OF COLORADO.

Dated this 6th day of April, 2011.

                                JOHN F. WALSH
                                United States Attorney

                         By: *s/ Michele R. Korver*
                                MICHELE R. KORVER
                                Assistant United States Attorney
                                1225 Seventeenth Street, Ste. 700
                                Denver, Colorado  80202
                                michele.korver@usdoj.gov