IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-CR-614-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    MARTIN JAVIER ALAMOS-GARCIA,
2.    **NOE ALAMOS-MONTES,**
3.    **DIONISIO SALGADO-MEZA,**
4.    **EFRAIN SALGADO-MEZA,**
5.    **CLARA SANCHEZ,**
    **AKA "MARIBEL SALGADO," and**
6.    **MARISELA SALGADO**,

    Defendants.

## UNITED STATES MOTION TO DISCLOSE GRAND JURY MATERIAL TO DEFENDANTS

The United States of America, by and through John F. Walsh, United States Attorney for the District of Colorado, and Michele R. Korver, Assistant United States Attorney, respectfully moves the Court, pursuant to Fed. R. Crim. P. 6(e)(3)(E)(I), for an order authorizing the United States to disclose copies of the grand jury testimony transcript to the defendants and their respective attorneys, as part of discovery in this case, on the terms and conditions outlined below.

As grounds for this motion, the United States states as follows:

1.	Fed. R. Crim. P. 6(e), with various exceptions, prohibits the disclosure of "matters occurring before the grand jury."

2.	The United States wishes to provide discovery to the defendants, but the documents include a grand jury transcript.

3.	Fed. R. Crim. P. 6(e)(3)(E)(I) allows for Court-authorized disclosure of matters occurring before a grand jury, when such disclosure is "preliminarily to or in connection with a judicial proceeding."

4.	The pending case against the defendants is a "judicial proceeding" and the requested disclosure is "in connection with" such proceeding.  The government wishes to provide this discovery, but can only do so with the Court's approval.

5.	Since these proceedings (and the related transcript) remain secret, <u>see</u> Fed. R. Crim. P. 6(e), the United States moves that disclosure only be allowed for purposes of defending this case, and that such disclosure only be made to the defendants and their attorneys; that such transcript copy be maintained in the defense attorney's custody; and that such materials shall not be reproduced or disseminated.

WHEREFORE, the United States respectfully requests that the Court authorize the disclosure of copies of the grand jury testimony transcript to the defendants and their attorneys, in the course of providing discovery in this case, on the terms and conditions outlined above.

Respectfully submitted this 12th day of April, 2011.

                          JOHN F. WALSH
                          United States Attorney

                          By: *s/ Michele R. Korver*
                          MICHELE R. KORVER
                          Assistant United States Attorney
                          1225 Seventeenth Street, Ste. 700
                          Denver, Colorado 80202
                          Telephone: (303) 454-0100
                          michele.korver@usdoj.gov

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on this 12th day of April, 2011, I electronically filed the foregoing motion using the ECF system which will send notification of such filing to the following individuals:

    All counsel of record

                          *s/ Michele R. Korver*
                          MICHELE R. KORVER
                          Assistant United States Attorney