IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-CR-614-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.   MARTIN JAVIER ALAMOS-GARCIA,
2.   **NOE ALAMOS-MONTES,**
3.   **DIONISIO SALGADO-MEZA,**
4.   **EFRAIN SALGADO-MEZA,**
5.   **CLARA SANCHEZ,**
    **AKA "MARIBEL SALGADO," and**
6.   **MARISELA SALGADO**,

    Defendants.

---

### ORDER REGARDING DISCLOSURE OF GRAND JURY MATERIALS

---

    Upon consideration of the United States Motion to Disclose Grand Jury Material, under specified conditions to the attorneys for the defendants pursuant to Rule 6(e)(3)(E)(I) of the Federal Rules of Criminal Procedure, it is,

    ORDERED that copies of the transcript of testimony given before the Grand Jury and other Grand Jury materials may be disclosed to the attorneys for the defendants for preparation for trial.

It is FURTHER ORDERED that the disclosed copies of the Grand Jury transcripts and materials are not to be reproduced and are to be retained in the personal custody or office of the attorneys for the defendants.

DATED this ____ day of April, 2011, at Denver, Colorado.

                        BY THE COURT:

                        _____
                        MARCIA S. KRIEGER
                        UNITED STATES DISTRICT JUDGE