<u>CO-CONSPIRATOR STATEMENTS WHICH THE UNITED STATES MAY SEEK TO INTRODUCE AT</u>
<u>TRIAL AND SUMMARIES OF THE STATEMENTS DERIVED FROM WIRE INTERCEPTIONS</u>

Interception of the telephone used by Dionisio SALGADO began in October 2009. During the interception SALGADO talked to several Mexico based cocaine sources of supply, namely PILO LNU, LUPE LNU, Martin Javier ALAMOS-Delgado, and Martin Javier ALAMOS-Garcia, and various mid level kilogram quantity customers. The intercepted calls indicated that SAGLADO had, in the past, brokered the shipment of kilogram quantities of cocaine from the Mexico based sources to the mid level customers.

Israel AGUIRRE-Carrete was identified as a current partner that SALGADO was working with to receive kilogram quantities of cocaine from the Mexico sources. Based on the intercepted calls, it was learned that AGUIRRE-Carrete was indebted to Mexico source PILO LNU for a sum of money as a result of difficulties regarding a previous shipment. SALGADO was continually tasked by PILO to obtain the funds from AGUIRRE-Carrete and send them to PILO in Mexico. AGUIRRE-Carrete sent the money to SALGADO via U.S. Mail which SALGADO's wife Maribel SALGADO deposited in their bank accounts. SALGADO then wired the money to PILO in Mexico.

| | DATE | TIME | LINE # | CALL # | INCOMING | OUTGOING | PARTICIPANTS | RULE |
|---|---|---|---|---|---|---|---|---|
| 01 | 12/18/09 | 13:35 | TT1 | 906 | INCOMING | MEXICO 52-6495260580 | Israel AGUIRRE-Carrete / Dionisio SALGADO | |

Parties greeted. ISRAEL told SALGADO that his [ISRAEL] wife had sent SALGADO something and asked if it had gotten to SALGADO.  SALGADO said no and that he hadn't checked the mail.  SALGADO said that ISRAEL had told SALGADO that ISRAEL was going to call SALGADO that day.  SALGADO said that his buddy from Cuauhtémoc had wondered why ISRAEL wasn't going there [Cuauhtémoc] and talk directly with the buddy.  ISRAEL said that was a good idea.  ISRAEL said he was going to DGO [Durango] and then go up to the border where ISRAEL was going to see his other little son up there.

SALGADO asked what border.  ISRAEL said he was going to the state [Durango] capital for a day then go to the border but could stop there at Cuauhtémoc. SALGADO asked what border.  ISRAEL said there at Chuco [poss Chihuahua since Cuauhtémoc is there].  SALGADO acknowledged and asked if ISRAEL could stop by Cuauhtémoc on the way.  ISRAEL said he could.  SALGADO told ISRAEL to call him so that SALGADO could give ISRAEL the radio or get the guy's phone number.  SALGADO said he only had the radio [number].  ISRAEL asked if it was the same one. SALGADO said he was going to give ISRAEL his [SALGADO's] buddy's number so that ISRAEL could stop by the buddy's and the buddy could take ISRAEL to the good guy [source].

SALGADO said the guy told him to tell ISRAEL that they [source] were there to serve [provide product] and for ISRAEL to come by.  ISRAEL acknowledged.  SALGADO said the buddy told him he would take ISRAEL to that guy so that ISRAEL could talk to the guy.  ISRAEL acknowledged.  ISRAEL said he would call SALGADO from Durango since his radio got signal there.  SALGADO acknowledged and asked how many papers

[money] were sent [to SALGADO for Pilo]. ISRAEL said it was 2. SALGADO said that Pilo had called and said that Pilo said it was enough time and shit. SALGADO said he called Pilo again just a few minutes ago. ISRAEL told SALGADO to call Pilo and tell him [SALGADO interrupted]. SALGADO said he had called Pilo and calmed him down and that Pilo said he was in a bind but if it had slowed down for ISRAEL Pilo would wait for ISRAEL had had enough time. SALGADO said he didn't talk to Pilo too much but SALGADO said he would call Pilo again if SALGADO received anything.

ISRAEL told SALGADO to call Pilo and say there was 2 there and that next month ISRAEL would get even. SALGADO acknowledged and said that it was necessary for ISRAEL to go to Cuauhtémoc so that ISRAEL could talk real good and about both [poss. coke and weed]. ISRAEL acknowledged. ISRAEL said he had said hello to SALGADO's dad and brother. Social conversation about SALGADO's family and SALGADO's brother not liking him.

SALGADO told ISRAEL to call him when ISRAEL was ready so that SALGADO could give ISRAEL the number for the buddy so ISRAEL could see those people. ISRAEL acknowledged. ISRAEL asked what was up with Zarape [Pulgon]. SALGADO said that he hadn't communicated with him and that SALGADO had tried calling two days ago but [Pulgon] was not answering and that [Pulgon] might not be there. ISRAEL acknowledged.

ISRAEL asked about the guys who had talked to SALGADO and that SALGADO had told ISRAEL about what happened if it was almost done. SALGADO said no that he was waiting for the guy to come over here since the guy was going to come here to Colorado. ISRAEL acknowledged and told SALGADO to call Pilo after hanging up and tell him that [money] was there. SALGADO acknowledged. ISRAEL said that [money] should be there if not tomorrow because she [ISRAEL's wife] had sent it yesterday or the day before. SALGADO acknowledged.

ISRAEL said it was good that they were in contact and that ISRAEL would call SALGADO from the jump [border] so that ISRAEL could stop by the guy's and SALGADO could give ISRAEL the number. SALGADO acknowledged. ISRAEL said he would tell SALGADO how things were there then. SALGADO asked what happened over there since SALGADO heard there were problems over there. ISRAEL acknowledged and said that they [unknown] had killed Tadey the teacher and his son. SALGADO acknowledged and said it was bad. ISRAEL said it was at 1pm. ISRAEL said they had destroyed ISRAEL's buddy, Tolochito's, house and shot it up too. SALGADO acknowledged. ISRAEL said that the wife and his [Tolochito] family were inside. SALGADO said shit. ISRAEL said it was bad and that ISRAEL would tell SALGADO about it tomorrow from ISRAEL's radio. SALGADO acknowledged.

ISRAEL told SALGADO to call Pilo and tell him that the work had slowed down for ISRAEL but it was there [money]. SALGADO acknowledged.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | ISRAEL is located in Mexico and told SALGADO that ISRAEL'S wife had mailed SALGADO some of the money owed to PILO. | | | | | | |
| 02 | 12/22/09 | 10:25 | TT 2 | 560 | INCOMING | 970-471-0335 | Maribel SALGADO / Dionisio SALGADO |
| | MARI asked what SALGADO was going to give her as a present. SALGADO asked if 2 checks had arrived [from ISRAEL]. MARI acknowledged. SALGADO said that they | | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | [checks] were not his but were PILO's.  MARI acknowledged.  SALGADO told MARI to hold them for him.  MARI acknowledged. | | | | | | | |
| | MARIBEL received the money in the mail sent by ISRAEL to be paid by SALGADO to PILO. | | | | | | | |
| 03 | 12/22/09 | 14:26 | TT 1 | 1140 | OUTGOING | PTT 62*197413*6 | PILO / Dionisio SALGADO | |

SALGADO asked if PILO was ready for Christmas.  PILO said he was just waiting for SALGADO.  PILO said that sometimes all of a sudden the work gets ugly.  SALGADO said it was like that everywhere and that it was kind of sad over here.  Social conversation about Christmas and people going to Mexico.  SALGADO said that his wife had called him and that 2 letters [from ISRAEL] had arrived.  SALGADO said that he could send them to PILO tomorrow.  PILO asked if SALGADO could deposit it to an account.  SALGADO said he was going to deposit the money to his account and then take the money out for PILO because if SALGADO cashed it SALGADO would get charged a lot.  PILO said that was fine and that SALGADO just let him know when SALGADO got it out.

SALGADO said he would do that tomorrow.  SALGADO asked where or who should he send it to.  PILO said [U/I].  SALGADO asked that PILO call tomorrow around 10 or 11 to see how they could do it since that was when SALGADO had time.  PILO said he was driving right now and that he would give SALGADO a number from a friend in Douglas for SALGADO to send it.  SALGADO asked if it was with Fidel.  PILO acknowledged.  SALGADO said he use to have Fidel's account [number] but had thrown it away because he cleaned his numbers.  SALGADO said he would deposit it to [Fide's] account and told PILO that the account be Wells Fargo since that was where SALGADO had [account].  PILO said he would tell Fidel there right now so that Fidel calls SALGADO and Fide and SALGADO arrange things.  SALGADO said he had talked to Fidel before so that was good.

SALGADO said it was 2 buck [poss 2000] so that PILO could write it down and subtract that from [ISRAEL's].  SALGADO said he didn't know why [ISRAEL] might have taken so long.  SALGADO talked about places [banks, stores] being closed on Thursday noon.  PILO said he had borrowed money somewhere while [Efrain paid].  SALGADO acknowledged.  PILO talked about having expenses around this time.  SALGADO said that they were all broke.  PILO acknowledged and said nothing had happened for PILO for some time and it had been tough.  PILO talked about how one gets used to be doing good and spending but can't get used to not having.  SALGADO said it was tough.

SALGADO complained about sometimes not having money for gas and that the place where he works takes a whole month before he gets paid [I thinks he is BS PILO] and asks his buddy for 100 or 200 for gas since they have to keep working.  PILO acknowledged said that sometimes [U/I] get together [Mumbles] and everyone pays.  PILO said that sometimes expenses come out too and when there isn't work things go down.  SALGADO said that was had happened and that was why they were broke.  SALGADO said that they have the same expenses so money goes out but not in.  PILO acknowledged and said the good thing was that they were used to that.  SALGADO said he was trying to see if he could get rid of his house or else it would get tough.  PILO acknowledged and said that they "boat would soon right itself".  SALGADO said he hoped it happened soon because it wasn't easy.  PILO acknowledged and said he [PILO] hadn't talked with Evaristo [Baro, the guy SALGADO had been

asking PILO for his number].  SALGADO said that everyone had lost track of [Baro] and that PILO might be the only one that could tell SALGADO where [Baro] was at. PILO said that [Baro] might get together with his family.  PILO said that he hadn't gotten close to there, because it was dangerous but if he saw [Baro] he would get the number for SALGADO.

SALGADO asked if things had gotten bad now that they fucked that guy [poss Tadey or even Bernal Leyva].

SALGADO told PILO to hold on because he had another call.

| 04 | 12/22/09 | 18:41 | TT 2 | 578 | OUTGOING | 630-625-2652 | Israel AGUIRRE-Carrete / Dionisio SALGADO | |

ISRAEL asked if SALGADO had gotten that [money].  SALGADO said he had just gone to the post office and it was there.  ISRAEL acknowledged.  ISRAEL said he would call just in case his battery died.  SALGADO acknowledged.  ISRAEL said there had been another shooting this afternoon over there.  SALGADO asked who.  SALGADO said that Maribel had just told SALGADO that things were going to get tough over there. ISRAEL said it was in Magistral [a town just north of Santa Maria del Oro] and Sauces.  ISRAEL said that 1 guy had gotten shot and the ambulance took him but the guys went to the hospital and killed the guy and a doctor.  SALGADO acknowledged and said it was bad.  ISRAEL said it was fucking tough.  ISRAEL said he had talked to his dad and his dad said he couldn't talk a lot but something bad had happened between Sauces and Magistral.  SALGADO acknowledged.

ISRAEL said he was going because he had too not because he wanted.  SALGADO acknowledged.  ISRAEL said he goes with his ass in his ass [afraid].  SALGADO said he would tell his brother [EFRAIN] not to go then.  ISRAEL said that if he [EFRAIN] did go to get gas in Jimenez and until the cross roads in Santa Maria because if they filled up in Las Nieves by the antenna there was people telling their friends who was taking stuff down on their vehicles and hijack them.  ISRAEL said it was tough.

ISRAEL said he would be stopping by with Javier and that ISRAEL had already told Javier.  SALGADO acknowledged.  SALGADO asked when ISRAEL was leaving.  ISRAEL said tomorrow real early.  SALGADO said for ISRAEL to call tomorrow then.  ISRAEL acknowledged and said he would see if Javier got close to the Chihuahua [city] side.  SALGADO said that ISRAEL probably had to go over there [Cuauhtémoc] because Javier had to introduce ISRAEL to the other guy.  ISRAEL acknowledged and said it was fine since from Chihuahua [city] to [Cuauhtémoc] was like 1 hour.  SALGADO acknowledged.  ISRAEL said he would go there then.

ISRAEL told SALGADO to call Pilato [Pilo] and tell him that [money is at SALGADO's].  SALGADO said he had already called him [Pilo] and he [Pilo] was going to give SALGADO an account number and everything.  ISRAEL asked if Pilo had calmed down.  SALGADO said he had told Pilo that the letters were there and that if Pilo needed it urgently SALGADO could send it tomorrow.  SALGADO said that Pilo had told him Pilo had borrowed the money but would pay it back when SALGADO sent the money.  SALGADO said that Pilo had said it was tough over there and that there wasn't a lot of tourist down there.  ISRAEL said everywhere.  Parties said bye.

| 05 | 12/23/09 | 12:35 | TT | 1250 | INCOMING | 62*197413*6 | PILO / | |

| | | | 1 | | | | Dionisio SALGADO | |
|---|---|---|---|---|---|---|---|---|

SALGADO said he couldn't send it all the way down there because they were asking SALGADO for ID and social security and that SALGADO had an ID but no social.  PILO said he would give SALGADO Fidel's number so that SALGADO could send it over there.  SALGADO acknowledged and said he would send it to Fidel.  PILO said Fidel's number was 128*133555*8.  SALGADO said it was the same number Fidel had before.  PILO acknowledged.

SALGADO said he was going to be charge 45 dollars [to send the money Western Union] but since they asked for social security SALGADO couldn't do it.  SALGADO said he would see how they did it because they were tough [Western Union] and repeated how SALGADO had that issue about depositing the money into his bank that the bank was going to hold it to see if it was good and it wasn't fraudulent.  PILO acknowledged and told SALGADO to let him know.  SALGADO said he was heading to the bank and would call PILO back.  PILO acknowledged.

| 06 | 12/23/09 | 12:38 | TT 1 | 1253 | OUTGOING | 62*197413*6 | PILO / Dionisio SALGADO | |
|---|---|---|---|---|---|---|---|---|

SALGADO said that the number he had gotten [for Fidel] was not connected [SALGADO had written the number 733555].  PILO repeated the number again as 128*133555*8.  SALGADO acknowledged and said he had written 7 instead of 1.  PILO acknowledged.

| 07 | 12/23/09 | 12:39 | TT 1 | 1254 | OUTGOING | 128*133555*8 | Fidel BARRON / Dionisio SALGADO | |
|---|---|---|---|---|---|---|---|---|

SALGADO called out to FIDEL.  FIDEL acknowledged.  SALGADO said it was him SALGADO from Colorado.  SALGADO said he needed FIDEL's account and asked if Pilo had called FIDEL.  FIDEL said Pilo had called him and that FIDEL was going to find the numbers for SALGADO [for the bank account].  SALGADO asked if it was Wells Fargo.  FIDEL said it was Bank of America.  SALGADO said there wasn't a Bank of America in SALGADO location.  FIDEL said it wouldn't work then.  SALGADO acknowledged and said the only one there was a Wells Fargo and US bank.  FIDEL said SALGADO had deposited before.  SALGADO said no that it was another buddy from further up [Chicago, Israel].  SALGADO said he had deposited to FIDEL at a Wells Fargo before.  FIDEL said no that the only account he had was from Bank of America.

FIDEL asked where SALGADO was at.  SALGADO said he was in CO. and that the other guy who had made a deposit had been in Chicago [Israel].  FIDEL acknowledged and said he would call Pilo and have Pilo look for another account.  SALGADO said he would call Pilo instead.  FIDEL acknowledged and asked if SALGADO was going to call Pilo or not.  SALGADO said he would call Pilo.  FIDEL acknowledged.

| 07 | 12/23/09 | 12:41 | TT 1 | 1257 | INCOMING | 62*197413*6 | PILO / Dionisio SALGADO | |
|---|---|---|---|---|---|---|---|---|

SALGADO said that FIDEL didn't have the same bank that it was a Bank of America.  SALGADO asked if PILO knew who might have a Wells Fargo.  PILO said he would find out.  SALGADO acknowledged and told PILO to see if he could do it fast before SALGADO got busy.

PILO said he had a little car over where SALGADO was at and said it wasn't worth to PILO to send someone to get it.  PILO said it was a 2000 Honda and asked SALGADO how much those little cars might be.  SALGADO said he would have to see it.  SALGADO said it might be 3500 and said he didn't know how much it had been for PILO.  PILO said he had it over there and someone had given it as payment. PILO said the car had stayed up there because it had been dripping oil on the way down.  PILO said that if he sent for it, it would be [a lot] of money and asked if SALGADO could pick it up and they could sell it.  SALGADO said they could try and asked what state it was in.

PILO said it was close to where SALGADO was at by Grand Junction or a little town close to SALGADO.  PILO said it had been there for months.  SALGADO said he had to go see it and check what conditions it was in.  PILO said that someone on the way could bring it down but just to go get it was too expensive.  SALGADO acknowledged.  SALGADO asked how much PILO had been told the car was worth.  PILO said he didn't know and someone had given it to PILO for an account [as payment] and was from Utah.  PILO said Carlos had driven it close to a primo [cousin's] place and left it there.  SALGADO said the Primo was in Utah.  SALGADO said it was like 3 or 4 hours from SALGADO's location but it wasn't a problem.  PILO said it was close to SALGADO's where there was like a River or something.  SALGADO said it was Green River, Utah.

SALGADO said that if Carlos had left it there it was with some cousins who lived in Green River.  PILO acknowledged.  SALGADO told PILO to find out about that in the new year SALGADO could go pick it up and see.  PILO said they could sell it cheap and SALGADO could get some money from there too.  PILO said the problem was that he was tight [on money].  SALGADO asked what kind of Honda it was, if it was an Accord or Civic.  PILO said he didn't know but was told that it was a big car like [U/I].  SALGADO said PILO had to find that out and SALGADO could go get it. SALGADO asked if the car was drive able.  PILO said it was leaking oil but didn't know.  SALGADO said he could take a mechanic just in case it needed work on the way over.

SALGADO asked PILO how much they had given it to PILO for.  PILO said he didn't know and that PILO hadn't talked to the guy who had given it to PILO.  PILO said that Teto [short for Hector] had given it to PILO and that Teto had hidden himself.  SALGADO said he know what car it was.  SALGADO asked if it was a Royal blue car, if it was Rodeo.  PILO said he didn't know.  SALGADO said he didn't know why Teto would always give shitty cars to PILO and that was why Teto was where he was.  PILO complained about Teto and asked if he [Teto] had come out.  SALGADO said no and that SALGADO had talked to a buddy who sometimes told SALGADO things and the buddy hadn't heard anything.  PILO acknowledged.

PILO said that in that case it might be 500 or 1000.  SALGADO acknowledged and said it would be nice there because it was a 4x4 but SALGADO had to see it. SALGADO said the car had a rim broken.  PILO said maybe and that Carlos left it over there and told PILO said it might be 1000 or 1500.  SALGADO acknowledged and said he knew what car it was.  SALGADO asked if the title was there and everything.  PILO acknowledged and said that if SALGADO sold it over there SALGADO could get 500 bucks and send the rest for PILO.  PILO said cheap so they could get some money.  SALGADO said he would have to see it but if they needed to go get it SALGADO could go.  PILO acknowledged and said that since PILO was tight on work PILO could get some money and so could SALGADO.  SALGADO acknowledged and told PILO to find out where it was and everything and SALGADO could go get it next year.  PILO acknowledged and said he would call SALGADO later.

| 08 | 12/23/09 | 12:49 | TT | 1280 | OUTGOING | 62*197413*6 | PILO / | |

| | | | 1 | | | | Dionisio SALGADO | |
|---|---|---|---|---|---|---|---|---|

SALGADO acknowledged and told PILO to let him know and that SALGADO could go get it [the car] in the new year.  PILO acknowledged and said that they could get some money from selling the car.  SALGADO acknowledged and said they would see how to do that.  PILO said he would call later.  PILO said he would call Carlos so that he could tell SALGADO how things were [with the car].  SALGADO acknowledged and told PILO to look for the account number before SALGADO started working.  PILO told SALGADO to call Fidel and figure it out.  SALGADO told PILO that Fidel didn't have a Wells Fargo.  PILO said he had just remembered SALGADO had told him that.  PILO said he would call SALGADO back.

| 09 | 12/23/09 | 15:54 | TT 1 | 1323 | OUTGOING | 62*197413*6 | PILO / Dionisio SALGADO | |
|---|---|---|---|---|---|---|---|---|

SALGADO said he had gone to the Wells Fargo to ask about SALGADO sending the money down there and Wells Fargo said yes but SALGADO needed the address of someone down there.  SALGADO said he told Wells Fargo he just knew the City but they needed the address.  PILO asked if it was all the way to Mexico.  SALGADO acknowledged and said that his buddy [Martin] was not answering, the friend that could help.  PILO asked if the money arrived in a check or cash or how.  SALGADO said PILO could get it out from a Bank.  PILO acknowledged and asked if SALGADO just needed the address.  SALGADO said he needed PILO's address.  PILO said he would get it for SALGADO.

| 10 | 12/23/09 | 15:56 | TT 1 | 1325 | OUTGOING | PTT 62*197413*6 | PILO / Dionisio SALGADO | |
|---|---|---|---|---|---|---|---|---|

DIONISIO asked PILO's address.  PILO said it was **Calle Cerrada San Pedro.**

| 11 | 12/23/09 | 15:56 | TT 1 | 1326 | OUTGOING | PTT 62*197413*6 | PILO / Dionisio SALGADO | |
|---|---|---|---|---|---|---|---|---|

SALGADO repeated the street name as -- Calle Cerrada San Pedro.  PILO acknowledged and said the number [on the house] was 147.  [UF heard in the background telling PILO the address].  SALGADO acknowledged.  PILO said the rest of the address was Colonia La Gloria, Guamuchil, Sinaloa.  SALGADO acknowledged.  PILO said the name was Jose Blas Perez Vega.  SALGADO asked for the zip code.  PILO said he didn't know but would soon arrive and PILO could call back.  SALGADO said he would try it just like that and asked for a phone number.  PILO said no.  SALGADO said he would try with that info and SALGADO would put it into the system and it [money] would be there since that was what they [Wells Fargo] had told SALGADO to put down.  PILO said the phone number was-- 6-734-2908.  SALGADO acknowledged.

SALGADO said he didn't think there would be problems and would call PILO back.  PILO acknowledged and said SALGADO would then give him the code.  SALGADO acknowledged.

| 12 | 12/23/09 | 16:07 | TT 1 | 1329 | INCOMING | PTT 62*197413*6 | PILO / Dionisio SALGADO | |
|---|---|---|---|---|---|---|---|---|

DIONISIO asked what bank PILO wanted [the money to be sent].  PILO said it was the same and if it could be sent to HSBC.  DIONISIO said he had been given 3 banks, HSBC, Banorte or Bacomer.  DIONISIO asked if PILO wanted HSBC.  PILO acknowledged and said since it was late he would not get there in time. DIONISIO acknowledged.  PILO said whatever bank since he wouldn't be able to get it until the morning.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | DIONISIO acknowledged.   PILO said whichever one. | | | | | | | |
| 13 | 12/23/09 | 16:15 | TT 1 | 1330 | OUTGOING | PTT 62*197413*6 | PILO / Dionisio SALGADO | |
| | DIONISIO asked if PILO had something to write with.   PILO asked if they were all numbers.   DIONISIO acknowledged.   DIONISIO said he would give PILO the numbers and for PILO to call tomorrow just in case PILO needed another code.   DIONISIO said he had sent money to his parents like that with the numbers and they had never had trouble.   PILO asked for the numbers.   DIONISIO gave PILO the following numbers: 40936111086.   PILO acknowledged.   DIONISIO said it would be $24628.89 [pesos]. DIONISIO said he had only deposited $1950 [dollars] because DIONISIO thought he would get charge $40 but it was just $2.50.   PILO said it was fine.<br><br>DIONISIO said the dollar was at $12.63.   PILO said it was fine and DIONISIO could use it for gas.   DIONISIO acknowledged. | | | | | | | |

- On Wednesday December 23, 2009, Dionisio SLAGADO deposited a $1,000 Money Gram International Money Order #R201845287303, dated December 16, 2009, from Israel AGUIRRE-Carrete into his personal checking account at Wells Fargo Bank account #7315002163.

- On Wednesday December 23, 2009, Dionisio SALGADO deposited a $1,000 New Oswego Currency Exchange, Inc. Money Order #337379, dated December 17, 2009 Israel AGUIRRE-Carrete into his personal checking account at Wells Fargo Bank account #7315002163.

- On Friday, March 12, 2010, Israel AGUIRRE-Carrete received five (5) kilograms of cocaine in Illinois from PILO in Mexico.

In January 2010, Mexico source LUPE LNU provided a contact number for Alejandro LNU. Below are calls that describe the meeting between SALGADO and Alejandro LNU which identifies Alejandro LNU as a significant transporter of narcotics. Additional calls in further sections of this document show SALGADO'S continued effort to establish regular cocaine shipments from Alejandro LNU to SALGADO mid level customers as well as source of supply ALAMOS-Delgado.

| | DATE | TIME | LINE # | CALL # | INCOMING | OUTGOING | PARTICIPANTS | RULE |
|---|---|---|---|---|---|---|---|---|
| 14 | 1/11/2010 | 10:06 | TT1 | 1955 | OUTGOING | 714-728-3823 | Alejandro LNU, aka ALEX / Dionisio SALGADO | |

SALGADO asked if this was ALEJANDRO. ALEX said yes. SALGADO identified himself. ALEX acknowledged and said that the guy had already called ALEX. SALGADO said he didn't know if the guy had told ALEX that SALGADO needed some workers up there. ALEX said yes and asked if SALGADO was in Colorado. SALGADO said yes. ALEX asked if they could meet later in the afternoon because he was busy but would be done in the afternoon around 8. SALGADO told ALEX that he lived in the mountains. SALGADO asked if ALEX was in the capital. ALEX said no, that he was in Greeley. SALGADO said that was far away from him. ALEX asked how they could do this. ALEX told SALGADO they needed to have a real good talk to make a deal but that they needed to talk in person and not by phone. SALGADO asked if ALEX could go to Silverthorne that it was practically half way. ALEX asked how far it was from SALGADO to the capital. SALGADO said about 2 hours. ALEX asked if SALGADO'S friend lived up by the lakes. SALGADO said yes, his friend lived in the city with the winds. SALGADO told ALEX that SALGADO and the guy had talked and the guy had told SALGADO to call the man so they could talk. ALEX acknowledged. SALGADO said he was working now and that he had barely started working again. SALGADO said he had gotten a job because there had been nothing to do. ALEX agreed and told SALGADO that it's been difficult. SALGADO told ALEX that he was busy working and couldn't meet with ALEX because of work but possibly tomorrow. ALEX said he thought SALGADO was in the capital, that way he could have met with SALGADO quickly. ALEX said he had SALGADO'S number and would call him when he was done. SALGADO agreed. ALEX told SALGADO they could do something because they were going over there and here as well. ALEX told SALGADO they needed to have a good talk in person. ALEX and SALGADO agreed to talk later to arrange a meeting.

ALEX indicated that he had already heard from LUPE and had been expecting SALGADO'S call about workers, meaning cocaine, being sent to Illinois. ALEX thought that SALGADO was located in Denver and could meet with him there but the mountains were much further away from ALEX'S location in Greeley.

| | DATE | TIME | LINE # | CALL # | INCOMING | OUTGOING | PARTICIPANTS | RULE |
|---|---|---|---|---|---|---|---|---|
| 15 | 1/13/2010 | 08:26 | TT1 | 2044 | OUTGOING | 714-728-3823 | Alejandro LNU, aka ALEX / Dionisio SALGADO | |

SALGADO asked where ALEX was at and what ALEX was driving. ALEX said he was at US Bank and he was driving a Ranger with a motorcycle in the back. [UM in the back saying they were in the US Bank]. SALGADO said he was at Walmart and said he thought ALEX had come this way. SALGADO told ALEX not to move and that SALGADO would be there. ALEX acknowledged. SALGADO told ALEX to go to the Denny's since it was behind the bank and they could eat. ALEX acknowledged. SALGADO asked if ALEX had seen the Denny's. ALEX acknowledged. SALGADO said he would meet ALEX there.

During this conversation ALEX was driving with an unknown male to meet with SALGADO in Avon, Colorado. ALEX and SALGADO agreed to meet at the Denny's in Avon, Colorado to talk about future narcotics transactions.

| 16 | 1/13/2010 | 08:28 | TT 1 | 2045 | OUTGOING | Unknown | Efrain SALGADO / Dionisio SALGADO | |

EFRAIN asked where SALGADO was at. SALGADO said he was heading over to the Denny's and was going to meet up with some guys. EFRAIN acknowledged and said he was in Edwards. SALGADO said he would be at the Denny's and that he was done [working] there. EFRAIN said he would be there then. EFRAIN asked if the guys were coming down from over there. SALGADO acknowledged and said the guys were from that side and were Zaraperos. EFRAIN said he would see SALGADO over there then. EFRAIN told SALGADO to ask the guys for money since EFRAIN and SALGADO needed money. SALGADO said that would be good.

EFRAIN, SALGADO'S brother, went with SALGADO to meet with ALEX and his unknown associate. When SALGADO told EFRAIN that the guys he was meeting with were Zaraperos, EFRAIN understood that to be LUPE's associates.

| 17 | 1/13/2010 | 11:07 | TT 1 | 2066 | OUTGOING | PTT 109*75686*1 | Israel AGUIRRE-Carrete / Dionisio SALGADO | |

SALGADO told ISRAEL they needed to talk because SALGADO had talked to the guy (ALEX) and the guy had some [narcotics] over there. SALGADO said the guy was ready to work, so SALGADO and ISRAEL just needed to talk. ISRAEL said he had the Cherokee at the shop [mechanic] and when ISRAEL's wife came back ISRAEL was going to buy a [U/I] [poss minutes] for the other one [poss radio] because he had run out. ISRAEL promised to return SALGADO's call. ISRAEL said he had been a little busy but was free now. SALGADO acknowledged and said he had been waiting for ISRAEL to call him since Monday. SALGADO said he told the guy [ALEX] to wait for SALGADO to call ISRAEL but the guy [ALEX] said he was working and had to go. SALGADO said [ALEX] had come down from like 4 hours away just to talk to SALGADO.

SALGADO said he was waiting for ISRAEL's call. SALGADO asked that ISRAEL call him on the phone so they could talk. SALGADO told ISRAEL to see if he could come over here [CO] so that ISRAEL could meet [ALEX] and ISRAEL could talk with him [ALEX] or if they could all go over there [Chicago] and get everything ready. SALGADO said it was done. ISRAEL said third party was going to check the prices for the "sementales" [stud/ high quality]. ISRAEL said he told third party that he [ISRAEL] had the "sementales" of 27 kilos and that he [ISRAEL] had 27 kilos full time [Poss. referring to 27 kilos full time as the price of 1 kilo]. ISRAEL said

third party said he was going to check the prices. ISRAEL said he had seen third party two days ago so ISRAEL said he might see third party today and see what the guy says. [Third party might be the person that buys several kilos from ISRAEL]

SALGADO said he was going to let [ALEX] know [poss about price] and see what was up. SALGADO said [ALEX] was from the same group as the guy that ISRAEL had gone to visit [poss LUPE's group]. SALGADO told ISRAEL call him on the phone so they could agree on things. SALGADO said he needed to be in contact with ISRAEL. ISRAEL acknowledged and said he would call SALGADO in the afternoon when ISRAEL's wife arrived since ISRAEL had his car in the shop. ISRAEL said he would call back around 4 or 5 pm. SALGADO acknowledged and said they needed to talk. SALGADO said [ALEX] had said the things [poss load] were there. SALGADO said these guys [ALEX] were well connected. SALGADO said he and ISRAEL just needed to talk real good. SALGADO said that either ISRAEL should talk to [ALEX] or they should go to ISRAEL's location or have ISRAEL to come on a plane or something. SALGADO said [ALEX] said they needed to set this up in person.

ISRAEL acknowledged and said he would call in the afternoon. SALGADO told ISRAEL to put that [Unknown] in the mail before SALGADO's cheese goes bad. ISRAEL acknowledged and said his Cherokee had broken down and was glad they didn't get fucked up when they were driving it on the way back. SALGADO acknowledged. SALGADO said told ISRAEL that this thing was real important for SALGADO because these people [ALEX and company] were fine people and they don't fuck around. SALGADO said [ALEX] had driven like 3 or 4 hours just to meet with SALGADO. ISRAEL acknowledged and said that if it was necessary ISRAEL would go there or they should come to ISRAEL's location. SALGADO acknowledged.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | SALGADO told ISRAEL about the meeting he and EFRAIN had with ALEX and what they had talked about. SALGADO told ISRAEL that ALEX wanted to meet with ISRAEL to discuss details. ISRAEL needed to talk to his partner about pricing to see if something could be worked out with ALEX. | | | | | | | |
| 18 | 1/13/2010 | 21:09 | TT 1 | 2105 | OUTGOING | Mexico 52-164972691 | LUPE / Dionisio SALGADO | |

Parties greet. SALGADO told LUPE that it's very hard to call LUPE's phone. LUPE acknowledged and said he had thought about calling SALGADO. LUPE said it he knew it might have been SALGADO or the guy he recommended had recommended [ALEX] to SALGADO. SALGADO said he was calling to tell LUPE that he met with ALEX today. LUPE acknowledged and asked what ALEX had said. SALGADO said the guy [ALEX] needed something sure and that [ALEX] thought the number was a little low [price per kilo was to low]. LUPE said he had told [ALEX] that they were working with people at that height. SALGADO said he told ALEX that was what they [SALGADO and LUPE] had been working and all of that. LUPE acknowledged. SALGADO said that in the end ALEX said that his uncle is the one that makes the final decision [on how much to sell each kilo]. LUPE acknowledged.

LUPE said he had told [ALEX] to hand him [LUPE] ALEX's uncle so that LUPE could talk to the uncle so that the uncle could settle things well with LUPE. SALGADO said they had talked and had agreed to see if fucking fat Israel would come over here or if they [SALGADO and ALEX] would go over to talk with ISRAEL. LUPE acknowledged. SALGADO said that ALEX had asked to agree on everything in person. LUPE said that was good. SALGADO said they had talked about that and that SALGADO had talked to Israel and that Israel had agreed to come [to CO) and that Israel

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | would talk to his companion, his guy.  LUPE acknowledged.  SALGADO said that Israel could go over [to CO] or they would figure it out since it was something SALGADO was interested in.  LUPE acknowledged.  Call dropped | | | | | | | |
| 19 | 1/13/2010 | 21:12 | TT 1 | 2106 | OUTGOING | Mexico 52- 164972691 | LUPE / Dionisio SALGADO | |

[Continuation of call 2105]

SALGADO told LUPE that his battery was dying.  SALGADO promised to call tomorrow in case their call drops. SALGADO said Israel was going to talk to the guy [his associate] because supposedly Israel was looking for the number like 26 or 26 1/2 [26,000 -26,500 per kilo].  LUPE said that when Israel had gone by [In Mexico] Israel had told LUPE that it [product] worked at 27 an hour over there [Chicago]. SALGADO said that was what he had told Israel too.  LUPE said that Israel had talked to LUPE about how Israel and Co. had been getting workers [kilos] on the street for 27 pesos [27,000].  SALGADO acknowledged.

SALGADO said that if something happened SALGADO would have to tell Israel that they [poss. Alex] were giving LUPE 1000 [commission] and for them [poss Alex] to send it [1000] to SALGADO and SALGADO would then send it down to LUPE so that they [SALGADO and LUPE] could get that [profit].  LUPE told SALGADO to be in charge of that and if it was 500 for SALGADO and 500 for LUPE SALGADO could take care of that.  LUPE said that SALGADO would be in charge of that. SALGADO acknowledged and said he would figure it out so that they could agree that they [unclear] don't damage it [poss product].  LUPE acknowledged.  SALGADO said he would take care of it and that they just needed to fix that in person. LUPE acknowledged and told SALGADO to talk to them [Alex] in person fix everything. LUPE said he told the guy [poss Alex] to give him "a report of all of the workers [kilo] that arrive there fucker".  SALGADO acknowledged.  LUPE said he told that guy [Alex] and that the kid [Alex] told LUPE that his [Alex's] dad had loved LUPE a lot and that LUPE had worked well with his dad.  LUPE said he continued to tell Alex had to "report on the workers and didn't want anything people [product] missing, fucker".  LUPE said [Alex] had agreed and that [Alex] had worked with LUPE before.

SALGADO said that Alex seems like a good guy and a worker.  LUPE acknowledged and said he worked with Alex before and that they had worked in the yards [weed] there in the same place.  SALGADO acknowledged and said the guy [Alex] seemed nice and that they needed to talk in person and that was what [Alex] had said too.  LUPE said he told [Alex] to hand him [LUPE] the guy [source/uncle] because LUPE knew that guy from the time of his [Alex's] dad.  LUPE said he wanted to talk to the guy because they were working it there at 26 an hour.  LUPE said he told [Alex] that if his [Alex's] sheet rock [coke] workers went up well they would get paid 26.  LUPE said that he [Alex] said he like it the idea because they [poss SALGADO and Co.] needed some [many]. Call dropped.

SALGADO called to let LUPE know he had met with ALEX and they were trying to figure out a way they could work together. SALGADO expressed some concern about the pricing per kilogram of cocaine but felt that when ISRAEL and ALEX met, they could come to an agreement. ISRAEL only wanted to spend 26 per kilogram, meaning $26,000 which ALEX thought would be too low.

In March 2010, Dionisio SALGADO, Israel AGUIRRE-Carrete, PILO LNU, and UM3834 discuss the shipment of five (5) kilograms of cocaine from PILO LNU in Mexico to AGUIRRE-Carrete in Illinois, brokered by SALGADO in Colorado, and transported by the niece and nephew of UM3834 in Oklahoma. During the course of these discussions, and prior to the delivery of the 5 kilograms of cocaine, AGUIRRE-Carrete is visited in Illinois by another cocaine source, known as the Engineer that SALGADO had arranged with LUPE LNU in Mexico. An agreement to price per kilogram of cocaine could not be reached between AGUIRRE-Carrete, SALGADO, and the Engineer. On the same date, the couriers transporting PILO LNU's 5 kilograms of cocaine arrived at AGUIRRE-Carrete's location in Illinois. The cocaine was concealed in a vehicle transported from Mexico, through Oklahoma, to Israel in Illinois. The couriers encountered problems traveling which delayed the delivery but it ultimately arrived in Illinois. A few days following the delivery, AGUIRRE-Carrete provided the couriers with payment for the cocaine which was then transported back to PILO in Mexico. Shortly after the delivery of the 5 kilograms of cocaine, PILO suffered a loss of 8 kilograms of cocaine in Amarillo, Texas, being transported by the aforementioned nephew of UM3834 and seized by law enforcement. SALGADO then continued to broker relationships between PILO LNU, LUPE LNU, Alejandro LNU, Martin Javier Alamos-Delgado, in an attempt to facilitate regular shipments of narcotics into the United States and Canada.

| | DATE | TIME | LINE # | CALL # | INCOMING | OUTGOING | PARTICIPANTS | RULE |
|---|---|---|---|---|---|---|---|---|
| 20 | 3/1/2010 | 17:08 | TT 1 | 3425 | OUTGOING | 773-827-0461 | Dionisio SALGADO / Israel AGUIRRE-Carrete | |
| | SALGADO told ISRAEL that PILO had told him that it was going to go out today but that PILO had not called. SALGADO said he tried calling PILO but PILO's wife said he was out. SALGADO and ISRAEL agreed to talk tomorrow. | | | | | | | |
| | SALGADO was giving ISRAEL an update about the departure of the transportation of a cocaine load agreed to be delivered to ISRAEL in Chicago sent by source of supply PILO. | | | | | | | |
| 21 | 3/5/2010 | 09:29 | TT 1 | 3675 | OUTGOING | PTT 62*197413*21 | Dioniso SALGADO / PILO | |
| | SALGADO told PILO that he had been calling PILO because he told the guy that they were going to be over there on Wednesday. PILO acknowledged and told SALGADO that the guy was going to leave this afternoon and would be over there early tomorrow morning. SALGADO told PILO they needed the guy to leave as soon as possible because those guys were meeting with some other people and those people were going to go talk to the guy either today or tomorrow. PILO agreed and said the guy was almost on the other side but that there had been a setback with the man who was crossing the guys but that the guys were already on the other side and were about ready to leave. SALGADO asked again if the guys would leave today or tomorrow because SALGADO told the guy that he would continue to call PILO to see what was going on. PILO told SALGADO that the driver would be waiting for the guy to get | | | | | | | |

there either today in the afternoon or early tomorrow. PILO told SALGADO that the lumber was already packed into the truck. SALGADO said he would call the guy and let him know that the guys were already on their way.

SALDGADO then told PILO there was another guy, PILLO from the "Finiquera" (Phoenix) that was bothering SALGADO. SALGADO asked if there was any way PILO could help the guy out. PILO told SALGADO to give him a chance to deal with the first and would let SALGADO know the day after tomorrow to see what was going on. PILO said another friend was going to go over there.

SALGADO and PILO discuss further the reason PILO hadn't contacted SALGADO was because of the set back. SALGADO said he had thought PILO must have run into problems. PILO said the man hadn't delivered the guys until yesterday and that was why PILO had not called SALGADO.

SALGADO asked PILO if the guys were going to Aurora. PILO acknowledged. PILO told SALGADO that it was Illinois. SALGADO said yes. SALGADO told PILO the town's name was Aurora. PILO said he would give SALGADO the number for the friend that was heading over there so SALGADO could explain it well. SALGADO said either when the friend arrived over there or to see if SALGADO would give the friend's number to the guy.

DIONISIO told PILO that this was urgent because it was a quick deal. DIONISIO told PILO that as soon as the friend [courier] got there he would head back. DIONISIO told PILO that it was what the guys had told DIONISIO. DIONISIO told PILO that the guys were ready and had been waiting for a while. DIONISIO told PILO that the guys had gotten a bit desperate and called other people. DIONISIO told PILO that DIONISIO knew the other people and they called DIONISIO to see what was going on. DIONISIO told PILO that he had told those people that he had told the guy to wait. DIONISIO told PILO that he had been waiting for a call from PILO so he could tell PILO to get there first. DIONISIO told PILO that if you got there first then there wasn't a problem. PILO acknowledged. PILO told DIONISIO that he would make the friend hurry. PILO told DIONISIO that he would call the friend to make it fast. DIONISIO acknowledged. DIONISIO told PILO that he would write this [radio] number down so if DIONISIO couldn't get a hold of PILO in one then DIONISIO would try the other. DIONISIO told PILO that the fat guy from up there had been calling DIONISIO everyday but DIONISIO didn't even know what to tell the guy anymore. PILO acknowledged. PILO told DIONISIO that they would talk to each other later. DIONISIO acknowledged.

During this conversation Dionisio asked when the cocaine will reach Israel in Aurora, Illinois. PILO explained to Dionisio that there was a setback with the man that was crossing the cocaine over the Mexico/U.S. border. When PILO told Dionisio the "lumber" was already loaded into the truck, PILO meant that the cocaine was in the vehicle compartment and would be leaving for Illinois soon. Dionisio warned PILO that Israel was also in contact with another source from Mexico so PILO needed to make sure PILO's shipment arrived first. Dionisio reminded PILO that it was a quick deal, meaning that as soon as the shipment arrived, payment would be quick and sent back to PILO via the transporter arriving with the cocaine.

| 22 | 3/5/2010 | 09:35 | TT 1 | 3678 | OUTGOING | PTT 62*197413*21 | PILO / Dionisio SALGADO | |

DIONISIO asked what happened. PILO asked DIONISIO if the license plates might be too showy up there [poss. US]. DIONISIO asked what State they were from. PILO

told DIONISIO that they were from over there [PILO's Location].  DIONISIO asked if from that other side [poss. Mexico].  DIONISIO told PILO that he didn't know. DIONISIO said that probably not and that it all depended on the guy who was driving it.  PILO told DIONISIO that he had thought of getting one [license plate] where DIONISIO was [poss. Colorado].  PILO asked DIONISIO if he could get one and keep it there.  DIONISIO asked how they could do it.  DIONISIO told PILO that that could only happen until Monday.  DIONISIO told PILO that they would need to buy it and register it here [Colorado] and DIONISIO didn't know what to do to get license plates for a car from over there [poss. Mexico].  PILO told DIONISIO that what he thought was to buy one [car] where DIONISIO was [Colorado].  PILO asked DIONISIO if they could do that.  DIONISIO said that he would have to look and asked PILO what he needed.  PILO told DIONISIO that maybe a Windstar or that they could get whatever just to not waste time.

PILO asked DIONISIO if license plates from there [Colorado] weren't too showy. DIONISIO said yes.  DIONISIO told PILO that the license plates from this State [Colorado] were too showy everywhere.  DIONISIO told PILO that since this place [Colorado] was in the middle then this place was more like a springboard and things [poss. narcotics] would go out in all directions.  DIONISIO told PILO that they were too showy even in Mexico.  PILO acknowledged.  PILO told DIONISIO that it might just be better if the guy [courier] just headed out that way.  DIONISIO acknowledged.  DIONISIO told PILO that the ones from Kansas or Oklahoma or Nebraska were not as burned up.  PILO acknowledged.  PILO told DIONISIO that the guy [courier] could just head out that way.  DIONISIO acknowledged.  DIONISIO told PILO that he would call Israel and ask if they could get a car from over there [Chicago].  DIONISIO told PILO that then the guys [couriers] could take it.  PILO acknowledged.  PILO told DIONISIO that he would talk to the guy [courier].  PILO told DIONISIO that the guy [courier] would probably get there [Chicago] over the weekend.  DIONISIO acknowledged.

During this conversation PILO and Dionisio discuss the transportation of cocaine loads from Mexico to Illinois and the vehicles used to do so. PILO is concerned that the choice of license plates could possibly bring negative attention to the load vehicles. Dionisio agreed with PILO that Colorado license plates and Dionisio added that Colorado is considered a hub for transportation of narcotics being centrally located and that all states would look suspiciously at a Colorado plate. Dionisio felt that license plates from Kansas, Oklahoma, and Nebraska were not used and frequently, thus were less noticeable by law enforcement. PILO then asked if Dionisio could find vehicles that could be registered in Colorado and used to transport narcotics.

| 23 | 3/7/2010 | 13:49 | TT 1 | 3679 | OUTGOING | PTT 62*197413*21 | PILO / Dionisio SALGADO | |

DIONISIO asked PILO what kind of car PILO needed and what year.  PILO told DIONISIO that he had asked the guy [courier] but it seemed they needed to fix that over there [courier's Location].  PILO told DIONISIO that he would talk to the guy and see what they could do.  DIONISIO acknowledged.  DIONISIO told PILO that if the guy needed anything they needed to do it with time like finding a car and send it with the license plates over there [poss. Mexico] and have them fix it. DIONISIO told PILO that they needed to do things with time and do them right. PILO acknowledged.  PILO told DIONISIO that it was better to do it with the license plates from there and make it look as if they were traveling as tourists up there.  DIONISIO acknowledged and said they could do it that way as well.  PILO

acknowledged.   PILO told DIONISIO that he was going to tell the guy to go like that as if visiting family.  DIONISIO acknowledged.

Dionisio and PILO are discussing the vehicle the cocaine transporter will use to get to Illinois and deliver to Israel. Dionisio feels the transporters should take their time preparing the vehicle so that they attract as little attention as possible.  PILO says he will advise the transporters to act like tourists so that they can avoid detection that might lead to the seizure of the narcotics.

| 24 | 3/5/2010 | 09:44 | TT 1 | 3681 | OUTGOING | 773-827-0461 | Dionisio SALGADO / Israel AGUIRRE-Carrete | |

DIONISIO told ISRAEL that Pilo had just called DIONISIO.  ISRAEL said that it was about time.   ISRAEL asked what the guy [Pilo] had said.  DIONISIO laughed and cursed.  DIONISIO told ISRAEL that he had told the guy [Pilo] to hurry.  DIONISIO told ISRAEL that the guy [Pilo] had said that he [Pilo] had had a few setbacks. DIONISIO told ISRAEL that he didn't know what kinds of problems.  ISRAEL acknowledged.  DIONISIO told ISRAEL that the man [courier] was barely heading out but that they [couriers] were already on this side [US].  ISRAEL acknowledged. DIONISIO told ISRAEL that the guy [Pilo] said that the man [courier] was about to head out.  ISRAEL acknowledged.  DIONISIO told ISRAEL that ISRAEL would have it by Sunday.  ISRAEL acknowledged.  DIONISIO told ISRAEL that the man [courier] had Mexican license plates and that might've been the setback.  ISRAEL acknowledged. DIONISIO told ISRAEL that they needed to see if they could get the man [courier] license plates from over there [Chicago] or a car.  ISRAEL said he thought so.

DIONISIO told ISRAEL that he had told the guy [Pilo] that he [Pilo] needed to do things right and with time because he [Pilo] knew that they were going to do all of that.  ISRAEL acknowledged.  DIONISIO told ISRAEL that it all depended on who took hold of the reins.  ISRAEL acknowledged.  ISRAEL asked DIONISIO that who knew how many players [poss. narcotics] they were bringing to the game.  DIONISIO told ISRAEL that it would be 5 minimum.  ISRAEL acknowledged.  DIONISIO told ISRAEL that hopefully they got there.  DIONISIO told ISRAEL that he had not asked but that the guy [Pilo] had said that either 7 or 5.  ISRAEL acknowledged.

ISRAEL told DIONISIO that who knew who was going to go there [ISRAEL's Location]. ISRAEL asked DIONISIO if it would be the same blonde girl.  DIONISIO said no. DIONISIO told ISRAEL that he thought it was someone else.  DIONISIO told ISRAEL that this one [courier] was going to spend Easter there [ISRAEL's Location] with the family.  ISRAEL acknowledged.  DIONISIO asked ISRAEL if the plan was still that it wouldn't take long and that they [couriers] could head back after a couple of days.  ISRAEL said yes.  DIONISIO acknowledged.  DIONISIO told ISRAEL that the guy [Pilo] had asked and DIONISIO had said that the plans hadn't changed. DIONISIO told ISRAEL that he had told the guy [Pilo] to be ready and hurry because another candidate [Third Party] was around there.  ISRAEL acknowledged.  ISRAEL told DIONISIO that there was another one [Third Party] who could take the price. DIONISIO acknowledged.  DIONISIO told ISRAEL that the guy [Pilo] had said that the reason he [Pilo] had called was because the guys [couriers] were about to leave. ISRAEL acknowledged.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Dionisio relayed to Israel the latest information regarding the status of the cocaine shipment from PILO in Mexico. Israel used coded language when asking Dionisio how many "players" were coming to the game. Players meaning kilograms. Israel then asks Dionisio if it will be the same transporter as last time, the blonde girl. Dionisio confirmed with Israel that it wouldn't take long, meaning that once the cocaine arrived to Israel's location, Israel would have the money ready to send back to PILO with the transporters. Dionisio reiterated with Israel that Dionisio had told PILO that there was another source ready to deliver cocaine to Israel at the same price as PILO, so PILO needed to make sure the cocaine arrived soon. | | | | | | | | |
| 25 | 3/6/2010 | 15:08 | TT 1 | 3746 | OUTGOING | PTT 62*197413*21 | PILO / Dionisio SALGADO | |
| | DIONISIO said that the guy [Israel] had called wondering if PILO had sent the tools. PILO said he had and that they [drivers] had left yesterday and would let DIONISIO know where it was at right now and [U/I]. DIONISIO said he would call [Israel] and let him know that it was going there. PILO acknowledged and said they [drivers] should not be too far but that the work was heading over. DIONISIO acknowledged. | | | | | | | | |
| | Dionisio contacted PILO to check whether the tools, meaning cocaine, were en route to Israel in Illinois. PILO said that the work, meaning cocaine, was on its way. | | | | | | | | |
| 26 | 3/6/2010 | 16:08 | TT 1 | 3753 | INCOMING | 773-827-0461 | Israel AGUIRRE-Carrete / Dionisio SALGADO | |
| | DIONISIO told ISRAEL that he had called [Pilo] and he said that the guys were on their way. ISRAEL acknowledged. DIONISIO said [Pilo] told him the guys had left yesterday and were going slow but that they had left. ISRAEL told DIONISIO to give them ISRAEL's phone number so they could call him. DIONISIO acknowledged and told ISRAEL not to shut off his phone tomorrow because they [drivers] should arrive tomorrow or the next day. DIONISIO said he didn't know if they [drivers] were going to stop somewhere or not. ISRAEL said that a guy had invited him to work but that he would be listening to the phone and if something happened, ISRAEL would take off. DIONISIO acknowledged.<br><br>DIONISIO asked if it should go to the same place if [the drivers] should go to Aurora. ISRAEL acknowledged. DIONISIO said he would let [Pilo] know that they [drivers] should go to Aurora. ISRAEL acknowledged. | | | | | | | | |
| | Dionisio relayed to Israel what he had learned about the status of the transporters of the cocaine. Dionisio asked Israel if it should go to the same place, meaning as previous deliveries of narcotics. | | | | | | | | |

| 27 | 3/7/2010 | 12:32 | TT 1 | 3778 | OUTGOING | PTT 62*197413*21 | PILO / Dionisio SALGADO | |

DIONISIO asked PILO when the guys [couriers] were going to show up. DIONISIO asked PILO if today or tomorrow. PILO told DIONISIO that he would call DIONISIO back but that the guys [couriers] were in Oklahoma. DIONISIO told PILO that he was going to go out and the phones didn't get any signal over there. DIONISIO told PILO that the reason he had called PILO was just in case the guys [couriers] got there [Chicago] today in the afternoon and PILO would try to call DIONISIO. DIONISIO asked PILO if he wanted DIONISIO to give PILO Israel's [phone] number. PILO told DIONISIO that the guys [couriers] had been thinking of transferring there [Oklahoma] but PILO said he didn't know. PILO told DIONISIO that he would call DIONISIO later. DIONISIO acknowledged. DIONISIO told PILO to give him a call and that DIONISIO was on his way. DIONISIO told PILO that he had remembered to call PILO just in case. DIONISIO told PILO that he would wait for PILO's call. PILO told DIONISIO that he was going to call the guy [courier] and see what was going on and then call DIONISIO back in half an hour. DIONISIO acknowledged.

Dionisio called PILO for an update on the whereabouts of the cocaine transporters. PILO has been in contact with the transporters and reports to Dionisio that they are in Oklahoma. Dionisio called PILO because he would be in an area that did not get good cellular reception and didn't want to miss a call from PILO about the transporters.

| 28 | 3/7/2010 | 13:49 | TT 1 | 3781 | OUTGOING | PTT 62*197413*21 | PILO / Dionisio SALGADO | |

DIONISIO told PILO that his radio was going to be out of range in a little bit. DIONISIO asked if PILO had tried calling DIONISIO. PILO told DIONISIO that the guy [courier] was at the 'O' then said Okla [Oklahoma]. PILO told DIONISIO that the guy [courier] was going to leave tomorrow and was going to change cars because the guy [courier] had not wanted to go in the other one. DIONISIO acknowledged. DIONISIO told PILO that the man [Israel] had called DIONISIO and asked if the guy [courier] was going to be there in the afternoon. DIONISIO told PILO that he had told the man [Israel] that DIONISIO didn't think so and maybe tomorrow. PILO said yes and added that early tomorrow. PILO told DIONISIO that since it was the weekend the guy [courier] would get the plates for the car and leave early tomorrow. DIONISIO acknowledged. DIONISIO told PILO that he was going to tell the man [Israel] to wait for the guy [courier] tomorrow. PILO acknowledged.

During this conversation PILO advised SALGADO that the cocaine transporters were currently located in Oklahoma where they were going to use a new transportation vehicle. When SALGADO said the man had called, SALGADO was referring to ISRAEL AGUIRRE-CARRETE, the cocaine customer, and SALGADO'S partner, in Chicago.

| 29 | 3/7/2010 | 13:50 | TT 1 | 3782 | OUTGOING | 773-827-0461 | Dionisio SALGADO / Israel AGUIRRE-Carrete | |
|----|----------|-------|------|------|----------|--------------|------------------------------------------|--|

DIONISIO told ISRAEL that he had called PILO.  DIONISIO told ISRAEL that the guys were going to leave early tomorrow from Okla [Oklahoma].  ISRAEL acknowledged. DIONISIO said that PILO had said they [drivers] were there already but because of the weekend they stopped there.  DIONISIO said that they [drivers] were like 10 hours away.  ISRAEL acknowledged.  DIONISIO said the guys would leave early tomorrow.  DIONISIO said that the [load car] would have license plates from that state [Oklahoma].  ISRAEL acknowledged.  DIONISIO said the good thing was that it was on its way.  ISRAEL acknowledged.

SALGADO called ISRAEL to let him know the progress of the cocaine transporters as relayed to SALGADO by PILO is the previous intercepted call. When SALGADO said they would have license plates from that state, SALGADO was letting ISRAEL know to look out for the transporters to be driving a vehicle with Oklahoma license plates. Many previous conversations between SALGADO, PILO, and ISRAEL show that SALGADO and ISRAEL were glad that the shipment was finally being transported to ISRAEL.

| 30 | 3/8/2010 | 16:12 | TT 1 | 3815 | INCOMING | PTT 62*37229*11 | PILO / Dionisio SALGADO | |
|----|----------|-------|------|------|----------|-----------------|-------------------------|--|

Parties greeted. DIONISIO asked PILO if they [couriers] had left yesterday and if they were getting there [Illinois] today. PILO said yes that they should have left today and had problems with the car. DIONISIO asked if they were going to get there today. PILO said no that he [courier] had just left because he [courier] had to buy a car and was getting insurance on the car and he [courier] should have left already.  DIONISIO asked if they would be getting there tomorrow. PILO said yes since they couldn't do anything about the car on Sunday because they had just opened today and the guy was doing the insurance thing and might have left already.  DIONISIO acknowledged. PILO told DIONISO he would call him back. DIONISIO acknowledged.
PILO advised Dionisio about the transporters having to take more time to get their vehicle properly licensed and registered before leaving Oklahoma for Illinois. Clearly PILO is in regular contact with the transporters and reporting to Dionisio their progress.

| 31 | 3/8/2010 | 17:03 | TT 2 | 2262 | INCOMING | 773-827-0461 | Israel AGUIRRE-Carrete / Dionisio SALGADO | |
|----|----------|-------|------|------|----------|--------------|------------------------------------------|--|

ISRAEL asked DIONISIO what was new. DIONISIO said it was cold. ISRAEL responded it was getting ugly over there to. DIONISIO acknowledged. DIONISIO told ISRAEL they had called DIONISIO and they were having trouble with the car that was going to leave from over there, they were supposed to leave early but they should be on their way and they should be getting there tomorrow. ISRAEL acknowledged. DIONISIO said because the car didn't have insurance with the car that they did the transportation but they had gotten the insurance already. ISRAEL acknowledged.

DIONISIO said they didn't want to leave without insurance. ISRAEL agreed. DIONISIO said tomorrow they should get there. ISRAEL acknowledged.

ISRAEL said he went to work today so he wanted to call to see what was going on. DIONISIO said that's the reason why he didn't call him because he was waiting to hear from them. DIONISIO asked ISRAEL if he was going to work tomorrow. ISRAEL said no. DIONISIO said tomorrow for sure because they've been there since Saturday night, Sunday. ISRAEL acknowledged. DIONISIO said they were there since Sunday but like they didn't have insurance they wanted to wait and get it, and that was the problem they had. ISRAEL said if they change horses [cars] there. DIONISIO said yes. ISRAEL said maybe they might be here tomorrow at noon. DIONISIO said yes. ISRAEL acknowledged. ISRAEL asked how many musicians [kilos] were coming. DIONISIO said 5. ISRAEL acknowledged.

DIONISIO said it would be fast and that DIONISIO had told [Pilo] and that [Pilo] said that as soon as they [the courier] came back, if it happens in a hurry, [PILO] would hammer the other ones out [send more]. ISRAEL acknowledged.

---

Dionisio provided Israel with excuses as to why the couriers were being held up and had not arrived at Israel's location yet. Dionisio and Israel use coded language to refer to the cocaine – horses = transportation vehicle, musicians = kilograms of cocaine. When Dionisio told Israel that as soon as the couriers returned, if it happened in a hurry, PILO would hammer the next ones out, Dionisio meant that if Israel was able to pay for the 5 kilograms delivered quickly, the money would be transported back to PILO in Mexico and then PILO would send another shipment of cocaine to Israel.

---

| 32 | 3/9/2010 | 10:14 | TT 1 | 3834 | INCOMING | PTT 128*136*10161 | UM3834 / Dionisio SALGADO | |

---

UM3834 said he was calling in behalf of Pilo and asked what was up.  DIONISIO said he was fine and asked if UM3834 was over there close by [Illinois].  UM3834 said they were on it except they made a little change there [poss cars] and were going.  UM3834 said he didn't know how long because they didn't know [the area] well.  UM3834 said the guy was on his way and that UM3834 would call DIONISIO later on.  DIONISIO acknowledged.

DIONISIO asked if UM3834 wanted DIONISIO to give them the number of the guy who would receive and was waiting for them over there [Israel].  UM3834 said later on if DIONISIO wanted in the afternoon but that this was UM3834's number and DIONISIO could call.  UM3834 said that it was one of his nephews that was going [driving] and that UM3834's niece was going too.  UM3834 said he would call DIONISIO later and maybe DIONISIO could give UM3834 the number then.  DIONISIO acknowledged and said he [Israel] had called wondering what was up and that DIONISIO had called Pilo and Pilo explained to DIONISIO.

DIONISIO told UM3834 to be very careful and everything would turn out well.  UM3834 acknowledged and said they had changed vehicles.  UM3834 calls out to someone in the background and calls third party mama [poss child].  UM3834 said that was being fixed.  DIONISIO acknowledged and asked if they were moving ahead.  UM3834 acknowledged and said they were doing work in a house [poss stash house] and were finishing it up.  UM3834 said he would call later and DIONISIO could give him the number and UM3834 would then give the number to the guy [nephew].  DIONISIO acknowledged and said he would tell [Israel] to wait for the call in the

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | afternoon. UM3834 acknowledged and said he would give DIONISIO UM3834's nephew's number and DIONISIO could talk since the nephew had said he was going to by another number. DIONISIO acknowledged. | | | | | | | |
| | UM3834 had most likely been provided Dionisio's telephone number by PILO to report the transporters progress to Dionisio so that he could advise Israel. Dionisio offered to give UM3834 the telephone number for Israel in Illinois so that the nephew and niece could contact Israel when they arrived in the area and Israel could then direct the transport vehicle with the cocaine to Israel. | | | | | | | |
| 33 | 3/9/2010 | 10:18 | TT 1 | 3836 | INCOMING | PTT 109*393*11066 | Israel AGUIRRE-Carrete / Dionisio SALGADO | |
| | DIONISIO said that they [couriers] would call ISRAEL this afternoon. DIONISIO said that the guy had called DIONISIO and said he was on his way, slow but on his way. ISRAEL acknowledged and said he was there on the lookout. DIONISIO said the guy had said it would be late, that the guy was going slow but was on his way. DIONISIO said it was 2 [drivers, nephew and niece]. ISRAEL asked if his cousin and the uncle [drivers] were coming. DIONISIO said it was the male and female cousins. ISRAEL acknowledged and said it was good to know. DIONISIO acknowledged. | | | | | | | |
| | Dionisio provided Israel with information that Dionisio learned after talking with UM3834 about the travel of the cocaine transporters so that Israel was prepared and knew who to look out for. | | | | | | | |
| 34 | 3/9/2010 | 13:09 | TT 1 | 3849 | OUTGOING | PTT 62*197413*21 | Dionisio SALGADO / PILO | |
| | DIONISIO called out to PILO. PILO said he would call DIONISIO back in 20 minutes and give DIONISIO the guy's phone number. DIONISIO acknowledged. DIONISIO said that a buddy [UM3834] had called DIONISIO in the morning. PILO said [U/I] so DIONISIO could settle things. PILO said the guy was going but slow. DIONISIO said he would call [Israel] and let him know. DIONISIO asked if they [couriers] had left today or yesterday. PILO said the guys hadn't figured how to do it with the car and had struggled and that PILO thought the guy had left yesterday. PILO said he hadn't called [poss the courier] but would call him now. DIONISIO acknowledged.<br><br>DIONISIO said that [Pillo] had called and wanted to know if PILO could help out in Phoenix. PILO said he would see and would tell DIONISIO later. DIONISIO told PILO that Pillo had said he was ready and would do it in a hurry. PILO said he would call DIONISIO back. DIONISIO told PILO to have a base [of operation] there [poss in Oklahoma]. [Audio glitch] DIONISIO said that PILO should try to get some [product] on loan so that PILO could have them ready for when they [people] asked for more it would happen in a hurry and not have to wait for [the drivers] to come all the way from down there [poss Mexico]. DIONISIO said that PILO should be stacking more there. PILO said he would see how he got settled so that it wasn't too far apart. DIONISIO continued saying it was a good idea to have something there for when the ones that come [poss clients] those [product] were a | | | | | | | |

for sure thing there and there would be less risks. PILO acknowledged and said he would talk to the guy [SOS] and see what the guy says.

DIONISIO said he was thinking of telling the man [poss UM3834] about it but DIONISIO didn't end up saying anything since he wanted to talk to PILO first. DIONISIO said that if the guy [poss UM3834] was trustworthy the guy [poss UM3834] should have some there for when it is needed and the next day they would be there [Chicago]. PILO said he was just trying but would talk to the guy and see how they settle things. DIONISIO said that would be good since they wouldn't struggle. DIONISIO said that if PILO could take 20 guys [product] and then let 5 go the other ones [15] would be half way there [for next time] otherwise PILO would have to [risk] it [every time] from down there [Mexico]. PILO said he would see about that and talk with his guy about having a bunch there, and from there get it [product] out everywhere. DIONISIO said that should happen and have someone trustworthy working for PILO. PILO said he would talk to the guy and see what the guy says. DIONISIO acknowledged. PILO said his phone was dying and would call back.

Dionisio is still trying to confirm whether or not the transporters had actually left Oklahoma and were en route to Israel in Illinois. PILO will call transporters and find out.

Dionisio asked if PILO could also supply cocaine to another associate of Dionisio located in Phoenix, PILLO. PILO would not commit to anything regarding PILLO in Phoenix.

Dionisio then talked to PILO about getting a trustworthy individual to run a stash location in the U.S. for PILO perhaps in Oklahoma where PILO could keep a larger quantity of narcotics to be distributed to various places. Dionisio felt and attempted to explain to PILO that it would be less risky to transport larger quantities of narcotics less frequently to the stash location, build up supply, and then transport smaller quantities, such as the 5 kilograms to Israel in Illinois. Dionisio explained that PILO would then be better able to supply his customers in a timely manner and not have to worry about crossing the border with each individual delivery. Dionisio used the example of transporting 20 guys, meaning 20 kilograms of cocaine, and putting it to the stash location, then sending 5 to Illinois. Then the next order would already be half way there.

| 35 | 3/9/2010 | 15:15 | TT 1 | 3865 | INCOMING | PTT 109*393*11066 | Israel AGUIRRE-Carrete / Dionisio SALGADO | |
|----|----------|-------|------|------|----------|-------------------|-------------------------------------------|---|

DIONSIO asked what happened. ISRAEL asked, "what did they tell him?" DIONISIO said no one is picking up. ISRAEL acknowledged. ISRAEL said hopefully they would call DIONISIO later. DIONISIO said the guy called him in the morning and told him they were on their way but they were going slow. DIONISIO said he didn't know how he meant that. DIONISIO told the guy he would give him ISRAEL's number so when the carrier gets there they can give ISRAEL a call but the guy said no he would call DIONISIO but he still hasn't called him. DIONISIO said he thought about calling him but his been calling but his not answering. DIONISIO said they should be on their way they should get there tomorrow at the latest. DIONSIO said they were on their way. ISRAEL acknowledged. ISRAEL said hopefully they call. ISRAEL said they would be in contact. DIONISIO asked ISRAEL if he was going to work tomorrow.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | ISRAEL said no. DIONISIO acknowledged. ISRAEL acknowledged. | | | | | | | |
| | Israel and Dionisio are still wondering about the progress of the transporters because Dionisio has been trying to call UM3834, but he is not answering the call. | | | | | | | |
| 36 | 3/9/2010 | 15:28 | TT 1 | 3868 | INCOMING | PTT 62*197413*21 | PILO / Dionisio SALGADO | |
| | PILO asked DIONISIO what he said. DIONISIO said he's almost out of work and sometimes he doesn't get service at home. DIONISIO asked him if the carrier was supposed to get there today or tomorrow. PILO said they were having problems because it was their first time. PILO said they got a Cadillac and didn't know where to put the product and someone else is on their way to take another car. PILO said most likely tomorrow morning they would take off because they didn't know how to hide the product in the car they bought. DIONISIO asked if they were half way from Oklahoma to where they're going. DIONISIO said if they were in the middle. PILO said the carrier didn't like how the product was hidden and the person that knows how to hide the product is on his way to help them. DIONISIO acknowledged. DIONISIO said if they call him at night he's not going to answer the radio. DIONISIO said he was going to call Israel and let him know they were half way. PILO said not to lose hope they are on their way. PILO said they are unorganized. DIONISIO acknowledged and said he would call Israel and let him know they would get there tomorrow in the afternoon. PILO said they are on their way. DIONISIO acknowledged. | | | | | | | |
| | PILO advised Dionisio that the transporters were traveling but stopped because they didn't like the way the cocaine was concealed in the vehicle.  Fearing possible detection by law enforcement, the transporters stopped and requested that someone come and help them conceal it properly and possibly bring another vehicle to use instead. | | | | | | | |
| 37 | 3/9/2010 | 15:30 | TT 1 | 3869 | OUTGOING | PTT 109*393*11066 | Israel AGUIRRE-Carrete / Dionisio SALGADO | |
| | DIONISIO said ISRAEL. ISRAEL acknowledged. DIONISIO said the guy told him they were half way he's not sure exactly where but if they don't get there today they should be getting there tomorrow. DIONISIO said they were having trouble with the car or something like that. ISRAEL acknowledged and said maybe it was a mechanical problem. DIONISIO said he wasn't sure but the carrier regret going and went back or DIONISIO wasn't sure what happened but it's on its way already. DIONISIO said most likely tomorrow they should be there. DIONISIO said the guy told him not to lose patience they are on their way already it's because they were not organized. ISRAEL acknowledged. | | | | | | | |
| | Dionisio relayed to Israel the difficulties encountered by the transporters and that PILO indicated they were unorganized, but that the shipment was on its way. | | | | | | | |

| 38 | 3/10/2010 | 10:58 | TT 1 | 3876 | INCOMING | 773-827-0461 | Israel AGUIRRE-Carrete / Dionisio SALGADO | |
|----|-----------|-------|------|------|----------|--------------|------------------------------------------|---|

ISRAEL asked DIONISIO if he was busy. DIONISIO said no. ISRAEL said he wanted to know around what time the courier was going to arrive. DIONISIO said he was going to call because he was calling earlier and their phones were off. ISRAEL told DIONISIO to call them and call him back. DIONISIO acknowledged. DIONISIO asked him if he heard anything of the Zaraperos. NOE said yes, the uncle called him yesterday night and told him he got invited to a bar-b-q. DIONISIO asked him if they were going to get there this weekend. ISRAEL said by Friday around three. DIONISIO said he remembered and he was going to ask ISRAEL yesterday but he forgot. ISRAEL said he was around and he [Zarape] would see ISRAEL Friday. DIONISIO acknowledged. ISRAEL said he's been forgetting to tell DIONISIO about it. ISRAEL said last night he was about to turn his phone off when he [Zarape] called. DIONISIO acknowledged. ISRAEL said to call the guy [UM3834] to see what's happening. DIONISIO said yes. DIONISIO said it's been a long time. ISRAEL said he's wondering what's going on. DIONISIO said the courier was on his way but half way he regretted doing it. DIONISIO said he wasn't sure what plans they had.

ISRAEL said in the ranch it's full of 22's. DIONISIO acknowledged. ISRAEL said yes it's full. DIONISIO asked what they were looking for. ISRAEL said close by the ranch of his dad there was about 300. DIONISIO acknowledged. ISRAEL said they are opening all the houses of those men. DIONISIO acknowledged. ISRAEL said he wasn't sure who are they looking for. DIONISIO acknowledged. ISARAEL said Chaparrito is running everything there [Mexico]. DIONISIO acknowledged. ISRAEL said the monkey is doing everything for them. ISRAEL said that's how those jobs get done. DIONISIO said so they can scare them away. ISRAEL said the monkeys went did everything and now it's ready for the next ones to get there. ISRAEL said that's how times are and it was his time. ISRAEL said the man's are where the wolves are. DIONISIO acknowledged and said that's where they need to be. ISRAEL said they need to be there and they have to have a lot of food because they have to stay there for a long time. DIONISIO acknowledged. ISRAEL said 5-6 or 2-3 [poss. months]. ISRAEL said at least until the other guy comes out. DIONISIO said that's what they need to do. ISRAEL said they need to leave or talk to see if they can come down. DIONISIO acknowledged. ISRAEL acknowledged. DIONISIO said not to lose patience they have to get there tomorrow. ISRAEL acknowledged. DIONISIO said he would call him and let him know if anything. ISRAEL told DIONISIO as soon as he knew something to call him. DIONISIO acknowledged.

Israel asked Dionisio to contact the transporters to find out where they were and when they would arrive at Israel's location.

| 39 | 3/10/2010 | 12:22 | TT 1 | 3893 | OUTGOING | PTT 128*136*10161 | UM3834 / Dionisio SALGADO | |
|----|-----------|-------|------|------|----------|-------------------|---------------------------|---|

Parties greeted. DIONISIO asked how he was doing. UM3834 said they had some difficulties. UM3834 said they are working on a job that was left pending but they would get there. UM3834 said he hasn't called DIONISIO but they would get there, they are working on it. UM3834 said he would call DIONISIO. DIONISIO acknowledged and said he called him yesterday. DIONISIO said ISRAEL called him saying that they weren't there yet. DIONISIO told ISRAEL he was going to call UM3834 to see what was happening. UM3834 said they were working on the roof but just wait for him

they are working on it. DIONISIO asked when they would be done. DIONISIO said they don't believe him anymore because all month he's been saying that tomorrow, tomorrow and nothing is happening. UM3834 said they are working on it so tomorrow should be done. UM3834 told DIONISIO they might not believe him that tomorrow but they are finishing up. DIONISIO acknowledged and said he would tell ISRAEL to wait for them tomorrow and to do the estimate. UM3834 said his phone sometimes doesn't work. DIONISIO acknowledged and said they called him wanting to know what was going on. DIONISIO said the important thing is for everything to get it done and they would wait for them tomorrow. UM3834 acknowledged and said he would call him tomorrow. UM3834 said they are working on it and fixing everything. DIONISIO told UM3834 his radio [cell] doesn't get service at home and if DIONISIO doesn't hear anything from him before 6pm he would call him to give him ISRAEL's number. UM3834 acknowledged and said to tell ISRAEL they should get there. DIONISIO acknowledged. UM3834 said some things got complicated.

---

UM3834 tries to explain to Dionisio the problems he is having getting the cocaine transported but assures Dionisio that they are working on getting it there. Dionisio told U3834 that he and Israel do not believe anymore that it will actually get there because UM3834 keeps telling them that it is coming but it never arrives.

| 40 | 3/10/2010 | 12:26 | TT 1 | 3895 | OUTGOING | 773-827-0461 | Israel AGUIRRE-Carrete / Dionisio SALGADO | |

Parties greeted. DIONISIO told ISRAEL UM3834 called him and some things got complicated but tomorrow for sure. DIONISIO said they might not believe him. DIONISIO said for the past month he's been saying tomorrow. DIONISIO said tomorrow for sure. ISRAEL said he doesn't get mad anymore he just laughs now. DIONISIO said well, what can they do about it. If next month they get here. There is nothing they can do. ISRAEL acknowledged. DIONISIO said they just tell him tomorrow, tomorrow but the good thing they are answering. ISRAEL acknowledged. DIONISIO said he really needs it to pay his rent. ISRAEL acknowledged. DIONISIO said he is going to ask PILO to let him borrow money but he has to wait. ISRAEL acknowledged. DIONISIO said him and Pilo have a plan to get a warehouse around there so it would be easy. ISRAEL acknowledged and said as soon as something gets done ISRAEL would call DIONISIO. DIONISIO said they really need it. ISRAEL said all he's been eating is beans and he really wants to eat meat. DIONISIO said he didn't have money for his phone he is supposed to get paid Friday. ISRAEL said he went to apply for welfare and he has the interview tomorrow but most likely they are going to give him $200 a month that's how broke he is. DIONISIO acknowledged. DIONISIO said he asked a friend to let him borrow money to activate his phone. DIONISIO said he got a notice that it had expired. DIONISIO said he needed money to activate the phone to receive phone calls. ISRAEL said his phone only has $10 remaining and hope it lasts him until there's something. DIONISIO said by tomorrow there should be something. ISRAEL said hopefully it's true. DIONISIO acknowledged. ISRAEL said hopefully they would get there on different days. DIONISIO said the Zaraperos should get there Saturday. ISRAEL said yes Friday or Saturday. DIONISIO said everything is going to come out good. ISRAEL acknowledged. DIONISIO told ISRAEL maybe the man doesn't believe him anymore. ISRAEL said he doesn't, he just laughs. DIONISIO said they are on their way. ISRAEL acknowledged.

Israel and Dionisio talk about the fact that they need the cocaine shipment to arrive so that they can make money to pay their bills. Both sound increasingly skeptical that the cocaine will actually arrive given the repeated assurances from PILO and UM3834 that do not materialize. When Dionisio says he hopes they get there on different days, he is referring to the Zaraperos, another source of supply for cocaine also interested in supplying Israel and Dionisio with kilograms quantities.

| 41 | 3/10/2010 | 18:17 | TT 1 | 3919 | OUTGOING | PTT 62*197413*21 | PILO / Dionisio SALGADO | |

DIONISIO asked PILO what's been going on.  DIONISIO asked if still no.  PILO told DIONISIO that the guy [courier] was getting there [Unspecified Location].  PILO told DIONISIO that the guy [courier] had left last night and had been fixing the car.  PILO told DIONISIO that the guy [courier] had been doing the mechanic work on it.  PILO asked if DIONISIO had called the man [UM3834, see call #'s 3834 and 3893 on TT #1] who had called DIONISIO last night.  DIONISIO said yes.  DIONISIO told MARCOS that the man [UM3834] had just said that not yet.  DIONISIO told PILO that the man [UM3834] had said to just wait.  DIONISIO told PILO that Panzon, then said Israel, had called DIONISIO again and asked what was going on.  DIONISIO told PILO that DIONISIO had told him [Israel] that DIONISIO thought that tomorrow but it seemed as if he [Israel] didn't believe DIONISIO anymore.  PILO told DIONISIO that the man [UM3834] had gone to fix the car and was getting over there and asked DIONISIO to call him [UM3834].  DIONISIO acknowledged.  DIONISIO told PILO that he would call the man [UM3834] tomorrow.

PILO told DIONISIO that the car was almost there and the guy [courier] was going to do the mechanic work on it and was going to wake up early tomorrow without fail.  DIONISIO acknowledged.  DIONISIO asked PILO if the guy [courier] was going to get there [Chicago] without fail.  PILO told DIONISIO that the guy [courier] was fixing the car right now and would have to work for a while right now and if not the guy [courier] was going to have to wake up really early.  DIONISIO acknowledged.  DIONISIO asked PILO if the car was halfway there [Chicago] or if it was still in Okla [Oklahoma].  PILO told DIONISIO that the man [UM3834] had not told PILO but it was probably in Okla [Oklahoma] or just outside of Okla [Oklahoma].  DIONISIO told PILO that it was still a ways away and about 10 or 12 hours.  PILO told DIONISIO that the guy [courier] would still get there during the day and that PILO had thought it was further away.  DIONISIO told PILO that if the guy [courier] left early in the morning the guy [courier] would be over there [Chicago] in the afternoon.  PILO acknowledged.  PILO told DIONISIO that he was going to tell the guy [courier].

PILO told DIONISIO that he had not wanted to adjust the guy's [courier's] time too much so that the guy [courier] didn't leave a mess since the guy [courier] was going to fix it there.  PILO told DIONISIO that they had gotten a similar car and wanted to change the loads there but it had not had them [Unspecified] stock and so the guy [courier] had had to make them there and the other guy [Third Party] there didn't know how to make them.  DIONISIO acknowledged.  DIONISIO told PILO that he was going to talk to Israel and tell him [Israel] to calm down while the guys [couriers] fixed everything.  DIONISIO told PILO that DIONISIO had told him [Israel] after the man [UM3834] had said that they [couriers] were still there that it would be tomorrow.  DIONISIO told PILO that he [Israel] had said no and had laughed.  DIONISIO told PILO that he [Israel] had said that DIONISIO had been saying it would be tomorrow for a month now.  DIONISIO told PILO that DIONISIO had told him [Israel] that it would be tomorrow even if he [Israel] didn't believe it.

PILO told DIONISIO to tell him [Israel] that it would be tomorrow and that this
had been the first time for the guy [courier] and that set-backs happened.
DIONISIO acknowledged.

DIONISIO apologized to PILO for calling PILO too much but said that people called
DIONISIO a lot.  PILO acknowledged.   PILO told DIONISIO that sometimes PILO would
not take the radio and leave it at the house.  DIONISIO acknowledged.  DIONISIO
told PILO that they would see what happen.  DIONISIO told PILO that they would see
if the next one would be done quicker.  PILO agreed and said that next time it
would be better organized.  DIONISIO acknowledged.

Dionisio told PILO that Israel was losing faith that the cocaine shipment would
actually arrive in Illinois despite Dionisio's reassurances that PILO and UM3834
had said that it would arrive once the problems were resolved. PILO explained that
they were working on the concealment issues by getting a similar vehicle. However,
no one knew how to make the compartment so they were working on that.

| 42 | 3/11/2010 | 08:34 | TT 1 | 3920 | INCOMING | 773-827-0461 | Israel AGUIRRE-Carrete / Dionisio SALGADO | |

ISRAEL told DIONISIO he turned his phone off and he had a voice mail saying he
[Zarape] was there. ISRAEL said he wasn't sure who it was. DIONISIO said what.
ISRAEL said he didn't know if it was Poncio, Pilato, or Zarape. ISRAEL said they
told him he [Zarape] was there so they can talk. DIONISIO said it might be Zarape.
ISRAEL acknowledged. ISRAEL said Zarape told him to go and have breakfast. ISRAEL
told him yes. DIONISIO said that's how it always is. DIONISIO said they always
come all at once. DIONISIO told ISRAEL Pilo called him yesterday and DIONISIO told
Pilo they just laugh at DIONISIO because they don't believe him anymore. DIONISIO
told ISRAEL how everything is. ISRAEL acknowledged. DIONISIO said the car that
they were in broke down so they had to buy a new car but the same car and they had
to re-fix everything again. ISRAEL acknowledged. DIONISIO said that's the reason
why they couldn't leave. ISRAEL asked if they should get there today. DIONISIO
said yes. DIONISIO said he wasn't sure if they left last night or today early
morning. DIONISIO told ISRAEL they should get there today. ISRAEL acknowledged.
ISRAEL said he was going to invite Zarape for breakfast. DIONISIO acknowledged and
told ISRAEL to call him later to see what is going on.

DIONISIO told ISRAEL to not let the business go to and to bargain with him [Lupe's
guy].   ISRAEL acknowledged.  DIONISIO told ISRAEL to not let the business go.
ISRAEL said no. ISRAEL said at least 26 [price] that's a good.   DIONISIO
acknowledged.  ISRAEL said at least 26 but he was going to try to get it lower.
ISRAEL said he was going to ask for 26. DIONISIO acknowledged and said those guys
didn't want to lower anything.  ISRAEL said if they are here it's for a reason.
DIONISIO acknowledged.  DIONISIO told they brought 20 for ISRAEL. ISRAEL said
that's good. DIONISIO said that's what they talked about.  DIONISIO said the
little he talked to them that's what they told him.  ISRAEL asked at least 10-20
for him.  DIONISIO said yes. ISRAEL said at least to those, business once a month
would be good. DIONISIO acknowledged. DIONISIO acknowledged. ISRAEL said he was
waiting for Zarape's [Lupe's] call.

Israel told Dionisio that Zarape (cocaine source of supply and associate of LUPE LNU) had contacted him and wanted to go to breakfast. Dionisio said that they all come at once, meaning they may have difficulty getting a load of cocaine and then it all comes at once. Dionisio advised Israel about his conversation with PILO and how the vehicle transporting the cocaine had broken down and they had to re-fix everything, meaning they had to re conceal the cocaine in the vehicle.

Dionisio then told Israel to meet with Zarape and to not let the business go, meaning Israel should negotiate with Zarape and arrange for a delivery of cocaine. Dionisio and Israel agreed that 26, price per kilogram of cocaine, was acceptable but Israel would try to get Zarape to agree to a lower price. When Dionisio told Israel that he had talked to them about 10-20 per month, Dionisio was referring to his conversation with LUPE LNU about kilograms of cocaine per month to be delivered to Israel in Illinois. Dionisio felt that if Zarape was there wanting to meet with Israel, they (Zarape and Lupe et al) were ready to deliver.

| 43 | 3/11/2010 | 11:13 | TT 1 | 3944 | INCOMING | PTT 128*136*10161 | UM3834 / Dionisio SALGADO | |
|----|-----------|-------|------|------|----------|--------|--------|--|

DIONISIO said everything is slow and how was he doing. UM3834 said the guy is on his way but the courier hasn't picked up his phone calls. UM3834 said the courier was going to call him later to see what was going on. UM3834 said the courier might be in an area where there is no service. DIONISIO asked UM3834 if he wanted Israel's number because they don't believe DIONISIO. DIONISIO said Israel called him and he told him they were on their way. DIONISIO told UM3834 to call Israel. UM3834 acknowledged.  DIONISIO said 109*393*11066. UM3834 said 109*393*11066. DIONISIO acknowledged and told him to give him a call. DIONISIO said Israel called him asking if tomorrow and DIONISIO said no, they are on their way. UM3834 said he would give Israel a call. DIONISIO said if he can do him the favor. UM3834 acknowledged.

UM3834 told Dionisio the couriers were on their way. Dionisio wanted UM3834 to call Israel and tell Israel that because Israel would not believe Dionisio anymore. Dionisio provided UM3834 with Israel's Push To Talk (Nextel Radio #) so that UM3834 could advise Israel.

| 44 | 3/11/2010 | 11:16 | TT 2 | 2328 | INCOMING | 773-827-0461 | Israel AGUIRE-Carrete / Dionisio SALGADO | |
|----|-----------|-------|------|------|----------|--------|--------|--|

ISRAEL told DIONISIO they were going to try to work out on the numbers. DIONISIO said that was the problem. ISRAEL told the man he was going to talk to his friend and if they like the product then it would get done. ISRAEL told the man, that they told him [ISRAEL] that it was all new and good product. DIONISIO acknowledged. ISRAEL said if the deal can get done then good and if not then oh well. DIONISIO asked ISRAEL what numbers where they giving him. DIONISIO asked if it was a 27. ISRAEL said no a 28. DIONISIO said no that was too much. DIONISIO said they had said 27. ISRAEL said the man 28. ISRAEL said he started laughing when he told him 28 and so he said no. DIONISIO said no. ISRAEL told the man to stop his business. DIONISIO acknowledged. ISRAEL said they talked for a while and told him he was going to give him a call. DIONISIO asked if it was

someone that he knew. ISRAEL said no. DIONISIO acknowledged. ISRAEL said he was going to call him and let him know. DIONISIO acknowledged. DIONISIO said if the other man didn't want to do it at 26 1/2, 28 is too much. ISRAEL said no. ISRAEL asked about PILO what was going on with him. DIONISIO said the guy [UM3834, See Call #3834 on TT #1] was going to give him a call. DIONISIO said they are on their way already and he was going to call ISRAEL. DIONISIO said he had just finished talking to him when he answered ISRAEL's phone call. DIONISIO said he gave the guy [UM3834] ISRAEL's number and the guy [UM3834] said he was going to call ISRAEL. DIONISIO said he gave him his radio number. DIONISIO said from now on they would be much faster. ISRAEL acknowledged. ISRAEL said he was going to wait for his phone call.

DIONISIO told ISRAEL he should have told him 26 if not they won't have any profit. ISRAEL said he told him that's what they can do and if he doesn't want to then oh well and they can't do more. DIONISIO acknowledged. ISRAEL said he was going to wait for the guy's [UM3834's] phone call. DIONISIO acknowledged.

During this call, Israel is reporting to Dionisio what was discussed with LUPE LNU's associate, the "Engineer" regarding an additional shipment of cocaine from Mexico to Israel in Illinois. Israel told Dionisio that a price per kilogram of cocaine could not be agreed upon. Israel said the Engineer wanted 28 per kilogram, meaning $28,000 per kilogram to transport to Israel's location. Dionisio and Israel agree that $28,000 is too much and they would not make any profit because they could not sell it for a price that would allow them to make money.

| 45 | 3/11/2010 | 12:48 | TT 1 | 3954 | OUTGOING | 773-827-0461 | Israel AGUIRE-Carrete / Dionisio SALGADO | |

DIONISIO asked ISRAEL what they told him. ISRAEL said they were on their way and that later on tonight they were going to call him. DIONISIO acknowledge. DIONISIO asked him what the guy told him. ISRAEL said they were having trouble but they are on their way. DIONISIO acknowledged. DIONISIO asked ISRAEL if he talked to the guy. ISRAEL said no, one of the family members passed away so he won't be back until tomorrow or the day after tomorrow.

DIONISIO asked him if they get there today or tomorrow, when it is going to get done. ISRAEL said fast, 2 or 3 days.

This call confirms that UM3834 or the couriers contacted Israel and advised him that they were en route and would contact Israel when they arrived in the area. When Dionisio asked Israel if he had talked to the guy, Dionisio meant Israel's associate who would be purchasing the cocaine with him. Dionisio asked when it was going to get done, meaning once the cocaine arrived, when would the money be ready to be sent back to Pilo.  Israel felt he would be able to sell the cocaine within two to three days.

| 46 | 3/11/2010 | 14:27 | TT 1 | 3959 | OUTGOING | MEXICO 52-16491972691 | LUPE / Dionisio SALGADO | |

DIONISIO told LUPE that Panzon [Israel] had called DIONISIO and said that they [Third Parties] had gone to talk to him [Israel]. LUPE acknowledged. LUPE told DIONISIO that the guy [Third Party] had told LUPE last night because the guy [Third Party] had been there with LUPE. LUPE told DIONISIO that the guy [Third Party] that the guys [Third Parties] were over there [poss. Chicago]. DIONISIO said yes. DIONISIO told LUPE that the guys' [Third Parties'] numbers [prices] were too high. LUPE asked if they [numbers - prices] were up or if that was what they wanted to say to not do anything. DIONISIO told LUPE that it was what DIONISIO thought. DIONISIO told LUPE that Panzon [Israel] had called early in the morning and said that they [Third Parties] had called him [Israel] and they [Israel and Third Parties] were going to get together later on and go to lunch.

DIONISIO told LUPE that around noon the friend [Israel] had called DIONISIO again and said that they [Israel and Third Parties] had already talked but that the guys [Third Parties] had said that 28. LUPE told DIONISIO that they [Third Parties] had already made an agreement. DIONISIO agreed. DIONISIO told LUPE that he had told the friend [Israel] that they [DIONISIO and Israel] had already told them [Third Parties]. DIONISIO told LUPE that the friend [Israel] had asked if DIONISIO hadn't talked to them [Third Parties]. DIONISIO told LUPE that he had asked the friend [Israel] what they [Israel and Third Parties] had agreed in the end and that the friend [Israel] had said that no more than 26. LUPE acknowledged.

LUPE told DIONISIO that he thought that the man [poss. boss] was over there [LUPE's Location] because one of his [poss. boss'] uncles had died. DIONISIO told LUPE that the friend [Israel] had told DIONISIO about that. DIONISIO told LUPE that he had asked if the friend [Israel] had talked to the man [poss. boss] and the friend [Israel] had said that one of the man's [poss. boss'] uncles had died and the man [poss. boss] was out. LUPE told DIONISIO that LUPE had been told the guy's [Third Party] last night that maybe the man [poss. boss] was there [LUPE's Location]. LUPE told DIONISIO that the guy [Third Party] had said he [Third Party] would call Ingeniero to let him [Ingeniero] know that they [Ingeniero and co.] could talk to those people [Israel and co.]. DIONISIO acknowledged and said they [Israel and Ingeniero and co.] had already talked. DIONISIO told LUPE that the friend [Israel] had said that they [Ingeniero and co.] had gone too high and wouldn't leave them [DIONISIO and LUPE] anything. LUPE cursed.

LUPE told DIONISIO that they [Ingeniero and co.] had already had an agreement. LUPE told DIONISIO that the friend [Israel] could be telling the other guy [Ingeniero] so that he [Ingeniero] would say that they [Ingeniero and co.] wouldn't work with that price and then go around and leave them [DIONISIO and LUPE] out of it. DIONISIO said no and that he didn't think so. DIONISIO told LUPE that the friend [Israel] had asked about DIONISIO's other friend [LUPE] and that DIONISIO had said that DIONISIO hadn't called him [LUPE]. LUPE acknowledged. DIONISIO told LUPE that he didn't think so. DIONISIO told LUPE that the friend [Israel] had asked if DIONISIO knew other people or something. LUPE acknowledged. DIONISIO told LUPE that he didn't think that the friend [Israel] would screw DIONISIO over. LUPE acknowledged.

LUPE told DIONISIO that the guy [Third Party] had told LUPE last night that they [Third Party and co.] were not going to leave LUPE out of it. LUPE told DIONISIO

that the guy [Third Party] had said that the boss was already over there [poss.
Chicago] and that Ingeniero was already over there [poss. Chicago].  LUPE told
DIONISIO that the guy [Third Party] thanked LUPE for letting the guy [Third Party]
know that the big guy [poss. boss] was over there [LUPE's Location] because of the
uncle but to not fear because they [Third Party and co.] were not going to leave
LUPE out of it.  DIONISIO acknowledged.  DIONISIO told LUPE that they [Israel and
Ingeniero and co.] had already talked.   DIONISIO told LUPE that the friend
[Israel] was asking how many horses the guys [Ingeniero and co.] were bringing and
DIONISIO had said he didn't know.  DIONISIO told LUPE that he had told the friend
[Israel] that maybe they [Ingeniero and co.] were going to have 10 races and that
the friend [Israel] had said that they could start right away.  LUPE acknowledged.

DIONISIO told LUPE that the problem was that it [price] was too high.  DIONISIO
told LUPE that DIONISIO had asked the friend [Israel] who was going to be there
since the man [poss. boss] was out because the uncle had died and the friend
[Israel] had said that everything was ready.  LUPE acknowledged.  DIONISIO told
LUPE that DIONISIO had asked the friend [Israel] what he [Israel] was going to do
and the friend [Israel] had said that he [Israel] was going to talk to his
[Israel's] guy [poss. father-in-law] to let him [poss. father-in-law] know about
it.  DIONISIO told LUPE that the other guy [Ingeniero] basically told the friend
[Israel] that the deal was not going to happen and the friend [Israel] let the
other guy [Ingeniero] know his [Israel's] number [price].  DIONISIO told LUPE that
they [Israel and Ingeniero] had not said yes or no but were still negotiating.

LUPE asked if DIONISIO had talked to Alex.  DIONISIO said no.  DIONISIO said that
he had told LUPE that DIONISIO had called that [phone] number but it didn't work
anymore.  LUPE acknowledged.  LUPE told DIONISIO that he could get the [Alex's
phone] number with the [Alex's] mom.  DIONISIO told LUPE to get the [phone] number
and then they would see what they could do.  DIONISIO told LUPE that he had tried
to call right away.  DIONISIO told LUPE that he [Alex] had told DIONISIO that they
[Alex and co.] had changed [phone] numbers and didn't last with the same one
[phone number] for more than a month.  LUPE acknowledged.  DIONISIO told LUPE that
he had called two weeks later and the number had already been cut off.  LUPE
acknowledged.

LUPE told DIONISIO that he would call the man [poss. boss] in a bit.  LUPE told
DIONISIO that the guy [Third Party] had left this morning and had loaded some
trailers for La Perla [Guadalajara, Jalisco] and had said that he [Third Party]
would call Ingeniero.  LUPE told DIONISIO that the guy [Third Party] said that the
other guy [Ingeniero] was over there [poss. Chicago] and had gotten a car and went
by land.  DIONISIO acknowledged.  DIONISIO told LUPE that the numbers [prices]
were just too high and that they needed something more moderate so they could work
with it.  LUPE acknowledged.  LUPE told DIONISIO that he would call another man
and see what they had said.  DIONISIO acknowledged.

DIONISIO told LUPE that he had tried calling LUPE earlier but had not been able to
get a hold of LUPE.  DIONISIO told LUPE that this was what had happened so far.
LUPE told DIONISIO that he had seen the call.  DIONISIO told LUPE to see what he
could find out.  LUPE told DIONISIO that he would try and get a hold of him [Alex]
and if it didn't happen with these guys [Ingeniero and co.] then they would see if
he [Alex] could start working right away.  DIONISIO acknowledged.  LUPE told
DIONISIO that he would keep in touch and asked if DIONISIO had the same phone
number.  DIONISIO said yes.

DIONISIO asked LUPE how it was going with the *changos* [lit. apes, used in this
case to mean police].  LUPE told DIONISIO that they said that there were a lot of

them [police] back in LUPE's town.   DIONISIO told LUPE that DIONISIO's mother was saying that there were many [police] there.   LUPE told DIONISIO that many had gone by the border, like 18 of the PCP and others.   DIONISIO said that who knew what was going on.   LUPE told DIONISIO that they [police] were running those people ragged.   DIONISIO asked if the Chaparritos [lit. short guys, used for Chapo Guzman's people].   LUPE said yes.   DIONISIO told LUPE that those guys [Chapo's guys] had to back off for a while.   LUPE acknowledged and said that those guys' [Chapo's guys] fun was over.   DIONISIO acknowledged.

DIONISO told LUPE that they would keep in touch.   LUPE said yes and added that he would call DIONISIO back when they told LUPE what was going on.   DIONISIO acknowledged.

During this conversation, Dionisio told his associate in Mexico LUPE LNU, that Israel had met with the "Engineer" in Illinois and they had discussed a potential shipment of cocaine however, Israel and the Engineer could not come to an agreement on the price per kilogram of cocaine. The Engineer want $28,000 per kilogram and Israel told the Engineer they could no more than $26,000 in order to make some profit. LUPE was upset to hear this given that he and Dionisio had already come to an agreement that the price would be no more than $27,000 per kilogram. LUPE then speculated that Israel and the Engineer had not told the whole truth and were planning on cutting LUPE and Dionisio out of the deal. Dionisio said he didn't think that was the case, he trusted Israel. LUPE told Dionisio that he would contact his associate to find out what had happened between Israel and the Engineer and see if anything could be done about the price.

| 47 | 3/11/2010 | 15:27 | TT 1 | 3961 | INCOMING | 773-827-0461 | Israel AGUIRRE-Carrete / Dionisio SALGADO | |

DIONISIO called out to ISRAEL.   ISRAEL asked what was going on.   DIONISIO asked ISRAEL what had happened and if ISRAEL had been asleep.   ISRAEL said no.   DIONISIO acknowledged.   ISRAEL asked DIONISIO what was new.   DIONISIO told ISRAEL that he had talked to Zarapero [Lupe] about what ISRAEL had said.   ISRAEL asked what the guy [Lupe] had said.   DIONISIO told ISRAEL that the guy [Lupe] had asked why that much and had said that he [Lupe] was going to call over there [Unspecified Location].   DIONISIO told ISRAEL that the guy [Lupe] said that the guys [poss. Ingeniero and co.] were probably just setting it higher to see what would happen.   DIONISIO told ISRAEL that the guy [Lupe] had told DIONISIO that the deal had been for 27.   DIONISIO told ISRAEL that he had told the guy [Lupe] that it might not happen that way.   ISRAEL told DIONISIO that he had not wanted to tell the man [poss. Ingeniero] anything but that he had not thought that that had been the deal.   ISRAEL told DIONISIO that the guys [poss. Ingeniero and co.] had started really high.   DIONISIO told ISRAEL that Lupe had asked if the deal had not been for 27.   DIONISIO told ISRAEL that he had told the guy [Lupe] that the guys [poss. Ingeniero and co.] had changed the estimate at the last minute.

[BUZZ]

ISRAEL said that it wouldn't happen that way.
No response.

ISRAEL called out.
No response.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Dionisio relayed to Israel about his conversation with LUPE LNU regarding the meeting between Israel and the Engineer. When Dionisio said the deal had been for 27, Dionisio meant that Dionisio and LUPE had agreed on $27,000 per kilogram of cocaine to be delivered to Illinois. | | | | | | | |
| 48 | 3/11/2010 | 15:29 | TT 1 | 3963 | OUTGOING | 773-827-0461 | Israel AGUIRRE-Carrete / Dionisio SALGADO | |

DIONISIO told ISRAEL to negotiate with the guy [poss. Ingeniero] and come to an agreement. DIONISIO told ISRAEL that Lupe said that the guys [poss. Ingeniero and co.] had to negotiate because they [poss. Ingeniero and co.] had to. ISRAEL acknowledged. ISRAEL told DIONISIO that the guy [poss. Ingeniero] had looked too sure of himself. DIONISIO told ISRAEL that the guy [Lupe] said that the man [poss. Ingeniero] who had gone to talk to ISRAEL was the good one. ISRAEL asked if the man [poss. Ingeniero] was the cool one. DIONISIO told ISRAEL that the man [poss. Ingeniero] was the good one. ISRAEL acknowledged. ISRAEL told DIONISIO that the man [poss. Ingeniero] had been young. DIONISIO said yes and added that the man [poss. Ingeniero] was young. ISRAEL acknowledged.

ISRAEL told DIONISIO that he had to talk to the man [poss. Ingeniero]. DIONISIO said yes. DIONISIO told ISRAEL that he needed to call the man [poss. Ingeniero] again and see what was going on. DIONISIO told ISRAEL to tell the man [poss. Ingeniero] how it was going to be but to defend himself or else they [poss. Ingeniero and co.] were going to leave them [DIONISIO, ISRAEL and co.]. ISRAEL said no. DIONISIO told ISRAEL that the guy [Lupe] had said for DIONISIO to be ready because if DIONISIO didn't do something then those guys [poss. Ingeniero and co.] were going to leave the guy [Lupe] out. DIONISIO told ISRAEL that the guy [Lupe] said that if DIONISIO didn't tell him [Lupe] and if something did happen then they [poss. Ingeniero and co.] were not going to give the guy [Lupe] anything. DIONISIO told ISRAEL that he had told the guy [Lupe] that if they [poss. Ingeniero and co.] made a deal with Israel then they [poss. Ingeniero and co.] were going to deal with DIONISIO as well. DIONISIO told ISRAEL that he had told the guy [Lupe] that he trusted ISRAEL. ISRAEL agreed. DIONISIO told ISRAEL that he had told the guy [Lupe] that there wouldn't be any problem in that regard and that DIONISIO trusted that completely. ISRAEL said yes.

ISRAEL told DIONISIO to tell the guy [Lupe] not to worry. ISRAEL told DIONISIO that he was going to call the man [poss. Ingeniero] later on because ISRAEL had said he would let the man [poss. Ingeniero] know. ISRAEL told DIONISIO that he had told the man [poss. Ingeniero] that they [ISRAEL and poss. Ingeniero] wouldn't be able to do it because they [ISRAEL and poss. Ingeniero] had agreed that the horse was going to cost 27 and they [poss. Ingeniero and co.] wanted more. ISRAEL told DIONISIO that he had told the man [poss. Ingeniero] that they [ISRAEL and co.] wanted to see if it could be lower than 27. DIONISIO acknowledged. DIONISIO told ISRAEL that they would see what happened. ISRAEL told DIONISIO that he had told the man [poss. Ingeniero] that supposedly the lowest they [poss. Ingeniero and co.] would sell ISRAEL the stud would be for 27 and now wanted it higher.

[BUZZ]

ISRAEL said he had asked the man [poss. Ingeniero] what kind of business was that. No response.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | ISRAEL called out.<br>No response. | | | | | | |
| | Dionisio instructs Israel to negotiate with the Engineer to get a good price and that if an agreement is not made then the Engineer will take his shipment elsewhere. Dionisio also told Israel about LUPE's concern that Israel and the Engineer were going to attempt to cut Dionisio and LUPE out of the transaction. Israel told Dionisio to let LUPE know that would not be the case. | | | | | | |
| 49 | 3/11/2010 | 16:57 | TT 1 | 3976 | INCOMING | 62*197413*21 | PILO /<br>Dionisio<br>SALGADO | |
| | DIONISIO asked PILO if the guy [courier] had left.  PILO told DIONISIO that the guy [courier] had told PILO that he [courier] was leaving.  PILO told DIONISIO that the guy [courier] had not been able to fix the car and had had to buy another one.  DIONISIO asked PILO if the guy [courier] had not left yet.  PILO told DIONISIO that the guy [courier] was barely leaving right now.  PILO told DIONISIO that the guy [courier] had had to buy another car and the friend [Third Party] that had gone there [courier's Location] had not been able to fix the other one but that the guy [courier] was ready and was going to leave or was just leaving.  DIONISIO acknowledged.<br><br>DIONISIO laughed and told PILO that the guys [Israel and co.] didn't believe DIONISIO anymore.  DIONISIO told PILO that the guys [Israel and co.] had called DIONISIO a little bit ago.  PILO told DIONISIO that he was going to call the guy [courier].<br>No response. | | | | | | |
| | Dionisio and PILO are discussing the progress of the couriers transporting the 5 kilograms of cocaine to Israel. | | | | | | |
| 50 | 3/11/2010 | 16:59 | TT 1 | 3977 | INCOMING | 62*197413*21 | PILO /<br>Dionisio<br>SALGADO | |
| | PILO told DIONISIO that the guy [courier] was already working.  DIONISIO acknowledged.  DIONISIO asked PILO if the guy [courier] was on his [courier's] way.  PILO said yes.  PILO told DIONISIO that he had just talked to the guy [courier].  PILO told DIONISIO that the guy [courier] said that he [courier] had been working for a while.  DIONISIO acknowledged.<br><br>DIONISIO asked PILO if the guys [courier and co.] were going to be there [Chicago] tomorrow.  PILO said yes.  PILO told DIONISIO that the guy [courier] would be there.  PILO told DIONISIO that he would give DIONISIO the [phone] number so DIONISIO could communicate.  DIONISIO acknowledged.<br><br>DIONISIO asked PILO what had happened with the guy [Third Party] in Cuauhtemoc.  DIONISIO asked PILO if PILO had been interested.  PILO told DIONISIO that right now they [PILO and co.] were a bit disorganized.  PILO asked DIONISIO for some time and PILO would then see what he could do.  PILO told DIONISIO that the guy [from Cuauhtemoc] had not seemed very enthusiastic.  DIONISIO told PILO that that guy [from Cuauhtemoc] was really good as well.  DIONISIO told PILO that if he knew someone else because that job was really good.   PILO acknowledged and told | | | | | | |

DIONISIO that he would check that out if there was a chance. DIONISIO acknowledged.

DIONISIO told PILO that they would talk either today or tomorrow and hopefully the guy [courier] would be over there [Chicago]. DIONISIO told PILO that they would see what happened. DIONISIO told PILO that if not then the guys [Israel and co.] over there [Chicago] were going to give DIONISIO a hard time. PILO acknowledged. PILO told DIONISIO that the guy [courier] was on his [courier's] way. PILO told DIONISIO that he would tell DIONISIO the truth. DIONISIO told PILO that yesterday they [courier and co.] had been very disorganized. PILO told DIONISIO that the guy [courier] had not liked the car but that work was coming together now. PILO told DIONISIO that next time it wouldn't be so complicated. DIONISIO said that hopefully.

DIONISIO told PILO to try and tell the friend [Second Third Party] what DIONISIO had talked to PILO about. DIONISIO told PILO that if the man there was trustworthy then to have something there [poss. narcotics] and to just get it [poss. narcotics] from there and they wouldn't struggle as much. PILO acknowledged. PILO told DIONISIO that he would let the friend [Second Third Party] know that it was convenient. DIONISIO acknowledged. DIONISIO told PILO that once it was here then it was done. DIONISIO told PILO that everything would be faster if it [poss. narcotics] was already stored then they could just take it [poss. narcotics] out. PILO acknowledged.

DIONISIO apologized to PILO for bothering PILO so much. DIONISIO told PILO that the other guy [Israel] kept bothering DIONISIO asking what was going on because his [Israel's] people were desperate. PILO acknowledged. PILO told DIONISIO that the people with PILO were also desperate because they gave PILO a timetable. PILO told DIONISIO that sometimes if you hurried then things didn't come out right. PILO told DIONISIO that he had to find a way to buy some time. DIONISIO acknowledged. DIONISIO told PILO that the other guy [Israel] that it would be something of one or a couple of days. DIONISIO told PILO that the other guy [Israel] said that everything was almost done as soon as the guys [couriers] were there. DIONISIO told PILO that it was the reason why [Israel and co.] were bothering DIONISIO. DIONISIO told PILO that he thought that they [Israel and co.] had something already there or had been waiting a long time. PILO acknowledged.

PILO told DIONISIO that work was going to fall into place. PILO told DIONISIO that he also needed to get used to it. DIONISIO acknowledged. DIONISIO told PILO to start preparing himself by buying a good car and fixing it. DIONISIO told PILO that it would be an investment but it was worth it because it would be a secure thing. PILO acknowledged. PILO told DIONISIO that the guy [courier] had not wanted to do it [poss. fix] because of the metal sheeting. PILO told DIONISIO that the guy [courier] had gotten another one [car]. DIONISIO acknowledged. DIONISIO told PILO that the other guy [Israel] had asked if they [PILO's people] could go there [Chicago] every week. PILO acknowledged. PILO told DIONISIO that there was a lot there and that once work fell into place then there wouldn't be a shortage. PILO told DIONISIO that every time something started it was a struggle. DIONISIO agreed. DIONISIO said that the good thing was that it was on its way. PILO acknowledged.

PILO explained further about difficulties encountered by the couriers of the 5 kilograms of cocaine bound for Illinois. Dionisio reminded PILO that if the shipment did not arrive, Dionisio would look bad with his associates in Illinois. Dionisio then inquired of PILO whether or not PILO had decided to participate in the shipment of cocaine from Mexico to Canada with the source of supply from

Cuauhtémoc. PILO told Dionisio that he and his associates were not in a position to do so at that time. Dionisio asked PILO to refer anyone else that PILO knew of that would like to join the shipments to Canada because it was a really good situation.

Dionisio then provided PILO with advice again about preparation of transportation vehicles and the need for a stash location in the U.S. that would make transportation of shipments more timely to the customers and more lucrative for PILO. PILO told Dionisio that his partner had not sounded enthusiastic about the idea.

| 51 | 3/12/2010 | 11:22 | TT 1 | 3989 | OUTGOING | 773-827-0461 | Israel AGUIRRE-Carrete / Dionisio SALGADO | |

ISRAEL told DIONISIO that he had been waiting but nothing had happened or anything.  DIONISIO asked ISRAEL if he had talked to the guy [Third Party].  ISRAEL said he had since this morning but the guy wasn't answering.  DIONISIO told ISRAEL that he would call Pilo and see what's up.  ISRAEL acknowledged and said that it had been a week since they [couriers] had been in Oklahoma.  DIONISIO acknowledged.  DIONISIO asked if the guy had told ISRAEL that they had left yesterday.  ISRAEL acknowledged and said that now that he tries to call the guy isn't answering.  DIONISIO said the guys should have already gotten there [Chicago] if they had told ISRAEL they had left.  ISRAEL acknowledged and told DIONISIO to call Pilo and get back to ISRAEL.  DIONISIO acknowledged.

Israel is concerned that the couriers are not answering Israel's calls when he had talked to them the previous day and they had left Oklahoma, they should have arrived.

| 52 | 3/12/2010 | 11:23 | TT 1 | 3991 | INCOMING | 62*197413*21 | PILO / Dionisio SALGADO | |

DIONISIO told PILO that Israel had called and said that he [Israel] had had no news.  PILO told DIONISIO that the guy [courier] was arriving there and asked if they hadn't called DIONISIO.  DIONISIO said no and that when Israel calls the guys they don't answer.  DIONISIO said that Israel had told him he needed to know because he had waited for a week.  PILO said that he had talked with the guy and the guy had said he was arriving today in the afternoon.

DIONISIO asked if PILO had talked with the guy just now.  PILO acknowledged and said he had talked with the guy that DIONISIO had talked to [UM3834].  PILO said the guy had told PILO that the guy [courier] had worked all night and was very close.  DIONISIO acknowledged and said he would tell Israel.  DIONISIO said that when Israel calls him DIONISIO doesn't know what to tell Israel since they had said the guy had left.  DIONISIO said they [Israel and CO.] were just waiting for the guy to arrive.  PILO said the guy had move ahead a while so the guy should be there shortly.  DIONISIO acknowledged.

PILO told Dionisio that the couriers should arrive at any time.

| 53 | 3/12/2010 | 11:25 | TT 1 | 3992 | OUTGOING | 773-827-0461 | Israel AGUIRRE-Carrete / Dionisio SALGADO | |
|----|-----------|-------|------|------|----------|--------------|-------------------------------------------|--|

DIONISIO told ISRAEL that Pilo had said they [couriers] had [driven] last night and that they [couriers] were ahead. DIONISIO said that Pilo had told DIONISIO to wait a little and they would call. ISRAEL acknowledged. DIONISIO asked if the man [poss UM3834] wasn't calling ISRAEL back. ISRAEL acknowledged. DIONISIO asked if the call was going in though. ISRAEL asked if the number that DIONISIO had given ISRAEL was of the guy that was coming [to Chicago/courier]. DIONISIO said no that the [courier] was a nephew of [UM3834]. ISRAEL acknowledged.

DIONISIO said that [UM3834] was the mechanic and that [Pilo] had just told DIONISIO and that the nephew of the mechanic [UM3834] was the one going. ISRAEL acknowledged and asked if they had this [ISRAEL's] number so they could call ISRAEL. DIONISIO acknowledged.

Dionisio relayed to Israel that PILO felt that Dionisio and Israel should be patient and the couriers should arrive shortly.

| 54 | 3/12/2010 | 13:39 | TT 1 | 4006 | INCOMING | 128*136*10161 | UM3834 / Dionisio SALGADO | |
|----|-----------|-------|------|------|----------|---------------|---------------------------|--|

DIONISIO told UM3834 that he had gotten a message from the guy from up there [Israel] to see if they [courier] were going to arrive today. UM3834 acknowledged and said the guy [nephew] had called UM3834 earlier and was there. UM3834 said [the nephew] was going to call him back in a little while and that [the nephew] had gone through bad weather until he got there where the other [U/I] [poss track, referring to Illinois] is. UM3834 said he had called [the nephew] again but had no signal. UM3834 said he should be there and was close by. DIONISIO acknowledged and said he would tell [Israel].

DIONISIO asked if UM3834 thought it would be a little bit later. UM3834 acknowledged. UM3834 said that since it was the first job [load] [the nephew] did over there [U/I] the guy should be there and would call UM3834 back. DIONISIO acknowledged and said he would tell [Israel] and let him know they were close by. UM3834 said he had been worried too but [the nephew] had already called in the morning. DIONISIO acknowledged.

UM3834 told DIONISIO to tell [Israel] to be done with them [couriers] by tomorrow in a hurry. DIONISIO acknowledged and said [Israel] had said it [payment] would happen in a hurry. UM3834 said it was the first time [they had gone to Chicago]. DIONISIO acknowledged.

UM3834 told Dionisio that he had been in contact with the couriers and they were in Illinois and would soon contact Israel. UM3834 reminded Dionisio to tell Israel to send the couriers back quickly with payment for the cocaine.

| 55 | 3/12/2010 | 13:43 | TT 1 | 4008 | OUTGOING | 773-827-0461 | Israel AGUIRRE-Carrete / Dionisio SALGADO | |

DIONISO identified ISRAEL as Mr. Luna.  ISRAEL acknowledged.  DIONISIO said he had talked with the guy.  ISRAEL acknowledged and told DIONISIO he would call DIONISIO back since the guy had called ISRAEL.  ISRAEL said he was going to bring the guy over so the guy can have some beers at the party.  DIONISIO asked if it was done.  ISRAEL acknowledged.  DIONISIO asked that ISRAEL call back.  ISRAEL acknowledged.

While Dionisio had been talking to UM3834 about the status of the couriers, the couriers had contacted Israel and were arranging to meet. When Israel said he was going to invite them over for beers at the party, Israel meant that he would bring the courier to his location. When Dionisio asked if it was done, he was asking Israel of the couriers had arrived.

| 56 | 3/12/2010 | 15:05 | TT 1 | 4014 | OUTGOING | 773-827-0461 | Israel AGUIRRE-Carrete / Dionisio SALGADO | |

DIONISIO asked what had happened and if they [courier] had called ISRAEL.  ISRAEL said it was done and would call DIONISIO later.  DIONISIO asked if they had arrived.  ISRAEL acknowledged and said the presents were there and would call DIONISIO later.  DIONISIO acknowledged.

Dionisio again contact Israel to confirm that the couriers had arrived with the cocaine. The presents Israel referred to is the cocaine.

| 57 | 3/12/2010 | 16:01 | TT 1 | 4017 | OUTGOING | 62*197413*21 | PILO / Dionisio SALGADO | |

DIONISIO told PILO that they [couriers] had arrived [to Chicago].  PILO acknowledged and said the guys were there.  DIONISIO acknowledged and told PILO to get the other one [load] ready and that DIONISIO thought the guys would come back tomorrow.  PILO said he would so that it wouldn't take too long.  DIONISIO acknowledged and asked how much PILO was going to give DIONISIO.  PILO said he had told his buddy 200 and for DIONISIO to ask 200 from the guy [poss Israel] and asked what DIONISIO thought.

PILO said they were starting [to go to Chicago] so there were some expenses and PILO had to send another guy.  DIONISIO asked how much.  PILO said 200 for each one from the 26 [original price].  DIONISIO acknowledged and said he would tell [Israel] to give him 200.  DIONISIO asked if PILO didn't want to give DIONISIO the 250.  PILO said he had told the guy about the 100 but that PILO would tell the guy.  PILO said that if it didn't work they would do it the next time and DIONISIO could get more.  DIONISIO acknowledged and said he had something pending there [and wanted to pay it off].  DIONISIO said he would tell Israel to send [the money] to DIONISIO so that DIONISIO could pay that.  DIONISIO said that once it got settled PILO could get everything for himself but DIONISIO just wanted to pay

that.  PILO acknowledged.

PILO told DIONISIO to see that Israel also gives DIONISIO something.  DIONISIO said he would see because they had never talked about numbers but that they would see.  PILO said he would talk to his buddy and see what they could do because they had done a shit load of things since it was their first time [heading to Chicago]. DIONISIO acknowledged and said it was good that the guys were there.  PILO said that maybe next time PILO could have a little more [money] for DIONISIO.  DIONISIO acknowledged.

Dionisio told PILO that the couriers had arrived in Illinois. Dionisio and PILO then discussed what Dionisio's payment would be for brokering the deal between PILO and Israel. PILO said he would pay $200 per kilogram to Dionisio and that Dionisio should also get $200 per kilogram from Israel. PILO told Dionisio that he would try to get Dionisio $250 per kilogram but if he could not, he would do it on the next shipment. Dionisio told PILO to get the next shipment ready because Israel would turn the couriers around quickly with the money owed PILO for the 5 kilograms.

| 58 | 3/12/2010 | 16:54 | TT 1 | 4020 | OUTGOING | 773-827-0461 | Israel AGUIRRE-Carrete / Dionisio SALGADO | |

DIONISIO asked if ISRAEL was still busy.  ISRAEL said no.  DIONISIO asked when the guys [couriers] would leave.  ISRAEL said in 2 or 3 days.  DIONISIO acknowledged and asked if it [money] wasn't ready.  ISRAEL said no that it would be 2 or 3 days.  DIONISIO said he had talked to Pilo about getting the other [load] ready for when the guys came back.  DIONISIO said he told Pilo that as far as DIONISIO knew it would be fast.  DIONISIO asked if it would be by Monday.  ISRAEL acknowledged and said that in the meantime Pilo could get the horse [load] ready. DIONISIO said that was what he had told Pilo.

DIONISIO asked how much ISRAEL was going to give DIONISIO.  ISRAEL said they would do it like brothers [half and half].  DIONISIO said that was good.  Parties talked about things being tough.  DIONISIO said that ISRAEL had a chance to scratch a little from the guy [father in law] and DIONISIO and ISRAEL could go 3 and 3 and for ISRAEL to tell [father in law] to give ISRAEL 100.  ISRAEL said he would tell [father in law] when he got back because [father in law] was not there and had left ISRAEL in charge.  ISRAEL said he would ask [father in law] so that ISRAEL and DIONISIO could go 300 each.  DIONISIO acknowledged and said that Pilo had also mentioned he [Pilo] comes up a little short but that DIONISIO has asked Pilo for a loan.  DIONISIO said he had to pay like 2200 and asked Pilo for a break.  DIONISIO told ISRAEL to get 1200 from [Father in law] that are Pilo's and for ISRAEL to save 1250 and that DIONISIO would talk to Pilo about that.  ISRAEL acknowledged.

ISRAEL said that with Pilo it was 26 and the rest was [U/I].  DIONISIO said that Pilo's was 130 and ISRAEL should give Pilo 20--DIONISIO told ISRAEL to subtract 1000 and it would be 29, it was 28,750.  ISRAEL said he didn't think so...ISRAEL said the guy [poss courier] that had left had like from 120 to 125 and that ISRAEL would send as much as he could.  DIONISIO acknowledged.  ISRAEL said he would cut what belonged to DIONISIO and ISRAEL.  DIONISIO acknowledged and told ISRAEL to send him that.  DIONISIO said he had told Pilo that was DIONISIO's only hope since he had been on the phone calling and calling.  ISRAEL acknowledged and said 1250

for DIONISIO and 1350 for ISRAEL.  DIONISIO acknowledged and said then they would scratch something and DIONISIO get 300 if not then 2.5.  ISRAEL said he would talk to [father in law].  DIONISIO said it wasn't much and that with a little piece [poss selling product] they could make it up.  ISRAEL acknowledged.  DIONISIO complained about maybe getting squeezed out.  DIONISIO said that ISRAEL knew how the numbers [price] that the other people had [poss to high] and that DIONISIO had given [father in law] a very good number.  ISRAEL acknowledged.

Parties complained about things being tough.  DIONISIO said there was one thing that DIONISIO didn't like about what Pilo had said and that was that the associate that Pilo had was from those people.  ISRAEL asked which one.  DIONISIO said it was from the big ones and there wasn't a lot of...  DIONISIO said he told Pilo not to fuck around and that Pilo had told DIONISIO they [those people] marked [had Pilo on a tight leash] everything and that Pilo couldn't [give more money].  DIONISIO said that Pilo had was from the big people.  ISRAEL said the people from over there from the small one [poss Chapo Guzman].  DIONISIO said he thought so.  DIONISIO said he needed to get this call.  ISRAEL acknowledged.

Israel told Dionisio that the couriers would not be ready to go back to Oklahoma and to PILO in Mexico for 2 to 3 days because Israel's father-in-law would not be ready until then.  Israel's father-in-law was the ultimate customer of the cocaine which Israel received.

Dionisio then talked with Israel about what Dionisio's payment would be for brokering the deal.  Dionisio keeps to himself the conversation Dionisio had with PILO and the fact that PILO was paying Dionisio money for the shipment also.  Israel told Dionisio they would split the proceeds equally, $200 per kilogram each.  Dionisio told Israel to attempt to get more from the father-in-law to make it $300 each.  Israel will send Dionisio's cut when received.  Dionisio explained to Israel that PILO had told him that PILO did not have much negotiating room regarding the price per kilogram give that the supplier of the cocaine was associated with the Chapo Guzman drug trafficking organization.  Dionisio said he had told PILO not to mess around with that group for his own safety.

| 59 | 3/13/2010 | 09:22 | TT 1 | 4035 | OUTGOING | 773-827-0461 | Israel AGUIRRE-Carrete / Dionisio SALGADO | |

DIONISIO asked how things were over there.  ISRAEL said calm.  ISRAEL asked DIONISIO if the place where the guy [courier] had stopped and where the car had broken down had been with family.  DIONISIO said yes and asked why.  ISRAEL acknowledged and told DIONISIO that it was because a friend of ISRAEL's had thought it had seemed kind of strange.  ISRAEL told DIONISIO that the guy [courier] might've changed things [poss. narcotics load] around over there [Oklahoma].  ISRAEL asked DIONISIO if the guy [courier] had family there [Oklahoma].  DIONISIO asked ISRAEL if two guys had gone there [ISRAEL's Location].  ISRAEL said that a guy and a girl.  DIONISIO acknowledged.  DIONISIO told ISRAEL that they were nephew and niece of the man that ISRAEL had been talking to [UM3834].  ISRAEL acknowledged.  ISRAEL told DIONISIO that then everything was good.

DIONISIO asked ISRAEL if everything had gotten there fine.  ISRAEL said that everything was good.  DIONISIO asked ISRAEL if they [poss. narcotics] were pretty.

ISRAEL said yes.  DIONISIO asked if ISRAEL had spoken with the Zaraperos [poss. Ingeniero and co.].  ISRAEL said no.  ISRAEL told DIONISIO that he would do it later.  ISRAEL told DIONISIO that he would call DIONISIO later on.  DIONISIO acknowledged.  DIONISIO told ISRAEL that he had just thought to ask ISRAEL what had happened between ISRAEL and the Zaraperos [poss. Ingeniero and co.].  DIONISIO told ISRAEL that they would see what happened.  ISRAEL acknowledged.

ISRAEL told DIONISIO that it had been good.  ISRAEL told DIONISIO that the guy [courier] had had to get another car.  DIONISIO told ISRAEL that it had been what had happened.  DIONISIO told ISRAEL that they [couriers] had tried to do the mechanic work on it but instead decided to get another one [car].  DIONISIO told DIONISIO that he had told his uncle that it was what it had happened.  DIONISIO told ISRAEL that the car had had plates from the south [Mexico].  ISRAEL acknowledged.  DIONISIO said that this one [car] hadn't.  ISRAEL acknowledged.

DIONISIO told ISRAEL that they would see what happened and see if they [couriers] left either tomorrow or the day after.  ISRAEL agreed.  DIONISIO acknowledged.

In this conversation Israel expresses concern that he and his father-in-law were having regarding the possibility that the couriers took so long was because they may have tampered with the cocaine. Dionisio didn't think so and reiterated that the vehicle had been equipped with license plates from the south, meaning Mexico, and they felt perhaps it would attract too much attention and risk possible seizure. Dionisio explained again that the couriers decided to go with another vehicle which they then had to register properly. Dionisio wanted to know if the presents were pretty, meaning did the cocaine look of good quality. Israel assured Dionisio that the cocaine looked good.

Dionisio asked Israel if he had met with the other cocaine supplier again, meaning the Engineer, associate of LUPE LNU.

| 60 | 3/15/2010 | 09:57 | TT 1 | 4064 | OUTGOING | 773-827-0461 | Israel AGUIRRE-Carrete / Dionisio SALGADO | |

DIONISIO asked ISRAEL how things were going over there.  ISRAEL said that everything was good.  ISRAEL told DIONISIO that he would send DIONISIO the wedding invitation later on.  DIONISIO acknowledged.  ISRAEL told DIONISIO that hopefully.  ISRAEL told DIONISIO that he had told Pilato [Pilo] that he was going to send DIONISIO 1 and a half.  ISRAEL told DIONISIO that ISRAEL had agreed to that but if DIONISIO wanted ISRAEL to send less then ISRAEL would send less.  DIONISIO laughed.  DIONSIO told ISRAEL that what he needed right now was money so that DIONISIO could get out of this mess.  DIONISIO told ISRAEL that his due date was today.  ISRAEL acknowledged.  DIONISIO told ISRAEL that he was going to play dumb for 2 or 3 days and see if he could make it last.  ISRAEL acknowledged.  ISRAEL told DIONISIO that he was going to try and finish up the 2 and a half.

ISRAEL told DIONISIO that he had had to buy a dryer to dry the clothes with and so ISRAEL thought to go half and half with DIONISIO.  DIONISIO acknowledged.  ISRAEL told DIONISIO that he had had to buy one because ISRAEL had to dry the clothes really good and make sure that they were put away right.  DIONISIO acknowledged.  ISRAEL told DIONISIO that it had been a good one.  ISRAEL told DIONISIO that it had cost each of them about 50 or 60 bucks.  DIONISIO acknowledged.  ISRAEL told

DIONISIO that he had thought it would work out for them. DIONISIO acknowledged. ISRAEL told DIONISIO that it would be so that they could do the work right. ISRAEL told DIONISIO that hopefully he'd give DIONISIO a call later. DIONISIO acknowledged.

DIONISIO asked ISRAEL when he had talked to Pilo. ISRAEL told DIONISIO that the same day and then said that Saturday. DIONISIO asked if yesterday or the day before. ISRAEL said that the day before. DIONISIO acknowledged. DIONISIO told ISRAEL that they [DIONISIO and ISRAEL] had talked on Saturday and asked who ISRAEL had talked to first. ISRAEL told DIONISIO that he had talked to him [Pilo] last. DIONISIO acknowledged. DIONISIO said that the guy [Pilo] had asked when but that DIONISIO was thinking why the guy [Pilo] had asked DIONISIO about if he [Pilo] had already talked to ISRAEL. ISRAEL acknowledged. DIONISIO told ISRAEL that ISRAEL had talked to DIONISIO first. ISREAL said yes and then added that he had talked to the guy [Pilo] afterwards.

ISRAEL told DIONISIO that everything was good and that ISRAEL thought that his cousin [courier] was almost to the party [poss. Mexico]. DIONISIO asked if really. ISRAEL said yes and told DIONISIO that he [courier] had advanced a little on Saturday, Sunday and it would be there sometime this afternoon. DIONISIO asked ISRAEL if the guy [courier] was leaving today or tomorrow morning. ISRAEL asked from where and then asked if from over there [poss. Mexico]. DIONISIO said yes and asked when the guy [courier] would go back. ISRAEL told DIONISIO that he didn't know because Pilo had said that he [Pilo] already had the other horse [poss. narcotics load] ready and trained it and had said it was ready to go to the races. DIONISIO asked ISRAEL when ISRAEL had told him [Pilo] that the papers [money] would be over there [poss. Mexico] so that then they [couriers] could come back. ISRAEL said that the papers [money] would be there [poss. Mexico] either today or tomorrow. DIONISIO asked if the guy [courier] had already left. ISRAEL said yes. DIONISIO acknowledged. DIONISIO told ISRAEL that Pilo had asked DIONISIO that and that was why DIONISIO had called ISRAEL. ISRAEL acknowledged. DIONISIO told ISRAEL that he had told the guy [Pilo] that the other guy [courier] would leave today or tomorrow. ISRAEL said no.

DIONISIO asked ISRAEL how much it had been in the end. ISRAEL told DIONISIO that he had sent the guy [Pilo] 120 candies for the candy store. DIONISIO acknowledged and said the guy [Pilo] couldn't want more. ISRAEL told DIONISIO that he had told the guy [Pilo] that aside from the 120 candies ISRAEL had also given some chocolates to the guys [couriers] for the trip and that Nicho [DIONISIO] had said that he [DIONISIO] wanted to go to the wedding so ISRAEL was going to send him [DIONISIO] something. DIONISIO acknowledged. DIONISIO told ISRAEL to write everything down so that there was no misunderstanding. ISRAEL acknowledged. ISRAEL told DIONISIO that he had told the guy [Pilo] that the same as last time. DIONISIO acknowledged. ISRAEL said that he had told the guy [Pilo] that it would be 3 big presents, 3 little presents. ISRAEL told DIONISIO that he had told the guy [Pilo] that it was what they [ISRAEL and co.] had sent the guy [Pilo] in presents. ISRAEL told DIONISIO that he had told the guy [Pilo] how the presents were being sent and how much so that the same thing didn't happen. ISRAEL told DIONISIO that he had told the guy [Pilo] that the guys [couriers] were also taking their [couriers'] candy and food for the road so that they [couriers] didn't have to touch the lunchbox at all. DIONISIO acknowledged. DIONISIO told ISRAEL that those were the details they all had to watch out for because the guy [Pilo] had given them [DIONISIO and ISRAEL] another chance. ISRAEL acknowledged. DIONISIO told ISRAEL that problems didn't have to happen again. ISRAEL acknowledged. DIONISIO told ISRAEL that they [DIONISIO and ISRAEL] had to take care of him [Pilo] because where could they get someone like him [Pilo] again. ISRAEL said that nowhere.

DIONISIO asked ISRAEL if he had talked to the Zarapes [Ingeniero and co.]. ISRAEL said no. ISRAEL told DIONISIO to call and ask Zarape [Lupe] what was going on with those guys [Ingeniero and co.] because the horse [poss. narcotics] had been supposed to run at 2,700 miles and the guys [Ingeniero and co.] wanted the horse [poss. narcotics] to run more and that was bad. DIONISIO acknowledged. DIONISIO told ISRAEL that they should leave them [Ingeniero and co.] while that guy [Pilo] continued there [ISRAEL's Location]. DIONISIO told ISRAEL that the guy [Pilo] had promised DIONISIO that there was enough there. ISRAEL acknowledged. DIONISIO told ISRAEL that the guy [Pilo] had said that once they [DIONISIO, ISRAEL and Pilo] could get it squared away then there wouldn't be problems. ISRAEL acknowledged.

DIONISIO asked how much ISRAEL was going to send with the invitation. ISRAEL told DIONISIO that after whatever ISRAEL had bought he would send DIONISIO about 200. DIONISIO acknowledged. DIONISIO said that with 200 and the other thing then maybe they would make the 2 and a half. DIONISIO told ISRAEL that he would barely make it. DIONISIO laughed and said that there was no problem. DIONISIO told DIONISIO that they would keep going. ISRAEL told DIONISIO that the guy [Pilo] that as soon as it [money] got there then he [Pilo] would get the other horse [poss. narcotics load] running and then there would be more. DIONISIO told DIONISIO that ISRAEL would have another one by the weekend. ISRAEL said that hopefully. DIONISIO acknowledged. ISRAEL said that he was a bit busy but would call DIONISIO later. DIONISIO acknowledged. DIONISIO told ISRAEL to work on the invitations [money] so that they [DIONISIO and co.] could go soon. ISRAEL acknowledged. DIONISIO told ISRAEL that he wouldn't bother ISRAEL if it wasn't urgent. ISRAEL acknowledged and told DIONISIO not to worry about it. DIONISIO acknowledged. ISRAEL told DIONISIO that he would start filling out the invitations [money] during the day. DIONISIO acknowledged. DIONISIO asked ISRAEL if the guy [courier] had left Saturday. ISRAEL said yes. DIONISIO acknowledged.
Both parties said good-bye.

Israel and Dionisio discussed the current status of the couriers and payment to them so that another shipment of cocaine could be sent to Israel quickly from PILO once he receives payment for the 5 kilograms of cocaine. Israel says that he will send Dionisio 2 ½, meaning $250 per kilogram of cocaine or $1,250.00. Israel told Dionisio that he took out some of the money from Dionisio's cut to purchase distribution equipment. Dionisio then quizzed Israel about Israel's communication with PILO. Dionisio displayed wariness about when Israel and PILO had spoken because he was trying to determine if Israel and PILO had a separate agreement that Dionisio wasn't aware just like Dionisio and PILO did concerning Israel.

Israel told Dionisio that the couriers had left already and the papers, meaning payment to PILO for the 5 kilograms of cocaine, would arrive in Mexico sometime today. Israel then explained how he had sent the payment, 120 candies for the candy store, meaning $120,000 in one package and then he had given some chocolates to the guys for the trip, meaning separate money to cover transportation costs to the destination in Mexico, and Dionisio's portion of the proceeds would be sent to him by Israel. Israel said he had explained all of this to PILO so that there was no confusion like last time, meaning that previous dealings between Israel and PILO had resulted in a mishap for which Israel had been held responsible. This was described in intercepted calls showing that Israel owed PILO money from a previous transaction. Israel told Dionisio that he had also given the couriers candy and food for the road so that they didn't have to touch the lunch box, meaning the couriers were given their payment for transporting the cocaine shipment so that

they did not have to take money from that packaged and concealed in their vehicle for delivery to PILO.

Dionisio asked Israel again about the Engineer, associate of LUPE LNU, aka Zarape. Israel asked Dionisio to call LUPE and find out why the Engineer was asking the horses to run at 2,700 miles, meaning the Engineer was charging $27,000 per kilogram or higher to deliver to Illinois. Dionisio and Israel then agree that they should just deal with PILO to obtain cocaine shipments because he appeared to be ready to send regular shipments to Israel.

Dionisio asked again how much Israel would send him. Israel used the word invitation as code for currency owed to Dionisio for brokering the cocaine deal between PILO and Israel.

| 61 | 3/15/2010 | 14:28 | TT 1 | 4078 | OUTGOING | 62*197413*21 | PILO / Dionisio SALGADO | |

Parties greeted.  DIONISIO asked if the guy had arrived.  PILO said no and hoped the guy arrived later this afternoon.  DIONISIO acknowledged and said that the guys [Israel] were willing [to work].  PILO acknowledged and said he would tell the buddy to see if 7 or 8 [kilos] could go.  PILO said it was far and they had expenses.  PILO said he had sent a buddy over there to go catch up with it [poss load] and shit so it was too little what was left over [profit] so PILO wanted to send more to get more [profit].  DIONISIO acknowledged and said that if PILO could double it, it would be better for them [Israel].  PILO said he was going to see about that since it [poss product] belonged to the guys over here [PILO's location] they don't give PILO a lot of [profit] margin.  PILO said that if they didn't work with them [SOS] they would get angry.  DIONISIO said it was better to have little [profit] then.  PILO acknowledged and said he had told the guy [poss SOS] about the [U/I] 200 for each one [poss DIONISIO's cut] since it was two of them PILO and associate.  DIONISIO said okay.  PILO told DIONISIO to ask the guy [Israel] to help DIONISIO out [pay].  DIONISIO said he had told him [Israel] and that he [Israel] had said he was going to help DIONISIO out but didn't say exactly how much.

DIONISIO asked what had happened with the guy from Phoenix [Pillo] if PILO had decided to leave some for him [Pillo].  PILO said no since the [price] there was like at cost and that was why they got a little [profit] PILO wanted to do more [leave more product] so they could have more [profit].  PILO said he would see if there was a little left over.  DIONISIO said at 23 and give Pillo 2.  PILO asked how much DIONISIO would get from there.  DIONISIO said he would ask Pillo and then get back to PILO.  PILO said he would talk to the man [SOS] because there was a chance.  PILO said he would send more up there [Chicago] and would settle things with the guy who was going.  PILO said they [couriers] wrote down too many expenses and it adds up so in the end they might end up with a problem if something happens [take down].  DIONISIO said it wasn't easy and said he understood.  DIONISIO told PILO to do more.

DIONISIO said that Pillo had told DIONISIO that he would pay 23 but for PILO to lend it [credit] for a week.  PILO said it might happen.  DIONISIO said he would ask Pillo about that and get back to PILO.  DIONISIO said he would see if Pillo wanted to give something [money] to DIONISIO.  PILO acknowledged and said he would then tell the guy [courier] and have him [courier] leave something to [Pillo] on the way.  DIONISIO acknowledged and asked when it would be.  PILO said in a hurry, when the guy came back PILO would ask for [product] for both.  DIONISIO acknowledged.

DIONISIO said he had talked to [Israel] and that [Israel] had said the [courier] was on his way back.  DIONISIO said he hoped it would happen fast.  PILO acknowledged and said he would try to organize things with the guy [associate] since it was 2 of them and maybe send a little more.  DIONISIO acknowledged. DIONISIO told PILO to write down everything that got to PILO [money].  DIONISIO said [Israel] had explained to DIONISIO how [PILO] had sent the boxes of gifts [money].  DIONISIO said he didn't know how PILO's things were there but to write things down so they didn't get mixed up.  PILO acknowledged and said that last time PILO had gotten confused and that PILO thought it was a little more that was owed.  PILO said he [unclear] had said it was 5 but would ask to make sure. DIONISIO acknowledged and said he would tell [Israel] to get on what was pending. PILO acknowledged.  DIONISIO said he would talk to Pillo first and then call PILO back.  PILO said he would talk to the man [SOS] and see if [SOS] could give PILO enough for both [Israel and Pillo].  DIONISIO acknowledged.

Dionisio wants to know if the couriers had arrived at PILO's location with the money for the 5 kilograms of cocaine delivered. Dionisio and PILO discuss the next shipment. Both would like it to be more like 7 or 8 kilograms so that they can each make more money. PILO doesn't think that will happen as his associate might not give him that much at one time.

Dionisio asked PILO about supplying Dionisio's associate in Phoenix, PILLO. PILO said he did not send anything because there was no profit margin there.

Dionisio cautions PILO to keep good bookkeeping and that Israel had described to Dionisio how he had sent the boxes of gives, meaning the payment for the cocaine. PILO agreed and said Israel had been confused last time and he still owed more money. Dionisio will advise Israel to make more payments to pay his debt.

| 62 | 3/15/2010 | 18:05 | TT 1 | 4086 | INCOMING | 773-827-0461 | Israel AGUIRRE-Carrete / Dionisio SALGADO | |

Parties greeted.  ISRAEL said he had sent DIONISIO the invitation so DIONISIO could come for the wedding [poss. money].  DIONISIO acknowledged.  ISRAEL said he had waited for them to bring another invitation so he could only get enough for 2. ISRAEL said he had written some things [poss through the mail] for DIONISIO. DIONISIO acknowledged.  ISRAEL told DIONISIO not to get discouraged and that ISRAEL had wanted to get more.  ISRAEL said that once the buddy came back [poss Pilo's courier] they would get a little better.  DIONISIO acknowledged and said that [Pilo] mentioned he might double [product].  ISRAEL said [Pilo] had told him the same thing.  DIONISIO said he talked to [Pilo] and DIONISIO said that the more the better it was for them.  DIONISIO said he had agreed since this time it [load] had ended up [tight].

DIONISIO said they [SOS] would not let [Pilo] do it like last time.  ISRAEL asked for clarification.  DIONISIO said [Pilo] was with one of those man [poss higher ups].  ISRAEL acknowledged.  DIONISIO said that [Pilo] had told him that there was a chance to get from there otherwise they [SOS] would not let [Pilo] work.  ISRAEL acknowledged.  DIONISIO asked how things had gone for ISRAEL's buddy [father in law] and if he had come back.  ISRAEL said he might come tomorrow and was at the jump [border].  ISRAEL said he [Pilo] had asked ISRAEL if they could do a little

more and that ISRAEL had told [Pilo] to double it.  DIONISIO acknowledged.

Parties talked about being tight still.   DIONISIO said they should go slowly.
ISRAEL acknowledged and told DIONISIO to get ready to see if they head out to see
DIONISIO's big old sister in law.  Parties laughed and joked about the sister in
law.

Israel told Dionisio he sent the invitation for the wedding, meaning that he sent
Dionisio his portion of the payment for the shipment of 5 kilograms of cocaine
just delivered. Israel and Dionisio both agree that with increased quantity and
regular shipment of cocaine from PILO, they will be making more money.

| 63 | 3/16/2010 | 13:32 | TT 1 | 4111 | INCOMING | 773-827-0461 | Israel AGUIRRE-Carrete / Dionisio SALGADO | |

Parties greeted. DIONISIO asked ISRAEL how much he got from Pilo's. ISRAEL said
1000 for DIONISIO and 1000 for ISRAEL. DIONISIO acknowledged and said just in case
if Pilo asked him he would know. ISRAEL acknowledged.  DIONISIO said they would
catch up with the next. ISRAEL acknowledged. DIONISIO said just so he would know
what was ISRAEL's and what was Pilo's. ISRAEL acknowledged. ISRAEL said he was
going to call the guy[poss PILO] to ask him if he was there. DIONISIO said he
[Pilo] told him he would get there later in the afternoon. DIONISIO said he had
called him yesterday around this time. ISRAEL said he should be there. DIONISIO
acknowledged. ISRAEL said he would call him [Pilo]. DIONISIO acknowledged.

Israel told Dionisio that he got 1,000 for each of them, meaning Israel was able
to procure $1,000 for himself and Dionisio as their cut from Israel's associate
(father-in-law and purchaser of the 5 kilograms of cocaine) as their payment for
brokering the transaction. Dionisio reminds Israel again to keep good track of the
money. Dionisio will check with PILO to make sure the couriers arrived in Mexico
with the money.

| 64 | 3/16/2010 | 13:36 | TT 1 | 4112 | INCOMING | 773-827-0461 | Israel AGUIRRE-Carrete / Dionisio SALGADO | |

[one way conversation]

ISRAEL said he [Pilo] was already there. ISRAEL said he Pilo] would call him when
the days are nice so he can go visit him. ISRAEL said that is good so they can
bring more beer [poss product] because with that they won't make it.   ISRAEL
acknowledged. ISRAEL told DIONISIO to call him when he gets the invitation to see
if the guys are ok. ISRAEL acknowledged.

Israel wants Dionisio to call him when Dionisio receives the money Israel sent
him.

| 65 | 3/18/2010 | 10:47 | TT 1 | 4166 | OUTGOING | PTT 62*372297*11 | PILO / Dionisio SALGADO | |

DIONISIO said PILO. DIONISIO asked how he was doing. PILO said good and him. DIONISIO said good. DIONISIO asked if everything got there okay. PILO said yes but there was 200 missing.

PILO confirms that the couriers arrived with the money but that it was $200 short.

| 66 | 3/18/2010 | 10:49 | TT 1 | 4168 | OUTGOING | PTT 62*372297*11 | PILO / Dionisio SALGADO | |

DIONISIO asked how much longer they would take. PILO said maybe like 4 days but not sure. PILO said there was nothing going to be done this weekend anymore. PILO said they were having problems so they are running away. DIONISIO asked if he was by the edge [poss border]. PILO said no he was in the center. DIONISIO acknowledged. DIONISIO asked if it was going to take longer up there to. PILO said they were going to call him and let him know. PILO said they had problems with those guys from [UI]. DIONISIO acknowledged. DIONISIO said at least for the guy from up there so they won't get disappointed. PILO said one of the cars broke down so it might take 2 days. DIONISIO acknowledged. DIONISIO said PILLO asked him if it was going to get there by Saturday. PILO said he would call DIONISIO back in 2 hours. DIONISIO acknowledged.

Dionisio and PILO are discussing the next shipment of cocaine to be sent to Israel in Illinois. PILO described to Dionisio that the transporters are running into complications again with the transport vehicle.

| 67 | 3/18/2010 | 15:49 | TT 1 | 4202 | INCOMING | 773-827-0461 | Israel AGUIRRE-Carrete / Dionisio SALGADO | |

DIONISIO asked ISRAEL what ISRAEL was doing.  ISRAEL told DIONISIO that he had been working with a friend.  ISRAEL told DIONISIO that he had been working the doors and windows.  ISRAEL told DIONISIO that he had gone to work with that friend yesterday and today.  DIONISIO told ISRAEL that that was good.  ISRAEL acknowledged.

DIONISIO asked ISRAEL what was going on.  ISRAEL said that nothing and added that just whatever DIONISIO was going to talk to ISRAEL about.  DIONISIO told ISRAEL that everything was calm.  DIONISIO asked if ISRAEL had called Pilo.  ISRAEL said no but added that he had called the guy [Pilo] yesterday during the whole afternoon.  ISRAEL told DIONISIO that the guy [Pilo] had not answered last night.  ISRAEL told DIONISIO that he would call the guy [Pilo] again in a bit.  DIONISIO told ISRAEL that he had talked with the guy [Pilo] a little during the morning.  DIONISIO told ISRAEL that the guy [Pilo] said that he thought that [it would happen] in a couple of days.  DIONISIO told ISRAEL that there might've been some trouble.  ISRAEL asked what had happened.  DIONISIO told ISRAEL that someone had taken the greens [poss. money] from those guys [poss. couriers].  ISRAEL acknowledged.  ISRAEL asked DIONISIO if by La Perla [Guadalajara, Jalisco].

DIONISIO said no.  DIONISIO said that at the border.  ISRAEL cursed.  DIONISIO told ISRAEL that the guys [poss. couriers] had been a little lost at the border.  ISRAEL acknowledged.  DIONISIO told ISRAEL that the guy [Pilo] had said that they [Pilo and co.] had a little bit of reserves while they [Pilo and co.] got it under control.  DIONISIO told ISRAEL that the guy [Pilo] said that those guys [poss. SOS] were in the deal so the guy [Pilo] said he [Pilo] didn't know what the problem had been.  ISRAEL acknowledged.

ISRAEL told DIONISIO that hopefully the guy [Pilo] kept at it and they [ISRAEL and co.] would wait for him [Pilo].  DIONISIO told ISRAEL to talk to the guy [Pilo] to see if not.  DIONISIO asked ISRAEL if he had called the Zaraperos [Ingeniero and co.].  ISRAEL said no.  DIONISIO said that it wasn't good with those guys [Ingeniero and co.].  ISRAEL agreed.  ISRAEL told DIONISIO that the horse [poss. narcotics] that those guys [Ingeniero and co.] had was too fine and ran too high.  DIONISIO acknowledged.  DIONISIO told ISRAEL that the guy [Pilo] had said that it had been the only reason he [Pilo] got stuck.  DIONISIO told ISRAEL that the guy [Pilo] had thought that the guys [poss. couriers] would leave either today or tomorrow.  ISRAEL acknowledged.  ISRAEL told DIONISIO that he would talk to the guy [Pilo] later.  DIONISIO told ISRAEL that the guy [Pilo] didn't talk too much to DIONISIO about the problem.  ISRAEL told DIONISIO that he would talk to the guy [Pilo] later.  DIONISIO acknowledged.

DIONISIO asked for how many days ISRAEL had sent the letter.  ISRAEL told DIONISIO that it had left the day before yesterday.  ISRAEL told DIONISIO that he had sent the letter standard.  DIONISIO acknowledged.  DIONISIO told ISRAEL that maybe by tomorrow.  ISRAEL told DIONISIO that hopefully it got there tomorrow.  DIONISIO acknowledged.  DIONISIO asked ISRAEL what had been going on in town [poss. Santa Maria del Oro].  ISRAEL told DIONISIO that everything was calm.  ISRAEL told DIONISIO that the only thing that had happened was that Lioncio had bought the man's [Third Party] tool shop [poss. weapons shop].  DIONISIO asked why.  ISRAEL said that because he [Lioncio] could.  DIONISIO asked if the other guy [Second Third Party's] was a bit flustered.  ISRAEL said no.  ISRAEL said that the other guy [Second Third Party] was having a real hard time.  DIONISIO asked ISRAEL what was going on with those guys.  ISRAEL said he didn't know but it seemed as if it was Lioncio's now.  DIONISIO asked ISRAEL if he [Lioncio] didn't have problems.  ISRAEL said he didn't think so or the guy [Lioncio] had found a way.  DIONISIO cursed.  DIONISIO told ISRAEL that that guy [Lioncio] really knew how to do it.  ISRAEL acknowledged and said the guy [Lioncio] had it down.  DIONISIO acknowledged and told ISRAEL that they [Lioncio and co.] had had a good season.  ISRAEL agreed.  ISRAEL said that they [Lioncio and co.] had had good season and had known how to take advantage of them.  DIONISIO agreed.

ISRAEL told DIONISIO that he was eating and would call DIONISIO later.  DIONISIO acknowledged.

Dionisio relayed to Israel what PILO had told him about the money being $200 short, someone had taken the greens from those guys possibly at the border.  Dionisio said the next shipment would be leaving shortly.  Dionisio asked if Israel had spoken with the Engineer again, the associate of LUPE LNU.  Both agree that the price is just too high.  Dionisio told Israel that he had still not received the letter sent by Israel, meaning the money (drug proceeds) sent by Israel.

| 68 | 3/18/2010 | 15:56 | TT 1 | 4213 | OUTGOING | PTT 62*197413*21 | PILO / Dionisio SALGADO | |

DIONISIO asked what PILO had arranged with the people [SOS].  PILO told DIONISIO that they [SOS] were going to be ready in a bit.  DIONISIO acknowledged.  DIONISIO told PILO that Pillo had asked if PILO knew by when.  DIONISIO told PILO that the guy [Pillo] had said that he [Pillo] was going to look for something and wait for PILO since the guy [Pillo] had already made a fuss about it.  PILO told DIONISIO that he would let the person [SOS] know.  PILO told DIONISIO that it had gotten ugly for them [SOS].  DIONISIO acknowledged.

DIONISIO asked PILO if the one for the other guy [Israel] was a sure thing.  PILO said yes and that that one was a sure thing.  DIONISIO acknowledged.  DIONISIO told PILO that the only thing was that DIONISIO had talked to Pillo and he [Pillo] had asked.  DIONISIO told PILO that the guy [Pillo] had said that he [Pillo] had already made a fuss about it over there [Pillo's Location].  DIONISIO told PILO that he had told the guy [Pillo] to take it easy and that the guy [Pillo] had said that there was no problem.  DIONISIO told PILO that Pillo had asked DIONISIO when it was going to happen and that DIONISIO had told the guy [Pillo] that DIONISIO didn't know but would ask him [PILO].  PILO acknowledged.

PILO told DIONISIO that he would ask the man [SOS] when PILO met him [SOS] again.  PILO told DINOISIO that another friend [Third Party] had shown up there [PILO's Location] and the man [SOS] was a little busy with that problem.  PILO told DIONISIO that the man [SOS] had told PILO that the other thing was for sure.  DIONISIO acknowledged.  DIONISIO told PILO to propose to the man [SOS] what DIONISIO had told PILO about that once in here then they were safe.  PILO acknowledged.  PILO told DIONISIO that the man [SOS] was struggling a lot right now and running around with his [SOS's] worker [Third Party].  DIONISIO said that right now it was tough.  PILO told DIONISIO that right now it was really tough everywhere.

DIONISIO asked PILO if it was really bad over there [PILO's Location].  PILO said that it was really bad.  PILO told DIONISIO that sometimes a lot of people appeared dead.  DIONISIO acknowledged.  DIONISIO asked PILO if that problem hadn't been controlled.  PILO said no and that it was the same.  DIONISIO acknowledged.  DIONISIO told PILO that they would see what happened.  DIONISIO told PILO that at least that thing was for sure and they would see what happened in a couple of days.  PILO told DIONISIO that they might be behind a couple of days because they [SOS and co.] were fixing that problem.  PILO told DIONISIO that the car they had used for the crossing had gotten hit and they had taken it in to get fixed.  PILO said he thought they were finishing it up by now.  DIONISIO acknowledged.

PILO told DIONISIO that when they had tried to take it somewhere else then it got hit in the crossing.  DIONISIO asked PILO if there had been many.  PILO said no and said the person [poss. courier] had been by himself.  PILO told DIONISIO that they taken it at the warehouse.  DIONISIO acknowledged.  DIONISIO asked PILO if it had been that bad.  PILO said yes.  PILO told DIONISIO that in the crossing.  PILO told DIONISIO that they had taken one PILO's trucks there the other day as well.  PILO said that they had taken it at the warehouse and had found some letters.  PILO told DIONISIO that he had gotten them back but that it had cost a lot.  DIONISIO said that it was tough.  PILO told DIONISIO that they hadn't even left a paper saying that they had taken it apart and had just left it there.  PILO told DIONISIO that once they saw a movement then they start looking for it.  DIONISIO acknowledged.  DIONISIO told PILO that they would talk later.  PILO acknowledged.

DIONISIO asked PILO if he had heard anything from Baro.  PILO that the guy [Baro] had gone there to the house [PILO's Location] about 8 days ago.  PILO told DIONISIO that the guy [Baro] had gone there [PILO's Location] and left right away.  PILO told DIONISIO that he didn't remember if it had been 8 days ago or 15 days ago.  DIONISIO asked PILO how he [Baro] had seemed.  DIONISIO asked PILO if the guy [Baro] had started working.  DIONISIO told PILO that he wanted to call him [Baro] and wanted the guy's [Baro's] phone number.  PILO told DIONISIO that the guy [Baro] was driving a taxi and was struggling.  DIONISIO acknowledged.  DIONISIO told PILO that the guy [Baro] had told DIONISIO that he [Baro] had gotten a taxi a long time ago and the guy [Baro] must've gotten it again.  DIONISIO told PILO that the guy [Baro] would rent it.  PILO acknowledged.

PILO asked if DIONISIO wanted PILO to tell the guy [Baro] that DIONISIO was looking for him.  DIONISIO told PILO to let him [Baro] know if PILO saw him [Baro] again that DIONISIO had asked PILO what was going on with him [Baro].  DIONISIO told PILO to let him [Baro] know to call DIONISIO and that DIONISIO had the same [phone] numbers as before.  PILO told DIONISIO that PILO had told the guy [Baro] that the friend [DIONISIO] was looking for him [Baro] but that the guy [Baro] had not paid too much attention to that.  DIONISIO acknowledged.  DIONISIO told PILO that they would see if they could work hard on that so that DIONISIO could settle things with PILO.

PILO acknowledged.   PILO told DIONISIO that he thought the guy [Baro] was struggling because he [Baro] had asked to borrow 1,500 from DIONISIO.  DIONISIO said that the guy [Baro] must be struggling.  PILO told DIONISIO that he was going to let the guy [Baro] know on Sunday or would call and let the guy [Baro] know that DIONISIO wanted to say hi.  DIONISIO acknowledged and said that he would see what the guy [Baro] said.  PILO told DIONISIO that PILO had tried to send him [Baro] over there [poss. US].  PILO told DIONISIO that PILO got some paper [poss. money] together and was going to cross him [Baro] so that he [Baro] wouldn't wait and an accident had happened.  PILO told DIONISIO that he had told the guy [Baro] that he had lost the earnings.   PILO told DIONISIO that it had happened a while back.  DIONISIO acknowledged.

DIONISIO told PILO that there were people that just wanted to mess around but that you risked a lot on this thing.  PILO acknowledged.  PILO told DIONISIO that hopefully that guy [Baro] wouldn't tell DIONISIO that PILO owed him [Baro] something.  DIONISIO acknowledged.  DIONISIO told PILO that sometimes you were up and sometimes down.  DIONISIO told PILO that it was almost a year since DIONISIO's accident with the friend [Second Third Party] and DIONISIO hasn't seen any comebacks again and it was because it was tough.

PILO told DIONISIO that it was tough.  PILO told DIONISIO that if all of a sudden there wouldn't be any work then money would run out quickly.  PILO told DIONISIO that if you didn't work it then money wouldn't last.  DIONISIO acknowledged.  DIONISIO told PILO that at least PILO was at home and just had to worry about eating.  DIONISIO told PILO that over here [poss. US] you had to worry about mortgage payments and rent and food and had to pay for everything and if you stopped then you couldn't survive.  PILO acknowledged and said that it wasn't easy.

PILO told DIONISIO that he would let the guy [Baro] know that DIONISIO wanted to say hi if PILO saw him [Baro] on Sunday.  DIONISIO told PILO that the guy [Baro] shouldn't have done that and that the guy [Baro] had had the chance to pay

DIONISIO when the guy [Baro] had gone with Santos.  DIONISIO told PILO that they [Baro and Santos] had been doing good and should've answered to DIONISIO and PILO. PILO acknowledged.  PILO told DIONISIO that it was tough.  DIONISIO told PILO that he had helped the guy [Baro] out so that the guy [Baro] would do good and there wouldn't be a problem if you were doing good but that right now everyone was struggling.  PILO acknowledged.
Social conversation between DIONISIO and PILO about Baro and how Baro was struggling and owed money to DIONISIO and PILO.

Social conversation between DIONISIO and PILO about how PILO had quit drinking.

Social conversation between DIONISIO and PILO about the weather.

Social conversation between DIONISIO and PILO about the holidays.

DIONISIO told PILO that they would see what happened.  PILO acknowledged.  PILO asked DIONISIO when DIONISIO was going to go over there [poss. Mexico].  DIONISIO told PILO that he would wait until this got better.  DIONISIO told PILO not to forget the land that they [DIONISIO and co.] had over there [poss. PILO's Location] because they [DIONISIO and co.] were still trying to hold them but that there wasn't any money.  DIONISIO told PILO to see if there was someone who was brave enough and maybe they [DIONISIO and co.] could turn it [land] into money. PILO acknowledged.  PILO told DIONISIO that everyone was struggling right now. DIONISIO acknowledged and said that that was the problem.  DIONISIO told PILO that one of his [DIONISIO's] brothers had a house there for sale in case that PILO knew of someone in Mazatlan.  PILO acknowledged.  DIONISIO told PILO that they would keep in touch and to take care.  PILO acknowledged and said they would call each other later.

---

PILO told Dionisio about the problems he and his source of supply were having in Mexico relating to the acquisition of cocaine as well as losing cocaine loads and money shipments. These things made it difficult for PILO to acquire additional loads to send to the U.S. PILO spoke about a recent seizure of money at the border and the fact that the vehicle had been taken apart in order to discover the letters, meaning concealed currency.

Dionisio and PILO talk about an associate Baro who most likely was involved in a previous narcotics transaction in which Israel and Dionisio are still indebted.

| 69 | 3/18/2010 | 16:11 | TT 1 | 4214 | OUTGOING | 773-827-0461 | Israel AGUIRRE-Carrete / Dionisio SALGADO | |

DIONISIO told ISRAEL that he had talked to [Pilo] just a little bit ago.  DIONISIO told ISRAEL that the guy [Pilo] said that it would happen but that maybe not [U/I].  ISRAEL acknowledged and said that the guy [Pilo] had just told ISRAEL. DIONISIO acknowledged.  DIONISIO told ISRAEL that all they could do was wait. ISRAEL acknowledged.  DIONISIO told ISRAEL that they would see what happened. ISRAEL acknowledged.

| 70 | 3/20/2010 | 15:43 | TT 1 | 4239 | OUTGOING | PTT 62*197413*21 | PILO / Dionisio SALGADO | |

PILO told DIONISIO that he was getting ready and that they [PILO and co.] were fixing one.  DIONISIO acknowledged.  PILO asked DIONISIO if immigration would take your car or release it if they caught you over there [US] illegally.  DIONISIO told PILO that he didn't know in case it was immigration.  DIONISIO asked PILO if the guy [Third Party] had had a license.  PILO said he didn't know.  PILO told DIONISIO that they [poss. law-enforcement] had taken the car from the guy [Third Party] and the guy [Third Party] had been caught and there had been some presents [poss. narcotics] in there.  PILO told DIONISIO that the guy [Third Party] had had some orders in there but that they [immigration] had not found the orders.  PILO told DIONISIO that they [immigration] were just going to deport the guy [Third Party].  DIONISIO asked PILO what the name the car had been under.  PILO said that a friend from over there [Unspecified Location].

DIONISIO told PILO that you could get it back but you would need a license.  DIONISIO told PILO that you could claim it.  DIONISIO told PILO that if it [car] was not under the guy's [Third Party's] name then PILO could just say that the guy [Third Party] had taken it or borrowed it or something.  DIONISIO told PILO that they could get it out.  PILO acknowledged.  PILO told DIONISIO that a lady had called because the guy [Third Party] had had some kids in it and they [immigration] had told her to go get the kids and they [immigration] had said that maybe they would give her the car.  PILO asked DIONISIO if they would give her the car.  DIONISIO said yes and added that they [immigration] would give the car back to whomever asked for it.  DIONISIO told PILO that the guy [Third Party] had just been driving it.  DIONISIO told PILO that immigration had caught the guy [Third Party].  DIONISIO told PILO to tell them [immigration] that the car had not been the guy's [Third Party's].

DIONISIO told PILO that they [immigration] might want to take it [car] because the guy [Third Party] had had the kids there.  DIONISIO asked PILO if they [immigration] had caught the guy [Third Party] crossing or already inside of here [US].  PILO told DIONISIO that the kids are from over there [poss. US].  DIONISIO asked PILO if the guy [Third Party] had been in here [US] or had gotten caught crossing.  PILO said no and added that it had been in there [US], up there [US].  DIONISIO acknowledged and told PILO that he didn't think there would be a problem and told PILO that they could claim it [car].  PILO acknowledged.  PILO told DIONISIO that PILO thought that they [poss. police] had stopped the guy [Third Party] on the road and since the guy [Third Party] had not had his [Third Party's] papers in order then they [poss. police] might've sent immigration.  DIONISIO acknowledged and said that it was what DIONISIO had been thinking.

DIONISIO told PILO that he didn't think that immigration had stopped the guy [Third Party].  DIONISIO told PILO that there was a law that if you didn't have a license most police automatically sent for immigration and then would take the car.  DIONISIO told PILO that the owner could go claim it [car] and go get it out.  PILO asked DIONISIO what happened if the owner didn't have a license.  DIONISIO asked PILO if he [owner] didn't have a license.  DIONISIO told PILO that it would be tough if he [owner] didn't have a license or identification.  PILO told DIONISIO that he [owner] had one from Mexico.  DIONISIO told PILO to have the person [owner] go and see if he [owner] could claim it.  DIONISIO told PILO that he thought that the police had the car and not immigration.  PILO said he thought so.

PILO told DIONISIO that they [poss. police] had called the lady and told her to

get the kids and she had asked about the car. PILO told DIONISIO that they [poss. police] had told the lady to take an ID and that they [poss. police] would give it [car] to her. PILO told DIONISIO that he thought they [poss. police] would give the car. DIONISIO said yes. DIONISIO told PILO that they [poss. police] would give it [car] with some ID. DIONISIO told PILO that they [poss. police] needed it [ID] to know who the owner was. PILO acknowledged.

PILO told DIONISIO that the other day that other [U/I] had gotten hit and then this [U/I] had just gotten hit. PILO told DIONISIO that they [PILO and co.] had just started crossing the others. DIONISIO acknowledged. DIONISIO asked PILO if it would leave on Monday or Tuesday. PILO said yes. PILO told DIONISIO that the person [poss. SOS] had given them [PILO and co.] just 4 young guys [poss. narcotics]. PILO told DIONISIO that the next time there would be double that. DIONISIO acknowledged. DIONISIO told PILO to do that to not stop the deal. PILO acknowledged. PILO told DIONISIO that he would call DIONISIO when it was ready.

PILO asked DIONISIO if he thought they [poss. police] would release it [car]. DIONISIO said he thought so. DIONISIO told PILO to send someone who had papers and a license with the person in case this someone had to drive and have the person take their [person's] ID and say that it was under their [person's] name. PILO acknowledged and said they would see what happened.

PILO told DIONISIO that they [PILO and co.] were a bit under pressure but thought it would happen. DIONISIO acknowledged. DIONISIO told PILO that if not they would see what they could do. PILO acknowledged.
Both parties said good-bye.

---

PILO told Dionisio that his next shipment was due to depart Mexico shortly and that it would be 4 young guys, meaning 4 kilograms of cocaine. PILO assured Dionisio that the next shipment would be double that, 8 kilograms. PILO then asked for Dionisio's advice regarding a vehicle that had been stopped in the U.S. and which contained presents, meaning narcotics. The driver was illegal and to PILO's knowledge would be deported but that the narcotics had not been discovered. PILO was trying to find out how to retrieve the vehicle from police custody so that they could get the narcotics. PILO was frustrated that the recent seizure of another transaction has put him in a bad situation with sources of supply in Mexico.

---

| 71 | 3/20/2010 | 16:30 | TT 1 | 4241 | INCOMING | PTT 109*393*11066 | Israel AGUIRRE-Carrete / Dionisio SALGADO | |

---

DIONISIO told ISRAEL that Pilo had just called DIONISIO and said that it [poss. narcotics load] might be leaving Monday or Tuesday. DIONISIO told ISRAEL that it might just be a poker [poss. play on words for number 4, see Call #4239 on TT #1]. ISRAEL said that was good. DIONISIO told ISRAEL that the guy [Pilo] had said that when they [poss. couriers] went back [poss. to Mexico] then they [Pilo and co.] would double it once it was going good. ISRAEL acknowledged. ISRAEL told DIONISIO that when ISRAEL had gotten back he had had about 5 missed calls from a phone number from around those parts and added that it had been from La Lagunita [poss. the area known as La Comarca Lagunera in Torreon, Coahuila, just North of Mexico City also known as La Laguna]. DIONISIO acknowledged and asked what had happened. ISRAEL said that he had not answered and had gone out. ISRAEL told

DIONISIO that he would see if they called later on and that he didn't know what they would want.

DIONISIO asked ISRAEL if that guy [Third Party] had called ISRAEL. ISRAEL said no and added that it had been a phone number from around those parts but that ISRAEL didn't know who it could be. DIONISIO acknowledged. ISRAEL told DIONISIO that maybe the Zarapes [Ingeniero and co.] but that ISRAEL didn't know. DIONISIO said that maybe. DIONISIO told ISRAEL that hopefully they called ISRAEL again. DIONISIO asked ISRAEL what was new over there [ISRAEL's Location]. ISRAEL said that just the snow.
Social conversation between DIONISIO and ISRAEL about the weather.

ISRAEL told DIONISIO that he would wait and see if they called ISRAEL back. ISRAEL said he wouldn't call them and if they called ISRAEL then he would see what happened. DIONISIO told ISRAEL to leave them alone and if they fell then they would fall if they wanted to or if not they [DIONISIO and ISRAEL] would see what happened. DIONISIO told ISRAEL that the guy [Pilo] was promising but said that it was tough right now. DIONISIO told ISRAEL that the guy [Pilo] had said that sometimes problems happened but would be ready. ISRAEL acknowledged.
Both parties said good-bye.

---

Dionisio relayed to Israel his conversation with PILO about the impending shipment of 4 kilograms and that the load after that will be double, 8 kilograms of cocaine.

---

| 72 | 3/22/2010 | 07:37 | TT 1 | 4246 | INCOMING | 773-827-0461 | Israel AGUIRRE-Carrete / Dionisio SALGADO | |

---

ISRAEL asked DIONISIO what was new. DIONISIO told ISRAEL that he had talked to the guy [PILO] on Saturday and the guy [PILO] said that they [poss. couriers] would leave either today or tomorrow. ISRAEL acknowledged. DIONISIO told ISRAEL that the guy [PILO] only had a poker [meaning 4]. ISRAEL acknowledged. ISRAEL told DIONSIO that he had talked to the partner [poss. ISRAEL's father-in-law] and that he [poss. ISRAEL's father-in-law] had gone to give the feed [poss. narcotics] to the horses and that one of the sacks had been missing a bit. ISRAEL said that the sack had not been completely full and had been missing a bit. ISRAEL told DIONISIO that the sack had not been theirs [poss. PILO's and co.'s] and that ISRAEL thought that it [sack] had come from the factory below [Poss Mexico]. DIONISIO acknowledged. ISRAEL told DIONISIO that the partner [poss. ISRAEL's father-in-law] had said that it [sack] had been missing about 100 grains. ISRAEL told DIONISIO that he believed the partner [poss. ISRAEL's father-in-law] was not lying. DIONISIO acknowledged. ISRAEL told DIONISIO that the partner [poss. ISRAEL's father-in-law] had told ISRAEL to tell them [PILO and co.] not to worry and that it was all right. ISRAEL told DIONISIO that the partner [poss. ISRAEL's father-in-law] said that there was no problem and was just letting them [PILO and co.] know. DIONISIO acknowledged.

DIONISIO told ISRAEL that was common. DIONISIO told ISRAEL that something similar had happened to him [DIONISIO] once. DIONISIO told ISRAEL that it had been from factory [poss. Mexico]. ISRAEL acknowledged and said that the partner [poss. ISRAEL's father-in-law] said that it had come from the factory below. DIONISIO acknowledged. DIONISIO told ISRAEL that it had happened to DIONISIO and a friend

[Third Party] and they [DIONISIO and Third Party] had been with the same person [poss. SOS].  DIONISIO told ISRAEL that they [product] would get to the friend [Third Party] and a lot of them would be short by 30 or 40.  ISRAEL acknowledged. DIONISIO told ISRAEL that for DIONISIO it had been the other way around and they [poss. kilos or pounds] would get there even fatter.  DIONISIO laughed.  ISRAEL acknowledged. ISRAEL said his friend let him know that the stuff [product] arrived that way from the factory. DIONISIO acknowledged. ISRAEL said the sacks were missing about 100 grains [poss 100 grams].  DIONISIO acknowledged. ISRAEL asked DIONISIO to tell third party to check the sacks in advance. DIONISIO said sometimes the rats can get into the sacks.

DIONISIO asked ISRAEL how the ranch was [poss in Mexico]. ISRAEL mentioned that they [poss product] cost more than 100 pesos.

DIONISIO told ISRAEL that they [poss. SOS and co.] had told the friend [Third Party] that they [poss. SOS and co.] were going to repay the friend [Third Party] and did but not of the same kind but another.  DIONISIO told ISRAEL that that had been the problem.  DIONISIO told ISRAEL that he would tell the guy [Pilo].  ISRAEL told DINOISIO to tell the guy [Pilo] so that he [Pilo] knew.  ISRAEL told DIONISIO that if the guy [Pilo] wanted to put some extra that was fine and if not then there wasn't a problem.  ISRAEL told DIONISIO that his partner [poss. ISRAEL's father-in-law] said that there wasn't a problem if they [Pilo and co.] didn't believe ISRAEL but to just tell them [poss. ISRAEL's father-in-law and co.] to be ready because it came that way from the factory.  DIONISIO acknowledged.  DIONISIO said he believed ISRAEL because that problem had happened to DIONISIO as well. DIONISIO told ISRAEL that it had been years ago and it had been from ones that came from the factory.  ISRAEL acknowledged.  ISRAEL told DIONISIO that the partner [ISRAEL's father-in-law] said that the little sack had been short 100 grains of corn.  DIONISIO acknowledged.

DIONISIO asked ISRAEL what was new back home.  ISRAEL told DIONISIO that is bad. DIONISIO said there was a lot of green. Social conversation between DIONISIO and ISRAEL about what was going on in Mexico.  Social conversation continued about crimes in the ranch. Social conversation about robberies in the ranch.  DIONISIO said they should leave the Military police in the ranch. ISRAEL acknowledged. ISRAEL told DIONISIO to call the guy. DIONISIO acknowledged. Both acknowledged.

Israel told Dionisio that his father-in-law had discovered that one of the 5 kilograms of cocaine had measured about 100 grams short, meaning that the kilogram was about 100 grams too light. Israel said the father-in-law had indicated that based on the wrapping of the kilogram, it had come from the factory that way, meaning when first produced at a lab in Mexico, it had been measure incorrectly. The father-in-law just wanted everyone involved to be aware.  Dionisio said that had happened to him on several occasions in the past that many shipments would be 30 to 40 grams short but on some occasions, the kilograms would be fat, or greater than kilogram sized.

| 73 | 3/22/2010 | 13:04 | TT 1 | 4256 | OUTGOING | PTT 62*372297*11 | PILO / Dionisio SALGADO | |

DIONISIO asked PILO what was going on.  PILO told DIONISIO that it was still going.  PILO told DIONISIO that he had not wanted to answer on the other phone because they [poss. police] had left the young guy [courier] that PILO had told DIONISIO about over there.  DIONISIO asked why and cursed.  DIONISIO asked what

had happened.  PILO told DIONISIO that he didn't know.  PILO told DIONISIO that
the little girl had explained to the lady and that the young guy [courier] had not
called yet.  PILO told DIONISIO that the little girl had seen how they [poss.
police] had handcuffed the young guy [courier] and taken him [courier].  PILO told
DIONISIO that the little girl had not known more than that.  DIONISIO asked PILO
why they [poss. police] had stopped the young guy [courier].  PILO said he didn't
know.  PILO told DIONISIO that the little girl had not said.  PILO told DIONISIO
that the young guy [courier] had not had insurance or something and they [poss.
police] must've checked him [courier].  DIONISIO told PILO that it was a shame
because the young guy [courier] had already been there [US].  PILO told DIONISIO
that the young guy [courier] had almost been there.  PILO said it was bad.
DIONISIO agreed.  DIONISIO told PILO that they had to be careful because things
were tough right now and that type of losses [wasn't good].  PILO agreed.

DIONISIO told PILO that Israel had told DIONISIO that one of the workers [poss.
narcotics] that they [PILO and co.] had sent over there [Chicago] had come up
short.  PILO asked how.  DIONISIO told PILO that it had had some missing.  DIONISIO
told PILO that he thought it had just had 900.  DIONISIO told PILO that the guy
[Israel] had said that it had been sealed and looked good but that the guy
[Israel] said it might've been a factory defect.  PILO agreed.  DIONISIO told PILO
that he would tell his friend [poss. SOS].  PILO told DIONISIO that the guy
[Israel] should've said something at the time because the friend [poss. SOS]
wouldn't help PILO out now.  DIONISIO told PILO that the guy [Israel] had just
said for PILO to be on the lookout.  DIONISIO told PILO that the guy [Israel] said
that there wasn't a problem.  DIONISIO told PILO not to worry and that he was just
letting PILO know.  PILO told DIONISIO that he would tell the friend [poss. SOS]
and asked DIONISIO if it had looked different or the same.  DIONISIO told PILO
that he had asked the guy [Israel] if it looked damaged and the guy [Israel] had
said that it had come out like that from the factory.

DIONISIO told PILO that the guy [Israel] said that it was well packaged but it had
come out that way [short].  DIONISIO told PILO that he had told the guy [Israel]
that he would tell PILO to be on the lookout.  PILO acknowledged.  PILO told
DIONISIO that he would let his friend [poss. SOS] know.  PILO told DIONISIO that
they [PILO and co.] were going to send it [poss. narcotics] but that they [PILO
and co.] would be left with just a few.  PILO told DIONISIO that he needed another
person [Third Party] to go there [PILO's Location] first because right now they
[PILO and co.] had just a few.  PILO told DIONISIO that with this last thing they
[PILO and co.] had been left with a problem.  DIONISIO said that that was
tough.  PILO told DIONISIO that the other person [Third Party] kept saying that he
[Third Party] was almost there and that would leave them [PILO and co.] with just
a few.

DIONISIO asked PILO when the other guy [other courier] was going to get back.
PILO asked if the one that would go over there [poss. US].  DIONISIO acknowledged
and asked if that guy [other courier] was not going to work anymore.  PILO told
DIONISIO that either today or tomorrow would head out with 4.  PILO told DIONISIO
that that guy [other courier] was almost about to leave.  PILO told DIONISIO that
he would call DIONISIO either today or tomorrow to see if it was ready.  DIONISIO
acknowledged.  DIONISIO told PILO to just tell PILO's friend [poss. SOS] that it
had come out that way but that the guy [Israel] had not said anything and said
that it was just so they [DIONISIO and PILO] knew what had happened.  DIONISIO
told PILO that the guy [Israel] had called DIONISIO yesterday and had let DIONISIO
know about that.  PILO acknowledged and told DIONISIO that he would let his friend
[poss. SOS] know when he [poss. SOS] got there.  PILO told DIONISIO that the
friend [poss. SOS] was working there to load them [poss. narcotics].  PILO told

DIONISIO that the friend [poss. SOS] had not mentioned anything to PILO. DIONISIO acknowledged. DIONISIO told PILO that they would see what happened.

DIONISIO told PILO that they would see what they could do. PILO told DIONISIO that he didn't know what to do because work was getting tough. DIONISIO asked PILO if it had been a lot. PILO said yes and added that it had been 8. DIONISIO cursed and said that was a lot. PILO told DIONISIO that it was tough. PILO told DIONISIO that it hadn't been working out for a while. DIONISIO told PILO that they [DIONISIO and PILO] needed to find a good medicine man. PILO told DIONISIO that they needed a cleansing.

PILO told DIONISIO that it had been the same person [courier] that had gone over there [Chicago]. DIONISIO asked if it had been the same person [courier] that went to Isra's [Israel's]. PILO said yes. PILO told DIONISIO that that guy [courier] had gotten back and then headed back over there [US]. PILO told DIONISIO that he didn't know what the guy [courier] DIONISIO asked PILO why they had stopped him [courier]. PILO told DIONISIO that he didn't know if the one man [Second Third Party] there [PILO's Location] had sent the guy [courier] without insurance. DIONISIO told PILO that when the paper [money] was already there then it was tougher. PILO asked DIONISIO what he meant. DIONISIO asked PILO if the guy [courier] had been carrying papers [money] or had been there with the guys [poss. narcotics]. PILO told DIONISIO that the guy [courier] didn't have any papers [money]. PILO told DIONISIO that the guy [courier] had had the guys [poss. narcotics]. PILO told DIONISIO that they [poss. police] had taken the away the presents [poss. narcotics]. DIONISIO acknowledged. DIONISIO asked if it had been 8 presents [poss. narcotics]. PILO said yes and added that 8. DIONISIO cursed. DIONISIO wondered what was going on.

PILO asked DIONISIO if it was a little strange. DIONISIO asked PILO why they [poss. police] had stopped the guy [courier]. PILO told DIONISIO that it was tough around those parts of Amarillo [TX]. DIONISIO agreed. DIONISIO told PILO that there were some parts that were really tough. PILO told DIONISIO that it was tough around those parts. DIONISIO acknowledged. DIONISIO told PILO that [U/I] had said that it was going to get really tough around there. PILO told DIONISIO that he thought they weren't going to cross around there because it was now 3 friends that had gotten caught there. DIONISIO told PILO that they needed to find another way. DIONISIO told PILO that you had to know what was going on very well when you tried to mount a bull. DIONISIO told PILO that they had to know. PILO acknowledged and told DIONISIO that they said that those parts were really tough. DIONISIO said yes and said they needed someone who knew what was going on really well. PILO agreed.

[Continued on PTT Call #4257 on TT #1.]

PILO and Dionisio talk about the courier caught by Law Enforcement in Amarillo, Texas with eight kilograms of cocaine. PILO indicates that three friends, meaning couriers, had been stopped in Amarillo in the recent past and drugs or money seized. PILO said the courier did not have papers, meaning money, with him but instead had 8 presents, meaning kilograms of cocaine. PILO told Dionisio that the girl in the car with the courier had reported that she had seen the courier put into handcuffs and taken into custody. This alleviated in PILO's mind that the courier had not stolen the shipment.

| 74 | 3/22/2010 | 13:12 | TT 1 | 4257 | INCOMING | PTT 62*372297*11 | PILO / Dionisio SALGADO |
|----|-----------|-------|------|------|----------|------------------|-------------------------|

PILO told DIONISIO that he had already told the guy [Third Party] to look for another person [courier] to go over there [Chicago] with that [poss. narcotics] but to get the person [courier] ready and with everything in order. DIONISIO acknowledged. DIONISIO told PILO that that was the deal.

DIONISIO asked if PILO couldn't come over here [US] anymore. PILO said yes but that he had been busy over there [Mexico]. PILO told DIONISIO that he had already settled down there [Mexico] and to change back again would be a struggle. DIONISIO acknowledged. DIONISIO told PILO that maybe PILO could come in [US] and supervise. DIONISIO told PILO that he wouldn't have to bring anything in and would have nothing to do with it but would just supervise the whole deal. PILO acknowledged. PILO told DIONISIO that this work was tough. DIONISIO acknowledged and said it was really tough. DIONISIO told PILO that they were struggling and then those things happened. PILO said it was tough. PILO told DIONISIO that the thing was that that young guy [courier] had done a few and so it was the guy's [courier's] turn. PILO told DIONISIO that they said that it was ugly around those parts [Amarillo, see previous call]. DIONISIO acknowledged and said that it was tough.

PILO told DIONISIO that another friend had been caught around those parts and then added that it had been Ray. DIONISIO acknowledged and said it had been there [Amarillo]. DIONISIO told PILO that he had been remembering about that problem when PILO had mentioned where [Amarillo]. DIONISIO told PILO that it had been there [Amarillo]. PILO told DIONISIO that another friend had gotten caught around there about 3 or 4 months ago. PILO told DIONISIO that it was really tough around those parts. DIONISIO agreed. DIONISIO told PILO that maybe they thought there wasn't another way through but they needed to find another rodeo [play on words for road]. PILO agreed.

DIONISIO asked PILO if they [DIONISIO and PILO] were going to still work together with the man [Israel] over there [Chicago]. PILO said yes. PILO told DIONISIO that in fact PILO had the other 4 [poss. narcotics] that he had told DIONISIO about. PILO told DIONISIO that those [4] were going to head up there [Chicago]. PILO told DIONISIO that the only thing was that they [PILO and co.] were getting a car ready either today or tomorrow. PILO told DIONISIO that he was going to call and see if they had already gotten it ready. DIONISIO acknowledged. DIONISIO told PILO that they would see what happened.

DIONISIO told PILO that those people [poss. SOS] were good but that things were tough. PILO agreed. PILO told DIONISIO that it was ugly and he didn't know what to do. PILO told DIONISIO that it was hard bringing them down and if not you ended up paying. DIONISIO told PILO that things weren't easy. PILO acknowledged and told DIONISIO that when they [SOS and co.] gave PILO the little presents [poss. narcotics] there if there was any kind of trouble then PILO had to find how to pay them [SOS and co.]. PILO told DIONISIO that if nothing is done then things were worse. DIONISIO acknowledged. DIONISIO told PILO that it had been the same problem that DIONISIO had had there. DIONISIO told PILO that he had not been able to do anything anymore and that now it was going to be a year. DIONISIO told PILO that now they struggled and DIONISIO had not been able to touch whatever DIONISIO had had. DIONISIO told PILO that he had lost his house at the beginning of the year. PILO asked if the one up there [US]. DIONISIO said yes and added that it had been the one DIONISIO had lived in. DIONISIO told PILO that now DIONISIO had to rent. DIONISIO told PILO that he had lost the whole thing with that man [poss. Ray].

PILO asked why DIONISIO had lost it.  DIONISIO told PILO that because of payments and because DIONISIO figured out that he wasn't going to be able to make it. DIONISIO told PILO that he had lost a lot of money.  DIONISIO told PILO that he had lost some in other things and then with that problem.  DIONISIO told PILO that he had even ended up owing some little to PILO.  DIONISIO told PILO that he had had to cover other expenses and then DIONISIO decided to let it [house] go.  PILO acknowledged.

PILO told DIONISIO that another person was calling PILO.  PILO said that he would call DIONISIO back in a bit.  DIONISIO acknowledged.  PILO said he would call later.

Dionisio asked PILO if he would still be sending the cocaine shipment to Israel. PILO says that he will and it should be ready to depart for there in the next couple days.  PILO told Dionisio that with these loses, he is responsible for them. Dionisio agreed and then discussed his own problem from a year ago that has caused him to lose his house.  Dionisio offered more advice to PILO about PILO coming to the U.S. to supervise the cocaine shipments. PILO is reluctant to do so.

| 75 | 3/24/2010 | 10:48 | TT 1 | 4330 | OUTGOING | PTT 62*372297*11 | PILO / Dionisio SALGADO | |

DIONISIO asked PILO if it had happened in the end.  PILO said yes.  PILO told DIONISIO that the guy [Third Party] would be there [PILO's Location] in a little bit.  PILO asked DIONISIO if the friend [Israel] over there had gotten some [poss. money] for expenses.  DIONISIO asked if PILO wanted the friend [Israel] to help with expenses.  PILO told DIONISIO that there had been a little something pending and asked if the friend [Israel] might've gotten it.  DIONISIO said he didn't know.  DIONISIO told PILO that he had not asked the friend [Israel].

DIONISIO told PILO that the friend [Israel] had called this morning wondering if it [courier] had left already and DIONISIO had said no.  DIONISIO told PILO that he had told the friend [Israel] that he would call PILO later.  DIONISIO asked if PILO needed the friend [Israel] to send it to PILO or cover them over there [Chicago].  PILO told DIONISIO that it would be very complicated for him [Israel] to send something.  DIONISIO told PILO that it would be a little bit of a struggle but he would ask the friend [Israel].  PILO acknowledged.  PILO asked if DIONISIO could do him that favor so that it [courier] could leave because PILO had gone to Guadalajara.  PILO told DIONISIO that he needed it [poss. money] to give to the guy [courier] so he [courier] could leave.  PILO asked if the friend [Israel] could do the favor of sending it [poss. money] to an account number.  DIONISIO acknowledged and said that he would see what they [DIONISIO and Israel] could do so that [courier] would leave.  DIONISIO asked how much PILO would need.  PILO told DIONISIO that it had been 2,000 bucks that the friend [Israel] was going to help with.  DIONISIO asked if with 1 *milpa* [play on words on 'mil', meaning a thousand] or 2.  PILO asked if the friend [Israel] could help PILO out with 2 [2,000].  DIONISIO acknowledged.

DIONISIO told PILO that he would call the friend [Israel] and then would let PILO know.  PILO acknowledged.  DIONISIO asked PILO if it [courier] was ready to head out.  PILO said yes.  PILO told DIONISIO that it had been really bad by the house where they [PILO and co.] had fixed it.  PILO told DIONISIO that that was the reason why they hadn't done it yesterday.  PILO told DIONISIO that he was going to

call and see if it had calmed down.  DIONISIO acknowledged.  DIONISIO told PILO that he would call the friend [Israel] and then would call PILO back to let PILO know.  PILO acknowledged.

PILO told Dionisio that Israel still owed some money to PILO. Dionisio assured PILO that he would ask Israel about that and arrange for Israel to wire the money to PILO. PILO said when he received the money, the shipment could leave.

| 76 | 3/24/2010 | 11:48 | TT 1 | 4338 | INCOMING | 773-827-0461 | Israel AGUIRRE-Carrete / Dionisio SALGADO | |

ISRAEL asked if DIONISIO had called.  DIONISIO said yes.  DIONISIO told ISRAEL that Pilato [Pilo] had called and asked if ISRAEL had gotten some more papers [poss. money].  ISRAEL said that not right now.  ISRAEL told DIONISIO that they [Third Parties] that the man [Third Party] arrived.  DIONISIO told ISRAEL that the guy [Pilo] said that he [Pilo] needed to cover some expenses so that the person [courier] could leave this afternoon.  DIONISIO told ISRAEL that the guy [Pilo] said that it was ready.  DIONISIO told ISRAEL that the guy [Pilo] said that he [Pilo] was not there and asked if ISRAEL could send something.  ISRAEL acknowledged.

ISRAEL told DIONISIO that he would see if he could find the guy [Pilo] a *milpa* [play on words on 'mil', meaning a thousand].  DIONISIO acknowledged.  DIONISIO told ISRAEL to call the guy [Pilo] to come to an agreement and see what account number the guy [Pilo] gave ISRAEL.  DIONISIO told ISRAEL that the guy [Pilo] needed it [poss. money] today.  ISRAEL acknowledged and said it was fine.  ISRAEL told DIONISIO that he would call the guy [Pilo].  DIONISIO told ISRAEL to call DIONISIO back if the guy [Pilo] didn't answer so DIONISIO could give ISRAEL another [phone] number.  ISRAEL acknowledged.

Dionisio organized with Israel to send PILO $1,000 to $2,000 so that the next shipment of cocaine could depart for Illinois.

| 77 | 3/24/2010 | 11:50 | TT 1 | 4339 | INCOMING | 773-827-0461 | Israel AGUIRRE-Carrete / Dionisio SALGADO | |

ISRAEL told DIONISIO that the guy [Pilo, see previous call] didn't answer.  DIONISIO told ISRAEL to hold.  DIONISIO told ISRAEL that he would call ISRAEL in a little bit because he was driving but was almost there.  ISRAEL acknowledged.

| 78 | 3/24/2010 | 11:51 | TT 1 | 4341 | INCOMING | 62*372297*11 | PILO / Dionisio SALGADO | |

DIONISIO told PILO that he had talked to Israel.  DIONISIO asked if PILO wanted to talk to the guy [Israel] so they [PILO and Israel] could come to an agreement and see how much the guy [Israel] could get for PILO.  PILO acknowledged.  PILO told DIONISIO that he would call the guy [Israel] in a little bit because PILO was a little busy.  DIONISIO told PILO that he would give the guy [Israel] PILO's

|  | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | [phone] number so that the guy [Israel] could call PILO and come to an agreement. PILO acknowledged and thanked DIONISIO. | | | | | | | |
| | Dionisio continued to broker the relationship between Israel and PILO in Mexico. | | | | | | | |
| 79 | 3/24/2010 | 11:52 | TT 1 | 4342 | OUTGOING | 773-827-0461 | Israel AGUIRRE-Carrete / Dionisio SALGADO | |
| | DIONISIO asked which one [Pilo's phone number, see previous calls] ISRAEL had and added if the one that ended in 11.   ISRAEL told DIONISO that he didn't know.  ISRAEL told DIONISIO to hold on.   DIONISIO told ISRAEL to write this number down: 62*372297*11.   ISRAEL said he would call the guy [Pilo, see previous calls].  DIONISIO acknowledged.   DIONISIO told ISRAEL that they would see if it [courier] left today.   ISRAEL acknowledged. | | | | | | | |
| 80 | 3/24/2010 | 15:57 | TT 1 | 4350 | OUTGOING | 773-827-0461 | Israel AGUIRRE-Carrete / Dionisio SALGADO | |
| | Parties greeted. DIONISIO asked ISRAEL if it was done. ISRAEL said yes. DIONISIO asked if he was sore. ISRAEL said no. DIONISIO asked if he talked to that man[Pilo]. ISRAEL said yes.   ISRAEL said everything is done. DIONISIO said hopefully they would come out today. ISRAEL said hopefully today or tomorrow but for sure they would. ISRAEL said he thinks tomorrow. DIONISIO said he wasn't sure where Pilo was. ISRAEL said hopefully Sunday or Monday they would be there. DIONISIO acknowledged. | | | | | | | |
| | Israel confirmed with Dionisio that Israel had sent the money PILO had requested. Both Israel and Dionisio are hopeful that the cocaine can now be transported to Israel in Illinois. | | | | | | | |
| 81 | 3/25/2010 | 10:50 | TT 1 | 4362 | INCOMING | 773-827-0461 | Israel AGUIRRE-Carrete / Dionisio SALGADO | |
| | ISRAEL asked DIONISIO if he had called Pilo to see if he was bringing the crop. DIONISIO said no.  ISRAEL said to call Pilo to ask him what was going on. DIONISIO acknowledged. DIONISIO told ISRAEL that he spoke to Zarapero and he was going to ask the guy [third party] if he wanted to get something done. DIONISIO said Zarapero gave him the guy's number. ISRAEL acknowledged. DIONISIO said now they have 2 options. DIONISIO told ISRAEL that the guy [second third party] told him to call him tomorrow morning. DIONISIO told ISRAEL that supposedly they [second third party] were ready with 20 horses [poss kilos] to take off.   DIONISIO asked what about the numbers. DIONISIO told ISRAEL that he told the guy [second third party] that if they want to do it how DIONISIO wants it then they would go for it and if not then nothing gets done. DIONISIO said the guy [second third party] said 27 ½ and the they are asking for 26 and that's the most they can do. DIONISIO said he | | | | | | | |

needs money because he is broke and he didn't have enough money to send the payment to Mexico. ISRAEL acknowledged. ISRAEL told DIONSIO he couldn't hear him. ISRAEL said he would call him later.

Dionisio and Israel discussed the possible supply of cocaine from the Engineer, associate of LUPE LNU, aka Zarapero. Dionisio said he had spoken with LUPE and learned that they could supply Israel and Dionisio 20 horses, meaning 20 kilograms to start with. Israel and Dionisio both agreed that they could only do it for the price of $26,000 per kilogram.

| 82 | 3/25/2010 | 12:41 | TT 1 | 4364 | OUTGOING | 62*372297*11 | PILO / Dionisio SALGADO | |

DIONISIO asked PILO if they had fixed that problem yesterday. DIONISIO asked PILO if Israel had called him. PILO said yes. PILO said tomorrow they should be done fixing the car. DIONISIO said he talked to Israel and Israel asked him if they had left already. PILO said they are trying to hurry. PILO said he saw Israel's missed calls. DIONISIO said Israel told him to call Pilo to see what was going on. PILO said he was going to call Israel to let him know that tomorrow they should head out. DIONISIO acknowledged.

PILO and Dionisio discussed the shipment of cocaine to Israel in Illinois departing in the next day.

| 83 | 3/25/2010 | 15:11 | TT 1 | 4373 | INCOMING | 773-827-0461 | Israel AGUIRRE-Carrete / Dionisio SALGADO | |

Parties greeted. ISRAEL asked DIONISIO how everything was going. DIONISIO said everything is calmed. ISRAEL asked DIONISIO if he called him. DIONISIO said yes. DIONISIO said he talked to Pilo. ISRAEL told DIONIISO he couldn't hear him. DIONISIO said Pilo told him they weren't done at the warehouse. DIONISIO said tomorrow they should head out. ISRAEL acknowledged. DIONISIO said he talked to another guy [Poss Alejandro see call 4372] and it's time to get to work. ISRAEL acknowledged. DIONISIO said the guy was on the road so the guy was going to return DIONISO's call. DIONISIO said the guy told him he was up there. ISRAEL said tomorrow or the day after he was going to get a new number. DIONISIO said he was going to the same thing once everything gets settled. ISRAEL said he has it already. ISRAEL told DIONISIO if he gets an unrecognized number it's going to be ISRAEL. DIONISIO said if he doesn't pick up just to leave a voice mail. DIONISIO said Pilo stays way behind. ISRAEL acknowledged.

Dionisio told Israel that PILO had let him know it wasn't done at the warehouse, meaning that the shipment had not been packaged in the vehicle yet or had not been packaged yet. Dionisio was hopeful the shipment would depart tomorrow. Dionisio told Israel that if PILO didn't come through, he had another guy that could provide the cocaine.

| 84 | 3/26/2010 | 14:03 | TT 1 | 4413 | INCOMING | 773-827-0461 | Israel AGUIRRE-Carrete / Dionisio SALGADO |
|----|-----------|-------|------|------|----------|--------------|-------------------------------------------|

DIONISIO said he talked to one of the guys [Alejandro] from Los Zaraperos. ISRAEL acknowledged. DIONISIO said he can't just let them have it without money. DIONISIO said the guy [Alejandro] asked how much they[Javier & Israel] wanted and DIONISIO told him and the guy [Alejandro] told him he is willing to wait there with them and he would be giving them 1, 2, or 3 as they are asking but they[Javier and Israel] have to have the papers [money] in hand. ISRAEL acknowledged. DIONISIO said the guy [Alejandro] told him he would wait there [Their location] a week. DIONISIO said that is better. DIONISIO acknowledged. DIONISIO said the guy [Alejandro] told him to wait because he was busy and Easter week was coming up so until the following weekend. DIONISIO asked if he can go meet up with the guy [Alejandro] in Denver. DIONISIO said he told the guy [Alejandro] that he [Alejandro] was working so he was not going to be able to. DIONISIO said he should call him so they can get everything done trough the phone. ISRAEL asked if the hour [poss kilo] was going to be 26. DIONISIO said yes. ISRAEL said the guy [Alejandro] can give him 2 or 3 and then he would pay him. DIONISIO acknowledged. DIONISIO said the guy [Alejandro] told him it wasn't his [poss product] it was an uncle. ISRAEL acknowledged. ISRAEL told DIONISIO to give him his number so he can call him. DIONISIO acknowledged. ISRAEL asked for Pilo. DIONISIO said he called Pilo but he didn't answer so that's why DIONISIO is looking somewhere else. ISRAEL acknowledged. DIONISIO told ISRAEL that he talked to Pilo yesterday and he told him they need to work faster. ISRAEL acknowledged. DIONISIO told ISRAEL that if he talks to Pilo to tell him to hurry. ISRAEL said yes. DIONISIO said he only had $300 left. ISRAEL said he was going to tell Pilo to hurry. DIONISIO acknowledged and said the good thing he has the other guy [Alejandro]. DIONISIO said he was going to call him [Alejandro] and let him know ISRAEL wasn't going to go to [Denver] because he started working. DIONISIO said he was going to call the guy [Alejandro] and give him [ISRAEL's] number. ISRAEL asked DIONISIO what was his name. DIONISIO said Alex. ISRAEL acknowledged.

Dionisio and Israel are getting frustrated with PILO not answering their calls and delaying the cocaine shipment. Dionisio told Israel that another guy associated with LUPE LNU, aka Zarapero, would be willing to deliver to Israel in Illinois and would be able to stay in the area for up to a week after delivery to receive payment.

| 85 | 3/28/2010 | 10:11 | TT 1 | 4468 | INCOMING | 630-806-3983 | Israel AGUIRRE-Carrete / Dionisio SALGADO |
|----|-----------|-------|------|------|----------|--------------|-------------------------------------------|

Parties greet. DIONISIO told ISRAEL that he forgot his phone in the car and that is why he didn't answer. ISRAEL said that PILATO [PILO] called and told him everything was ready to go but the people were in vacations right now. ISRAEL told DIONISIO that they had to do something.

DIONISIO said he talked to PILO yesterday. DIONISIO said he told PILO that DIONISIO had been calling him on Friday to know what was going on. DIONISIO said PILO told him that he didn't have anyone to take the horses [Poss product]. DIONISIO said he was just waiting for third party's call. DIONISIO said he told PILO that they needed to speed things up because they couldn't always be waiting.

ISRAEL said he told PILO that painting the walls only once a month, was not worth it because they will take a whole year to finish painting the whole house. DIONISIO said that is why he was moving on it.

DIONISIO said that he has been calling Zarapero [LUPE]. DIONISIO said that LUPE told him that LUPE was going to talk to the other guys that LUPE had. ISRAEL acknowledged. ISRAEL told DIONISIO to tell the guy to come right away with the horses and machines [Poss Product]. DIONISIO said that third party [Poss Alejandro] told him to wait until lent is over because he was working somewhere else. DIONISIO said that third party told him to call on Thursday or Friday and then they will arrange things. DIONISIO said he gave third party ISRAEL's number thru a text message. ISRAEL acknowledged. ISRAEL asked if he gave him this one [Phone number]. DIONISIO said yes. ISRAEL acknowledged.

DIONISIO asked how much ISRAEL was pending with PILO with everything. ISRAEL said he thinks only 5 [Poss money]. ISRAEL said that will be done fast. DIONISIO said he will tell PILO that they [ISRAEL and DIONISIO] will pay him but that PILO needs to get moving. DIONISIO said it can't keep up like this anymore. DIONISIO said he wanted ISRAEL to pressure PILO too. ISRAEL said he told PILO that they will wait until the ones in vacation come back, ISRAEL said that if things are going to be that way it's better to go somewhere else. DIONISIO said he knows that this other guys have some and they always have. DIONISIO said that these guys were from where DIONISIO and ISRAEL are from. DIONISIO repeated that third parties told him to just wait a week. DIONISIO said that the only thing is the numbers but that ISRAEL and DIONISIO needed to be alert. ISRAEL acknowledged.

---

Dionisio relayed to Israel the conversation Dionisio had with Pilo. Dionisio said he told PILO that they cannot continue to wait for the shipment. PILO had told Dionisio that the cocaine was ready for transport but PILO did not have any drivers available. Dionisio continued to obtain shipments from LUPE LNU associates the Engineer and Alejandro. Israel still owed PILO money.

---

| 86 | 3/28/2010 | 10:17 | TT 1 | 4469 | OUTGOING | 62*372297*11 | PILO / Dionisio SALGADO | |

---

Parties greet. DIONISIO told PILO that ISRAEL called asking what was going on. DIONISIO said he told ISRAEL what PILO said. DIONISIO said that ISRAEL sounded upset. PILO said he told ISRAEL that everybody was out. DIONISIO asked PILO if it can be done. PILO said that there was nobody to go out there because everybody had left. PILO told DIONISIO that he couldn't just send any one because like DIONISIO knew it was dangerous. DIONISIO acknowledged. DIONISIO told PILO that ISRAEL told him that he was going to go somewhere else. PILO acknowledged and said that once the guy is back he will call DIONISIO.

PILO said that he told ISRAEL that he is running short [Money] right now and wanted to know if he [ISRAEL] had anything [Money]. DIONISIO acknowledged. PILO said that he still owed the man and that there was 5 [Poss 5,000] [Money] pending. PILO asked if there was a way that ISRAEL could send it. DIONISIO said he was going to tell ISRAEL to send it to PILO. PILO said JORGE was going just take the car and come back right away but things got messed up.

Parties agree that things are tough right now. DIONISIO said that there were a lot of expenses. DIONISIO said that PILO could work directly with the guy from Chihuahua. DIONISIO said that PILO could work directly from Mexico because the guy

had the transportation and everything. DIONISIO said it will be cheaper for PILO that way because the way that PILO does it was too many rounds and too many receipts to pay. PILO said that he didn't make much with the guy he was with right now. PILO said that he was waiting for another guy right now but if not he will go with guy from Chihuahua. DIONISIO said that the guy from Chihuahua called on Friday. DIONISIO said he told the guy that DIONISIO had already talked to PILO. DIONISIO said the guy told him that PILO could come to Chihuahua and they could talk.

PILO said that it's been tough for him lately and sometimes he wanted to just give up. DIONISIO acknowledged. DIONISIO said everybody was down right now. DIONISIO repeated that ISRAEL had called.

PILO said that people are in vacations right now and repeated that he can't just send anyone who he cannot trust because he doesn't want anything to happen. DIONISIO said that he was going to see if ISRAEL could send PILO those letters [Money]. DIONISIO asked if ISRAEL had the address of where to send it to PILO. PILO said that either DIONISIO or ISRAEL had sent some [Money] to FIDEL. DIONISIO said it was ISRAEL. PILO acknowledged. DIONISIO told PILO to him a call when he is ready.

PILO said probably in 10 days people will be back from vacations. DIONISIO acknowledged.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | PILO told Dionisio that he still does not have drivers to transport the cocaine to Israel in Illinois. Dionisio warned PILO that Israel wanted to go to another supplier. Dionisio also suggested that PILO start working with Dionisio's friend from Chihuahua (Martin Javier Alamos-Delgado) because Alamos-Delgado had the transportation, PILO just needed to supply cocaine quantities. Dionisio reminded PILO that the friend in Chihuahua wanted PILO to come and talk to him about it. Dionisio said he would remind Israel to pay what he owed to PILO. | | | | | | | |
| 87 | 3/29/2010 | 13:31 | TT 1 | 4491 | INCOMING | 630-806-3983 | Israel AGUIRRE-Carrete / Dionisio SALGADO | |
| | Parties greet. DIONISIO tells ISRAEL that they cut his hours. DIONISIO said now with what's going on with PILO. ISRAEL acknowledged. ISRAEL said for DIONISIO to go pick up those horses [Poss Product]. DIONISIO said that PILO wouldn't give it to DIONISIO. DIONISIO said they should just wait for the guy [Poss Alejandro]. DIONISIO asked if ISRAEL received any calls. ISRAEL said no adding that it was all calm. | | | | | | | |

DIONISIO told ISRAEL that he spoke to PILO yesterday.  DIONISIO told ISRAEL that PILO said he couldn't and didn't know what to do. DIONISIO said that PILO was going to wait for the guy. DIONISIO said PILO told him that he couldn't with the people that PILO started working with. DIONISIO that PILO told him that he was broke and wanted to know if ISRAEL could send some letters [Money] to PILO. ISRAEL said that he had to wait for because he had sent to the guys who ISRAEL sent up there. ISRAEL said the guys were waiting to bring more to ISRAEL. ISRAEL said he will see what he can get for PILO. ISRAEL said that PILO always gives false promises. DIONISIO said that that was the situation.

DIONISIO said that is why he wants this guy to go and it didn't matter if the guy had to wait. DIONISIO said he is supposed to call the guy [Poss Alejandro] this weekend and will see what happens. ISRAEL said for DIONISIO friend to come and it will be done there right away. DIONISIO acknowledged. ISRAEL said he spoke to his partner about it already. ISRAEL said that his partner told him to tell third party to come. DIONISIO said that those Indians will go all the way over there but if what's said is done they will head back with everything. ISRAEL acknowledged. ISRAEL said he talked to PILO because PILO would release 2 or 3. ISRAEL said he would be releasing them.

ISRAEL said that his partner told him that as soon it gets here for third party to give them 2 days and it will be done. ISRAEL said that his partner gave him the green light. DIONISIO asked if ISRAEL told his partner that it will be right after lent. ISRAEL affirmed. DIONISIO said that PILO needed some too but he couldn't. DIONISIO told ISRAEL that PILO lost a car. ISRAEL said that the guy that had gone up to ISRAEL's got caught in Amarillo. ISRAEL asked if the guy was heading up there to ISRAEL's. DIONISIO affirmed. ISRAEL asked how many horses. DIONISIO said 8.

[DIONISIO answered his other phone in the background]

DIONISIO said that PILO told him that he only had the other thing that was pending.

ISRAEL said they will wait for DIONISIO friend then. DIONISIO said they have to try with everyone and talk to all of the people. ISRAEL acknowledged.

ISRAEL said that JAVI called from Quahtla him and told him that they pasture [Poss marijuana] for the horses. ISRAEL said he told JAVI that they wanted pasture too. ISRAEL said that he talked to JAVI about how much the bales where. ISRAEL said JAVI told him that they thought the price there [Chicago] was too low. ISRAEL said that JAVI told ISRAEL to say hi to DIONISIO. DIONISIO acknowledged. ISRAEL said that his partner gave him the green light to start racing the horses. DIONISIO acknowledged. ISRAEL said for DIONISIO to tell his friend that there the horses will be taking care of in 2 to 3 days. DIONISIO said they needed to talk before it comes. ISRAEL acknowledged. ISRAEL said to tell PILO to wait. DIONISIO acknowledged.

Dionisio and Israel have gotten tired of waiting for PILO to send another cocaine load to Illinois. Dionisio told Israel that the 8 kilograms recently seized in Amarillo, TX was bound for Illinois. Dionisio and Israel agree to wait for Alejandro to deliver and that Israel had already cleared it with his partner, the father-in-law.

Israel told Dionisio that Martin Javier Alamos-Delgado had called him to let him know he had pasture for the horses, meaning marijuana. Israel wanted Dionisio to tell Alamos-Delgado that the horses would be taken care of in 2 to 3 days, meaning payment for the marijuana shipment would be complete in 2-3 days.

| 88 | 4/5/2011 | 09:34 | TT 1 | 4635 | INCOMING | 630-806-3983 | Israel AGUIRRE-Carrete / Dionisio SALGADO | |
|----|----------|-------|------|------|----------|--------------|-------------------------------------------|---|

ISRAEL asked DIONISIO what was new. DIONISIO told ISRAEL that he had talked to Poncio [Pilo] on Saturday. ISRAEL asked what the guy [Pilo] had said. DIONISIO told ISRAEL that the guy [Pilo] said that he [Pilo] was going to be ready this week. DIONISIO told ISRAEL that the guy [Pilo] had said that he [Pilo] had seen that it wasn't working with that man [Third Party]. ISRAEL indicated that he had not heard DIONISIO. DIONISIO that the guy [Pilo] had said that he [Pilo] didn't end up with anything with that man [Third Party]. ISRAEL acknowledged. DIONISIO told ISRAEL that the guy [Pilo] said that the only thing he [Pilo] ended up with was with problems. ISRAEL acknowledged.

DIONISIO told ISRAEL that the guy [Pilo] had said to let him [Pilo] see if the other one [Second Third Party] got there and they would see what happened during this week. ISRAEL acknowledged. ISRAEL told DIONISIO to tell the guy [Pilo] to bring at least 8 pencils or pens [poss. narcotics] that if he [Pilo] went there [ISRAEL's Location] so that it was worth it. DIONISIO acknowledged.

DIONISIO told ISRAEL that the other guy [poss. Alejandro] hadn't called DIONISIO and had dropped the phone already. ISRAEL acknowledged. DIONISIO said that it was a problem. DIONISIO asked if that other guy [poss. Alejandro] had called ISRAEL. DIONISIO told ISRAEL that it was the other guy [poss. Alejandro] that DIONISIO had talked about who after Easter...

[CALL WAS DISCONNECTED]

---

Dionisio told Israel that PILO had still not sent the cocaine but thought it would go out that week. Dionisio said Alejandro had not called him recently and that Alejandro had dropped his telephone again, so Dionisio did not have a way to contact him. Dionisio wondered if Israel had heard from Alejandro.

| 89 | 4/5/2011 | 09:36 | TT 1 | 4636 | INCOMING | 630-806-3983 | Israel AGUIRRE-Carrete / Dionisio SALGADO | |
|----|----------|-------|------|------|----------|--------------|-------------------------------------------|---|

ISRAEL told DIONISIO that he could hear DIONISIO better now. DIONISIO acknowledged. DIONISIO told ISRAEL that the guy [poss. Alejandro] had not called DIONISIO. DIONISIO asked if the guy [poss. Alejandro] had called ISRAEL. ISRAEL said no and added that no one had called ISRAEL. DIONISIO told ISRAEL that he didn't know if the guy [poss. Alejandro] had gotten a new phone. ISRAEL acknowledged. DIONISIO told ISRAEL that he didn't know and that the guy [poss. Alejandro] had not called DIONISIO. DIONISIO told ISRAEL that the guy [poss. Alejandro] had said that something was going to come together the week after Easter. ISRAEL acknowledged. ISRAEL said he hoped so. DIONISIO agreed.

DIONISIO told ISRAEL that he was going to call. DIONISIO told ISRAEL that DIONISIO had tried calling Zarapero [Lupe] in the morning but he [Lupe] had not answered. DIONISIO told ISRAEL that he would get the new [phone] number for the guy [poss. Alejandro] from the man [Lupe]. ISRAEL acknowledged. DIONISIO told ISRAEL that then they would see if the guy [poss. Alejandro] yes or no. DIONISIO

told ISRAEL that the guy [poss. Alejandro] had said yes but those guys [poss. Alejandro and co.] said one thing and did another. DIONISIO told ISRAEL that those guys [poss. Alejandro and co.] were a bunch of liars. ISRAEL acknowledged. DIONISIO told ISRAEL that they would see what happened.

ISRAEL told DIONISIO that a person had called ISRAEL from Mickey's land then said that the land of the mouse [poss. play on words on Disneyland, meaning California]. DIONISIO acknowledged. ISRAEL told DIONISIO that the person had told ISRAEL that there had been a problem around the area where Jaimillo [Jaime] Amaya used to be. DIONISIO acknowledged. ISRAEL told DIONISIO that he thought that Jaime Amaya's mother-in-law had gone to university [jail] too. DIONISIO asked if the mother-in-law. ISRAEL said yes. ISRAEL told DIONISIO that they [poss. police] had caught her [Jaime Amaya's mother-in-law] with medicine [poss. narcotics] and toys [poss. weapons] and with lots of things. DIONISIO asked ISRAEL if Jaimito [Jaime Amaya] was out. ISRAEL said no. ISRAEL told DIONISIO that he thought that he [Jaime Amaya] was already studying for his doctorate and had little to go. ISRAEL told DIONISIO that he [Jaime Amaya] was almost out of school [jail] then added that in a year more or less. DIONISIO told ISRAEL that things were tough. ISRAEL acknowledged.

ISRAEL told DIONISIO that it had been the mother-in-law and it had been really big toys [poss. weapons]. ISRAEL told DIONISIO that it had been big toys [poss. weapons] then added that *chivo* toys [lit. goat, Mexicans refer to AK-47s as *cuerno de chivo* [goat horn] because the curved magazine looks like a goat horn]. DIONISIO asked if a lot of them [weapons]. ISRAEL said that it had been a lot of them [weapons]. ISRAEL told DIONISIO that the person had said that things had gotten ugly.

ISRAEL told DIONISIO that Carmelo still owed [things] there [poss. ISRAEL's Location]. DIONISIO acknowledged. ISRAEL asked if DIONISIO knew his [Carmelo's] brother called Antonio. DIONISIO said yes and referred to Antonio as Tono. ISRAEL told DIONISIO that that guy [Antonio] was in Oro [Santa Maria del Oro] and was living in one of Arnoldo Ortiz's widow's houses. DIONISIO acknowledged. ISRAEL told DIONISO that the widow told Tono [Antonio] to tell his [Antonio's] brother Carmelo to report in or else they [widow and co.] were going to go get him [Carmelo] or Antonio was going to pay that guy's [Carmelo's] debts. DIONISIO cursed. DIONISIO asked if that guy [Carmelo] also owed him [poss. a reference to Arnoldo Ortiz]. ISRAEL told DIONISIO that Carmelo owed the widow. DIONISIO acknowledged.

DIONISIO asked if that guy [Carmelo] owed them [ISRAEL and co.]. ISRAEL said yes. ISRAEL told DIONISIO that they [widow and co.] had said for that guy [Carmelo] to report in or they would see what happened. ISRAEL told DIONISIO that they [widow and co.] said that either the guy [Carmelo] came down or Antonio would pay. DIONISIO asked what they [widow and co.] were thinking working with him [Carmelo]. DIONISIO told ISRAEL that he had heard that that guy [Carmelo] was a candy [poss. sweet talker]. ISRAEL acknowledged.

ISRAEL told DIONISIO that ISRAEL's friend had gone there [poss. Mexico] and it had been a normal thing and the guy [Carmelo] told ISRAEL's friend that he [Carmelo] would sell ISRAEL's friend a lot of land in the plains. DIONISIO acknowledged. ISRAEL told DIONISIO that ISRAEL's friend had said yes and that he [ISRAEL's friend] wanted to make a deal. ISRAEL told DIONISIO that ISRAEL's friend had asked how much and the guy [Carmelo] had said 50 and ISRAEL's friend had given the guy [Carmelo] 30. ISRAEL told DIONISIO that his friend was a straight shooter. DIONISIO acknowledged. ISRAEL told DIONISIO that the guy [Carmelo] had suddenly

appeared over there [poss. ISRAEL's Location].  DIONISIO asked ISRAEL if there had been a contract or anything.  ISRAEL told DIONISIO that the guy [Carmelo] had told Pedro [poss. ISRAEL's friend] had said he [Carmelo] would bring Pedro the contract and Pedro had said no problem.  ISRAEL told DIONISIO that then the guy [Carmelo] went and sold it [plot of land] to Flavio Anaya, the one from *puerta* [lit. door].  DIONISIO cursed.  ISRAEL told DIONISIO that they were going to see what to do with that guy [Carmelo].

DIONISIO told ISRAEL that that had been a bad deal.  ISRAEL agreed.  ISRAEL told DIONISIO that to lose 30 cows [poss. money] like that was tough.  DIONISIO agreed.  ISRAEL told DIONISIO that that was the way that guy [Carmelo] did it.  ISRAEL told DIONISIO that that guy [Carmelo] cheated all over.  DIONISIO told ISRAEL that he knew that that guy [Carmelo] was bad news.  ISRAEL acknowledged.  DIONISIO told ISRAEL that that guy [Carmelo] was the kind you didn't get close to.  ISRAEL agreed.  ISRAEL told DIONISIO that they had not gotten close or gone there to put a fence or wire or anything.  DIONISIO told ISRAEL that things were tough.  ISRAEL acknowledged.  DIONISIO told ISRAEL that those guys [Carmelo and co.] were drowning.  ISRAEL said that all they [Carmelo and co.] were just looking to see who they could take down the river with them.  DIONISIO acknowledged.

ISRAEL told DIONISIO to talk to Poncio [Pilo].  ISRAEL told DIONISIO to tell the guy [Pilo] to hurry.  ISRAEL told DIONISIO to tell the guy [Pilo] to add a lot of feathers to the coconut so that the meat came out good [not sure, but he's poss. talking about narcotics].  DIONISIO acknowledged.  DIONISIO told ISRAEL that the guy [Pilo] had not answered DIONISIO's calls during the whole week.  DIONISIO told ISRAEL that not until yesterday or Saturday.  ISRAEL acknowledged.  DIONISIO told ISRAEL that they all knew that the guys [poss. SOS's] in Mexico didn't work during Easter.  ISRAEL said that they didn't move.  DIONISIO said no.  DIONISIO told ISRAEL that they [poss. SOS's] worked more during Christmas than Easter.  DIONISIO told ISRAEL that Easter was sacred.  ISRAEL agreed.

ISRAEL told DIONISIO to let the guy [Pilo] know.  ISRAEL told DIONISIO to tell the guy [Pilo] that ISRAEL wanted to do it and that they [ISRAEL and co.] had receipts [money] and as soon as they [poss. narcotics] got there then ISRAEL would give them [receipts - money] out.  ISRAEL told DIONISIO that Pilo was like the Roman Popes who had mass once and wanted to have the next one in the middle of the year but wanted everyone to walk the straight and narrow in the meantime.  ISRAEL told DIONISIO that that was tough.  DIONISIO said that that kind of thing didn't work.  ISRAEL acknowledged.  ISRAEL told DIONISIO to tell the guy [Pilo] to work it because there was a future there [poss. ISRAEL's Location].  DIONISIO said that he had told the guy [Pilo].

DIONISIO told ISRAEL that he had even told the guy [Pilo] about a really good friend [poss. Javier].  DIONISIO told ISRAEL that DIONISIO had told the guy [Pilo] that if he [Pilo] couldn't do it then DIONISIO could send a really good friend [poss. Javier] from Mexico.  DIONISIO told ISRAEL that he had told the guy [Pilo] that the guy [Pilo] had what the friend [poss. Javier] didn't have and the guy [Pilo] didn't have what the friend [poss. Javier] didn't have.  DIONISIO told ISRAEL that he had told the guy [Pilo] that they [Pilo and poss. Javier] should team up.  ISRAEL agreed.  DIONISIO told ISRAEL that the guy [Pilo] had only said yes but didn't try.  DIONISIO told ISRAEL that he didn't know things were down there [Mexico].  ISRAEL acknowledged.  DIONISIO told ISRAEL that they would talk later and that DIONISIO had to take a call.  ISRAEL acknowledged and said he would call DIONISIO later.  DIONISIO acknowledged.

| 90 | 4/5/2011 | 12:58 | TT 1 | 4654 | OUTGOING | PTT 62*372297*11 | PILO / Dionisio SALGADO | |

PILO told DIONISIO that he was on his way to the border to wait for the guy [poss. courier].  PILO told DIONISIO that he would see what happened if he [poss. courier] had things [poss. narcotics].  DIONISIO said that he hoped so.  DIONISIO told PILO that Israel, Panzon had called DIONISIO in the morning and had asked what had happened and if DIONISIO had talked to PILO or to another guy [poss. Alejandro] whom they [Israel and co.] were looking for.  DIONISIO told PILO that he had told the guy [Israel] that PILO was on vacation and that PILO was going to call DIONISIO.  DIONISIO told PILO that the guy [Israel] had told DIONISIO to tell PILO and to see what was going on happen.  DIONISIO told PILO that he had told the guy [Israel] that the problem wasn't with PILO but it was with the other people [poss. couriers].  PILO acknowledged.

PILO asked DIONISIO if the guy [Israel] had gotten some receipts [money] because he [Israel] still owed a bit to PILO.  PILO told DIONISIO that since PILO had company, that person [PILO's partner] had asked PILO how the guy [Israel] was doing.  PILO asked DIONISIO if the guy [Israel] could gather some like last time.  DIONISIO acknowledged and told PILO that DIONISIO would call and ask the guy [Israel] if he [Israel] had some [money].  DIONISIO told PILO that DIONISIO had asked the guy [Israel] last time but that the guy [Israel] had said that he [Israel] had already talked to PILO and then hadn't talked about it anymore.  DIONISIO told PILO that he was going to call the guy [Israel] and ask.

PILO told DIONISIO that the guy [Israel] had said that he [Israel] would do it today but PILO had called and the guy [Israel] hadn't answered.  PILO told DIONISIO that the guy [Israel] might be asleep.  PILO told DIONISIO that if the guy [Israel] finished that little detail then PILO could organize it with the young guy [poss. courier].  PILO told DIONISIO that he had had to spend a lot because nothing had been left.  DIONISIO acknowledged.  DIONISIO asked PILO what the possibilities were about making a change [poss. couriers].  PILO told DIONISIO that the man [poss. PILO's boss] was on vacation but had told PILO that the man [poss. PILO's boss] hadn't found anyone who could go over there [poss. US].  DIONISIO acknowledged.

DIONISIO told PILO to send everything he could over there [poss. Chicago] in case PILO found someone to go.  PILO acknowledged.  PILO told DIONISIO that he was going to the border to talk that man [poss. courier] and organize things.  DIONISIO acknowledged.  DIONISIO told PILO that he would talk to the guy [Israel] and call PILO back.  DIONISIO asked if PILO had the guy's [Israel's] new radio number.  PILO told DIONISIO that the guy [Israel] had called PILO the other day but PILO didn't know if PILO might've erased it.  PILO said he thought he did because the call had gone through and maybe the guy [Israel] was... [STATIC]  DIONISIO acknowledged and said he would look for the guy [Israel] and then call PILO back and see what the guy [Israel] had said.  PILO acknowledged.

| 91 | 4/5/2011 | 13:04 | TT 1 | 4656 | INCOMING | 630-806-3983 | Israel AGUIRRE-Carrete / Dionisio SALGADO | |
|----|----------|-------|------|------|----------|--------------|------------------------------------------|--|

DIONISIO told ISRAEL that Pilo had just called DIONISIO.  ISRAEL asked what the guy [Pilo] had said.  DIONISIO told ISRAEL that the guy [Pilo] said he [Pilo] was going to go to the border to arrange those things.  DIONISIO told ISRAEL that the guy [Pilo] was going to talk to the man [poss. courier].  DIONISIO told ISRAEL that he had asked the guy [Pilo] if there was a chance and that the guy [Pilo] had said yes.  DIONISIO told ISRAEL that the guy [Pilo] had asked DIONISIO to call ISRAEL and see if ISRAEL could gather some papers [money] so the guy [Pilo] could send it.  DIONISIO told ISRAEL that the guy [Pilo] had said that he [Pilo] didn't have anything left and that he [Pilo] didn't have any [money] right now.  ISRAEL acknowledged.

DIONISIO told ISRAEL that it was to cover the costs over there and that the guy [Pilo] said that he [Pilo] was struggling.  DIONISIO told ISRAEL that the guy [Pilo] said he [Pilo] didn't have any [money] for gas.  ISRAEL acknowledged and said he would call the guy [Pilo].  DIONISIO acknowledged.  DIONISIO told ISRAEL that the guy [Pilo] said that he [Pilo] had been calling ISRAEL but thought that ISRAEL was still sleeping.  DIONISIO laughed.  DIONISIO told ISRAEL that he had told the guy [Pilo] that he had talked to ISRAEL already and would tell ISRAEL to call.  ISRAEL acknowledged.  DIONISIO told ISRAEL that he had asked the guy [Pilo] if they were going to continued working and the guy [Pilo] had said yes.  DIONISIO told ISRAEL that the guy [Pilo] said that he [Pilo] was going to go over there [border] to talk to the man [poss. courier].

DIONISIO told ISRAEL that he had also told the guy [Pilo] that if it was going to happen to send a lot of people so that they could work and that the guy [Pilo] had said yes.  DIONISIO told ISRAEL that the guy [Pilo] said that it would just take time to organize everything.  DIONISIO told ISRAEL that today was when they [Pilo and co.] would start moving.  DIONISIO told ISRAEL that he had talked to the guy [Pilo] on Saturday and the guy [Pilo] said that he [Pilo] was on the coast but would go to the F [for *frontera*, lit. border].  ISRAEL acknowledged.  ISRAEL told DIONISIO that he would see if he could send the guy [Pilo] 600 or 700 dollars.  DIONISIO acknowledged and told ISRAEL to talk to the guy [Pilo] and see what was going on and what they needed.  ISRAEL acknowledged.
Both parties said good-bye.

| 92 | 4/5/2011 | 13:09 | TT 1 | 4658 | INCOMING | 630-806-3983 | Israel AGUIRRE-Carrete / Dionisio SALGADO | |
|----|----------|-------|------|------|----------|--------------|------------------------------------------|--|

ISRAEL told DIONISIO that he had talked to the guy [Pilo] already.  DIONISIO acknowledged.  ISRAEL told DIONISIO that the guy [Pilo] wanted everything.  ISRAEL told DIONISIO that ISRAEL almost asked the guy [Pilo] if he [Pilo] was dumb or there was something wrong with him [Pilo] like what Javi had told DIONISIO.  DIONISIO laughed.  ISRAEL told DIONISIO that the guy [Pilo] asked if ISRAEL could do him [Pilo] the favor because he [Pilo] needed the whole amount and ISRAEL had said that those people [poss. ISRAEL's buyers] were going to take some time to come down from the ranch, the ones who had taken the animals and the grass [poss. narcotics].  ISRAEL told DIONISIO that he had told the guy [Pilo] that ISRAEL had

600 bucks to give him [Pilo]. ISRAEL told DIONISIO that the guy [Pilo] had said that was fine but had also asked 2 or 3 times how long it was going to take the people [poss. ISRAEL's buyers] to come down. ISRAEL cursed and told DIONISIO that it was just like ISRAEL had said. DIONISIO acknowledged.

DIONISIO told ISRAEL that the guy [Pilo] had not told DIONISIO how much or anything but just asked if ISRAEL could help him [Pilo] out. DIONISIO told ISRAEL that the guy [Pilo] had said that it was the only thing left to him [Pilo]. ISRAEL acknowledged and said he knew that. ISRAEL told DIONISIO that he had told the guy [Pilo] that he would call the guy [Pilo] back. ISRAEL asked if DIONISIO could gather at least 2 [poss. 2,000]. ISRAEL said he would see if he could. ISRAEL told DIONISIO that it was just like ISRAEL had said. ISRAEL told DIONISIO that the guy [Pilo] would wind them up but then just left them like that. DIONISIO agreed. DIONISIO told ISRAEL that that was the problem but DIONISIO had called the guy [Pilo] and he [Pilo] had said they would continue.

DIONISIO told ISRAEL that this was a problem. DIONISIO told ISRAEL that the thing was for work to come so that there was some [poss. money] because if not there was no way. ISRAEL agreed. ISRAEL told DIONISIO that this [poss. 600 dollars] was what ISRAEL had. ISRAEL told DIONISIO that the other man [poss. ISRAEL's father-in-law] was out and was looking for something. DIONISIO agreed. DIONISIO told ISRAEL that he had told the guy [Pilo] and said that DIONISIO was waiting for a call from someone else [poss. Alejandro] and that they [DIONISIO and ISRAEL] were looking around. ISRAEL acknowledged. ISRAEL told DIONISIO that they would see if they could get something better and more constant. DIONISIO told ISRAEL that it was what they [DIONISIO and ISRAEL] needed. ISRAEL acknowledged.

ISRAEL told DIONISIO that he had been thinking that all they [DIONISIO, ISRAEL and Pilo] were saying was yes, then no and back and forth. DIONISIO acknowledged. ISRAEL told DIONISIO that he didn't like that. ISRAEL told DIONISIO that he was going to see what he could do and hoped the guy [Pilo] didn't do what the guy [Pilo] did last time and that no and that it would take longer. DIONISIO acknowledged and said he had already told the guy [Pilo]. DIONISIO told ISRAEL that he thought that he had talked really harsh to the guy [Pilo] twice or three times because the guy [Pilo] would just stay quiet. ISRAEL acknowledged.

DIONISIO told ISRAEL that he didn't want to commit if it wasn't going to work. ISRAEL acknowledged. DIONISIO told ISRAEL that they had to let them know. ISRAEL acknowledged. ISRAEL told DIONISIO that he didn't tell the guy [Pilo] anything and would just let DIONISIO know because they [ISRAEL and DIONISIO] known each other their entire lives. DIONISIO acknowledged. DIONISIO told ISRAEL that he would let the guy [Pilo] know but DIONISIO didn't want to ruin things and the guy [Pilo] would just abandon them. ISRAEL agreed. ISRAEL told DIONISIO that sometimes he got angry because he didn't know what the guy [Pilo] was thinking. DIONISIO laughed. DIONISIO told ISRAEL that they would see what happened.

DIONISIO told ISRAEL that he was going to call Zarapero [Lupe] either tonight or tomorrow morning so he [Lupe] could give DIONISIO the other [phone] number [Alejandro's]. DIONISIO told ISRAEL that the other guy [poss. Alejandro] hadn't called DIONISIO. ISRAEL acknowledged and they would see what was new. DIONISIO acknowledged. ISRAEL told DIONISIO that he would see if he could get 1 or 2 [poss. 1,000 or 2,000] for the guy [Pilo] today and if not would see if he could in a couple of days. DIONISIO acknowledged. ISRAEL told DIONISIO that he was going to call the guy [Pilo]. DIONISIO acknowledged. Both parties said good-bye.

| 93 | 4/6/2011 | 10:51 | TT 1 | 4670 | OUTGOING | MEXICO 52-16491034319 | LUPE / Dionisio SALGADO | |
|----|----------|-------|------|------|----------|------------------------|--------------------------|--|

Parties greet. DIONISIO asked LUPE for Alejandro's number. DIONISIO said that Alejandro was supposed to call DIONISIO but didn't. LUPE said ALEJANDRO told him [LUPE] that the main guy [poss ALEJANDRO's Uncle S.O.S] wanted to talk to LUPE. LUPE said he told ALEJANDRO to call DIONISIO. LUPE said ALEJANDRO's uncle wanted to talk to LUPE as well. DIONISIO acknowledged. LUPE said he told ALEJANDRO that he's been busy buying beans elsewhere. DIONISIO acknowledged. LUPE told DIONISIO that he was in Torreon at the moment.

DIONISIO said he's been trying to reach LUPE since yesterday. DIONISIO said that they were supposed to do something with Alejandro and "Panson" [Israel]. DIONISIO said he told ISRAEL about the guy from Cuauhtémoc [Mexico]. LUPE asked DIONISIO if he had Alejandro's new number. DIONISIO negated. LUPE said he would go to Alejandro's mom to get the new number. DIONISIO told LUPE that third parties [Alejandro and CO] change their numbers often. DIONISIO said ALEJANDRO promised to call with the new number.

DIONISIO said he was receiving calls from UM [poss ISRAEL] to see if anything was going to happen. DIONISIO said he was supposed to meet with the guy from Cuauhtémoc [Mexico] at the capital [poss Denver]. LUPE acknowledged and asked if Panson met with the guy from Tapatia. DIONISIO said ISRAEL didn't do anything after all. LUPE said his friend [from Tapatia] spent the weekend at LUPE's location. LUPE said his friend told him that nothing happened [with ISRAEL]. DIONISIO acknowledged. LUPE said his friend said ISRAEL was going to high [poss needed too much product]. DIONISIO said he told LUPE's friend that he would guarantee him a dozed [poss would purchase a dozen kilos every week]. DIONISIO said LUPE's friend agreed that a dozen was the most he would do [send] at one time.

LUPE said Panson's "compadre" [poss family member] in Santa Maria and he said they [ISRAEL and CO] where working with someone else that is getting them what they need. DIONISIO said Panson said he would organize more [product] if DIONISIO could get it to them the correct number [amount or price]. LUPE acknowledged. LUPE asked if ALEJANDRO could provide ISRAEL with the number he needs. DIONISIO affirmed. LUPE said that he will call Alejandro tomorrow to see if Alejandro has the same number or LUPE will go to Alejandro Mom's house and asked for it. DIONISIO acknowledged and mentioned that everyone is leaving. LUPE repeated that Israel's father in law said he was getting stuff from somewhere else because the number was right. DIONISIO acknowledged.

LUPE said his friend [from Tapatio] offered ISRAEL's father in law some stuff [product]. LUPE said ISRAEL's father in law mentioned that the numbers were to high with LUPE's friend. DIONISO acknowledged. LUPE said he would try to get ALEJANDRO's number by tomorrow or the next day. DIONISIO acknowledged. Parties promised to speak later.

Dionisio was still networking his various cocaine sources in Mexico and the U.S. to obtain regular deliveries. Dionisio wanted LUPE LNU, PILO LNU, and Alejandro LNU to meet with Martin Javier Alamos-Delgado in Cuauhtémoc, Chihuahua, Mexico for the purpose of providing Alamos-Delgado with additional amounts of cocaine to send to the U.s.

| 94 | 4/7/2011 | 10:13 | TT 1 | 4688 | INCOMING | 630-806-3983 | Israel AGUIRRE-Carrete / Dionisio SALGADO | |
|----|----------|-------|------|------|----------|--------------|-----------------------------------------|--|

DIONISIO asked what was new with ISRAEL. ISRAEL said he was calling PONCHO [poss PILO] because he just got some receipts [money]. ISRAEL said he was able to get 7 [poss. 700.00] for him but PILO didn't answer. ISRAEL said he talked to PILO yesterday but PILO promised to call back. DIONISIO said PILO was probably busy. DIONISIO said he had a few "Dientillo's" [Slang for 10] to talk to PILO about.

ISRAEL asked DIONISIO if he spoke to ZARAPE [LUPE]. DIONISIO said LUPE was in Torreon. DIONISIO said LUPE was going to try to get UM's [ALEJANDRO's] number. DIONISIO said third parties [ALEJANDRO and CO] were still willing to work but they don't lower the number [price]. ISRAEL acknowledged. DIONISIO said he was trying to reach LUPE's friend as well. ISRAEL said third parties [ALEJANDRO and CO] wanted their grounds to get wet but they won't leave any water for them [ISRAEL and DIONISIO] [ISRAEL indicates that ALEJANDRO wants to make as much money as possible even if ISRAEL and DIONISIO don't make anything]. DIONISIO said he would call third parties later.

ISRAEL acknowledged. ISRAEL told DIONISIO to call his other cell phone and leave him a message. DIONISIO agreed and said they needed to pay PONCY [PILO] either way. ISRAEL agreed but mentioned that he would need third parties to come down [with more product] as well. DIONISIO acknowledged.

| | | | | | | | | |
|--|--|--|--|--|--|--|--|--|

Dionisio and Israel are keeping each other up to speed on communications with the sources of supply in Mexico. Israel wanted to send some of the money he still owed PILO to him but PILO does not answer his telephone.

| 95 | 4/7/2011 | 12:43 | TT 1 | 4708 | INCOMING | 630-806-3983 | Israel AGUIRRE-Carrete / Dionisio SALGADO | |
|----|----------|-------|------|------|----------|--------------|-----------------------------------------|--|

Parties greet. ISRAEL asked DIONISIO if he talked to PILO. DIONISIO said he tried to call but PILO's wife said he was busy running errands. ISRAEL acknowledged. ISRAEL said his partner [ISRAEL's father in law] wanted to know what happened with Mickey and the arrangement that was set. DIONISIO told ISRAEL to call the PILO and find out what happened. ISRAEL said PILO always tells ISRAEL that he will talk to him later. DIONISIO tells ISRAEL to speak firmly to PILO. DIONISIO told ISRAEL that they have JAVIER either way. ISRAEL said his partner really needs to know what is going on. DIONISIO mentioned that UM wanted him [DIONISIO] to call third parties [poss Mickey and CO] so they can pay. ISRAEL acknowledged.

DIONISIO told ISRAEL to call JAVIER so he could give them a new number to the old man. DIONISIO told ISRAEL to speak firmly. ISRAEL agreed to call and also told DIONISIO to call as well. DIONISIO agreed. DIONISIO mentioned that the old man and JAVIER don't really get along. ISRAEL said he thought DIONISIO was going to speak with the old man first. DIONISIO said JAVIER wanted to give ISRAEL UM's new number so he can pay. ISRAEL said he would call JAVI to get the new number.

| 96 | 4/7/2011 | 12:54 | TT 1 | 4711 | OUTGOING | 630-806-3983 | Israel AGUIRRE-Carrete / Dionisio SALGADO | |
|----|----------|-------|------|------|----------|--------------|---------|---|

Parties greet. ISRAEL said he just finished talking to JAVIER. ISRAEL said that the numbers that JAVI had [poss for Benjamin] were disconnected. ISRAEL mentioned that JAVIER and BENJAMIN had a disagreement. ISRAEL mentioned that JAVIER told BENJAMIN about the incident that happened with MICKEY. ISRAEL said JAVIER told BENJAMIN that ISRAEL was left waiting. ISRAEL said he told BENJAMIN that he [JAVIER] is the one looking bad because he is in the middle. DIONISIO said JAVIER told him about the discussion he had with BENJAMIN. ISRAEL mentioned that JAVIER has a number to BENJAMIN's nephew. ISRAEL said JAVIER urged him to go [to Mexico] and fix the problem. DIONISIO mentioned that he heard BENJAMIN sent JAVIER to hell. ISRAEL acknowledged and mentioned that JAVI was getting some cows ready right before BENJAMIN sent him to hell as well. DIONISIO acknowledged. DIONISIO said he told JAVI to be careful.

ISRAEL said that JAVIER mentioned that he knows where the cows are and how to get them. DIONISIO acknowledged. DIONISIO said the last time he talked to BENJAMIN he blamed everything on his nephew [MICKEY]. DIONISIO said that BENJAMIN never answered his calls after that conversation.

ISRAEL said his partner [father in law] tends to remember about the incident and gets pissed off. DIONISIO acknowledged. ISRAEL said he acted in good faith and they [BENJAMIN and CO] never responded. DIONISIO told ISRAEL to go out there [Mexico] if he needs to. DIONISIO said he is keeping everything cool because of JAVIER. ISRAEL said JAVIER was tired of fixing everyone's problem. ISRAEL said JAVIER got a little pissed off but ISRAEL was able to calm him down. DIONISIO acknowledged. ISRAEL said JAVIER mentioned that people have fucked him over 2-3 times and that was enough.

DIONISIO mentioned that he agreed with PILO when he said that he gives people chances as long as he is able to get his motor running. ISRAEL agreed. ISRAEL said that business needs to get rolling to make money. DIONISIO said JAVIER understands that but BENJAMIN doesn't. ISRAEL said that 20 papers [poss 20,000.00 dollars] are out there floating. DIONISIO said 20 papers are a lot. ISRAEL said he went into hiding from his partner when the incident happened. ISRAEL said his partner complained about the trust that ISRAEL broke. ISRAEL told DIONISIO that he trusted him [DIONISIO] and DIONISIO trusted JAVIER. DIONISIO agreed and blamed the problems on BENJAMIN.

ISRAEL said he gave third parties [poss MICKEY] the receipts and acted in good faith. ISRAEL said he couldn't check the weight of the cows [kilos] because it was a big quantity. ISRAEL said that it would be easier if they were dealing with 3-4 cows [kilos]. ISRAEL said you have to take your time when you are dealing with a big quantity. DIONISIO said he has always been cool with ISRAEL and he the one that fucked up was UM [BENJAMIN or MICKEY]. ISRAEL agreed.

DIONISIO told ISRAEL that they need to keep working. ISRAEL agreed and said that he needs to keep the machine running. ISRAEL said he just needs to find the field [SOS] to shave off the mountain [transport product]. ISRAEL said his partner [father in law] gets mad every time ISRAEL asks him to buy product. ISRAEL said his partner mentioned that he doesn't have anything [money] and they are just beginning to build up the business again. DIONISIO acknowledged.

DIONISIO asked ISRAEL if JAVIER is willing to get stuff going. ISRAEL said he asked JAVIER for as much stuff [product] as possible. ISRAEL said JAVIER promised to start looking for stuff. DIONISIO said he would continue making calls. ISRAEL acknowledged and mentioned that he has the papers ready for PILO as well. ISRAEL said his partner has intentions of continuing to work. DIONISIO acknowledged. ISRAEL said that one of the guys [SOS] should come through soon. DIONISIO said they just need to get organized.

ISRAEL said he felt that PILO didn't care about the fact that he [ISRAEL] had papers ready. DIONISIO acknowledged. ISRAEL said he has always spoken well with DIONISIO and vice versa. DIONISIO agreed. ISRAEL told DIONISIO to keep pressuring PILO to call ISRAEL with the number. DIONISIO agreed. Parties agreed to speak later.

---

Dionisio and Israel discussed their prior difficulty regarding a shipment of narcotics that resulted in Israel and Dionisio on the hook for payment of a load that did not get delivered. It is unclear if the narcotic shipment was seized or stolen by Mickey LNU, nephew of Mexico source of the supply Benjamin LNU.

| 97 | 4/8/2011 | 20:15 | TT 1 | 4782 | OUTGOING | PTT 62*372297*11 | PILO / Dionisio SALGADO | |

PILO told DIONISIO that he had gone in there [poss. US] and was at the border. PILO told DIONISIO that he had not taken the radio with him because he had not wanted to go in there [poss. US] with it. PILO told DIONISIO that that had been why PILO had not answered. DIONISIO told PILO that it was all right and that PILO's wife had told DIONISIO that yesterday. DIONISIO told PILO that his wife had told DIONISIO that PILO had gone out. DIONISIO told PILO that he had called PILO in yesterday in the afternoon.

DIONISIO told PILO that they [poss. Pillo and co.] had called DIONISIO from Phoenix and had asked DIONISIO if it was still going to happen. PILO acknowledged. PILO told DIONISIO that he was looking into that and that he was waiting at the border for the man [poss. SOS]. PILO told DIONISIO that he had not wanted to go in there [poss. US] since a lot of bad things had happened there. DIONISIO acknowledged and told PILO to take care. DIONISIO told PILO that he would call PILO tomorrow so they could talk. DIONISIO told PILO that the guy [poss. Pillo] had asked DIONISIO what was going on and what was new. DIONISIO told PILO that he had told the guy [poss. Pillo] that he had not talked to PILO again. DIONISIO told PILO that the guy [poss. Pillo] had said that he [poss. Pillo] had called PILO and PILO had not answered. PILO told DIONISIO that he was trying to fix the thing up there [poss. Chicago] with the man [poss. SOS] there but would talk to the man [poss. SOS] about it. PILO told DIONISIO that they would talk tomorrow.

PILO told DIONISIO that the friend [poss. Israel] had said that he [poss. Israel] had some money up there but PILO had not been able to call him [poss. Israel] back yesterday because PILO had been busy. PILO told DIONISIO that he hoped that the friend [poss. Israel] would answer tomorrow and that way PILO could get out of some of those setbacks. DIONISIO acknowledged. DIONISIO told PILO that the friend [poss. Israel] had told DIONISIO something similar. DIONISIO told PILO that the friend [poss. Israel] had called DIONISIO yesterday when DIONISIO had called PILO and PILO's wife had answered. DIONISIO told PILO that the friend [poss. Israel] had said that he [poss. Israel] needed to talk to PILO so that PILO

could give him [poss. Israel] news.   DIONISIO told PILO that the friend [poss. Israel] had called DIONISIO late and DIONISIO had told the friend [poss. Israel] that DIONISIO had not been able to get a hold of PILO.   DIONISIO told PILO that DIONISIO had told the friend [poss. Israel] that PILO had said that he would call DIONISIO back but had not.   DIONISIO told PILO that he could call the friend [poss. Israel] tomorrow or PILO could do it.   PILO said that they would call the friend [poss. Israel] tomorrow.

PILO told DIONISIO that he would be there with the people [poss. SOS and co.] tomorrow.   PILO told DIONISIO that he was at the border.   PILO told DIONISIO that they would see how much the friend [poss. Israel] would give them so they could start.   PILO told DIONISIO that they were already fixing a car and getting everything in order.   DIONISIO acknowledged.   DIONISIO told PILO to go there and added that it was close by [poss. Phoenix] and take 2 at least so that the guy [poss. Pillo] didn't keep bothering DIONISIO.   PILO told DIONISIO that he thought it could happen.   PILO told DIONISIO that he would argue for that in the morning. PILO told DIONISIO that he had already told the man [poss. SOS] about the other thing [poss. Chicago].   PILO told DIONISIO that it had been the reason why PILO had gone there [border].   PILO told DIONISIO that the man [poss. SOS] had called PILO.   DIONISIO acknowledged.

DIONISIO asked PILO if they were going to still go through with it.   PILO said yes and said that that had been the reason why PILO had gone there [border].   PILO told DIONISIO that the man [poss. SOS] had called PILO there [border] so that they could agree on something.   DIONISIO acknowledged.   DIONISIO told PILO that they would talk tomorrow.   DIONISIO told PILO to take care.   PILO acknowledged and thanked DIONISIO.   PILO told DIONISIO that they would talk in the morning. DIONISIO acknowledged.
Both parties said good-bye.

| 98 | 4/9/2010 | 07:20 | TT 1 | 4783 | INCOMING | 630-806-3983 | Israel AGUIRRE-Carrete / Dionisio SALGADO | |

DIONISIO said that PILO called last night around 9. DIONISIO said that PILO told him that he just got back yesterday from the border. DIONISIO said that PILO did have his phone on him. DIONISIO said PILO was being careful because of the problem he had before but was getting ready to get things going again.

DIONISIO said he told PILO that ISRAEL wanted to talk to him about what was pending [Poss money] with PILO.

DIONISIO said that PILO said that he will call them [DIONISIO and ISRAEL] around noon. DIONISIO said that PILO mentioned that he wanted a little bit of cash. DIONISIO told ISRAEL to see if he can pay back PILO so there won't be any excuses. ISRAEL acknowledged. DIONISIO said that PILO was thought that ISRAEL was sending more money than what it is. ISRAEL acknowledged. DIONISIO said that PILO told him that he was just waiting for the guy and will get back to DIONISIO but that there were a little bit of problems. ISRAEL acknowledged.

DIONISIO asked how things were with ISRAEL. ISRAEL said everything was good. DIONISIO acknowledged.

Parties agree to talk later.

**During the months of February, March, April, and May 2010 Dionisio SALGADO, Martin Javier ALAMOS-Delgado, Martin Javier Alamos-Garcia, Pilo LNU, Javier Batista-Cervantes, Alejandro LNU, Hector CHAVEZ, and Panzon discussed the transportation of multi kilogram quantities of cocaine being shipped from Mexico, into the United States and then transported into Canada. During these discussions, ALAMOS-Delgado and ALAMOS-Garcia enlisted the help of SALGADO to communicate with his cocaine sources of supply in Mexico to participate in the shipments to Canada because Delgado and Garcia could not get the quantities from their source of supply in Mexico that the Canadians were requesting. Assisted by the interception of the telephone used by ALAMOS-Garcia, 16.5 kilograms of cocaine were seized at the Montana / Canadian border on April 30, 2010. Based on the interceptions it was learned that PANZON was the source for the 16.5 kilograms.**

| | DATE | TIME | LINE # | CALL # | INCOMING | OUTGOING | PARTICIPANTS | RULE |
|---|---|---|---|---|---|---|---|---|
| 99 | 2/4/2010 | 10:39 | TT 1 | 2789 | | Mexico PTT 72*594407*4 | Martin Javier ALAMOS-Delgado / Dionisio SALGADO / Martin Javier ALAMOS-Garcia | |

SALGADO told JAVIER how he (Salgado) had arranged things with ISRAEL AGUIRRE-CARRETE to transport kilogram quantities of cocaine to Chicago but that AGUIRRE-CARRETE would not agree to the price per kilogram being 26.5. SALGADO told JAVIER "they" were ready to leave today or tomorrow but they (Aguirre-Carrete) said no. JAVIER asked SALGADO if "those guys" could go up there. SALGADO asked where? JAVIER told SALGADO "Canada." SALGADO asked JAVIER "what number can they put for over there." JAVIER said "thirty" (30). SALGADO asked if they had to "cross the other border." JAVIER said yes.

JAVIER told SALGADO what they can do is "take it to the D and then change 'mueble' (phonetic: believed to be for car)." "It fits fifteen (15)." JAVIER told SALGADO "the truck will arrive on Saturday or Sunday." "If they let you borrow them, then you and JAVI… JAVI is right there. He came down to buy stuff. He's gonna take it on Saturday or Sunday. You can meet him somewhere and talk. Try to borrow them if you can." JAVIER told SALGADO "that is how we are working right now, with stuff that we borrowed." JAVIER said if SALGADO could get it in Denver then it will be done. JAVIER said "they" (Javier and Javi) were inviting SALGADO with them. JAVIER then told SALGADO he was going to put JAVI on the telephone with SALGADO.

MARTIN JAVIER ALAMO-GARCIA AKA "JAVI" came to the telephone, SALGAO asked JAVI how it went for JAVI. JAVI replied to SALGADO that it had gone great and that he was just there to meet with those people. SALGADO asked JAVI if JAVI needed the cars that he (SALGADO) could get to Denver or all the way up there. JAVI said in Denver adding that there was a truck that could take the "people" up there only. JAVI said if SALGADO could bring it on Saturday, they might as well send it in there. SALGADO told JAVI he would see what he (Salgado) could arrange with the guy. JAVI told SALGADO "I'm gonna load the luggage on the truck, me and the other guy that they are sending." JAVI continued, "They will be out in a week depending

on how many there are; we put 15 people work in 8 days." SALGADO said "Okay, let me see if they let me borrow then (10) or (7)." JAVI told SALGADO "If you could get 7, it doesn't matter." JAVI said whatever SALGADO could come up with, even if it was two (2) or three (3), and that there was a lot of paper over there. JAVI explained further, "lots and lots of paper (money) that will come out right away, in at the most 15 to 20 days." SALGADO said he would check with the guy and would let JAVIER and JAVI know. JAVI told SALGADO to tell the guy for the trucks to go at "95,000 kilometers and up." JAVI said it should not be under 90 or if not they were going to struggle a lot to take it out because they ask for quality over there. SALGADO told JAVI not to worry, because it was 100 percent.

| 100 | 2/4/2010 | 10:58 | TT 1 | 2792 | | Mexico PTT 72*594407*4 | Martin Javier ALAMOS-Delgado / <br><br> Dionisio SALGADO / <br><br> Martin Javier ALAMOS-Garcia | |
|---|---|---|---|---|---|---|---|---|

SALGADO told JAVIER, "I know another guy, but I trust this other guy because I've worked with him for a while and he will let me borrow them." And "if something can be done, can you take the papers where you are?" JAVIER replied "Yeah, but remember that they are Canadian papers."

In the above calls with ALAMOS-Delgado, his son ALAMOS-Garcia, and SALGADO, Delgado and Garcia talked with SALGADO about transporting kilogram quantities of cocaine from Mexico, to the Denver area, and into Canada. Delgado wanted SALGADO to contact his sources of supply and convince them to let SALGADO borrow the cocaine, meaning get it fronted without paying until it was sold, to be transported by Delgado and Garcia's associates. Delgado and Garcia described how their transportation vehicle could hold up to 15 kilograms at a time and that they can turn the shipment around within about 8 days. Garcia told SALGADO that the Canadians had a great deal of money and the shipments would need to be regular, every 15 to 20 days. Garcia also said that the Canadians required high quality cocaine at 90 % and above. SALGADO agreed to talk to his associates, meaning PILO, LUPE, and Alejandro LNU.

| 101 | 2/4/2010 | 11:12 | TT 1 | 2796 | INCOMING | Mexico PTT 62*197413*2 | PILO / Dionisio SALGADO | |
|---|---|---|---|---|---|---|---|---|

PILO told DIONISIO he was really tired and hadn't slept yet. DIONISIO acknowledged. DIONISIO told PILO that it won't be done with that guy [Israel] because they wanted it at 26. PILO told DIONISIO that he thought it was too low and asked if PILO could do it. PILO acknowledged and said he would call DIONISIO tomorrow [U/I] road [U/I]. DIONISIO acknowledged and said he had another guy [Javi per call 2786] that went all the way to Canada. DIONISIO said that the buddy [Javi] needed something [product]. DIONISIO said they needed to talk about that. PILO acknowledged and told DIONISIO that he will call back. DIONISIO acknowledged.

| 102 | 2/4/2010 | 20:49 | TT 1 | 2824 | OUTGOING | Mexico PTT 72*594407*4 | Martin Javier ALAMOS-Delgado / Dionisio SALGADO | |
|-----|----------|-------|------|------|----------|------------------------|-----------------------------------------------------|--|

JAVIER said he had been talking with Javi and told DIONISIO that the trailer was coming from over there this weekend so he was calling to see if DIONISIO had done something [with Pilo]. JAVIER said 20 [kilos] could fit [in the trailer]. DIONISIO he had been talking to [Pilo] but [Pilo] was out and DIONISIO couldn't understand very well but that [Pilo] said they would talk tomorrow. DIONISIO said he tried to explain to [Pilo] but DIONISIO didn't know if [Pilo] understood. DIONISIO said that [Pilo] had said they would talk tomorrow. DIONISIO said he needed to explain everything to [Pilo] and give him time to put things together. DIONISIO said he didn't think it would happen this time but next time. DIONISIO said they should talk and do things calm and see if [Pilo] actually wanted. JAVIER agreed. JAVIER asked if it was good and if [Pilo] could work frequently and if [Pilo] could get himself so that JAVIER could discard these [current sources/Benjamin] mother fuckers. JAVIER said that they had sent JAVIER to hell and that fucking old man [Benjamin] had given a little [U/I] [poss product] and that [Benjamin] had given him [Javi] a chance.

DIONISIO said that [Pilo] has a partner like a brother or something but [Pilo] does as much as twenty [kilos] at one time. DIONISIO said that last time [Pilo] was good. DIONISIO said he would give JAVIER [Pilo's] number so that JAVIER and [Pilo] could talk over the phone and they could figure out if they could work. JAVIER told DIONISIO to talk to [Pilo] and see what happens. JAVIER asked where [Pilo] was located. DIONISIO said [Pilo] lives in "Guamuchil" [MX], but [Pilo] goes down to the capital and has been at the border last year in Nogales, Cananea and Guadalajara after they got him out. DIONISIO said that [Pilo] is a young guy. JAVIER acknowledged and told DIONISIO to see what he would figure out there and call JAVIER back.

JAVIER said the trailer should arrive Saturday, Sunday, or Monday at the latest. JAVIER said he should get confirmation on Saturday in the morning on what time [the trailer] will arrive. JAVIER said this guy [Javi] takes off as soon as they confirm and that [Javi] can catch a plane in El Paso and head over there [poss to Denver]. JAVIER said [he called] to let DIONISIO know that if DIONISIO could do that it could be done right away. JAVIER asked that DIONISIO call if DIONISIO figure something out. DIONISIO said he would talk to [Pilo] and that [Pilo] had 5 [kilos] set aside for another guy [Israel] but he wasn't sure [if it would happen]. DIONISIO asked JAVIER that if [Pilo] brought it up there what number would be good, something that was negotiable that is good for everyone so they all could work. JAVIER said he didn't understand what DIONISIO asked. DIONISIO said he wants to negotiate a number to get them [product] up to Denver whether it's 24, 25, or 26 so that DIONISIO could tell [Pilo] that was what they could [offer] so they could all get [money]. JAVIER said 25. DIONISIO agreed and said that was what he had thought.

DIONISIO agreed to negotiate everything and return JAVIER's call. DIONISIO said he would try to introduce [Pilo] to JAVIER via telephone. DIONISIO mentioned that he didn't mind if [Pilo] and JAVIER talked. JAVIER acknowledged and said that was very good. JAVIER said that DIONISIO knew how long it had been since he [Javi] had left there [Colorado]. JAVIER said [Javi] had brought them [Canada distributors] 1/2 of stuff [poss 500,000.00 worth of product]. DIONISIO asked who owned the transportation if it was theirs [poss Benjamin] or JAVIER's. JAVIER said it was theirs from there [Denver] to over there [Canada]. JAVIER said it was

his and Javi's and that the kid over there had helped JAVIER and Javi to buy the cars [pos actual transport vehicles]. DIONISIO said that was good and wondered what they were doing [and not working together more]. DIONISIO said they would talk with [Pilo] and see if they could do that.

JAVIER said that the transportation from here [poss Mexico] to over there [poss Denver] was JAVIER's but those guys [Benjamin] had sent JAVIER to hell. JAVIER said they should see if they could meet in person and talk about that. JAVIER said it was the same one from [Denver to Canada]. JAVIER said they had bought three cars between himself, Javi, and the guy from Canada. JAVIER said that the client from Canada was JAVIER's. JAVIER mentioned that he has three cars and they have gone back and forth twice. DIONISIO acknowledged. Parties agreed to speak tomorrow.

Delgado told SALGADO that the transport vehicle with cocaine would be arriving in Colorado that weekend and Delgado wanted to see if SALGADO had talked to his associates to see if they could participate by supplying additional kilograms of cocaine to go to Canada. SALGADO told Delgado that he trusted PILO like a brother but that PILO had not committed to the shipment at that time. SALGADO wanted to know from Delgado what he could relay to PILO regarding what price PILO could expect to be paid per kilogram. Delgado told him 25, meaning $25,000 per kilogram. SALGADO said he would continue to convince PILO that this was an exceptional opportunity. SALGADO said he would try and introduce PILO and Delgado over the telephone and SALGADO didn't mind if Delgado and PILO talked, meaning that SALGADO didn't feel as if Delgado and PILO would cut SALGADO out of the deal should they begin conversing. Delgado told SALGADO that he and his son Garcia owned the transportation and that the Canadians had helped them purchase vehicles to transport the cocaine in.

| 103 | 2/6/2010 | 15:15 | TT 1 | 2976 | OUTGOING | Mexico PTT 62*197413*20 | PILO / Dionisio SALGADO | |

Parties greeted. DIONISIO said he tried calling yesterday so they could talk. DIONISIO said that guy [Israel] had said yes and for PILO [and his people] to come. DIONISIO asked what PILO thought. PILO said that since DIONISIO didn't say anything in a hurry and the people [source] were in a hurry the guy said it would happen on the next trip. PILO said that since they [source] were so demanding wanting to know right away. DIONISIO said he had told PILO Thursday night that it would happen. PILO said he was going to talk to him [the source] and that PILO would call DIONISIO back. DIONISIO acknowledged.

DIONISIO said he wanted to talk to PILO about a buddy [Javier] that was [Audio glitch] working in Denver and DIONISIO was wondering if something could be done with what PILO had. DIONISIO said that it was good there. DIONISIO said that if PILO wanted PILO could talk to him [Javier] and that DIONISIO could go to Denver or something so they could talk. DIONISIO said he had his kids with him and would call PILO later. PILO acknowledged and said he would talk there and that PILO's radio was losing charge. DIONISIO acknowledged.

| 104 | 2/19/10 | 14:24 | TT 1 | 3075 | OUTGOING | Unknown | Martin Javier ALAMOS-Garcia / Dionisio SALGADO | |
|-----|---------|-------|------|------|----------|---------|-----------|--|

GARCIA told SALGADO that he was getting ready to leave again and asked what SALGADO thought.  SALGADO said "No, well, that's good, man.  Work really hard on that deal and be very careful."  SALGADO then asked GARCIA "Um, do you anyone around there that coul- that could give me a hand?  When you come back, so I, I-so I don't stop, man, and keep working.  No, it's f___ up.  Let's see if you could do it again just like we used to you and I.  And, and, and, and then just as soon as it goes through, I'll send it to you."

| 105 | 2/19/10 | 14:28 | TT 1 | 3076 | INCOMING | Unknown | Martin Javier ALAMOS-Garcia / Dionisio SALGADO | |
|-----|---------|-------|------|------|----------|---------|-----------|--|

GARCIA asked SALGADO "Let me see.  If I give you a whole one, how long will it last you?"  SALGADO replied "No, no, that's a lot, man.  Uh, uh, uh, uh .. (stuttering)  It's fine with one 'recamara' (room/ quarter).  No more than that, see? But, but… Th- the thing is- the thing is that those people that I have they are leaving me and so that they don't leave- so that they don't leave me, well, I need something a bit better."  ALAMOS-GARCIA told SALGADO "Alright. No, well, let me talk to these guys, to see if- I'll deal with them and I'll give it to you and then you just pay me when you're finished."  SALGADO agreed and added that ALAMOS-GARCIA knew about how much it would be and that SALGADO would take about two (2) weeks, maybe three (3) to get rid of a "recamara."  SALGADO said he would not disappoint ALAMOS-GARCIA.

During the same call, ALAMOS-GARCIA and SALGADO then changed topics.  ALAMOS-GARCIA asked SALGADO what SALGADO'S friends had said.  SALGADO told ALAMOS-GARCIA that he (Salgado) had talked to the guy yesterday.  SALGADO said one of them had said that he needed to talk to his associate and the other one had said that in a month.  ALAMOS-GARCIA told SALGADO "No, well f___ing nice, right?  Yeah, well convince him, convince, them because it's good, the shit is real f___ing nice."  ALAMOS-GARCIA continued, "Talk to them about it because they're coming out- I mean, I need twenty (20) Nicho, and these guys can't complete them for me.  But they're coming out every week- every fifteen days."  SALGADO told ALAMOS-GARCIA "That's it.  But like in a month something will happen.  That's what they told me, but as far as taking care of me, they will."  ALAMOS-GARCIA told SALGADO "That's good.  Yeah, it's a beauty.  It is a beaut- Yeah me, me or my dad, whoever (Audio Glitch) to wherever they are to (Audio Glitch).  I'll go to wherever they are so I can talk to them and explain it to them and how the whole thing is.  And the shit is f___ing good just the way I tell you about it."

GARCIA told SALGADO that he was getting ready to shepherd another cocaine shipment to Canada and asked what SALGADO thought. SALGADO told GARCIA to be careful and then asked if GARCIA could supply SALGADO with a quarter kilogram of cocaine for local distribution. GARCIA would attempt to get SALGADO something. GARCIA then asked what the status of SALGADO'S friends were and if they could contribute cocaine to future loads. SALGADO told GARCIA that he had talked to LUPE and PILO but neither was quite ready to commit. GARCIA told SALGADO to convince them

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | because it was a really good deal and GARCIA and his father DELGADO could not get all they needed at a time with their current source of supply. | | | | | | | |
| 106 | 3/25/10 | 11:43 | TT 5 | 069 | OUTGOING | PTT 100*509*6882 | Martin Javier ALAMOS-Garcia / Javier BATISTA-Cervantes | |
| | GARCIA told BATISTA "If you want, call my uncle. And tell him to come to my aunt's house, not to go rent a hotel because we are going to stay in a different city." CHURRO said "All right then. I'll call him." JAVI then asked "And Churro?… I just heard him talk." | | | | | | | |
| | JAVI told CHURRO to get in contact with the Canadian money courier "Uncle", "Uncle" was later identified as Calvin Wayne Skidmore. Uncle was en-route to JAVI'S location in Colorado, so that "Uncle" would meet JAVI at his aunt's house, rather than staying in a hotel like he usually does when delivering the narcotic proceeds. | | | | | | | |
| 107 | 3/25/10 | 12:53 | TT 5 | 076 | INCOMING | PTT 100*509*6882 | Martin Javier ALAMOS-Garcia / Javier BATISTA-Cervantes | |
| | An incoming call was intercepted over TARGET TELEPHONE FIVE from CHURRO using Push To Talk number 100*509*6882. CHURRO is heard talking to another individual in English, "Okay, okay, entonces (phonetic) um Martin will waiting for you over there okay. Okay see- see you later man. Take care. Good luck, bye." CHURRO then turned his attention to JAVI and said, "It's done, half an hour cousin. Did you copy me? He will arrive at your aunt's house in a little bit." JAVI responded, "Um all right then, thanks a lot (unintelligible) in half an hour." | | | | | | | |
| | CHURRO is talking to the Canadian money courier (in English) who is en-route to Colorado with narcotics proceeds. CHURRO relays to JAVI that he had talked to the courier and the courier would be at JAVI'S location in approximately one half hour. | | | | | | | |
| 108 | 3/25/10 | 14:52 | TT 1 | 4370 | OUTGOING | 307-389-8740 | Alejandro LNU / Dionisio SALGADO | |
| | An outgoing call was intercepted over TARGET TELEPHPNE ONE to ALEJANDRO at cellular number (307) 389-8740. During the conversation, SALGADO told ALEJANDRO "I'm a friend of Lupe the Zarapero." SALGADO explained further "Yeah, I had lost your number man, but a little while ago I called the guy and he gave me the number again." SALGADO told ALEJANDRO that he had tried to call ALEJANDRO. ALEJANDRO told SALGADO "Yeah it's because I don't talk and well I don't know what's going on. Like I change them pretty often." SALGADO told ALEJANDRO "…I talk to this man and we agree. He- he said that- that they were going to come out to the border and they would go (unintelligible) an emergency, see. They lasted a week | | | | | | | |

over there, when I called him (stutters) had."

SALGADO asked ALEJANDRO "Did you know that I had another man dude. Um?"  SALGADO continued "I mean he can pick you guys up from there and he would tale you guys o, o, I mean It's because he also takes stuff up there in Canada."  ALEJANDRO said "Oh, okay."  SALGADO told ALEJANDRO "I would like for us to talk and, and when you're here with me, we'll call him so we can get into an agreement.  I mean he can come and talk to you, he's, he's over there in Chihuahua."  ALEJANDRO said "Oh, yea."  SALGADO continued "Yes, he comes and leaves and, and the one that comes and spends more time here is one of his sons.  Get it? I was thinking that you can go with his son.  Just go behind them, oh, oh some way or another it would get done.  Get it? The good thing is to talk to see if we can work."  ALEJANDRO said, "Yes, yes," but cautioned SALGADO, "The only thing is that I don't have time right now.  It would be after lent weekend because I'm too up."  SALGADO told ALEJANDRO "But, so you can take into consideration.  Because I was talking to Lupe and he gave me the number.  He told me that (stutters) that he was waiting on a answer from the man.  But we need to do something fast (laughs).  The situations is f___n hard.  We're broke."  ALEJANDRO agrees.

The conversation continued during an outgoing intercepted call at approximately 2:56 PM, over TARGET TELEPHONE ONE to ALEJANDRO at cellular telephone number (307) 389-8740.  ALEJANDRO told SALGADO "… I'm on the road; the call cuts off a lot, dude.  Is going to cut again."  SALGADO told ALEJANDRO "Okay and I would call the man to see if he comes or his son.  To see what he says and is it worth it.  The only problem would be the number."  ALEJANDRO and SALGADO agree to talk again later.

When SALGADO said "I' [m a friend of Lupe the Zarapero," SALGADO was referring to LUPE, a narcotics source of supply in Mexico that SALGADO has been intercepted talking to throughout this investigation.  Through intercepted conversations, LUPE has been referred to as "Zarape" and "Zarapero."  When ALEJANDRO and SALGADO talked about ALEJANDRO'S number, and ALEJANDRO said "… I change them pretty often," it is known by drug investigators that drug traffickers change phone numbers as frequently as they believe necessary to prevent the identification and interception by law enforcement of the telephones they are using to conduct illegal activities.  When SALGADO told ALEJANDRO "did you know that I had another man dude, um," and "…he also taken stuff up there in Canada," the "friend" SALGADO is referring to is JAVIER, father of MARTIN JAVIER (AKA JAVI) ALAMOS-GARCIA, the user and possessors of TARGET TELEPHONE FIVE.  Intercepted conversations to date between SALGADO, JAVIER, and JAVI have described the transportation of kilogram quantities of narcotics from Mexico, through Denver, Colorado, and delivered to Calgary, Alberta, Canada by JAVIER and JAVI. It is believed that during this call SALGADO is trying to get ALEJANDRO and JAVIER together so they can talk about ALEJANDRO supplying JAVIER with kilogram quantities of narcotics to be shipped by JAVIER and his son JAVI to Canada.

The man or his son SALGADO is referring to during the above conversation is JAVIER and his son MARTIN JAVIER (AKA "JAVI") ALAMOS-GARCIA.  When SALGADO said "… the only problem would be the number," SALGADO was referring to the price per kilogram of narcotics ALEJANDRO would charge JAVIER and JAVI, and SALGADO was cautioning ALEJANDRO that it shouldn't be too high if ALEJANDRO wanted to work with JAVIER and JAVI.

| 109 | 3/26/10 | 11:19 | TT 1 | 4400 | OUTGOING | 307-389-8740 | Alejandro LNU / Dionisio SALGADO |
|---|---|---|---|---|---|---|---|

An outgoing call was intercepted over TARGET TELEPHONE ONE to ALEJANDRO at cellular telephone (307) 389-8740. During the conversation, ALEJANDRO told SALGADO "I called you last night." SALGADO said, "Yeah, sometimes it works and sometimes it doesn't. I was going to ask you, are you close enough to meet the guy?" ALEJANDRO asked SALGADO "Where is he?" SALGADO told ALEJANDRO "He's by Aurora. By Chicalotes." ALEJANDRO told SALGADO "Oh, no… no. no I'm far." ALEJANDRO told SALGADO he would call him back.

SALGADO is talking about ISREAL AGUIRRE-CARRETE who lives in Aurora, Illinois. SALGADO wants ALEJANDRO and AGUIRRE-CARRETE to talk in person to discuss the delivery of narcotics by ALEJANDRO to AGUIRRE-CARRETE. When SALGADO said "Chicalotes," SALGADO is referring to Chicago.

| 110 | 3/26/10 | 12:14 | TT 1 | 4403 | INCOMING | 307-389-8740 | Alejandro LNU / Dionisio SALGADO |
|---|---|---|---|---|---|---|---|

ALEJANDRO asked SALGADO if his friend lives where SALGADO told him. SALGADO said yes. ALEJANDRO asked if they wanted to go to Canada. SALGADO said no that was another friend [Delgado]. SALGADO said he has two friends. SALGADO told ALEJANDRO the guy [Delgado] that he was telling him about lives in Mexico. SALGADO said the guy [Delgado] doesn't have anyone anymore. SALGADO told ALEJANDRO the guy [Israel] that is up there is ready. ALEJANDRO asked if it was the same guy from last time. SALGADO said yes. SALGADO told ALEJANDRO the guy [Israel] that is up there is asking for 26. SALGADO said his friend [Israel] guarantees 10 per week. ALEJANDRO acknowledged. ALEJANDRO asked if he had money to pay right away. SALGADO said almost everything. SALGADO said he had a friend [Pilo] that would bring him [Israel] 5. SALGADO said he pays him right away. ALEJANDRO acknowledged. ALEJANDRO said he won't let him borrow it. SALGADO said to try a 5 or 6. ALEJANDRO said they can try doing 1, 2, or 3 but they need to pay him right there and then. SALGADO said yes they can do that. SALGADO said ALEJANDRO can put a little store [poss warehouse] and he [Israel] would get 4 or 5. ALEJANDRO said he can't leave it with him [Israel] because that is a lot of responsibility. SALGADO acknowledged. SALGADO said ALEJANDRO needs to go so they can talk. ALEJANDRO said until next week because he is to up. ALEJANDRO said after Easter weekend. SALGADO acknowledged.

SALGADO told ALEJANDRO to talk to the guy [Delgado] from Mexico. SALGADO said sometimes he [Delgado] comes or his son [Garcia] comes but they just follow the bus. SALGADO told ALEJANDRO he knows him [Delgado] for a long time and he is good to do business with. SALGADO said that man [Delgado] might need 40 a month. ALEJANDRO said he can go and meet him [Delgado] anywhere he wants. ALEJANDRO said he is going up there [Canada] because it is 32. SALGADO acknowledged. SALGADO asked if they can get into an agreement. ALEJANDRO said they need to talk. SALGADO said the man [Delgado] would go get it [SALGADO's location] and take it up there [Canada]. ALEJANDRO acknowledged. ALEJANDRO told SALGADO to ask the man [Delgado] if he can get to SALGADO's capital [poss Denver] so they can talk. SALGADO asked if after Easter weekend. ALEJANDRO said yes. DIONSIO told ALEJANDRO he is not risking anything because all he's going to do is supervise. ALEJANDRO

acknowledged. SALGADO said he should talk to them so they can get into an agreement. ALEJANDRO said he can't leave anything without paying him first because it's a lot of responsibility. SALGADO acknowledged. SALGADO said if it was $500 or $1000 that it wouldn't be a big problem so he understands where ALEJANDRO was coming from. ALEJANDRO acknowledged. SALGADO said they are both [Delgado and Israel] hard workers and trustworthy. ALEJANDRO acknowledged. SALGADO said to get his number down and he would call him back when he talks to them [Delgado and Israel]. ALEJANDRO acknowledged. SALGADO asked when he could go up there [Israel's location]. ALEJANDRO said he wasn't sure because he was busy. ALEJANDRO asked SALGADO if he [Israel] can come to the capital [Denver] where SALGADO is located. SALGADO said he would ask him because he might have started working. ALEJANDRO acknowledged. SALGADO said he was going to talk to them and he would call him back. ALEJANDRO said he's more interested in the one that is further [Canada] because is more money. SALGADO acknowledged. SALGADO asked ALEJANDRO if they go up there [Canada]. ALEJANDRO said yes. ALEJANDRO said they just go to the edge they don't go all the way in. SALGADO said he [Garcia] goes all the way in [Canada]. ALEJANDRO said it's hard over there [Canada]. SALGADO acknowledged. ALEJANDRO said he would write down his number because he is going to change it. SALGADO told ALEJANDRO to give him a call once he gets his new number so it won't happen what happened last time. ALEJANDRO acknowledged. SALGADO said he might change his number too but the only reason he hasn't is because he hasn't done anything big. SALGADO said as soon as he does he would also change it. Both acknowledged.

SALGADO and ALEJANDRO are talking about ALEJANDRO sending a shipment of cocaine to Israel in Illinois and ALEJANDRO joining in with the Delgado's shipments of cocaine to Canada. ALEJANDRO is more interested in Canada because they get more per kilogram there. ALEJANDRO would like to meet with Israel and Delgado prior to doing anything and is adamant that he will not front any of the cocaine he must be paid at time of delivery.

| 111 | 3/26/10 | 12:40 | TT 1 | 4405 | OUTGOING | Mexico PTT 72*594407*4 | Martin Javier ALAMOS-Delgado / Dionisio SALGADO | |

Following the conversation with ALEJANDRO, SALGADO called DELGADO. During the conversation, SALGADO told DELGADO "Right now I was talking to a guy that I know. Well, a man introduced me to him. I had talked to him about the pending things you told me. He said there is possibilities of work but he said- I mean, he said can't let them borrow it. But he said to talk to see how we do it. He said 'I have some'." DELGADO told SALGADO he had to call him back. SALGADO agreed and said, "He told me hopefully you can come to talk. But he said he is willing to work. There (are) two other candidates beside this one. But he said they are willing to work. I'll be waiting for you phone call."

SALGADO is referring to ALEJANDRO. When SALGADO told DELGADO that ALEJANDRO doesn't let them borrow it, SALGADO meant that ALEJANDRO wanted payment for the narcotics he would provide to DELGADO right away. When SALGADO said "There (are) two other candidates beside this one," based on the intercepted calls SALGADO is referring to LUPE and PILO who SALGADO had also been talking to about supplying kilogram quantities of narcotics to be transported to Canada with DELGADO and GARCIA.

| 112 | 3/26/10 | 13:21 | TT 1 | 4410 | INCOMING | Mexico PTT 72*594407*4 | Martin Javier ALAMOS-Delgado / Dionisio SALGADO | |
|---|---|---|---|---|---|---|---|---|

DELGADO called SALGADO back and told SALGADO he was sorry, but he was with a customer.   SALGADO told DELGADO again "No, no problem dude.   I was telling (Unintelligible) with guy that has work.   Get it?   But he said he needs to talk. You don't thing you can come up to the capitol to talk to him?"   DELGADO said, "Yes, yes. I'll go dude. Let me just get some deals done, and I'll call you back. I'm sorry."   SALGADO told DELGADO "But this is like in a week, after Easter weekend."   DELGADO said, "Yes, that's good dude. It's better for me because the guy is here."   SALGADO asked DELGADO to repeat.   DELGADO said "Yes, because the truck that takes the sheeps is here."   SALGADO asked DELGADO if he had time to talk so he (Salgado) could tell him what he had told SALGADO.   DELGADO told SALGADO, "later."

DELGADO could not talk to SALGADO earlier so DELGADO had called SALGADO back. When SALGADO asked DELGADO if DELGADO could come to the "capital" to talk, SALGADO wanted DELGADO to come to Denver, Colorado, for the purpose of meeting with ALEJANDRO to come to an agreement about ALEJANDRO supplying kilogram quantities of narcotics to DELGADO that would be transported to Canada.   DELGADO agreed that he could come.   When DELGADO told SALGADO that the "truck" was there already, the one that takes the "sheeps," DELGADO meant that the vehicle used to transport the narcotics (sheeps) across the Mexico border into the United States and on to Canada was at DELGADO'S location and ready to depart for Colorado.

| 113 | 3/26/10 | 14:08 | TT 1 | 4414 | OUTGOING | 307-389-8740 | Alejandro LNU / Dionisio SALGADO | |
|---|---|---|---|---|---|---|---|---|

SALGADO called ALEJANDRO.   SALGADO told ALEJANDRO "I was talking to the guy from Chicago, and he said he started working. He can really move right now.   But if you want to talk to him.   And he said he likes the idea of you being there." ALEJANDRO asked SALGADO "Send me his number in a message and I'll call him." SALGADO agreed and said "Okay then, so let me send it to you right now."   SALGADO continued, "Okay then, and the man from Mexico said yes. He said he would come and talk. He only told me to tell him two or three days before."   ALEJANDRO agreed.

SALGADO advised ALEJANDRO about his conversation with ISREAL AGUIRRE-CARRETE in the Chicago area and DELGADO in Mexico with respect to reaching an agreement about ALEJANDRO supplying each with kilogram quantities of narcotics. When SALGADO told ALEJANDRO that AGUIRRE-CARRETE liked the idea of ALEJANDRO "being there," AGUIRRE-CARRETE meant that ALEJANDRO would deliver the narcotics to AGUIRRE-CARRETE and then stay in the area until AGUIRRE-CARRETE paid him for the shipment. When SALGADO said JAVIER had said yes, but needed two to three days advance notice JAVIER meant that he could travel to Denver to meet with ALEJANDRO and SALGADO to discuss ALEJANDRO supplying kilogram quantities of narcotics for delivery to Canada, but he needed time to travel there.

| 114 | 3/26/10 | 15:41 | TT 1 | 4421 | OUTGOING | Mexico PTT 72*594407*4 | Martin Javier ALAMOS-Delgado / Dionisio SALGADO | |
|-----|---------|-------|------|------|----------|------------------------|--------------------------------------------------|--|

SALGADO told JAVIER, "I was there talking to a friend. And- he said that, that he needed to talk. I'll kind of tell him. But- he said he can't just give it to him just like that because it's a risk. He said that he is working up there, dude. Over there where you guys go to. He only goes to the border.

| 115 | 3/26/10 | 15:42 | TT 1 | 4422 | OUTGOING | Mexico PTT 72*594407*4 | Martin Javier ALAMOS-Delgado / Dionisio SALGADO | |
|-----|---------|-------|------|------|----------|------------------------|--------------------------------------------------|--|

SALGADO and DELGADO continued the conversation. DELGADO asked SALGADO if he wanted to do it. SALGADO said yes, he is interested to go up there. SALGADO said he wanted to go after Easter weekend to the capital so they can talk. DELGADO agreed. SALGADO said he would call two (2) or three (3) days before so DELGADO can get ready to come. SALGADO said the only problem would be the number. SALGADO said "But either way I am still waiting on an answer for another one. But either way we should have two or three different options." SALGADO continued, "If the three hit, then good, and from the three of them, at least one has to hit. Either way we need to make some movements. What other ways can we do it, but this." DELGADO told SALGADO "I went yesterday or the day before yesterday, I sent that one to go and pick up a truck with papers and right now he's getting here dude." SALGADO told DELGADO "Well, either way, you should come and talk directly to them, get it?" SALGADO said the guy told him he like to do everything in person because he doesn't like to talk on the phone. SALGADO said the guy was going to call him back with a different number because he doesn't keep a phone number more than one(1) month.

SALGADO was referring to ALEJANDRO and the fact that ALEJANDRO does not like to provide the narcotics without getting payment right away. When SALGADO said "He is working up there," "where you guys go to," and that "he only goes to the border," SALGADO meant that ALEJANDRO also transports narcotics to Canada like DELGADO and JAVI, but ALEJANDRO does not take the narcotics across the border.

The guy SALGADO is talking to DELGADO about is ALEJANDRO. ALEJANDRO doesn't like to talk on the telephone. It is known by drug investigators that drug traffickers are fully aware that law enforcement is able to intercepted telephone calls so ALEJANDRO is trying to minimize communications to prevent detection by law enforcement about his illegal activities. When SALGADO told DELGADO, "But either way I am still waiting on an answer from another one," and "If the three hit then good, and from the three of them at least one has to hit. Either way we need to make some movements. What other ways can we do it, but this," SALGADO was telling DELGADO that ALEJANDRO was one option, and that he (Salgado) was waiting on another. Based on other intercepted phone calls in this investigation, SALGADO was referring to LUPE and PILO, whom SALGADO has been attempting to recruit to also supply kilogram quantities of narcotics that can be transported by DELGADO and JAVI from Mexico, through Colorado, and to Canada.

| 116 | 4/10/10 | 18:22 | TT 1 | 4818 | OUTGOING | Mexico PTT 72*594407*4 | Martin Javier ALAMOS-Delgado / Dionisio SALGADO | |
|-----|---------|-------|------|------|----------|------------------------|-----------------------------------------------|---|

Parties greet. DIONISIO told DELGADO that third party [ALEJANDRO] called him from a different number. DIONISIO said ALEJANDRO was still busy but he promised to do something with DIONISIO this week. DIONISIO said that ALEJANDRO is still stuck up there [Location unknown]. DELGADO acknowledged. DIONISIO said ALEJANDRO was supposed to call him two days in advance. DIONISIO asked ALEJANDRO why the prices are so high. DELGADO asked where. DIONISIO said at his location. DELGADO said the sheetrock was going for 18 dollars an hour [poss. 18,000.00 per kilo or pound]. DIONISIO said it was a good price. DIONISIO mentioned that he was talking to another party and his prices were too high. DIONISIO said third party [ALEJANDRO] hasn't talked about number because he doesn't like using the phone. DIONISIO said he is glad that ALEJANDRO still wants to work.

DELGADO asked what numbers the third party gave DIONISIO. DIONISIO said his friend [ISRAEL] said he was working with another party [SOS] but his prices were too high. DIONISIO said ISRAEL was waiting for another party [SOS] that is down south [poss. Mexico]. DIONISIO said that the parties that work for the big guys have everything very calculated. DELGADO asked is third party [SOS] could get it for 18 pesos. DIONISIO said 20-20 1/2 [20,000 to 20,500] at the border. DELGADO said he's seen the for 19,500 but 20-21 if it's good [good quality product]. DIONISIO said he got quoted the same price but third party [SOS] didn't make any money because he still had to pay other quotas. DIONISIO said he told third party to call if he was willing to work.

DIONISIO said that ISRAEL was mad the last time they talked. DIONISIO asked DELGADO if ISRAEL called him to ask for UM's [BENJAMIN's] phone number. DELGADO acknowledged and said he erased BENJAMIN's number because he was a bitch but had the nephews [Poss. Mickey] number. DIONISIO said ISRAEL was still mad about what happened. DIONISIO said he told ISRAEL that he should have never loosened up [poss. shouldn't have given the money]. DELGADO said he was 100% willing to back up ISRAEL if he wants to do anything. DELGADO expressed how much he dislikes BENJAMIN. DIONISIO said it might not be worth the hassle. DIONISIO said it was approx. 25 [poss. approx. 25,000 loss]. [Poor audio on DIONISIO's phone]. DELGADO said BENJAMIN deals in 20's [poss. 20 kilos] to fuck over people. DIONISIO acknowledged.

DIONISIO promised to keep DELGADO in the loop in case he finds anyone [an SOS]. DIONISIO asked JAVI to keep trying as well. DELGADO said he'll give "CHICA" [ISRAEL] the number to BENJAMIN's nephew. DELGADO said he told ISRAEL that JAVI had the number to a nephew of BENJAMIN's. DELGADO mentioned that he doesn't even want to see those fuckers [BENJAMIN and CO]. DIONISIO asked how JAVI was doing. DELGADO said JAVI hasn't gotten any work yet. DELGADO said he hasn't exchanged the papers [money] from over there [poss. Canada]. DIONSIO said he felt that UM [poss. ISRAEL] was shorted [money]. DELGADO said he won't do anything anymore if third parties [poss. CANADA distributors] don't have good papers.

| 117 | 4/10/10 | 18:30 | TT 1 | 4820 | INCOMING | Mexico PTT 72*594407*4 | Martin Javier ALAMOS-Delgado / Dionisio SALGADO |
|-----|---------|-------|------|------|----------|------------------------|------------------------------------------------|

Continued from call 4818

DELGADO told DIONISIO that third parties [poss. CANADA distributors] should have some [money]. DIONISIO acknowledged and promised to stay in touch with DELGADO.

| 118 | 4/28/10 | 18:59 | TT 5 | 212 | INCOMING | PTT 100*509*6882 | Javier BATISTA-Cervantes / Martin Javier ALAMOS-Garcia |
|-----|---------|-------|------|-----|----------|------------------|---------------------------------------------------------|

GARCIA told BATISTA, "…it's, uh, going to be 13,200 liters of gasoline.  That's what it had in the- and I barely made them fit!  No, so- so I fit them really good.  But it's going to be- and there are 46, 46 tanks in one bag.  But the total is 46 tanks and each tank has 13,200 liters".  BATISTA told GARCIA, "Well, I'll check it when it gets here, because he's going to leave after tonight (Aside: Where's the Uncle, man?)."  GARCIA said, "Didn't he leave like two hours ago? But he's talking- I sent you some bottles of brandy and that's it.  I sent some bottles of brandy, and he took two bottles of Jose Cuervo and some- some blankets and some ponchos that my dad bought for the family.  So you can send someone to pick them up, okay man?  So he doesn't have that with him.  But I- I took the, the seal off really good and everything."  BATITA-CERVANTES told GARCIA, "(Static) (Audio Glitch) (Unintelligible U/I) sent someone right now so they can wait for him (Static) (Audio Glitch) (U/I) there.  You told him to go to, to Great Falls, right? To stop there?"  GARCIA responded, "I told him to send a message where he was suppose to go because it's since he's taking the, the long way over there, he only goes through Shelby.  And, well, we'll see what happens.  But, well, yeah, everything's going good, everything's really good.  Well, anyway, that's what- I counted everything here.  So, so, yeah, everything's- everything's (U/I).  They say that- this guy said that this stuff is the best quality oil he's ever seen.  Let's see if it is true, the way they are."

GARCIA and BATISTA are discussing the amount of narcotics on its way to BATISTA being transported by the "Uncle" (Calvin Skidmore).  Further, when GARCIA says, "13,200 liters of gasoline" and "the total is 46 tanks and each tank has 13,200 liters," the term "gasoline" and "tanks" is coded language for narcotics and ALAMOS-GARCIA is telling BATISTA how much he (Alamos-Garcia) was able to put in SKIDMORE'S vehicle. When BATISTA says "… I'll check it when it goes here," BATISTA-CERVANTES means that he will count the packages of narcotics in SKIDMORE'S vehicle when SKIDMORE arrives to confirm what GARCIA describes other items to BATISTA that are being transported by SKIDMORE, such as bottles of brandy and blankets, and then GARCIA instructs BATISTA to "… send someone to pick them up"… "so he doesn't have that with him,"  GARCIA was concerned that those items in SKIDMORE'S vehicle might cause more questions to be asked at the Canadian border and lead to a search.

| 119 | 4/29/10 | 11:48 | TT 5 | 259 | OUTGOING | Mexico PTT 72*594407*4 | Martin Javier ALAMOS-Delgado / Martin Javier ALAMOS-Garcia | |

GARCIA told his father, "No, Not at all." DELGADO asked, You haven't called, and they haven't called you either?" GARCIA told his father, "They haven't called me. Just, um, the guy's still not there. He's probably still asleep." DELGADO asked GARCIA to clarify. ALAMOS-GARCIA said, "The old guy's probably asleep." DELGADO said, "He said it would take him fifteen (15) hours." GARCIA said, "Well, he left at 5:00. Who knows how long he'll take."

DELGADO is trying to find out whether or not the narcotics shipment has reached the customers in Canada. When DELGADO said "Have you heard anything from Coyachi," he is referring to Canada and whether or not the customers have called and confirmed that SKIDMORE had arrived with the shipment. When GARCIA said "He said it would take him fifteen (15) hours" and "… he left at 5:00," ALAMOS-GARCIA was talking about CALVIN SKIDMORE driving from Colorado to Canada and that SKIDMORE had departed Colorado the previous day at 5:00 PM.

| 120 | 4/30/10 | 10:36 | TT 5 | 370 | INCOMING | PTT 100*509*6882 | Hector CHAVEZ / Martin Javier ALAMOS-Garcia | |

CHAVEZ called GARCIA "cousin." CHAVEZ told GARCIA, "We barely slept. I'm waiting for the Uncle to call me. He hasn't called me. We'll see what's going on with the roads." GARCIA asked CHAVEZ, "they can't still be closed, or can they? I already checked the, the weather, but they're not closed right now." CHAVEZ said, "Let me call him. In like five- give me two minutes and I'll call you right back, okay." GARCIA asked CHAVEZ, "Well, why didn't you guys sleep? Didn't he sto-didn't he stay there last night?" CHAVEZ explained, "Yeah. What happened was that we were organizing, cousin, and we were, um, getting the things for my new house ready and, um, we were, um collecting and we were doing other things. We were sticking some gum and all of that." GARCIA responded, "Oh, all right. Listen, that time was this guy going to leave in the morning? DO you know?" CHAVEZ said, "No, cousin. He said he was going to call me, but I'll find him for you right now. Don't worry." GARCIA said, "All right. The thing is that he-well, that guy's got me worrying. Just to know if he's fine or not." CHAVEZ said, "All right. Let me call him. I'll call you in like two minutes, cousin, Hold on."

GARCIA, located in Denver, Colorado, is communicating with CHAVEZ to determine if SKIDMORE had arrived at CHAVEZ' location in Canada with the narcotics shipment. When CHAVEZ told GARCIA to hold on, "Let me call him," and then CHAVEZ would call GARCIA back in two minutes, CHAVEZ meant that he (Chavez) would call GARCIA back in two minutes, CHAVEZ meant that he (Chavez) would make telephone contact with SKIDMORE to determine his whereabouts and estimated time of arrival to CHAVEZ' location. When GARCIA said, "… well, that guy's got me worrying. Just to know if he's fine or not," GARCIA meant that he wanted to know if SKIDMORE had been caught and the shipment seized.

| 121 | 4/30/10 | 10:41 | TT 5 | 372 | OUTGOING | PTT 100*509*6882 | Hector CHAVEZ / Martin Javier ALAMOS-Garcia | |
|---|---|---|---|---|---|---|---|---|

CHAVEZ told GARCIA, "I already called him, cousin. He's still at the same place he was yesterday, but he said that he's already- the roads look clean, that he just has to check the room right now, and he'll take off right away. He said, 'just give me five minutes and I'll take off there'." GARCIA responded, "All right. Call me when he gets to your house, okay?"

CHAVEZ had contacted SKIDMORE and learned that he (Skidmore) would be departing his location shortly and would be en-route to CHAVEZ in Canada, which CHAVEZ then reported to GARCIA.

| 122 | 4/30/10 | 10:52 | TT 5 | 375 | OUTGOING | PTT 128*40753*101 | PANZON / Martin Javier ALAMOS-Garcia | |
|---|---|---|---|---|---|---|---|---|

PANZON asked GARCIA, "What's new?" GARCIA told PANZON, "Nothing, nothing. The Old Man stayed the night there in [U/I] just now, in a couple of hours." GARCIA continued, "They closed the streets yesterday because of the weather. He had to stay there." Panzon asked where. GARCIA repeated, "That they closed the roads because of the weather. He had to stay there. There where- close by." PANZON affirmed, "Oh, all right. (Noises in the background). Well, all right. So, you're coming back today then?" GARCIA told PANZON, "Yeah. God willing. Just as soon as he crossed and that everything's all right."

PANZON is the source of supply for the narcotics being transported by SKIDMORE and GARCIA is keeping PANZON apprised of the status of the shipment's delivery. When GARCIA said "The Old Man stayed there…" GARCIA was referring to SKIDMORE. When PANZON asked if GARCIA was "Coming back today then," PANZON was asking when GARCIA was coming back to Mexico. GARCIA replied in the affirmative and added, "Just as soon as he crosses and that everything's all right," ALAMOS GARCIA meant that he (GARCIA) didn't want to leave Colorado until he was able to confirm that SKIDMORE had crossed from the United States into Canada, and the shipment arrived to CHAVEZ and associates without difficulty.

| 123 | 5/6/10 | 13:04 | TT 5 | 921 | INCOMING | PTT 128*40753*101 | PANZON / Martin Javier ALAMOS-Garcia | |
|---|---|---|---|---|---|---|---|---|

PANZON asked what was new. GARCIA told PANZON to check the news for Cascada, Montana. PANZON told GARCIA that he was not in it but to explain to PANZON how to do it. GARCIA told PANZON that they [poss. Law Enforcement] had caught the guy [Skidmore] on this side [U.S.] in Casada or Cascada, Montana. GARCIA told PANZON that he was barely going to check. GARCIA told PANZON that he was going to leave his Aunt's house with a friend. GARCIA told PANZON that he was going to leave today in the afternoon. GARCIA told PANZON that they [poss. Law Enforcement] had let the girlfriend [Skidmore's] know. GARCIA told PANZON that those guys [Batista and Co.] had been there. GARCIA told PANZON that the sheriff had called her and let her know that the guy [Skidmore] had been detained on those charges. PANZON asked GARCIA if Cascada, Montana or Casada, Montana. GARCIA said yes. GARCIA told PANZON to check that out.

GARCIA told PANZON that he was going to go talk to PANZON as soon as he got there tomorrow anyway so that those guys [Batista & Co.] gave them [Garcia & Panzon] all of the information and PANZON could talk to those guys [Batista & Co.]. GARCIA told PANZON that it would be so that those guys [Batista & Co.] could send them [Garcia & Panzon] the papers and everything and say how it happened. PANZON acknowledged. GARCIA told PANZON not to worry because they would find a way. GARCIA told PANZON that he was really worried and wanted to leave [poss. Colorado] because he thought that they [poss. Law Enforcement] had set a tail starting here [poss. Colorado]. GARCIA told PANZON that he was going to get away from the place they [poss. Law Enforcement] knew that GARCIA and co. usually arrived.

GARCIA told PANZON that he was going to call PANZON back in a bit. GARCIA told PANZON that he was going to check the internet to see what was going on. GARCIA told PANZON that they were going to have the wife deliver the papers. GARCIA told PANZON that whenever you got stopped they [poss. Law Enforcement] gave you papers. GARCIA told PANZON that they [Batista & Co.] would fax them [papers] to them [Garcia & Panzon]. PANZON ACKNOWLEDGED. Garcia TOLD Panzon that it was really bad luck. GARCIA told PANZON that he didn't think that they had a tail from all the way over there [poss. Mexico] because then the guy [Skidmore] got caught on this side [U.S.]. PANZON told GARCIA that things happened.

PANZON told GARCIA that he has had people who've gotten caught over there [poss. U.s. or Canada]. PANZON told GARCIA that they [poss. Law Enforcement] had to run a check. GARCIA acknowledged. GARCIA told PANZON that he would call PANZON tomorrow as soon as he got there so that GARCIA could meet PANZON and talk to PANZON'S uncle. PANZON acknowledged. GARCIA told PANZON that he was going to check and call PANZON back in a bit. GARCIA told PANZON that all he needed to do was to get away. PANZON acknowledged.

GARCIA told PANZON (the source of supply for 16.5 kilograms of cocaine seized on the Montana / Canadian border on 4-30-10) that the courier had been arrested and the cocaine seized. GARCIA was concerned that law enforcement would also be looking for GARCIA because he had driven with the courier from Mexico to Colorado.

| 124 | 5/13/10 | 15:43 | TT 1 | 5696 | OUTGOING | Mexico PTT 72*594407*2 | Martin Javier ALAMOS-Garcia / Dionisio SALGADO | |

GARCIA asked DIONISIO SALGADO, "What happened with your friend? Nothing happened?" SALGADO responded, "You know, know, no, no- I mean, I- I told another guy, and he said that they would have a deal by this weekend at the latest." Later in the conversation, GARCIA told SALGADO, "No, well, that's really good. That's really, really good. No, it's not just talk, it's not just talk. I guarantee it. So, then, they'll throw the first one, and you'll see that their eyes are going to open wide." GARCIA continued, "Hopefully something happens, because it's really good over there. It is over there. But over here, it's (unintelligible). But over there, this f___ing thing is really good. Let's see if your friends are willing." SALGADO agreed, "Hopefully, hopefully and now- and now we can do something."

The above call reaffirms that GARCIA fully intends to continue participating in

the shipment of narcotics from Mexico, through the United States, and into Canada. Also, that GARCIA will continue to utilize TARGET TELEPHONE FIVE, as he did in the above call on May 13, 2010, two weeks following the arrest of SKIDMORE, to communicate while supervising / monitoring the shipments.  When GARCIA initiated the discussion with SALGADO about SALGADO'S friends, GARCIA was referring to SALGADO'S narcotics associates who had expressed an interest in getting involved in the Mexico- Colorado- Canada narcotics shipments by providing kilogram quantities of narcotics to be transported by GARCIA and his father ALAMOS-DELGADO. When GARCIA told SALGADO, "…it's not just talk…" and "…their eyes are going to open wide," GARCIA was saying that SALGADO'S friends would be very impressed to see that GARCIA could actually deliver the shipments to Canada and that transporting and selling the narcotics in Canada would be rewarding.  After discussions with Canadian authorities, it was found that Canadian customers are paying between $45,000 and $50,000 per kilogram of good quality cocaine.

During the interception of the telephones used by Dionisio SALGADO, it was learned that, in addition to SALGADO brokering multi-kilogram quantities of cocaine in the U.S., SALGADO also maintained a regular local distribution business in the Vail Valley area which included mid-level distributors as well as personal use customers. SALGADO'S main source of supply for this business was Martin Javier ALAMOS-Garcia. In December 2009, a vehicle stop was conducted on mid-level distributor Emeterio SOTO-Jimenez after SOTO obtained ounce quantities of cocaine from SALGADO, supplied by ALAMOS-Garcia. Following the stop ALAMOS-Garcia departed the U.S. and returned to Mexico because he feared being connected with the SOTO stop. Shortly thereafter, a call was intercepted between SALGADO and Noe ALAMOS-Montes. ALAMOS-Montes told SALGADO that he had provided ALAMOS-Garcia with the cocaine that went to SOTO. From that point forward, ALAMOS-Montes became SALGADO'S source of cocaine for his local distribution.

| | DATE | TIME | LINE # | CALL # | INCOMING | OUTGOING | PARTICIPANTS | RULE |
|---|---|---|---|---|---|---|---|---|
| 125 | 11/20/09 | 16:47 | TT 1 | 666 | OUTGOING | 970-390-7248 | Monique SEEBACHER / Dionisio SALGADO | |
| | SEEBACHER said she was still at work and asked what SALGADO was doing. SALGADO acknowledged and said he would be done in like an hour. SEEBACHER asked if SALGADO was working tomorrow. SALGADO acknowledged but said he had shitty stuff and was supposed to give it back tomorrow and he and third party [source] were going to trade. SEEBACHER said she was going to Denver tomorrow at 4 so if SALGADO could let her know. SALGADO said that if it happened, it would happen in the morning and SALGADO would give SEEBACHER a call. SALGADO acknowledged. SALGADO said that if it didn't happen it would for sure on Monday. SEEBACHER acknowledged and asked that SALGADO let her know if it can happen or not. SALGADO acknowledged. | | | | | | | |
| | SALGADO meant that the cocaine he had was of poor quality so SEEBACHER should wait until he traded it for something better. | | | | | | | |
| 126 | 12/10/09 | 16:03 | TT 2 | 41 | INCOMING | 970-445-0979 | Emeterio SOTO-Jimenez / Dionisio SALGADO | |
| | SOTO asked if SALGADO had talked to the people over there. SALGADO said he had and they were there. SALGADO said he wasn't sure but would make a call and asked when SOTO would need the workers. SOTO acknowledged and asked if SALGADO had something. SALGADO said he did and told SOTO to come for a sample. SOTO asked if SALGADO had one. SALGADO acknowledged. SOTO asked where SALGADO was at. SALGADO said he was towards the Wendy's. SOTO acknowledged and said he would head up there. SALGADO told SOTO to call him. SOTO acknowledged. | | | | | | | |
| | SOTO was inquiring if SALGADO had talked to his source about getting cocaine to supply SOTO. Shortly after this call, surveillance observed SALGADO meet with SOTO | | | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | in the Wendy's parking lot. SOTO was driving a Honda CRV with Colorado license plate 183-GKV which was registered to Emeterio SOTO in Avon, Colorado. | | | | | | | |
| 127 | 12/10/09 | 16:05 | TT 1 | **692** | OUTGOING | Unknown | Martin Javier ALAMOS-Garcia / Dionisio SALGADO | |

SALGADO asked when those people [product] that GARCIA told him about were coming. GARCIA said he didn't know yet. SALGADO asked if GARCIA had workers here. GARCIA said he had a few and that he was going up there this week again. SALGADO said the guy [Soto] had called him again and it was the guy that SALGADO had told GARCIA about and that the guy [Soto] wanted to get going there. GARCIA acknowledged and asked how they should do it. SALGADO asked if GARCIA was working. GARCIA said no that he was just leaving [for work] but GARCIA would be free tomorrow morning. GARCIA said he didn't know how many he had that it might be 3.5 or less but that this other guy was going over there Saturday and was coming back again. SALGADO acknowledged and said that tomorrow --Change of thought- SALGADO said that in case that SALGADO couldn't [poss be there for the meet] the guy was older and that SALGADO would talk to the guy [Soto] right now and see if they could get 1 [from Garcia] tomorrow and give it to the guy to see what the guy says.

GARCIA acknowledged and said he would see what was up with this other guy [poss the guy going up there Saturday] but if SALGADO needed it, to let GARCIA know tomorrow. SALGADO said he would talk to the guy right now but the guy had told SALGADO that [poss wanted to work] so they had to see what was up. GARCIA acknowledged and told SALGADO to let him know tomorrow around 9 but not too early because it was cold. GARCIA said that if SALGADO wanted to call him later on so that GARCIA would be ready for tomorrow morning. SALGADO acknowledged and said he would call.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | SALGADO talked to GARCIA about getting workers, meaning cocaine, that he would deliver to SOTO. GARCIA indicated that he probably had 3.5 ounces on hand but that his associate was going to get some more soon. | | | | | | | |
| 128 | 12/11/09 | 10:34 | TT 1 | **700** | INCOMING | Unknown | Martin Javier ALAMOS-Garcia / Dionisio SALGADO | |

SALGADO told GARCIA that they should set it up for Monday morning. SALGADO asked GARCIA what he thought. GARCIA acknowledged. SALGADO asked GARCIA for whatever GARCIA had but if GARCIA could do all of it then SALGADO could take it to the guy [Soto]. SALGADO told GARCIA that he would call back Sunday afternoon but they should set it up for Monday morning. SALGADO told GARCIA not to forget and not to fail SALGADO. GARCIA acknowledged

| 129 | 12/14/09 | 08:01 | TT 1 | 737 | INCOMING | Unknown | Martin Javier ALAMOS-Garcia / Dionisio SALGADO | |
|-----|----------|-------|------|-----|----------|---------|-------|--|

SALGADO asked if GARCIA was coming.  GARCIA said that the guy hadn't left yet and that the guy was just going to leave [to pick up product].  GARCIA said the guy had called GARCIA last night and that was why GARCIA tried calling SALGADO last night.  GARCIA asked if SALGADO didn't see a missed call.  SALGADO said he didn't know who the number belonged to and that SALGADO had been calling around 1 but the call didn't go through.  SALGADO said they would see each other tomorrow.  GARCIA said tomorrow morning for sure.  GARCIA repeated he had called SALGADO last night.  SALGADO acknowledged.

| 130 | 12/14/09 | 18:32 | TT 1 | 748 | OUTGOING | Unknown | Martin Javier ALAMOS-Garcia / Dionisio SALGADO | |
|-----|----------|-------|------|-----|----------|---------|-------|--|

SALGADO asked GARCIA if he was going to go there [Unspecified Location] tomorrow.  GARCIA said yes.  GARCIA told SALGADO that he was meeting that guy [Third Party] who was just barely giving it [poss. narcotics] to GARCIA.  GARCIA told SALGADO that he would meet SALGADO there [Unspecified Location] tomorrow.  SALGADO acknowledged.  SALGADO told GARCIA that he would wait for GARCIA there [Unspecified Location] tomorrow.  GARCIA asked SALGADO at what time.  GARCIA asked SALGADO what time SALGADO left that place.  SALGADO told GARCIA that he was there from 7:45 to 8:45.  GARCIA acknowledged.  GARCIA told SALGADO that he would be there.  GARCIA told SALGADO that he wakes up at 7:40 to get the bus.  GARCIA told SALGADO that he would be there in the morning.  GARCIA told SALGADO that he didn't want to leave too early because it was really cold.  SALGADO acknowledged.  SALGADO told GARCIA that he would calm the guy [poss. UM41] down.  GARCIA acknowledged.  GARCIA told SALGADO he would be there around 8:15 or 8:17.  SALGADO acknowledged.

| 131 | 12/14/09 | 18:34 | TT 1 | 749 | OUTGOING | 970-445-0979 | Emeterio SOTO-Jimenez / Dionisio SALGADO | |
|-----|----------|-------|------|-----|----------|--------------|-------|--|

SOTO told SALGADO that they [Third Parties] had called SOTO.  SOTO told SALGADO that he had only thought to call SALGADO but had not.  SALGADO acknowledged.  SALGADO asked SOTO what he thought of it [poss. narcotics] and if it passed or not.  SOTO said yes.  SOTO told SALGADO that it was good more or less.  SALGADO acknowledged.

SALGADO asked SOTO if he should give SOTO a call tomorrow.  SALGADO asked SOTO what time SOTO was going to head down there [Unspecified Location].  SOTO told SALGADO that he had put in an application to the Ritz.  SALGADO acknowledged.  SOTO told SALGADO that they had just called him today and he would have an interview tomorrow.  SALGADO asked SOTO when he had the interview.  SOTO told SALGADO that they had said that a guy was going to call SOTO.  SOTO told SALGADO that a lady had called him but only spoke English and SOTO had told her that his English was limited.  SOTO told SALGADO that the lady had told SOTO that a guy was

going to call SOTO tomorrow in Spanish to set up the interview. SALGADO acknowledged. SOTO told SALGADO that he was going to wait there [SOTO's Location] until 9:00 in the morning. SOTO told SALGADO that if he didn't get the call then SOTO would head up there [Unspecified Location]. SALGADO acknowledged. SOTO told SALGADO that he would go to the interview and then give a call to SALGADO when SOTO was over there [Unspecified Location]. SALGADO acknowledged. SALGADO told SOTO to call him to see what was going on. SOTO acknowledged.

SOTO told SALGADO that the guy [Third Party] from that place had been calling SOTO and SOTO had told the guy [Third Party] that SOTO was going to call him [SALGADO]. SOTO told SALGADO that he didn't know what happened because he had only thought to call him [SALGADO]. SOTO told SALGADO that the guy [Third Party] had even called SOTO late at night last night and SOTO had even told the guy [Third Party] that SOTO had not been able to find him [SALGADO]. SALGADO acknowledged. SALGADO told SOTO that they were going to do that there tomorrow.

SOTO told SALGADO that he knew that work was coming. SALGADO acknowledged. SOTO told SALGADO that he wanted to see if he could get two jobs. SALGADO acknowledged. SALGADO told SOTO it was necessary. SOTO acknowledged. SALGADO told SOTO that he was going to be the one to carry all the milk now and it wouldn't do for SOTO to throw it all away. SOTO acknowledged. SALGADO laughed. SOTO laughed. SALGADO told SOTO that he was not going to have time anymore with two jobs. SOTO acknowledged. SALGADO told SALGADO that they would see if he could help himself with that job. SALGADO told SOTO that hopefully SOTO found a job. SOTO acknowledged. SOTO told SALGADO that there were some [jobs]. SOTO told DIONISO that he had thought to go meet a friend who worked in a restaurant. SALGADO acknowledged. SOTO told SALGADO that he would see if he could get a part-time there. SALGADO acknowledged. SOTO told SALGADO that it was what he was trying to do. SALGADO acknowledged.

SOTO said he would call SALGADO tomorrow. SOTO told SALGADO that what was important now was to get into a those little jobs. SALGADO acknowledged. SALGADO told SOTO to give him a call to this number. SOTO told SALGADO that he couldn't see very well even with his glasses. SALGADO told SOTO that the call might cut off because he was going in. SOTO told DIONISO to give it [phone number] to SOTO quickly. SALGADO told SOTO that it was: 904... SOTO asked what SALGADO had said. SALGADO said it was: 904... SOTO asked if 9. SALGADO told SOTO that he would call SOTO tomorrow and would give it [phone number] to SOTO then. SOTO acknowledged and added that the call was cutting off already. SALGADO acknowledged.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | SOTO advised SALGADO that his (Soto's) customers were calling so he was checking the status of SALGADO'S supply. SALGADO told SOTO the status. | | | | | | | |
| 132 | 12/15/09 | 08:34 | TT 1 | **751** | INCOMING | UNKNOWN | Martin Javier ALAMOS-Garcia / Dionisio SALGADO | |

GARCIA complained about his alarm not going off. SALGADO asked where GARCIA was at. GARCIA said he was at his house. SALGADO asked how long it would take GARCIA to get to SALGADO. GARCIA said the bus would stop by in like 10 minutes. SALGADO said they should see each other tomorrow or some other day because SALGADO couldn't wait that long. GARCIA said he would call Noe and have him [Montes] come

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | pick GARCIA up and for SALGADO to wait for him [GARCIA].  SALGADO acknowledged. | | | | | | |
| | Shortly after this call, surveillance observed GARCIA arrive at the "Boat Building," where SALGADO cleaned offices first thing every morning in Avon, Colorado. GARCIA was driven to the location by Noe ALAMOS-Montes in a blue Durango registered to Noe ALAMOS. | | | | | | |
| 133 | 12/15/09 | 09:22 | TT 1 | 759 | OUTGOING | 970-445-0979 | Emeterio SOTO-Jimenez / Dionisio SALGADO |
| | SALGADO asked what time SOTO was thinking of coming up.  SOTO said a little while later.  SALGADO acknowledged and said that he was going to give a buddy a ride to East Vail and would be back to Edwards to work.  SALGADO said he would call SOTO when SALGADO was on his way back to see if SOTO would help SALGADO out [with the product per previous conversations] and see him there.  SOTO acknowledged. | | | | | | |
| 134 | 12/15/09 | 12:25 | TT 1 | 764 | INCOMING | 970-445-0979 | Emeterio SOTO-Jimenez / Dionisio SALGADO |
| | SOTO said he was done over there [Ritz] and asked where SALGADO was at.  SALGADO said he was at Riverwalk by where the Movie theater was at.  SOTO acknowledged and said he would be there.  SALGADO said he was in the Diamond right now that was close to like a fountain.  SALGADO said it was behind the Village Market store.  SOTO acknowledged.  SALGADO asked if SOTO was barely coming down [from the Ritz hotel].  SOTO said he was at the lights already.  SALGADO acknowledged and said he would be vacuuming so might not hear the phone but would be on the lookout.  SOTO acknowledged | | | | | | |
| | The purpose of this meeting was for SALGADO to deliver SOTO the cocaine as previously discussed. | | | | | | |
| 135 | 12/15/09 | 12:29 | TT 1 | 765 | INCOMING | 970-445-0979 | Emeterio SOTO-Jimenez / Dionisio SALGADO |
| | SOTO asked where SALGADO was at.  SALGADO said he was there and asked what SOTO was driving.  SOTO said he was in the little truck [blue CRV Honda per surveillance] and was parked in front of the movie theater and asked if SALGADO could see the little truck.  SALGADO said he was by the window.  SOTO said there was a daughter with him and she was going towards Scott's [unknown] and she would come pick him up.  SOTO asked where SALGADO was at exactly.  SALGADO asked if SOTO could see a guy with a black hat walking by the corner.  SOTO asked what corner.  SALGADO said a guy over here on the phone and walking.  SALGADO asked where SOTO was at.  SOTO said he was in front of the liquor store.  SALGADO said he could see SOTO and for | | | | | | |

SOTO to stop and come walking.  SALGADO told SOTO to come towards where that guy was coming straight to the left hand side.  SALGADO asked where SOTO was going and told SOTO not to go.  SOTO asked if he should go straight.  SALGADO told SOTO to stop and that SALGADO was towards the back of where SOTO was going.

SOTO asked if it was towards where SOTO was heading.  SALGADO said no where that guy was crossing SOTO should've parked.  SOTO said that he had a daughter with him.  SALGADO said SOTO should've gotten off there and her daughter could have kept going.  SOTO said his daughter was heading to Scott's area.  SOTO asked where SALGADO was at.  SALGADO said he was in the building towards where the green truck was parked by that street and that SALGADO was in front of the green truck.  SOTO acknowledged and said he was heading in the right direction.  SALGADO asked if SOTO was coming back.  SOTO said he was coming back on that other side.

SALGADO said he couldn't see SOTO anymore.  SALGADO said that SOTO should've parked when SOTO was driving past the liquor store since SALGADO could have seen him.  SOTO said he had passed the street that was on the side of the liquor store where the underground parking was.  SALGADO told SOTO to come towards the back of the building and park in the back of the store.  SOTO acknowledged and said he was walking now.  SALGADO asked if it was towards the liquor store side.  SOTO said no by the parking lot but would turn by there [liquor store].

SALGADO told SOTO that the buildings had names on top like Village Market, Diamond.  SOTO acknowledged and asked if it was towards the 6 [Highway].  SALGADO said no it was at the back of the store that it was a blue and purple building.  SOTO said he could see it and that he was by the truck with the ladders was parked.  SALGADO acknowledged and told SOTO to come by there.  SOTO asked if SALGADO had seen him.  SALGADO said no but told SOTO to come into the white and blue building so that SOTO could get the elevator.  SOTO acknowledged.  SALGADO said he was going to go down.

SALGADO told SOTO to stay on the street and that SALGADO would come out to the balcony.  SALGADO told SOTO he [SALGADO] was up there.  SOTO laughed and saw he saw SALGADO.  SALGADO told SOTO to come inside.  SOTO acknowledged.

Surveillance observed in the location as described during this telephone call. A vehicle stop was conducted by the Eagle County Sheriff's Office shortly after the meeting and a search was completed of the vehicle and SOTO'S person with negative results.

| 136 | 12/15/09 | 16:33 | TT1 | 770 | INCOMING | 970-777-7672 | Emeterio SOTO-Jimenez / Dionisio SALGADO | |

SOTO asked where SALGADO was at.  SALGADO said he was still working.  SOTO asked what time SALGADO was out.  SALGADO said in like an hour.  SOTO sighed.  SALGADO asked why.  SOTO said he needed to talk to SALGADO but not through the phone.  SOTO asked where they could meet.  SALGADO asked if SOTO could come over here.  SOTO said no [laughed] and said if only I could tell you.  SALGADO asked what.  SOTO told SALGADO to call SOTO when he was coming over here on the cell and see where they could meet up. SALGADO asked if it was sensitive.  SOTO acknowledged.  SALGADO said they should leave that problem at that then.  SOTO said they would talk over there.  SALGADO acknowledged.  SOTO asked that SALGADO call SOTO when

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | SALGADO was at Gypsum.  SALGADO acknowledged.  SOTO said they would talk then. | | | | | | | |
| | SOTO called SALGADO to let him know about the vehicle stop completed by the Sheriff's Office after SOTO had met with SALGADO earlier that day.  SOTO called from a different telephone and would not give details over the telephone. | | | | | | | |
| 137 | 12/15/09 | 16:33 | TT 1 | **771** | OUTGOING | 970-777-7672 | Emeterio SOTO-Jimenez / Dionisio SALGADO | |
| | SALGADO asked SOTO what happened.  SOTO said that nothing.  SOTO asked SALGADO where he was.  SALGADO said that he was on his way.  SALGADO asked SOTO if he could get close to where SOTO was.  SOTO said yes.  SOTO told SALGADO to head over there [SOTO's Location].  SOTO asked SALGADO where they should meet.  SALGADO told SOTO that he didn't know where SOTO was.  SOTO told SALGADO to go to the houses in Dotsero and then to take the street on the edge until he go to Catfish street [circle].  SOTO told SALGADO to turn there and would see SOTO's truck.  SALGADO asked SOTO if by the new houses.  SOTO said yes.  SALGADO acknowledged.  SALGADO asked SOTO if everything was all right with SOTO.  SOTO said yes.  SOTO told SALGADO to bring a six-pack.  SALGADO acknowledged.  SALGADO told SOTO that he had left SALGADO with his mouth dry.  SOTO told SALGADO that he would tell SALGADO about it and SALGADO was going to feel worse.  SALGADO asked SOTO if they [poss. police] were there with SOTO.  SOTO said no.  SOTO laughed.  SOTO told SALGADO that not that bad.  SALGADO acknowledged.  SOTO told SALGADO to bring a six-pack and they would talk.  SALGADO said that SOTO had him worried.  SOTO told SALGADO that he would clear SALGADO's doubts.  SALGADO acknowledged.  SOTO asked SALGADO to take a six-pack.  SALGADO acknowledged.  SALGADO asked SOTO if everything was okay.  SOTO said yes.  SALGADO acknowledged. | | | | | | | |
| | SALGADO continued to ask SOTO if everything was okay because he was afraid that the police might be waiting for SALGADO at SOTO'S meet location.  SALGADO was unsure if SOTO might be trying to lure him in so that the police could arrest SALGADO. | | | | | | | |
| 138 | 12/15/09 | 17:47 | TT 1 | **772** | OUTGOING | 970-445-0979 | Emeterio SOTO-Jimenez / Dionisio SALGADO | |
| | SALGADO asked SOTO what street it was.  SOTO said it was Catfish.  SALGADO acknowledged.  SOTO told SALGADO that he was waiting for SALGADO on the corner and was already there.  SALGADO told SOTO that he was going down the street already.  SOTO told SALGADO to go into the street and that he was going to wait for SALGADO by the entrance to the little street.  SALGADO acknowledged.  SOTO asked SALGADO if he had already gotten off the 70.  SALGADO told SOTO that just barely.  SOTO asked SALGADO if he was already on the little street.  SALGADO said that he had barely gotten off the 70 and was going to take the street.  SOTO acknowledged.  SOTO told SALGADO that he was going to meet SALGADO on foot.  SALGADO acknowledged and would look for SOTO.  SOTO told SALGADO to take the street on the edge all the way down.  SALGADO acknowledged. | | | | | | | |

SALGADO told SOTO that he had almost soiled himself. SOTO laughed. SOTO told SALGADO that if he knew how SOTO felt. SOTO told SALGADO that he would talk to SALGADO soon. SALGADO acknowledged.

SALGADO continued to show his unease about what had happened to SOTO after SALGADO had delivered cocaine earlier that day. SALGADO was so nervous about it that he made the comment about soiling himself.

| 139 | 12/18/09 | 19:59 | TT 1 | 931 | INCOMING | 970-390-7248 | Monique SEEBACHER / Dionisio SALGADO |
|---|---|---|---|---|---|---|---|

Voice mail reached. SEEBACHER said she was going to meet up with SALGADO to get him a check tomorrow morning in Avon for $600 and that she would get SALGADO the other $200 next week. SEEBACHER asked for SALGADO to call her in the morning to see if that was possible.

| 140 | 12/20/09 | 11:23 | TT 1 | 1048 | INCOMING | 970-390-7248 | Monique SEEBACHER / Dionisio SALGADO |
|---|---|---|---|---|---|---|---|

SEEBACHER referred to SALGADO as "D". SEEBACHER asked SALGADO what was up. SALGADO said that not much. SALGADO asked SEEBACHER where she was. SEEBACHER said she was at the Turn Table. SEEBACHER asked SALGADO where he was. SALGADO said that he went to work at Avon. SEEBACHER asked SALGADO if he had worked yesterday. SALGADO said yes but that he never got SEEBACHER's calls and tried calling SEEBACHER back. SEEBACHER laughed. SEEBACHER told SALGADO that she had been at work and left SALGADO's some messages. SALGADO told SEEBACHER that he had heard the messages and called SEEBACHER back. SEEBACHER acknowledged. SALGADO told SEEBACHER that he had not left any messages.

SEEBACHER told SALGADO that she had had a check that Kenneth had made out to her. SALGADO acknowledged. SEEBACHER told SALGADO that she would away from the table because SEEBACHER was with his [Kenneth's] daughter. SEEBACHER told SALGADO that the problem was that she could not cash it today. SALGADO acknowledged. SALGADO told SEEBACHER to do it whenever she was ready. SALGADO told SEEBACHER that he needed to talk to her about this as well. SEEBACHER acknowledged. SEEBACHER asked SALGADO what he had to do tomorrow morning. SALGADO told SEEBACHER that he needed to go to work. SEEBACHER acknowledged and asked if SALGADO was going to be in Avon. SALGADO said yes. SALGADO told SEEBACHER that he needed to do this the safest he could. SEEBACHER acknowledged. SEEBACHER asked SALGADO if anything had happened. SALGADO said yes. SEEBACHER acknowledged. SALGADO told SEEBACHER that it had happened to his friend [Soto].

SEEBACHER told SALGADO that she could write SALGADO another check but SALGADO probably didn't want to do that. SALGADO agreed. SEEBACHER asked if SALGADO would rather have cash. SALGADO said yes. SEEBACHER acknowledged. SEEBACHER told SALGADO that she would have to wait until the morning and then get together with SALGADO and talk. SEEBACHER asked SALGADO when he was going to be at work. SALGADO told SEEBACHER that early in the morning because he didn't have to take his daughter to school. SEEBACHER asked SALGADO if he could swing by her house. SALGADO asked if in the morning and SEEBACHER said yes.

SALGADO said yes.  SEEBACHER told SALGADO that it might be safer.  SALGADO agreed. SEEBACHER told SALGADO that she had to go to the bank.  SALGADO asked SEEBACHER if she was working tomorrow.  SEEBACHER said no.  SALGADO that he could be there [SEEBACHER's house] around 9:00 or 9:30.  SEEBACHER said that was perfect. SALGADO acknowledged.  Both parties said good-bye.

SEEBACHER called SALGADO to arrange a meeting so that she could pay SALGADO for the cocaine she is supplied by him on a regular basis. When SALGADO told SEEBACHER that they had to do it in the safest way, SALGADO was referring to what transpired with SOTO being stopped several day before.

| 141 | 12/21/09 | 13:58 | TT 1 | **1084** | INCOMING | UNKNOWN | Noe ALAMOS-Montes / Dionisio SALGADO | |

MONTES identified himself as NOE.  SALGADO acknowledged and asked MONTES what had happened.  SALGADO told MONTES that he had not been able to hear MONTES and then the phone had turned off.  SALGADO asked MONTES how things were.  MONTES told SALGADO that everything was all right.  SALGADO asked MONTES if everything was under control.  SALGADO asked MONTES if Javi had gotten back yet.  MONTES said no. MONTES told SALGADO that everything was good.  SALGADO told MONTES that he had thought that Javi had been the one calling.  MONTES said no.

MONTES asked SALGADO if Javi [Garcia] had told SALGADO to give MONTES the papers [money] for the last thing.  SALGADO asked MONTES if he needed them right now. MONTES said no and told SALGADO that he was just calling SALGADO.  MONTES told SALGADO that he thought that Javi [Garcia] was not going to come back from Mexico. SALGADO asked MONTES what he meant that the guy [Garcia] was not going to come back.  MONTES told SALGADO that the guy [Garcia] had left and left his [Garcia's] job.  SALGADO told MONTES that SALGADO had been trying to help the guy [Garcia] out and then the guy [Garcia] went ahead and did that.  MONTES told SALGADO that they [MONTES and co.] were still going to keep going.  MONTES told SALGADO that the guy [Third Party] who had gotten the last thing was a friend of MONTES's. SALGADO acknowledged.

SALGADO asked MONTES if he was going to be dealing with MONTES now.  MONTES told SALGADO that the guy [Third Party] had brought the last stuff and had said that there would be more and would go to MONTES.  MONTES told SALGADO that he didn't know but he had a feeling that the kid [Garcia] was not going to come back. MONTES told SALGADO that the guy [Garcia] had left his job without calling and saying that he had an emergency or anything.  MONTES told SALGADO that the kid [Garcia] was probably going to stay in Cuauhtémoc.  SALGADO told MONTES that the guy [Garcia] had said that he would be back tomorrow.  MONTES told SALGADO that the guy [Garcia] was a liar.  SALGADO told MONTES that he would try and get in touch with the guy [Garcia] and if SALGADO couldn't then SALGADO would call MONTES so MONTES could meet with SALGADO in the morning.  MONTES told SALGADO that stuff [money] was for MONTES's friend [Third Party].  MONTES told SALGADO that he could call the guy [Garcia] first.  SALGADO acknowledged.  SALGADO told MONTES that he would talk to the guy [Garcia] and if the guy [Garcia] said to give MONTES the papers then SALGADO would give them to MONTES.  MONTES acknowledged.  MONTES told SALGADO to call the guy [Garcia] first.

MONTES told SALGADO that he had had the hunch that the kid [Garcia] wasn't going to come back.  SALGADO acknowledged.  SALGADO told MONTES that he would let MONTES

know during the week to see what was going on.  SALGADO told MONTES that they had not given SALGADO what they were supposed to give him.  MONTES acknowledged and told SALGADO to give MONTES a call.  MONTES asked SALGADO if he had changed his other phone number.  SALGADO said yes.  MONTES acknowledged and said he would call SALGADO on this one.  MONTES told SALGADO that he would erase the other one because MONTES had called it and a white guy had answered.  SALGADO asked MONTES which other one.  MONTES told SALGADO that the Verizon one, the other one.  SALGADO told MONTES that he's only had these two numbers.  MONTES asked SALGADO if he hadn't had a Verizon one before.  SALGADO asked MONTES if he had given MONTES another phone number before.  MONTES said yes.  MONTES told SALGADO that a long time ago.  SALGADO agreed.  SALGADO told MONTES that he had changed it.  SALGADO told MONTES to call him on this phone number.  MONTES told SALGADO to call the kid [Garcia] and see what was going on.
No response

MONTES called SALGADO to collect the proceeds from the sale of cocaine by SALGADO to SOTO. SALGADO was unaware that MONTES had supplied GARCIA with the cocaine that SALGADO gave to SOTO. SALGADO wanted to talk with GARCIA before giving any money to MONTES because SALGADO had made the deal with GARCIA.

| 142 | 12/21/09 | 16:59 | TT 1 | 1104 | OUTGOING | Mexico PTT 72*594407*2 | Martin Javier ALAMOS-Garcia / Dionisio SALGADO | |

SALGADO asked GARCIA if he was back.  GARCIA said that not yet.  GARCIA asked SALGADO what was new.  SALGADO told GARCIA that it was cold and quiet.  SALGADO asked GARCIA how things were over there [Mexico].  GARCIA said that things were all right.  GARCIA told SALGADO that it was cool but not too cold.  SALGADO acknowledged.  SALGADO asked GARCIA when he was coming back.  GARCIA told SALGADO that he still didn't know.  GARCIA asked SALGADO if they [SALGADO and co.] had had problems.  SALGADO said no.  SALGADO told GARCIA that he had not seen that guy [Soto] since that day on Tuesday.  SALGADO told GARCIA that who knew what was going on.  SALGADO told GARCIA that they needed to be careful.  GARCIA said yes.  GARCIA told SALGADO that he had left Noe in charge and to deal with Noe if he wanted to.  GARCIA told SALGADO that he would see what the guy [Montes] said.  SALGADO acknowledged.

SALGADO told GARCIA that the guy [Montes] had called but SALGADO had told Noe that SALGADO needed to talk to GARCIA because SALGADO had made the deal with GARCIA.  SALGADO told GARCIA that he would talk to the guy [Montes].  SALGADO told GARCIA that he would give the guy [Montes] some papers [money] and see what happened.  GARCIA acknowledged.  GARCIA told SALGADO that there was more of that same one.  GARCIA told SALGADO that there was some of the one that they [SALGADO and co.] had gotten the last time and of the other kind as well.  GARCIA told SALGADO to deal with the guy [Montes] and see what happened.  GARCIA told SALGADO that he didn't know when he would be back.  SALGADO asked GARCIA if he was going to stay for Christmas.  GARCIA said that he wanted to spend it with the family.  SALGADO acknowledged.  SALGADO told GARCIA that he would deal with Noe and would call him [Montes].  GARCIA acknowledged and told SALGADO to take care.

GARCIA told SALGADO to be careful.  SALGADO agreed.  SALGADO told GARCIA that they were going to take some time off.  SALGADO told GARCIA that he just didn't want to fail GARCIA.  GARCIA thanked SALGADO.  GARCIA told SALGADO that it would be better

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | if SALGADO to take some time off to see how things were going. GARCIA told SALGADO that things were getting ugly over there [SALGADO's Location]. GARCIA told SALGADO he didn't want any of that. SALGADO acknowledged. SALGADO told GARCIA that he had not see that guy [Soto] anymore but that SALGADO would see him [Soto] later. GARCIA acknowledged. GARCIA told SALGADO to take care and to deal with that guy [Montes]. GARCIA told SALGADO that it would be better if they [SALGADO and MONTES] met in person because GARCIA didn't trust the phone that GARCIA had left the guy [Montes]. SALGADO acknowledged. SALGADO told GARCIA that the guy [Montes] had called SALGADO. SALGADO told GARCIA that he would let the guy [Montes] know tomorrow. GARCIA acknowledged.<br>Both parties said good-bye. | | | | | | | |

| | |
|---|---|
| | GARCIA confirmed with SALGADO that he had gotten the SOTO cocaine from MONTES so SALGADO should pay MONTES. Further, GARCIA told SALGADO that MONTES would be taking over GARCIA'S activities with regard to supplying SALGADO since GARCIA was now in Mexico. GARCIA admitted that he had gone to Mexico after SOTO had been stopped because he feared being caught by law enforcement and didn't want to go to jail. |

| 143 | 12/27/09 | 12:51 | TT 1 | **1523** | INCOMING | UNKNOWN | Noe ALAMOS-Montes / Dionisio SALGADO | |
|---|---|---|---|---|---|---|---|---|

| | |
|---|---|
| | MONTES asked SALGADO if he had what had been missing the other day. MONTES told SALGADO that the guy [Third Party] had just called. SALGADO indicated that he had not heard. MONTES asked if SALGADO had gotten the papers that had been missing the other day. SALGADO told MONTES that they [Third Parties] hadn't given them [papers] to SALGADO. SALGADO told MONTES he would give MONTES some tomorrow like SALGADO had given MONTES the other day. MONTES acknowledged. MONTES said that it would calm the guy [Third Party] a bit. SALGADO told MONTES that he had it since Wednesday and was going to call MONTES on Thursday but thought to wait and see if SALGADO got paid. SALGADO told MONTES that he would give MONTES what he had tomorrow. MONTES acknowledged. MONTES told SALGADO that the problem was that he worked in Vale tomorrow. MONTES asked DIONISO if SALGADO was going to work in Avon tomorrow again. SALGADO said yes. SALGADO asked MONTES if they should wait for Tuesday. MONTES said yes and said it would be better. MONTES told SALGADO that they might be able to do it early tomorrow morning because there was a babysitter that took care of MONTES's little girl in Avon. MONTES told SALGADO that if he could do that then he would call SALGADO early but was thinking that Tuesday was better. SALGADO acknowledged. SALGADO told MONTES that that way he could see if he could pay MONTES everything. MONTES acknowledged.<br><br>MONTES asked SALGADO if he had had today off. SALGADO said no. SALGADO told MONTES that he had to go to work soon but was moving today. SALGADO told MONTES that he was moving houses. MONTES asked SALGADO if he had bought another house. SALGADO said no. SALGADO told MONTES that he was renting. SALGADO told MONTES that he had just sold his. MONTES acknowledged. MONTES said that they would see each other later. |

| | |
|---|---|
| | MONTES called SALGADO to get money that was owed to MONTES for previous drug transactions. SALGADO told MONTES that his customers had not paid him yet but he would pay him like he did last time. MONTES is concerned because he has to pay his supplier who had been calling MONTES to get his money. |

| 144 | 12/28/09 | 20:35 | TT 1 | 1566 | INCOMING | 970-390-7248 | Monique SEEBACHER / Dionisio SALGADO | |
|---|---|---|---|---|---|---|---|---|

Voice mail reached. SEEBACHER left a message for "D." SEEBACHER referred to herself as "M." SEEBACHER asked if it could be 2 in the morning but separately. SEEBACHER said that if it could be at her house at 9:00 it would be great. SEEBACHER said that everything would be there.

SEEBACHER wanted SALGADO to deliver cocaine to her at her residence the next morning. SEEBACHER wanted possibly 2 grams of cocaine in two separate packages.

| 145 | 12/29/09 | 07:43 | TT 1 | 1589 | INCOMING | UNKNOWN | Noe ALAMOS-Montes / Dionisio SALGADO | |
|---|---|---|---|---|---|---|---|---|

SALGADO told MONTES that he was working at the same place and asked where MONTES was. SALGADO told MONTES that he had called MONTES just a little bit ago but that the radio had been off. MONTES told SALGADO that he would be there [Salgado's location] in 5 or 10 minutes. SALGADO acknowledged.

| 146 | 12/29/09 | 08:15 | TT 1 | 1590 | INCOMING | 970-390-7248 | Monique SEEBACHER / Dionisio SALGADO | |
|---|---|---|---|---|---|---|---|---|

SEEBACHER asked SALGADO if he had gotten the message from her last night. SALGADO said no. SEEBACHER told SALGADO that she was going to be sleeping still so she was going to leave an envelope for SALGADO. SEEBACHER said that the door was open and to just lock it. SALGADO acknowledged.

Surveillance observed MONTES arrive at SALGADO'S location (48 Benchmark Plaza, Avon, Colorado – "Boat Building") as described in call #1589 above, driving his blue Durango and go inside. MONTES exited moments later and departed the area. Several minutes later, SALGADO exited the building and drove to the residence of SEEBACHER in Vail, Colorado where surveillance observed SALGADO enter the residence. Shortly thereafter, SALGADO exited SEEBACHER'S residence.

| 147 | 12/29/09 | 10:50 | TT 1 | 1593 | INCOMING | 970-390-7248 | Monique SEEBACHER / Dionisio SALGADO | |
|---|---|---|---|---|---|---|---|---|

SEEBACHER asked SALGADO if there was any way to get another one of those [poss. narcotics]. SALGADO told SEEBACHER that he needed to call a guy [poss. Montes]. SALGADO told SEEBACHER that he had told the guy [poss. Montes] and the guy [poss. Montes] was supposed to call SALGADO back. SEEBACHER acknowledged. SALGADO told SEEBACHER that he had met the guy [poss. Noe] in the morning and SALGADO had asked and the guy [poss. Montes] had said that he [poss. Montes] would call SALGADO later but SALGADO had not heard from the guy [poss. Montes]. SEEBACHER acknowledged.

SEEBACHER told SALGADO that she was on her cell phone and was on her way down towards Avon.  SALGADO acknowledged.  SALGADO asked SEEBACHER if she was going to need it today.  SEEBACHER said that if SALGADO had it then yes.  SALGADO told SEEBACHER that he would let her know.  SALGADO told SEEBACHER that he had just heard the message about that one after SEEBACHER had called when SALGADO had been on his way over there [poss. SEEBACHER's Location].  SEEBACHER acknowledged.  SALGADO told SEEBACHER that he would call her.  SEEBACHER acknowledged.

| 148 | 12/29/09 | 10:52 | TT 1 | 1594 | OUTGOING | UNKNOWN | Noe ALAMOS-Montes / Dionisio SALGADO |
|-----|----------|-------|------|------|----------|---------|--------------------------------------|

SALGADO told MONTES that he had MONTES's papers [money].  MONTES acknowledged. MONTES asked SALGADO where he was.  SALGADO said that he was in Edwards.  MONTES told SALGADO that he could go there.  SALGADO acknowledged.  SALGADO asked MONTES what the guy [Third Party] had said.  SALGADO asked MONTES if there was a possibility.   MONTES said yes and that possibly by tomorrow.  SALGADO acknowledged.  SALGADO told MONTES that he had gotten a call.  SALGADO told MONTES that he would call MONTES back or better yet they would talk when MONTES got there.  SALGADO asked MONTES how long he was going to take.  SALGADO asked if 15 minutes.  MONTES said yes.  MONTES asked where SALGADO was.  SALGADO said that he was in front of the Old Ranch.  SALGADO asked MONTES if he remembered that building.  SALGADO told MONTES that it was next to the Starbucks.  MONTES acknowledged.   MONTES said he would head over there right now.   SALGADO acknowledged.

| 149 | 1/7/10 | 09:44 | TT 1 | 1849 | OUTGOING | UNKNOWN | Noe ALAMOS-Montes / Dionisio SALGADO |
|-----|--------|-------|------|------|----------|---------|--------------------------------------|

SALGADO told MONTES that it was really wet here to work but would let MONTES know. MONTES acknowledged. MONTES told SALGADO that he didn't know when the guy [Third Party] was going to have some again. MONTES told SALGADO to let him know anyway. SALGADO told MONTES that he would try to keep working on it and told MONTES to hold on for this weekend and see if they [Salgado and Co.] could. SALGADO told MONTES that they had flaked out. MONTES acknowledged. MONTES told SALGADO that he could leave it for SALGADO the same as last time [poss. same price]. SALGADO acknowledged.

SALGADO called to tell MONTES that the cocaine MONTES supplied was of poor quality and SALGADO'S customers were complaining. MONTES agreed and said because he didn't know when more would be available; he would only charge SALGADO what he had charged before.

| 150 | 1/8/10 | 08:10 | TT 1 | 1900 | OUTGOING | 970-390-7248 | Monique SEEBACHER / Dionisio SALGADO |
|-----|--------|-------|------|------|----------|--------------|--------------------------------------|

SEEBACHER asked SALGADO if he was working today.  SALGADO said yes.  SEEBACHER asked SALGADO if he had heard her message.  SALGADO said that he just had heard her message.  SEEBACHER told SALGADO that she just had to go to the bank.  SALGADO

acknowledged.   SEEBACHER told SALGADO that she could go after 10:30 or 11:00.
SALGADO acknowledged.   SEEBACHER asked SALGADO if he wanted her to call SALGADO
when she did go.   SALGADO said yes and added that he would probably be in Edwards.
SEEBACHER acknowledged.

SALGADO told SEEBACHER that a couple of days ago he had gotten something.   SALGADO
told SEEBACHER that he had called a friend [poss. Montes, see Call #1849 on TT #1]
but that the stuff was kind of weird.   SALGADO told SEEBACHER that it did work but
that it was sort of wet.   SALGADO told SEEBACHER that he didn't know if it was
going to be the same but it was just to let SEEBACHER know.   SEEBACHER
acknowledged.   SEEBACHER asked if wet.   SALGADO told SEEBACHER that it was kind of
like that, not really wet.   SEEBACHER asked SALGADO if moist.   SALGADO said yes.
SALGADO told SEEBACHER that he had asked the guy [poss. Montes, see Call #1849 on
TT #1] when it was going to change and the guy [poss. Montes] said that probably
next week but wasn't sure.   SALGADO told SEEBACHER that he could call and get it
ready.   SEEBACHER acknowledged.   SEEBACHER told SALGADO that if it was that way
then she could probably wait.   SALGADO acknowledged.   SEEBACHER told SALGADO if it
wasn't then they SALGADO and SEEBACHER] were still a go.   SALGADO acknowledged.

SEEBACHER told SALGADO that she would call him around 11:00.   SALGADO acknowledged.

| 151 | 1/12/10 | 15:28 | TT 1 | 2008 | INCOMING | 970-390-7248 | Monique SEEBACHER / Dionisio SALGADO | |

Parties greeted.   SEEBACHER asked if SALGADO was working.   SALGADO acknowledged.
SEEBACHER asked if anything had come in.   SALGADO said it was the same stuff and
that was why SALGADO hadn't called SEEBACHER.   SEEBACHER acknowledged and asked if
something else would come in this week.   SALGADO said he wasn't sure and maybe
not.   SALGADO said he had just talked to the guy and the guy said that was all
they had.   SEEBACHER acknowledged and asked that SALGADO let her know when
something changed.   SALGADO acknowledged and asked if SEEBACHER didn't like that.
SEEBACHER said no that it was kind of weird.   SALGADO acknowledged and said that
was why he had told SEEBACHER.   SEEBACHER said she appreciated it. SALGADO said he
would let SEEBACHER know if something came up.   SEEBACHER acknowledged.

| 152 | 1/20/10 | 14:06 | TT 1 | 2322 | OUTGOING | 970-390-7248 | Monique SEEBACHER / Dionisio SALGADO | |

Parties greet. SALGADO asked if SEEBACHER was working. SEEBACHER asked if SALGADO
has anything around. SALGADO said no.   SEEBACHER asked if SALGADO would have
anything around.   SALGADO said no.   SALGADO said he would call [source, poss
Montes] and if it happen it would be tomorrow morning.   SEEBACHER acknowledged and
said she would be working but could meet at some point.   SALGADO said it will
probably be the same [quality].   SEEBACHER said they could do the same as last
time. SALGADO said he will call the guy but the guy might be working.   SALGADO
told SEEBACHER to leave the door open and SALGADO would stop by SEEBACHER's house
tomorrow morning.   SEEBACHER acknowledged.

| 153 | 1/27/10 | 13:20 | TT 1 | 2522 | INCOMING | 970-390-7248 | Monique SEEBACHER / Dionisio SALGADO | |
|---|---|---|---|---|---|---|---|---|
| | [One sided conversation]  SEEBACHER said she was driving around.  SEEBACHER asked if SALGADO had anything on himself.  SEEBACHER said she was working tomorrow and asked if SALGADO could call her.  SEEBACHER said she would be at work at 8 and for SALGADO to try her cell.  SEEBACHER asked if it was different.  SEEBACHER said that if it was different [better quality] she would get 600.  SEEBACHER said that if it wasn't different for SALGADO to call her tomorrow and they could discuss it tomorrow. | | | | | | | | |
| 154 | 2/26/10 | 07:46 | TT 1 | 3275 | INCOMING | 970-390-7248 | Monique SEEBACHER / Dionisio SALGADO | |
| | Parties greeted.  SEEBACHER asked if SALGADO was working.  SALGADO said he was going to.  SEEBACHER said likewise and asked if SALGADO had something going on.  SALGADO acknowledged.  SEEBACHER said she had to stop by the bank before she went to work.  SEEBACHER asked how late SALGADO was working.  SALGADO said late.  SALGADO asked when SEEBACHER would take her break.  SEEBACHER said at 12.  SALGADO said he would be in Edwards.  SEEBACHER acknowledged.<br><br>SEEBACHER said she would call.  SALGADO asked what it would be.  SEEBACHER asked if there was anything that was solid that hadn't been broken up.  SALGADO wasn't clear.  SEEBACHER said like getting a half.  SALGADO said he would call her but for sure they could do 4.  SEEBACHER acknowledged and said that if SALGADO could do the other one to let SEEBACHER know. | | | | | | | | |