IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-CR-614-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     MARTIN JAVIER ALAMOS-GARCIA,
2.     **NOE ALAMOS-MONTES,**
3.     **DIONISIO SALGADO-MEZA,**
4.     **EFRAIN SALGADO-MEZA,**
5.     **CLARA SANCHEZ,**
    **AKA "MARIBEL SALGADO," and**
6.     **MARISELA SALGADO**,

    Defendants.

---

### UNITED STATES MOTION TO WITHDRAW JAMES SUBMISSION (#100)

---

The United States of America, by and through John F. Walsh, United States Attorney for the District of Colorado, and Michele R. Korver, Assistant United States Attorney, respectfully moves the Court, to withdraw the Government's James Submission (#100), filed on June 10, 2011. The appearing defendants to whom the evidence detailed in the James submission would apply have all filed notices of disposition. The remaining appearing defendants, Marisela Salgado and Efrain Salgado-Meza, are not charged in the drug or money laundering conspiracies. Defendant Martin Javier Alamos-Garcia is a fugitive.

1

Accordingly, the United States respectfully requests that the Court authorize the withdrawal of document number 100, the Government's James Submission.

Respectfully submitted this 13th day of July, 2011.

JOHN F. WALSH
United States Attorney

By: *s/ Michele R. Korver*
MICHELE R. KORVER
Assistant United States Attorney
1225 Seventeenth Street, Ste. 700
Denver, Colorado 80202
Telephone:  (303) 454-0100
michele.korver@usdoj.gov

### CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on this 13th day of July, 2011, I electronically filed the foregoing motion using the ECF system which will send notification of such filing to the following individuals:

All counsel of record

*s/ Michele R. Korver*
MICHELE R. KORVER
Assistant United States Attorney
