IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 10-cr-00614-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.   MARTIN JAVIER ALAMOS-GARCIA,
2.   NOE ALAMOS-MONTES,
3.   DIONISIO SALGADO-MEZA
4.   **EFRAIN SALGADO-MEZA**
5.   MARIBEL SALGADO a/k/a "CLARA SANCHEZ," and
6.   MARISELA SALGADO

    Defendants.

---

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PRETRIAL MOTIONS

---

    COMES NOW the Defendant Efrin Salgado-Meza by his lawyer, Joseph Saint-Veltri, and he moves this Honorable Court for the entry of an Order extending, 20 days, the time within which to file Pretrial Motions.

    As grounds for this Motion the Defendant states and avers as follows:

1.     That undersigned counsel has conferred with AUSA Michele R. Korver, relative to this Motion, and is authorized to state that the Government has no objection to the granting of this Motion nor to it being captioned as 'unopposed.'

2.     That undersigned counsel unexpectedly is required to undergo surgery on July 28, 2011 from which he will not recover for at least several days.

1

3.  That as a prelude to the surgery described in the foregoing paragraph, undersigned counsel has been averted from attending to the preparation of Pretrial Motions in the above captioned matter.

4.  That the relief requested via this Motion does not impact the provisions of the Speedy Trial Act.

WHEREFORE the Defendant prays that the relief requested be granted and for any further relief which the Court may deem just and proper.

Respectfully submitted,

s/ Joseph Saint-Veltri
Joseph Saint-Veltri
Attorney for Defendant Kimberly White
900 Logan Street
Denver, Colorado 80203
Telephone: 303.832.6777
Fax: 303.832.1631
Email: jsv@saintveltri.com

### CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of July, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email address:

Michelle.korver@usdoj.gov

s/ Joseph Saint-Veltri
Joseph Saint-Veltri
Attorney for Defendant Kimberly White
900 Logan Street
Denver, Colorado 80203
Telephone: 303.832.6777
Fax: 303.832.1631
Email: jsv@saintveltri.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 10-cr-00614-MSK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.     MARTIN JAVIER ALAMOS-GARCIA,
2.     NOE ALAMOS-MONTES,
3.     DIONISIO SALGADO-MEZA
**4.     EFRAIN SALGADO-MEZA**
5.     MARIBEL SALGADO a/k/a "CLARA SANCHEZ," and
6.     MARISELA SALGADO

      Defendants.

---

## ORDER

---

      THIS MATTER is before the Court on the Defendant's Unopposed Motion for Extension of Time to File Pretrial Motions, and the Court having considered said Motion,

      HEREBY ORDERS that the Motion is Granted. The Defendant will have until August _____, 2011 to file Pretrial Motions.

      DONE AND SIGNED THIS \_\_\_\_\_ DAY OF _____, 2011.

                                BY THE COURT:

                                _____
                                MARCIA S. KRIEGER
                                UNITED STATES DISTRICT COURT JUDGE
                                DISTRICT OF COLORADO