IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 10-cr-00614-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.   MARTIN JAVIER ALAMOS-GARCIA,
2.   NOE ALAMOS-MONTES,
3.   DIONISIO SALGADO-MEZA
4.   **EFRAIN SALGADO-MEZA**
5.   MARIBEL SALGADO a/k/a "CLARA SANCHEZ," and
6.   MARISELA SALGADO

    Defendants.

## NOTICE OF DISPOSITION

Defendant, Efrain Salgado-Meza, by his lawyer, Joseph Saint-Veltri, hereby advises this Honorable Court that he has reached a disposition with the Government and that he is prepared to proceed with a change of plea hearing.

Respectfully submitted,

By:   *s/ Joseph Saint-Veltri*
JOSEPH SAINT-VELTRI
Joseph Saint-Veltri, Attorney at Law
900 Logan Street
Denver, CO 80203

ATTORNEY FOR THE DEFENDANT

## CERTIFICATE OF SERVICE

  I hereby certify that I have, this 24th day of August, 2011; I electronically filed the foregoing Notice of Disposition with the Clerk of Court using the CM/ECF system which will send notification of such filing to counsel for the Government, at the following e-mail address:

Michelle.korver@usdoj.gov
Attorney for the Government


s/ Joseph Saint-Veltri\_\_\_\_\_
JOSEPH SAINT-VELTRI