**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 10-CR-00614-MSK-5

**UNITED STATES OF AMERICA,**

                                                     **UNDER SEAL**

    Plaintiff,

v.

5     **CLARA SANCHEZ, AKA MARIBEL SALGADO,**

    Defendant.

---

**UNITED STATES §5K1.1 MOTION FOR DOWNWARD DEPARTURE
BASED ON SUBSTANTIAL ASSISTANCE**

---

JOHN F. WALSH, United States Attorney in and for the District of Colorado, by and through Assistant United States Attorney Michele R. Korver, hereby submits the United States Sentencing Guidelines Section 5K1.1 Motion for reduction of the defendant's sentence because of the substantial assistance rendered to the United States in the prosecution of other persons. In support of this motion, the United States states as follows:

The factual basis supporting Ms. Sanchez' role in the relevant offense conduct of the case and related investigations and underpinning this motion is set forth generally in the written plea agreement to be entered into by the parties and filed with the Court. The basis outlined in the plea agreement is here incorporated by reference.

Ms. Sanchez was interviewed by law enforcement officers assigned to this investigation, and she provided truthful information as to her involvement with this offense and the involvement of others. The defendant's information was significant and helpful to the Government's ongoing investigations of criminal activities in the District of Colorado. Although not called to testify, Ms. Sanchez agreed to provide testimony, if required, in this case.

- 2 -

In consideration of the defendant's substantial assistance, the United States respectfully requests a U.S.S.G. §5K1.1 downward departure from the otherwise applicable advisory guideline range, and respectfully requests that the Court enter a sentence of time served.

Respectfully submitted this 8th day of September, 2011.

>JOHN F. WALSH
>UNITED STATES ATTORNEY
>DISTRICT OF COLORADO
>
>By: *s/Michele R. Korver*
>MICHELE R. KORVER
>Assistant United States Attorney
>1225 17th Street, Suite 700
>Denver, Colorado  80202
>Phone:  (303) 454-0100
>Fax: (303) 454-0401
>michele.korver@usdoj.gov
>Attorney for Government

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 8, 2011, I electronically filed the foregoing with the Clerk of the Court under seal, and separately sent notification of such filing via email to the following individuals:

Frank Moya, Esq., counsel for Defendant Clara Sanchez
Katrina Devine, U.S. Probation

> *s/ Michele R. Korver*
> MICHELE R. KORVER
> Assistant United States Attorney