IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

In the Matter of Criminal Case No.  10-cr-00614-MSK

## MOTION TO SEAL DOCUMENT NO. 126

The United States, by and through the undersigned Assistant United States Attorney, files this Motion to Seal and states as follows:

1. The Government asks that document number 126, and any Order resulting from said documents until further Order of the Court.

2. The release of the information in document number 126 would substantially jeopardize the security of a witness.

WHEREFORE, the United States asks this Honorable Court to issue an Order sealing, document number 126, and any Order resulting from this document until further Order of the Court.

Dated this 8th day of September, 2011.

                Respectfully submitted,

                JOHN F. WALSH
                United States Attorney

By:  *s/Michele R. Korver*
       MICHELE R. KORVER
       Assistant United States Attorney
       U.S. Attorney's Office
       1225 17th Street, Suite 700
       Denver, CO  80202
       Telephone: (303) 454-0100
       Fax:  (303) 454-0402
       e-mail:  Michele.Korver@usdoj.gov
       Attorney for the Government