IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER

Courtroom Deputy:   Patricia Glover        Date:   October 3, 2011
Court Reporter:     Paul Zuckerman

Criminal Action No. 10-cr-00614-MSK

*Parties*:                                 *Counsel*:

UNITED STATES OF AMERICA,                  Michele Korver

   Plaintiff,

v.

EFRAIN SALGADO-MEZA,                       Joseph Saint-Veltri

   Defendant.

---

### ARRAIGNMENT AND CHANGE OF PLEA HEARING

---

**3:37 p.m.**  **Court in session.**

Defendant present on bond.

Defendant is arraigned on Count 22 of the **Indictment**. Defendant pleads guilty to Count 22 of the **Indictment. The Government intends to dismiss the remaining Counts of the Indictment (15, 17, 20, 23, 26 and 28) against this defendant.**

Defendant sworn.

Defendant advised regarding:

   1) The Plea Agreement;
   2) The maximum and minimum penalties, terms and conditions of supervised release, restitution, probation and/or forfeiture;
   3) The objectives and factors in 18 U.S.C. §3553(a).

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

The Government orally moves to dismiss the remaining Counts of the Indictment (15, 17, 20, 23, 26 and 28) against this defendant.

The Court explains defendant's right to a trial by jury and other constitutional rights and confirms that the defendant desires to waive such rights.

Oral findings are made of record.

**ORDER:** The Government's oral Motion to Dismiss the remaining Counts of the Indictment (15, 17, 20, 23, 26 and 28) against this defendant is **GRANTED, but the effect of the Order is stayed until time of Sentencing.**

**ORDER:** Plea Agreement and Statement by Defendant in Advance of Plea of Guilty (and any translations thereof) are received**.**

**ORDER:** Defendant's plea is accepted and defendant is adjudged guilty as charged in **Count 22 of the Indictment.**

**ORDER:** Probation department shall conduct a presentence investigation and submit a presentence report as required by Fed.R.Cr.P.32. Defendant shall, with the assistance of counsel, immediately after this hearing or as soon as is practicable make arrangements to participate in the presentence investigation and shall cooperate fully with the probation department.

**ORDER:** Sentencing hearing is already set on **January 30, 2012 at 1:30 p.m.,** in Courtroom A901, 901 19th Street, Denver, CO.

**ORDER:** Bond is continued.

**4:10 p.m.** **Court in recess.**

**Total Time:** **33 minutes.**
**Hearing concluded.**