UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 10-cr-00614-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

4.  EFRAIN SALGADO-MEZA,

        Defendant.

## ORDER CONCERNING PRE-SENTENCE INVESTIGATION REPORT

The Defendant has entered a plea of guilty pursuant to a plea agreement entered into with the United States of America. This agreement includes a stipulation of facts setting forth the circumstances of the commission of the offense and the circumstances affecting the Defendant's behavior. Upon consideration of that stipulation, this Court finds and concludes that the factual stipulation is sufficient for inclusion in the presentence report to satisfy the requirements of Rule 32(c) of the Federal Rules of Criminal Procedure. It is inappropriate to conduct an independent investigation into the offense behavior because it would be inconsistent with the parties' plea agreement and could adversely affect the rights of the parties. Accordingly, it is

**ORDERED** that in making the pre-sentence investigation and report in this case, the probation service will include the stipulation of facts as the statement of the nature and circumstances of the offense and offense conduct and shall not conduct an independent factual investigation of same. Such statements shall be considered by this Court in making its determination under 18 U.S.C. § 3553(a)(1) with respect to the nature and circumstances of the

offense.

DATED this 3rd day of October, 2011.