IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00614-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    MARTIN JAVIER ALAMOS-GARCIA,
2.    NOE ALAMOS-MONTES,
3.    DIONISIO SALGADO-MEZA,
4.    EFRAIN SALGADO-MEZA,
5.    MARIBEL SALGADO,
      AKA "CLARA SANCHEZ," and
6.    MARISELA SALGADO,

    Defendants.
_____

## ENTRY OF APPEARANCE OF COUNSEL FOR PLAINTIFF
_____

COMES NOW the undersigned, a member of the bar of this Court, and herewith enters an appearance as forfeiture counsel for the United States.

DATED this 27th day of October, 2011.

                        Respectfully submitted,

                        JOHN F. WALSH
                        United States Attorney

              By:  s/ *Martha A. Paluch*
                   Martha A. Paluch
                   Assistant United States Attorney
                   1225 Seventeenth Street, Ste. 700
                   Denver, Colorado 80202
                   Telephone: (303) 454-0100
                   Fax: (303) 454-0402
                   E-mail: martha.paluch@usdoj.gov
                   *Attorney for the United States*

## CERTIFICATE OF SERVICE

       I hereby certify that on this 27th day of October, 2011, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notice to the following participants:

Michele R. Korver
*Attorney for the United States*

Nathan Dale Chambers
*Attorney for Defendant Dionisio Salgado-Meza*

Jeralyn E. Merritt
*Attorney for Defendant Marisela Salgado*

Joseph Saint-Veltri
*Attorney for Defendant Efrain Salgado-Meza*

Adam Michael Tucker
Jesse Luke Wiens
*Attorneys for Defendant Noe Alamos-Montes*

                                         s/ *Raisa V. Pitman*
                                         FSA Data Analyst
                                         Office of the U.S. Attorney