IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00614-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

3.     DIONISIO SALGADO-MEZA,

        Defendant.
_____

**PRELIMINARY ORDER OF FORFEITURE**
_____

THIS MATTER comes before the Court on the United States' Motion for Preliminary Order of Forfeiture. The Court having read said Motion and being fully advised in the premises finds:

The United States and defendant Dionisio Salgado-Meza entered into a Plea Agreement and Statement of Facts Relevant to Sentencing, which provides a factual basis and cause to issue a forfeiture order under 21 U.S.C. § 853, 18 U.S.C. § 982(a)(1), and Rule 32.2 of the Federal Rules of Criminal Procedure;

THAT prior to the disposition of the assets, the United States Marshal, or its designated sub-custodian, is required to seize the forfeited property and provide notice to any third parties pursuant to 21 U.S.C. § 853(n).

THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT defendant Dionisio Salgado-Meza's interest in the following:

    375 Red Fox Drive, Gypsum, Colorado, more fully described as:

1

>Lot 107, Cotton Ranch Planned Unit Development Timberwolf Filing (Filing 3), according to the final plat recorded September 18, 1996 in Book 705 at Page 680, County of Eagle, State of Colorado

is forfeited to the United States in accordance with 21 U.S.C. § 853 and 18 U.S.C. § 982(a)(1).  Pursuant to Fed. R. Crim. P. 32.2(b)(4), this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment;

THAT the United States Marshal, or its designated sub-custodian, is directed to seize the property subject to forfeiture, and further to make your return as provided by law;

THAT the United States Marshal, or its designated sub-custodian, shall publish notice of this Preliminary Order of Forfeiture in accordance with 21 U.S.C. § 853(n) via a government website for thirty consecutive days;

THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853, 18 U.S.C. § 982(a)(1), and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, in which all interests will be addressed.

The Court shall retain jurisdiction to enforce this Order and adjudicate the interests of all third-parties in ancillary proceedings.

SO ORDERED this _____ day of _____, 2011.

BY THE COURT:

_____
MARCIA S. KRIEGER
United States District Court Judge