IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 10-cr-00614-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.   MARTIN JAVIER ALAMOS-GARCIA,
2.   NOE ALAMOS-MONTES,
3.   DIONISIO SALGADO-MEZA
4.   **EFRAIN SALGADO-MEZA**
5.   MARIBEL SALGADO a/k/a "CLARA SANCHEZ," and
6.   MARISELA SALGADO

    Defendants.

---

## OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT

---

COMES NOW the Defendant, Efrain Salgado-Meza, by his lawyer, Joseph Saint-Veltri, and he submits herewith his response to the Presentence Report (Doc. No. 177) pursuant to Rule 32(f) of the Federal Rules of Criminal Procedure by stating that he has no objections to the Presentence Report.

    Respectfully submitted,

    By:   *s/ Joseph Saint-Veltri*
    JOSEPH SAINT-VELTRI
    Joseph Saint-Veltri, Attorney at Law
    900 Logan Street
    Denver, CO 80203

    ATTORNEY FOR THE DEFENDANT

## CERTIFICATE OF SERVICE

       I hereby certify that I have, this 9th day of January, 2012; I electronically filed the foregoing Objections to the Presentence Investigation Report with the Clerk of Court using the CM/ECF system which will send notification of such filing to United States Attorney's Office and the United States Probation Department.


s/ Joseph Saint-Veltri\_\_\_\_\_
JOSEPH SAINT-VELTRI