## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-CR-00614-MSK-4

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**

**4    EFRAIN SALGADO-MEZA,**

    **Defendant.**

---

### UNITED STATES §5K1.1 MOTION FOR DOWNWARD DEPARTURE BASED ON SUBSTANTIAL ASSISTANCE

---

JOHN F. WALSH, United States Attorney in and for the District of Colorado, by and through Assistant United States Attorney Michele R. Korver, hereby submits the United States Sentencing Guidelines Section 5K1.1 Motion for reduction of the defendant's sentence because of the substantial assistance rendered to the United States in the prosecution of other persons. In support of this motion, the United States states as follows:

The factual basis supporting Mr. Salgado's role in the relevant offense conduct of the case and related investigations and underpinning this motion is set forth generally in the written plea agreement to be entered into by the parties and filed with the Court. The basis outlined in the plea agreement is here incorporated by reference.

Mr. Salgado was interviewed by law enforcement officers assigned to this investigation, and he provided truthful information as to his involvement with this offense and the involvement of others. The defendant's information was significant and helpful to the Government's ongoing investigations of criminal activities in the District of Colorado. Although not called to testify, Mr. Salgado agreed to provide testimony, if required, in this case.

- 2 -

In consideration of the defendant's substantial assistance, the United States respectfully requests a U.S.S.G. §5K1.1 downward departure from the otherwise applicable advisory guideline range, and respectfully requests that the Court enter a sentence of probation.

Respectfully submitted this 23rd day of January, 2012.

        JOHN F. WALSH
        UNITED STATES ATTORNEY
        DISTRICT OF COLORADO

        By: *s/Michele R. Korver*
        MICHELE R. KORVER
        Assistant United States Attorney
        1225 17th Street, Suite 700
        Denver, Colorado  80202
        Phone:  (303) 454-0100
        Fax: (303) 454-0401
        michele.korver@usdoj.gov
        Attorney for Government

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 23, 2012, I electronically filed the foregoing with the Clerk of the Court, which will notify the following individuals:

All counsel of record.

         *s/ Michele R. Korver*
        MICHELE R. KORVER
        Assistant United States Attorney