IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

In the Matter of Criminal Case No.  10-cr-00614-MSK

## MOTION TO RESTRICT DOCUMENT NO. 230

The United States, by and through the undersigned Assistant United States Attorney, files this Motion to Restrict and states as follows:

1. The Government asks that document number 230, and any Order resulting from said documents until further Order of the Court.

2. The release of the information in document number would substantially jeopardize the security of a witness.

WHEREFORE, the United States asks this Honorable Court to issue an Order sealing, document number 230, and any Order resulting from this document until further Order of the Court.

Dated this 1st day of August, 2012.

                          Respectfully submitted,

                          JOHN F. WALSH
                          United States Attorney

By:   *s/Michele R. Korver*
        MICHELE R. KORVER
        Assistant United States Attorney
        U.S. Attorney's Office
        1225 17th Street, Suite 700
        Denver, CO  80202
        Telephone: (303) 454-0100
        Fax:  (303) 454-0402
        e-mail:  Michele.Korver@usdoj.gov
        Attorney for the Government