IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

In the Matter of Criminal Case No.  10-cr-00614-MSK

**ORDER TO RESTRICT**

The Court has for consideration the Government's Motion to Restrict Document Number 230, wherein the Government asks this Court to seal said document, and any Order resulting from said document.  Upon consideration,

IT IS ORDERED that document number 230, as well as any Order issued by this Court with regard to said document are hereby sealed until further Order of the Court.

IT IS SO ORDERED on this ____ day of _____, 2012.

MARCIA S. KREIGER
UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO