IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 10-cr-00614-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.   MARTIN JAVIER ALAMOS-GARCIA,
2.   NOE ALAMOS-MONTES,
3.   DIONISIO SALGADO-MEZA
4.   **EFRAIN SALGADO-MEZA**
5.   MARIBEL SALGADO a/k/a "CLARA SANCHEZ," and
6.   MARISELA SALGADO

    Defendants.

---

## UNOPPOSED MOTION TO TRAVEL

COMES NOW the Defendant Efrin Salgado-Meza by his lawyer, Joseph Saint-Veltri, and he moves this Honorable Court for the entry of an Order permitting him to travel to Mexico from December 14, 2012 to January 4, 2013 to visit family members who reside in Mexico.

As grounds for this Motion the Defendant states and avers as follows:

1.   That the details of the Defendant's travel plan and contact information have been provided to the Defendant's Probation Officer Denise Dohanic.

2.   That the Defendant's passport which was being held by the Clerk of the Court was sent, after his sentencing, to the State Department without the Defendant's knowledge. In order for the Defendant to travel to Mexico he requires the return of his United States passport relative to

1

which, the Defendant seeks an Order from this Honorable Court to the Clerk of the Court directing the Clerk's Office to retrieve his passport.

3. That undersigned counsel has conferred with AUSA Michele R. Korver, relative to this Motion, and is authorized to state that the Government has no objection to the granting of this Motion nor to it being captioned as 'unopposed.'

4. That undersigned counsel has conferred with USPO Denise Dohanic and is authorized to state that she has no objection to the granting of this Motion.

WHEREFORE the Defendant prays that the relief requested be granted and for any further relief which the Court may deem just and proper.

                                                            Respectfully submitted,

                                                            s/ Joseph Saint-Veltri
                                                           Joseph Saint-Veltri
                                                           Attorney for the Defendant
                                                           900 Logan Street
                                                           Denver, Colorado 80203
                                                           Telephone: 303.832.6777
                                                           Fax: 303.747.5723
                                                           Email: jsv@saintveltri.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 9th day of November, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email address:

    Michelle.korver@usdoj.gov

    s/ Joseph Saint-Veltri
    Joseph Saint-Veltri
    Attorney for the Defendant
    900 Logan Street
    Denver, Colorado 80203
    Telephone: 303.832.6777
    Fax: 303.747.5723
    Email: jsv@saintveltri.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 10-cr-00614-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    MARTIN JAVIER ALAMOS-GARCIA,
2.    NOE ALAMOS-MONTES,
3.    DIONISIO SALGADO-MEZA
4.    **EFRAIN SALGADO-MEZA**
5.    MARIBEL SALGADO a/k/a "CLARA SANCHEZ," and
6.    MARISELA SALGADO

    Defendants.

---

**ORDER**

---

    THIS MATTER is before the Court on the Defendant's Unopposed Motion Travel, and the Court having considered said Motion,

    HEREBY ORDERS that the Motion is Granted. The Defendant is permitted to travel to the Republic of Mexico from December 14, 2012 to January 4, 2013. He is ordered to return to the State of Colorado by January 4, 2012. The Defendant will comply with any conditions imposed by the Probation Department relating to his travel.

    IT IS FURTHER ORDERED that the Clerk of this Court shall retrieve the Defendant's passport from the State Department or any other Agency of the Government to which it was forwarded.

    DONE AND SIGNED THIS _____ DAY OF _____, 2012.

                              BY THE COURT:

                              _____
                              MARCIA S. KRIEGER
                              UNITED STATES DISTRICT COURT JUDGE
                              DISTRICT OF COLORADO