

United States Department of State

*Washington, D.C.   20520*

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2012 DEC 10 PM 2: 26

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

December 4, 2012

In reply to:
CA/PPT/L/LA:SM-SALGADO-MEZA, Efrain

10-cr-00614-MSK-4

Ms. Kathy Triplett, Deputy Clerk
Alfred A. Arraj US Courthouse
901 19th Street, Room A-105
Denver, CO 80294

Dear Ms. Triplett:

We received your written request asking for the return of a U.S. passport for Efrain Salgado-Meza, on November 21, 2012.

We received the court order authorizing the release of this passport to you on November 21, 2012.

Accordingly, we are returning U.S. Passport number 078585813 for Efrain Salgado-Meza, issued on December 14, 2006 to your office.

If you have any questions, please contact Susan Mikhin at 202.647.5011.

                                    Sincerely,

                                    Christine L. McLean
                                    Division Chief
                                    Office of Legal Affairs

                                    By_____
                                    Susan Mikhin
                                    Paralegal Specialist

Enclosure:
    As Stated



**UNITED STATES DEPARTMENT OF STATE**
2100 Pennsylvania Avenue, N.W., 3rd Floor
Washington, D.C. 20037

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

Kathy Tripplett - Deputy Clerk
US Courthouse
901 19th St., Room A-105
Denver, CO 80294