10-cr-00614-MSN-4

| 03/26/2012 | 217 | MINUTE ORDER as to Efrain Salgado-Meza Passport FedExed to the Department of State Tracking Number 8766 9788 9377 on 3/26/2012. Text Only Entry (skssl, ) (Entered: 03/26/2012) |

12-10-12

I have received my passport, U.S. # 078685813 on this date.

_Efrain Salgado_
Efrain Salgado