IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   10-cr-00614-MSK-2

UNITED STATES OF AMERICA,            **RESTRICTED LEVEL 2**

       Plaintiff,

v.

1. MARTIN JAVIER ALAMOS-GARCIA,
2. NOE ALAMOS-MONTES,
3. DIONISIO SALGADO-MEZA,
4. EFRAIN SALGADO-MEZA,
5. CLARA SANCHEZ,
   AKA "MARIBEL SALGADO," and
6. MARISELA SALGADO

       Defendants.

## GOVERNMENT'S MOTION TO RESTRICT DOCUMENT NO. 244

United States of America, by and through United States Attorney John F. Walsh and Assistant United States Attorney Michele R. Korver, respectfully moves to restrict Document No. 244, any order revealing the contents of that document, and the brief filed in support of this motion, for the reasons stated in the brief filed in support of this motion. The United States requests a "Level 2" Restriction which would make the document, any order reveling the contents of that document and the brief filed in support of this motion, "Viewable by Selected Parties & Court" only.

Dated this 22nd day of January, 2013.

                                                              JOHN F. WALSH
                                                              United States Attorney

                                                              s/Michele R. Korver
                                                              MICHELE R. KORVER
                                                              Assistant United States Attorney
                                                              United States Attorney's Office
                                                              1225 Seventeenth Street, Suite 700
                                                              Denver, Colorado 80202
                                                              Telephone: 303-454-0100
                                                              Michele.Korver@usdoj.gov