IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   10-cr-00614-MSK-2

UNITED STATES OF AMERICA, **RESTRICTED LEVEL 2**

      Plaintiff,

v.

1. MARTIN JAVIER ALAMOS-GARCIA,
2. NOE ALAMOS-MONTES,
3. DIONISIO SALGADO-MEZA,
4. EFRAIN SALGADO-MEZA,
5. CLARA SANCHEZ,
   AKA "MARIBEL SALGADO," and
6. MARISELA SALGADO

      Defendants.

---

### ORDER TO RESTRICT DOCUMENT NO. 244

---

This matter is before the Court on the Government's Motion to Restrict Document No. 244. Upon consideration and for good cause shown,

IT IS ORDERED that Document No. 244, the United States' Brief in Support of Motion to Restrict Document No. 244, as well as any order revealing the contents of that document, are hereby restricted until further order by the Court.

IT IS ORDERED that Document No. 244 shall be restricted to a "Level 2" and will be "Viewable by Selected Parties & Court" only.

IT IS SO ORDERED on this ____ day of January, 2013.

                              _____
                              HONORABLE MARCIA S. KRIEGER, CHIEF JUDGE
                              UNITED STATES DISTRICT COURT
                              DISTRICT OF COLORADO