IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 10-cr-00614-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    MARTIN JAVIER ALAMOS-GARCIA,
2.    NOE ALAMOS-MONTES,
3.    DIONISIO SALGADO-MEZA
4.    **EFRAIN SALGADO-MEZA**
5.    MARIBEL SALGADO a/k/a "CLARA SANCHEZ," and
6.    MARISELA SALGADO

    Defendants.

## MOTION FOR EARLY TERMINATION OF PROBATION

COMES NOW the Defendant Efrin Salgado-Meza by his lawyer, Joseph Saint-Veltri, and he moves this Honorable Court for the entry of an Order terminating the Defendant's probation in the above captioned matter.

As grounds for this Motion the Defendant states and avers as follows:

1. That the Defendant was sentenced to a term of 2 years' probation by this Honorable Court on February 6, 2012.

2. That as of the date of this Motion, the Defendant has successfully completed more than half of his probationary sentence and has paid all fines and costs associated with his sentence to probation.

1

2

3. That undersigned counsel has attempted to but been unable to confer with AUSA Michele R. Korver, relative to this Motion, because she is unavailable while in trial.

4. That undersigned counsel has conferred with USPO Denise Dohanic who informs him that the Probation Department does not take a position in regards to these types of motions until requested to do so by the Court.

5. That the continued supervision of the Defendant by the Probation Department is ostensibly unnecessary and unwarranted.

WHEREFORE the Defendant prays that the relief requested be granted and for any further relief which the Court may deem just and proper.

Respectfully submitted,

s/ Joseph Saint-Veltri
Joseph Saint-Veltri
Attorney for the Defendant
900 Logan Street
Denver, Colorado 80203
Telephone: 303.832.6777
Fax: 303.747.5723
Email: jsv@saintveltri.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of March, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email address:

Michelle.korver@usdoj.gov

s/ Joseph Saint-Veltri
Joseph Saint-Veltri
Attorney for the Defendant
900 Logan Street
Denver, Colorado 80203
Telephone: 303.832.6777
Fax: 303.747.5723
Email: jsv@saintveltri.com

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 10-cr-00614-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MARTIN JAVIER ALAMOS-GARCIA,
2. NOE ALAMOS-MONTES,
3. DIONISIO SALGADO-MEZA
4. **EFRAIN SALGADO-MEZA**
5. MARIBEL SALGADO a/k/a "CLARA SANCHEZ," and
6. MARISELA SALGADO

    Defendants.

## ORDER RE: MOTION FOR EARLY TERMINATION OF PROBATION

THIS MATTER is before the Court on the Defendant's Motion for Early Termination of Probation, and the Court having considered said Motion,

HEREBY ORDERS that the Motion is Granted.

DONE AND SIGNED THIS _____ DAY OF _____, 2013.

BY THE COURT:

_____
MARCIA S. KRIEGER
UNITED STATES DISTRICT COURT JUDGE
DISTRICT OF COLORADO