IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Criminal Action No. 10-cr-000614-MSK-04

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

1. MARTIN JAVIER ALAMOS-GARCIA,
2. NOE ALAMOS-MONTES,
3. DIONISIO SALGADO-MEZA
4. **EFRAIN SALGADO-MEZA**
5. MARIBEL SALGADO a/k/a "CLARA SANCHEZ," and
6. MARISELA SALGADO

        Defendant.

## ORDER TERMINATING PROBATION
## PRIOR TO ORIGINAL EXPIRATION DATE

On March 4, 2013, the defendant filed a motion requesting early termination of his probation supervision. The Court ordered responses to be filed by the Government and the Probation Office on or before March 25, 2013. On March 11, 2013, the Probation Office responded indicating the defendant had fully complied with all terms and conditions of probation, and an early termination was warranted.

On March 17, 2013, the Court granted the motion for early termination of probation and directed defense counsel and the Probation Office to jointly prepare a corresponding order and submit it to the Court on or before April 26, 2013. It is

**ORDERED** that the defendant be discharged from probation and that the proceedings in the case be terminated.

DATED this 26th day of April, 2013.

        **BY THE COURT:**

        *Marcia S. Krieger*
        _____

        Marcia S. Krieger
        Chief United States District Judge