IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00614-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RESTRICTED LEVEL 2

1. MARTIN JAVIER ALAMOS-GARCIA,
2. **NOE ALAMOS-MONTES,**
3. DIONISIO SALGADO-MEZA,
4. EFRAIN SALGADO-MEZ,
5. CLARA SANCHEZ,
   AKA "MARIBEL SALGADO," and
6. MARISELA SALGADO,

    Defendants.

---

### GOVERNMENT'S MOTION TO RESTRICT DOCUMENT NO. 267

---

The United States of America, by District of Colorado United States Attorney John F. Walsh, through Assistant United States Attorney Michele R. Korver, respectfully moves to restrict Document No. 267, any order revealing the contents of that document, and the brief filed in support of this motion, for the reasons stated in the brief filed in support of this motion. The United States requests a "Level 2" Restriction which would make the document, any order revealing the contents of that document and the brief filed in support of this motion, "viewable by Selected Parties & Court" only.

Respectfully submitted this   17th   day of July, 2013.

                JOHN F. WALSH
                UNITED STATES ATTORNEY
                DISTRICT OF COLORADO

                By: s/Michele R. Korver
                MICHELE R. KORVER
                Assistant United States Attorney
                U.S. Attorney's Office
                1225 17th Street, Suite 700
                Denver, Colorado  80202
                Phone:  (303) 454-0100
                Fax: (303) 454-0401
                michele.korver@usdoj.gov
                Attorney for Government

## CERTIFICATE OF SERVICE

      I hereby certify that on this ___17th___ day of July, 2013, I electronically filed the foregoing **GOVERNMENT'S MOTION TO RESTRICT DOCUMENT NO. 267** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

      *s/Barbara Gardalen*
BARBARA GARDALEN
Legal Assistant
United States Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0401
E-mail: barbara.gardalen@usdoj.gov