IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00614-MSK

UNITED STATES OF AMERICA,

          Plaintiff,

v.

RESTRICTED LEVEL 2

1.   MARTIN JAVIER ALAMOS-GARCIA,
2.   **NOE ALAMOS-MONTES,**
3.   DIONISIO SALGADO-MEZA,
4.   EFRAIN SALGADO-MEZ,
5.   CLARA SANCHEZ,
     AKA "MARIBEL SALGADO," and
6.   MARISELA SALGADO,

          Defendants.

---

## ORDER TO RESTRICT DOCUMENT NO. 267

---

      This matter is before the Court on the Government's Motion to Restrict Document No. 267. Upon consideration and for good cause shown,

      IT IS ORDERED that Document No. 267, the United States' Brief in Support of Motion to Restrict Document No. 267, as well as any order revealing the contents of that document, are hereby restricted until further order by the Court.

1

IT IS ORDERED that Document No. 267 shall be restricted to a "Level 2" and will be "viewable by selected parties & court" only.

IT IS SO ORDERED on this _____ day of July, 2013.

<br>

MARCIA S. KRIEGER
CHIEF, UNITED STATES DISTRICT COURT JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO