IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00614-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.   MARTIN JAVIER ALAMOS-GARCIA,
2.   NOE ALAMOS-MONTES,
3.   DIONISIO SALGADO-MEZA,
4.   EFRAIN SALGADO-MEZ,
5.   CLARA SANCHEZ,
     AKA "MARIBEL SALGADO," and
6.   MARISELA SALGADO,

        Defendants.

RESTRICTED LEVEL 2

## GOVERNMENT'S MOTION TO RESTRICT DOCUMENT NO. 277

The United States of America, by District of Colorado United States Attorney John F. Walsh, through Assistant United States Attorney Michele R. Korver, respectfully moves to restrict Document No. 277, any order revealing the contents of that document, and the brief filed in support of this motion, for the reasons stated in the brief filed in support of this motion. The United States requests a "Level 2" Restriction which would make the document, any order revealing the contents of that document and the brief filed in support of this motion, "viewable by Selected Parties & Court" only.

Respectfully submitted this __23rd__ day of July, 2013.

>JOHN F. WALSH
>UNITED STATES ATTORNEY
>DISTRICT OF COLORADO
>
>By: s/Michele R. Korver
>MICHELE R. KORVER
>Assistant United States Attorney
>U.S. Attorney's Office
>1225 17th Street, Suite 700
>Denver, Colorado  80202
>Phone:  (303) 454-0100
>Fax: (303) 454-0401
>michele.korver@usdoj.gov
>Attorney for Government

## CERTIFICATE OF SERVICE

  I hereby certify that on this ___23rd___ day of July, 2013, I electronically filed the foregoing **GOVERNMENT'S MOTION TO RESTRICT DOCUMENT NO. 277** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

            _s/Barbara Gardalen_
            BARBARA GARDALEN
            Legal Assistant
            United States Attorney's Office
            1225 Seventeenth Street, Suite 700
            Denver, Colorado 80202
            Telephone: (303) 454-0100
            Fax: (303) 454-0401
            E-mail: barbara.gardalen@usdoj.gov